# Attachment A

# ATTACHMENT A

## Exemplary Infringement of U.S. Patent No. 11,021,737
## by Vizgen's MERSCOPE Platform and Workflow

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1 (Preamble) | A method for identifying an analyte, comprising: | To the extent that the preamble is found to be limiting, Vizgen's MERSCOPE Platform and workflow, including when used by Vizgen through its Vizgen Lab Services, is a method for identifying an analyte (e.g., RNA).<br><br>"Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery."<br><br>MERSCOPE Product Bulletin, download available by clicking "Access This Resource" at https://vizgen.com/resources/merscope-product-bulletin/ ("Product Bulletin") at 1<br><br>"MERFISH is a massively multiplexed single-molecule imaging technology capable of simultaneously measuring the copy number and spatial distribution of hundreds to tens of thousands of RNA species in individual cells."<br><br>"Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish<br><br>"The Vizgen MERSCOPE Platform Solution is comprised of the MERSCOPE Gene Panel Design Software, MERSCOPE reagent kits, the MERSCOPE Instrument, the MERSCOPE Analysis Computer, and the MERSCOPE Vizualizer software to streamline the acquisition of high quality MERFISH data and data interpretation. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | Reagent kits facilitate sample preparation. The automated MERSCOPE Instrument integrates high-resolution imaging and fluidics to automatically acquire a full MERFISH dataset. The MERSCOPE Vizualizer software automates image processing and offers interactive visualization tools to explore the MERFISH data."<br><br>MERSCOPE Instrument User Guide (91600001, Rev B), available at https://vizgen.com/resources/user-guides/ ("Instrument User Guide") at 5<br><br>"Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images. The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community."<br><br>"MERSCOPE Reveals the Transcriptional Organization of the Mouse Brain," by George Emanuel et al., available at https://vizgen.com/wp-content/uploads/2021/10/Vizgen_HCA2021Poster.pdf ("HCA Poster")<br><br>*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA<br><br>"Leverage our in-house sample processing and data analysis expertise to accelerate your scientific research and yield fundamental insights faster."<br><br>Vizgen Lab Services, available at https://vizgen.com/lab-services/ |
| 1[a] | (a) contacting a cell or tissue sample comprising | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, includes contacting a cell or tissue sample (e.g., tissue |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | said analyte with a detection reagent, wherein said detection reagent comprises<br><br>(i) a probe that binds to said analyte and<br><br>(ii) a nucleic acid label comprising one or more pre-determined subsequences; | section) comprising the analyte (e.g., RNA) with a detection reagent (e.g. tile of encoding probes), wherein the detection reagent comprises a probe (targeting region) that binds to the analyte, and a nucleic acid label comprising one or more pre-determined subsequences (readout sequence(s)).<br><br>"The tissue of interest is sectioned and adhered to a MERSCOPE Slide. MERSCOPE Slides for fresh frozen and fixed frozen samples are supplied with fluorescent fiducials for subsequent imaging. If not already fixed in PFA, the tissue section is fixed with a fixation buffer and made permeable to the hybridization probes by overnight incubation in ethanol. Users may utilize their own fixation and permeabilization protocols in this step and use the MERSCOPE Sample Verification Kit to verify that the sample preparation conditions are compatible with MERFISH imaging with the MERSCOPE instrument."<br><br>MERSCOPE User Guide Fresh and Fixed Frozen Tissue Sample Preparation (91600002, Rev B), available at https://vizgen.com/resources/user-guides/ ("Tissue Sample Preparation User Guide") at 7<br><br>"Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery."<br><br>Product Bulletin at 1<br><br>"I'm going to use this schematic here on the slide to illustrate how MERFISH works. To perform MERFISH we will first assign a set of barcodes to different genes of interest. . . . We will first label the target RNA species with a tile of oligo probes that contains different barcodes. You can see that it has a targeted |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | region that will be able to bind to different RNA species and also has the handle that has readout sequences."<br><br><br><br>"In situ single cell transcriptomic imaging in formalin fixed paraffin embedded FFPE tissues with MERSCOPE" by Jiang He ("Jiang"), available at https://www.youtube.com/watch?v=WvGDTvWSOjc, at 4:42-5:12 (slide excerpted and annotated)<br><br>"[W]e designed a two-step labeling scheme to encode and read out cellular RNAs (Fig. 1E). **First, we label cellular RNAs with a set of encoding probes, each probes comprising a RNA targeting sequence and two flanking readout sequences.** Four of the $N$ distinct readout sequences were assigned to each RNA species based on the $N$-bit MHD4 code word of the RNA. Second, we identified these $N$ readout sequences with complementary FISH probes (the |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | readout probes) via $N$ rounds of hybridization and imaging, each round using a different readout probe."  "Spatially resolved, highly multiplexed RNA profiling in single cells," Xiaowei Zhuang *et al.*, *Science*, 348 (6233) ("Zhuang") at 2 (emphasis added), Fig. 1E (excerpted and annotated) *See also* "High-throughput single-cell gene-expression profiling with multiplexed error-robust fluorescence in situ hybridization," by Jeffrey R. Moffit et al., *Proceedings of the National Academy of Sciences*, 113(39) 11046-11051 (September 13, 2016) https://doi.org/10.1073/pnas.1612826113 ("Moffit"), Fig. S1. *See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1[b] | (b) detecting a temporal order of signal signatures in said cell or tissue sample, wherein said temporal order of signal signatures is associated with said one or more pre-determined subsequences; and | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, detects a temporal order of signal signatures in the cell or tissue sample, wherein the temporal order is associated with the predetermined subsequences.<br><br>"Then we're going to flow in a subset of readout probes that is fluorescence detect[able] and then it will bind to its corresponding readout sequences on the handle region. And if there is a binding event then it will show up as a fluorescent 'on' signal. And then it would decode as 1. And if there is no fluorescent signal, then it would decode as 0. And then we will extinguish the signal and then flow in another subset of fluorescently labelled readout probes again. And then again you can in the second round if there is a binding event there is a fluorescent signal and then it will decode as 1. And then if there is no signal it will decode as 0. So essentially, by repeating this cycle we're building a series of 1s and 0s." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|  |  |  temporal order of signal signatures |

Jiang at 4:42 – 5:58 (figure excerpted and annotated)

*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA

*See also* Moffit, Fig. S1.

"[W]e designed a two-step labeling scheme to encode and read out cellular RNAs (Fig. 1E). First, we label cellular RNAs with a set of encoding probes, each probes comprising a RNA targeting sequence and two flanking readout sequences. Four of the $N$ distinct readout sequences were assigned to each RNA species based on the $N$-bit MHD4 code word of the RNA. Second, **we identified these $N$ readout sequences with complementary FISH probes (the readout**

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | probes) via *N* rounds of hybridization and imaging, each round using a different readout probe." |

<div align="right">Zhuang at 2 (emphasis added)</div>



<div align="right">Zhuang, Fig. 1E (annotated)</div>

Fig. 1E: "Schematic diagram of the implementation of a MHD4 code for RNA identification. Each RNA species is first labeled with ~192 encoding probes that convert the RNA into a specific combination of readout sequences (Encoding hyb). **These encoding probes each contain a central RNA-targeting region flanked by two readout sequences, drawn from a pool of *N* different sequences, each associated with a specific hybridization round. Encoding probes for a specific RNA species contain a particular combination of four of the *N* readout sequences, which correspond to the four hybridization rounds in which this RNA should read 1. *N* subsequent rounds of hybridization with the fluorescent readout probes are used to probe the readout sequences (hyb 1, hyb 2, …, hyb *N*).** The bound probes are inactivated

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | by photobleaching between successive rounds of hybridization. For clarity, only one possible pairing of the readout sequences is depicted for the encoding probes; however, all possible pairs of the four readout sequences are used at the same frequency and distributed randomly along each cellular RNA in the actual experiments." <br><br> Zhuang, Fig. 1 notes (emphasis added) |
| 1[c] | (c) using said temporal order of signal signatures to identify said analyte in said cell or tissue sample. | Vigen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, uses the detected temporal order of signal signatures to identify the analyte in the cell or tissue sample. <br><br> "To perform MERFISH we will first assign a set of barcodes to different genes of interest. . . . And by matching with the previously assigned barcode then it really allows us [] now to resolve the identity as well as the quantity of different RNA species." <br><br>  |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | Jiang at 5:58 – 6:08 (figure excerpted and annotated) <br><br> *See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKScjA <br><br> *See also* Moffit, Fig. S1. <br><br> "**Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images.** The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community." <br><br> HCA Poster (emphasis added) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | <br><br>"Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish<br><br>"We then constructed binary words from the observed fluorescent spots based on their on-off patterns across the 16 hybridization rounds (Fig. 2, B to D). If the word exactly matched one of the 140 MHD4 code words (exact matches) or |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | different by only 1 bit (error-correctable matches), we assigned it to the corresponding RNA species (Fig. 2D)."<br><br><br><br>Zhuang at 2-3 |

Attachment B

# ATTACHMENT B

## Exemplary Infringement of U.S. Patent No. 11,293,051
## by Vizgen's MERSCOPE Platform and Workflow

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1 (Preamble) | A method of analyzing a cell or tissue sample, comprising: | To the extent that the preamble is found to be limiting, Vizgen's MERSCOPE Platform and workflow, including when used by Vizgen through its Vizgen Lab Services, is a method of analyzing a cell or tissue sample (tissue section).<br><br>"Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery."<br><br>MERSCOPE Product Bulletin, download available by clicking "Access This Resource" at https://vizgen.com/resources/merscope-product-bulletin/ ("Product Bulletin") at 1<br><br>"MERFISH is a massively multiplexed single-molecule imaging technology capable of simultaneously measuring the copy number and spatial distribution of hundreds to tens of thousands of RNA species in individual cells."<br><br>"Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish<br><br>"The Vizgen MERSCOPE Platform Solution is comprised of the MERSCOPE Gene Panel Design Software, MERSCOPE reagent kits, the MERSCOPE Instrument, the MERSCOPE Analysis Computer, and the MERSCOPE Vizualizer software to streamline the acquisition of high quality MERFISH data and data interpretation. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | Reagent kits facilitate sample preparation. The automated MERSCOPE Instrument integrates high-resolution imaging and fluidics to automatically acquire a full MERFISH dataset. The MERSCOPE Vizualizer software automates image processing and offers interactive visualization tools to explore the MERFISH data."<br><br>MERSCOPE Instrument User Guide (91600001, Rev B), available at https://vizgen.com/resources/user-guides/ ("Instrument User Guide") at 5<br><br>"Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images. The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community."<br><br>"MERSCOPE Reveals the Transcriptional Organization of the Mouse Brain," by George Emanuel et al., available at https://vizgen.com/wp-content/uploads/2021/10/Vizgen_HCA2021Poster.pdf ("HCA Poster")<br><br>*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA<br><br>"Leverage our in-house sample processing and data analysis expertise to accelerate your scientific research and yield fundamental insights faster."<br><br>Vizgen Lab Services, available at https://vizgen.com/lab-services/ |
| 1[a] | (a) binding a plurality of detection reagents to a | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, includes binding a plurality of detection reagents (e.g., tiles of encoding probes) to a plurality of analytes (e.g., a plurality of RNA species). |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | plurality of analytes in said cell or tissue sample; | "The tissue of interest is sectioned and adhered to a MERSCOPE Slide. MERSCOPE Slides for fresh frozen and fixed frozen samples are supplied with fluorescent fiducials for subsequent imaging. If not already fixed in PFA, the tissue section is fixed with a fixation buffer and made permeable to the hybridization probes by overnight incubation in ethanol. Users may utilize their own fixation and permeabilization protocols in this step and use the MERSCOPE Sample Verification Kit to verify that the sample preparation conditions are compatible with MERFISH imaging with the MERSCOPE instrument." <br><br> MERSCOPE User Guide Fresh and Fixed Frozen Tissue Sample Preparation (91600002, Rev B), available at https://vizgen.com/resources/user-guides/ ("Tissue Sample Preparation User Guide") at 7 <br><br> "Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery." <br><br> Product Bulletin at 1 <br><br> "I'm going to use this schematic here on the slide to illustrate how MERFISH works. To perform MERFISH we will first assign a set of barcodes to different genes of interest. . . . We will first label the target RNA species with a tile of oligo probes that contains different barcodes. You can see that it has a targeted region that will be able to bind to different RNA species and also has the handle that has readout sequences." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                |  "In situ single cell transcriptomic imaging in formalin fixed paraffin embedded FFPE tissues with MERSCOPE" by Jiang He ("Jiang"), available at https://www.youtube.com/watch?v=WvGDTvWSOjc, at 4:42-5:12 (slide excerpted and annotated) (detection reagent illustrated for only one analyte)<br><br>*See also* "High-throughput single-cell gene-expressions profiling with multiplexed error-robust fluorescence in situ hybridization," by Jeffrey R. Moffit et al., *Proceedings of the National Academy of Sciences*, 113(39) 11046- |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | 11051 (September 13, 2016) https://doi.org/10.1073/pnas.1612826113 ("Moffit"), Fig. S1.

"[W]e designed a two-step labeling scheme to encode and read out cellular RNAs (Fig. 1E). **First, we label cellular RNAs with a set of encoding probes, each probes comprising a RNA targeting sequence and two flanking readout sequences.** Four of the $N$ distinct readout sequences were assigned to each RNA species based on the $N$-bit MHD4 code word of the RNA."



Spatially resolved, highly multiplexed RNA profiling in single cells," Xiaowei Zhuang *et al.*, *Science*, 348 (6233) ("Zhuang") at 2 (emphasis added), Fig. 1E (excerpted and annotated) (plurality of analytes illustrated, detection reagent associated Species 1 annotated) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1[b] | (b) performing a first readout cycle comprising:<br><br>(i) associating a first plurality of decoding reagents with a first subset of said plurality of said detection reagents bound to said plurality of analytes in said cell or tissue sample and<br><br>(ii) detecting a first plurality of signal signatures from said first plurality of decoding reagents; | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, a first readout cycle is performed.<br><br>A first plurality of decoding reagents (readout probes) is associated with a first subset of the plurality of detection reagents that are bound to the plurality of analytes in the tissue sample.<br><br> "Then we're going to flow in a subset of readout probes that is fluorescence detect and then it will bind to its corresponding readout sequences on the handle region."<br><br><br><br>          Jiang at 4:42 – 5:23 (figure excerpted and annotated)<br><br>A first plurality of signal signatures is detected from set first plurality of decoding reagents.<br><br> "And if there is a binding event then it will show up as a fluorescent 'on' signal. And then it would decode as 1. And if there is no fluorescent signal, then it would decode as 0." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|  |  |  Jiang at 5:23 – 5:34 ((figure excerpted and annotated)) ("associating" illustrated for first analyte and first readout probes; first bit signal signature illustrated for first and second analytes) *See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA *See also* Moffit, Fig. S1. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | |  Zhuang, Fig. 1E (excerpted and annotated) |
| 1[c] | (c) removing said first plurality of signal signatures from said cell or tissue sample; | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, the first plurality of signal signatures is removed from the cell or tissue sample. "**And then we will extinguish the signal** and then flow in another subset of fluorescently labelled readout probes again. And then again you can in the second round if there is a binding event there is a fluorescent signal and then it |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | will decode as 1. And then if there is no signal it will decode as 0. So essentially, by repeating this cycle we're building a series of 1s and 0s." <br><br> Jiang at 5:34 – 5:57 <br><br> Fig. 1E: "Schematic diagram of the implementation of a MHD4 code for RNA identification. Each RNA species is first labeled with ~192 encoding probes that convert the RNA into a specific combination of readout sequences (Encoding hyb). These encoding probes each contain a central RNA-targeting region flanked by two readout sequences, drawn from a pool of N different sequences, each associated with a specific hybridization round. Encoding probes for a specific RNA species contain a particular combination of four of the N readout sequences, which correspond to the four hybridization rounds in which this RNA should read 1. N subsequent rounds of hybridization with the fluorescent readout probes are used to probe the readout sequences (hyb 1, hyb 2, …, hyb N). **The bound probes are inactivated by photobleaching between successive rounds of hybridization.** For clarity, only one possible pairing of the readout sequences is depicted for the encoding probes; however, all possible pairs of the four readout sequences are used at the same frequency and distributed randomly along each cellular RNA in the actual experiments." <br><br> Zhuang, Fig. 1 notes (emphasis added) |
| 1[d] | (d) performing a second readout cycle comprising: <br><br> (i) associating a second plurality of decoding reagents with a second subset of said plurality of detection reagents bound to said plurality of analytes in | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, a first second readout cycle is performed. <br><br> A second plurality of decoding reagents (readout probes) is associated with a second subset of the plurality of detection reagents that are bound to the plurality of analytes in the tissue sample. And a second plurality of signal signatures is detected from set first plurality of decoding reagents. <br><br> ". . . and then flow in another subset of fluorescently labelled readout probes again. And then again you can in the second round if there is a binding event |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
|  | said cell or tissue sample and<br><br>(ii) detecting a second plurality of signal signatures from said second plurality of decoding reagents; wherein said second subset of said plurality of detection reagents is distinct from but overlapping with said first subset of said detection reagents; | there is a fluorescent signal and then it will decode as 1. And then if there is no signal it will decode as 0. So essentially, by repeating this cycle we're building a series of 1s and 0s."<br><br><br><br>Jiang at 5:34 – 5:57 (figure excerpted and annotated) ("associating" illustrated for first analyte and second readout probes; second bit signal signature illustrated for first and second analytes) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | "[W]e designed a two-step labeling scheme to encode and read out cellular RNAs (Fig. 1E). First, we label cellular RNAs with a set of encoding probes, each probes comprising a RNA targeting sequence and two flanking readout sequences. Four of the $N$ distinct readout sequences were assigned to each RNA species based on the $N$-bit MHD4 code word of the RNA. Second, **we identified these $N$ readout sequences with complementary FISH probes (the readout probes) via $N$ rounds of hybridization and imaging, each round using a different readout probe.**" <br><br> Zhuang at 2 (emphasis added) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|  |  |  Zhuang, Fig. 1E (annotated) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | The second subset of said plurality of detection reagents is distinct from but overlapping with said first subset of said detection reagent.<br><br><br><br>*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA |
| 1[e][f] | (e) using said first plurality of signal signatures and said second plurality of signal signatures to identify a temporal order of signal signatures corresponding to | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, the first and second pluralities of signal signatures are used to identify a temporal order of signal signatures corresponding to a location in the tissue sample. The temporal order of signal signatures is used to identify an analyte at its location in the tissue sample. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | a location in said cell or tissue sample; and (f) using said temporal order of signal signatures to identify an analyte of said plurality of analytes at said location in said cell or tissue sample. | 

"[E]ssentially, by repeating this cycle we're building a series of 1s and 0s. And by matching with the previously assigned barcodes then it really allows us now to resolve the identity of and the quantity of different RNA species."

Jiang at 5:52-6:08 (figure excerpted and annotated)

*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA

*See also* Moffit, Fig. S1.

"We then constructed binary words from the observed fluorescent spots based on their on-off patterns across the 16 hybridization rounds (Fig. 2, B to D). If the word exactly matched one of the 140 MHD4 code words (exact matches) or |

14

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|  |  | different by only 1 bit (error-correctable matches), we assigned it to the corresponding RNA species (Fig. 2D)." <br><br>  <br><br> Zhuang at 2-3 |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | <br><br>"How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA at 2:19.<br><br>"Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images. The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community."<br><br>"MERSCOPE Reveals the Transcriptional Organization of the Mouse Brain," by George Emanuel et al., available at https://vizgen.com/wp-content/uploads/2021/10/Vizgen_HCA2021Poster.pdf ("HCA Poster") |

| Claim No. | Claim Language | Vizgen MERSCOPE |
| --- | --- | --- |
|  |  |  "Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish |

Attachment C

# ATTACHMENT C

## Exemplary Infringement of U.S. Patent No. 11,293,052
### by Vizgen's MERSCOPE Platform and Workflow

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1 (Preamble) | A method for identifying an analyte at a location in a biological sample, comprising: | To the extent that the preamble is found to be limiting, Vizgen's MERSCOPE Platform and workflow, including when used by Vizgen through its Vizgen Lab Services, is a method for identifying an analyte (e.g., RNA) at a location in a biological sample.<br><br>"Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery."<br><br>MERSCOPE Product Bulletin, download available by clicking "Access This Resource" at https://vizgen.com/resources/merscope-product-bulletin/ ("Product Bulletin") at 1<br><br>"MERFISH is a massively multiplexed single-molecule imaging technology capable of simultaneously measuring the copy number and spatial distribution of hundreds to tens of thousands of RNA species in individual cells."<br><br>"Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish<br><br>"The Vizgen MERSCOPE Platform Solution is comprised of the MERSCOPE Gene Panel Design Software, MERSCOPE reagent kits, the MERSCOPE Instrument, the MERSCOPE Analysis Computer, and the MERSCOPE Vizualizer software to streamline the acquisition of high quality MERFISH data and data interpretation.<br><br>Reagent kits facilitate sample preparation. The automated MERSCOPE Instrument integrates high-resolution imaging and fluidics to automatically |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | acquire a full MERFISH dataset. The MERSCOPE Vizualizer software automates image processing and offers interactive visualization tools to explore the MERFISH data."<br><br>MERSCOPE Instrument User Guide (91600001, Rev B), available at https://vizgen.com/resources/user-guides/ ("Instrument User Guide") at 5<br><br>"Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images. The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community."<br><br>"MERSCOPE Reveals the Transcriptional Organization of the Mouse Brain," by George Emanuel et al., available at https://vizgen.com/wp-content/uploads/2021/10/Vizgen_HCA2021Poster.pdf ("HCA Poster")<br><br>*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA<br><br>"Leverage our in-house sample processing and data analysis expertise to accelerate your scientific research and yield fundamental insights faster."<br><br>Vizgen Lab Services, available at https://vizgen.com/lab-services/ |
| 1[a] | (a) binding a detection reagent to said analyte at said location of said biological sample, wherein | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, includes binding a detection reagent (e.g. tile of encoding probes) to an analyte (e.g., RNA) at the location of the sample, where the detection reagent includes a probe that binds to the analyte and a nucleic acid label comprising one or more pre-determined subsequences (readout sequences). |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | said detection reagent comprises<br><br>(i) a probe that binds to said analyte and<br><br>(ii) a nucleic acid label that identifies said probe, and wherein said detection reagent is identifiable by a temporal order of signal signatures associated with said nucleic acid label; | A detection reagent (e.g. tile of encoding probes) is bound to the analyte at the location of the sample. The detection reagent comprises a probe (target region) that binds to the analyte and nucleic acid label (readout sequences) that identifies the probe.<br><br>"The tissue of interest is sectioned and adhered to a MERSCOPE Slide. MERSCOPE Slides for fresh frozen and fixed frozen samples are supplied with fluorescent fiducials for subsequent imaging. If not already fixed in PFA, the tissue section is fixed with a fixation buffer and made permeable to the hybridization probes by overnight incubation in ethanol. Users may utilize their own fixation and permeabilization protocols in this step and use the MERSCOPE Sample Verification Kit to verify that the sample preparation conditions are compatible with MERFISH imaging with the MERSCOPE instrument."<br><br>MERSCOPE User Guide Fresh and Fixed Frozen Tissue Sample Preparation (91600002, Rev B), available at https://vizgen.com/resources/user-guides/ ("Tissue Sample Preparation User Guide") at 7<br><br>"Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery."<br><br>Product Bulletin at 1<br><br>"To perform MERFISH we will first assign a set of barcodes to different genes of interest. . . . We will first label the target RNA species with a tile of oligo probes that contains different barcodes. You can see that it has a targeted region that will be able to bind to different RNA species and also has the handle that has readout sequences." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | "In situ single cell transcriptomic imaging in formalin fixed paraffin embedded-FFPE tissues with MERSCOPE" by Jiang He ("Jiang"), available at https://www.youtube.com/watch?v=WvGDTvWSOjc, at 4:42-5:12 (slide excerpted and annotated)<br><br>"[W]e designed a two-step labeling scheme to encode and read out cellular RNAs (Fig. 1E). **First, we label cellular RNAs with a set of encoding probes, each probe comprising a RNA targeting sequence and two flanking readout sequences.** Four of the $N$ distinct readout sequences were assigned to each RNA species based on the $N$-bit MHD4 code word of the RNA. Second, we identified these $N$ readout sequences with complementary FISH probes (the readout probes) via $N$ rounds of hybridization and imaging, each round using a different readout probe." |

4

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | |  "Spatially resolved, highly multiplexed RNA profiling in single cells," Xiaowei Zhuang *et al.*, Science 348 (6233) ("Zhuang") at 2 (emphasis added), Fig. 1E (excerpted and annotated)<br><br>*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA<br><br>*See also* "High-throughput single-cell gene-expressions profiling with multiplexed error-robust fluorescence in situ hybridization," by Jeffrey R. Moffitt et al., Proceedings of the National Academy of Sciences, 113(39) 11046-11051 (September 13, 2016) https://doi.org/10.1073/pnas.1612826113 ("Moffitt"), Fig. S1.<br><br><br><br>The detection reagent is identifiable by a temporal order of signal signatures associated with the nucleic acid label. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | |  Zhuang, Fig. 1E (excerpted and annotated) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | |   Jiang (image excerpted an annotated) |
| 1[b] | (b) performing three or more readout cycles to generate said temporal order of signal signatures, wherein said three or more readout cycles comprise:<br><br>(i) a first readout cycle, comprising: | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, three or more readout cycles are performed to generate the temporal order of signal signatures.<br><br>(b) (i) A first readout cycle is performed comprising imaging the sample and detecting a first optical signal (detectable fluorescence), where the optical signal is associated with the nucleic acid label of the detection reagent, and thereby the first signal signature is obtained. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | (1) imaging said biological sample and detecting a first optical signal at said location, wherein said first optical signal is associated with said nucleic acid label of said detection reagent bound to said analyte at said location, thereby obtaining a first signal signature of said temporal order of signal signatures, and<br>(2) removing said first optical signal from said location;<br><br>(ii) a second readout cycle, comprising imaging said biological sample and detecting an absence of an optical signal at said location, thereby obtaining a second signal signature of said temporal order of signal signatures; and<br><br>(iii) a third readout cycle, comprising imaging said biological sample and detecting a second optical signal at said location, | **"Then we're going to flow in a subset of readout probes that is fluorescence detect and then it will bind to its corresponding readout sequences on the handle region. And if there is a binding event then it will show up as a fluorescent 'on' signal.** And then it would decode as 1. And if there is no fluorescent signal, then it would decode as 0."<br><br><br><br>Jiang at 4:42 – 5:58 (figure excerpted and annotated)<br><br>The first optical signal is removed.<br><br>"**And then we will extinguish the signal** and then flow in another subset of fluorescently labelled readout probes again.<br><br>Jiang at 5:34 – 5:42 |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | wherein said second optical signal is associated with said nucleic acid label of said detection reagent bound to said analyte at said location, thereby obtaining a third signal signature of said temporal order of signal signatures; and | (b) (ii) A second readout cycle is performed comprising imaging the sample and detecting the absence of an optical signal (detectable fluorescence) at a location, where the absence of optical signal is associated with the detection reagent, and thereby the second signal signature is obtained. (b) (iii) A third readout cycle is performed comprising imaging the sample and detecting a second optical signal, where the optical signal is associated with the nucleic acid label of the detection reagent, and thereby the third signal signature is obtained.<br><br>"And then again you can in the second round if there is a binding event there is a fluorescent signal and then it will decode as 1. And then if there is no signal it will decode as 0. So essentially, by repeating this cycle we're building a series of 1s and 0s."<br><br>Jiang at 5:42 – 5:58 |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                |  |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                |  |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | |  |

Jiang at 4:42 – 5:58 (figure excerpted and annotated)

Fig. 1E: "Schematic diagram of the implementation of a MHD4 code for RNA identification. Each RNA species is first labeled with ~192 encoding probes that convert the RNA into a specific combination of readout sequences (Encoding hyb). **These encoding probes each contain a central RNA-targeting region flanked by two readout sequences, drawn from a pool of *N* different sequences, each associated with a specific hybridization round. Encoding probes for a specific RNA species contain a particular combination of four of the *N* readout sequences, which correspond to the four hybridization rounds in which this RNA should read 1. *N* subsequent rounds of hybridization with the fluorescent readout probes are used to probe the readout sequences (hyb 1, hyb 2, …, hyb *N*).** The bound probes are inactivated

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | by photobleaching between successive rounds of hybridization. For clarity, only one possible pairing of the readout sequences is depicted for the encoding probes; however, all possible pairs of the four readout sequences are used at the same frequency and distributed randomly along each cellular RNA in the actual experiments."  |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | <br><br>Zhuang, Fig. 1E and notes (excerpted and annotated) |
| 1[c] | (c) using said temporal order of signal signatures to identify said analyte at said location of said biological sample. | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, the set of signal signatures is used to identify the analyte at the location of the biological sample<br><br>"And by matching with the previously assigned barcode then it really allows us [] now to resolve the identity as well as the quantity of different RNA species." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | <br><br>Jiang at 5:58 – 6:08 (figure excerpted and annotated)<br><br>"Essentially, by repeating this cycle we're building a series of 1s and 0s. And by matching with the previously assigned barcodes then it really allows us [] now to resolve the identity of and the quantity of different RNA species."<br><br>Jiang at 5:52-6:08 (figure excerpted and annotated)<br><br>"We then constructed binary words from the observed fluorescent spots based on their on-off patterns across the 16 hybridization rounds (Fig. 2, B to D). If the word exactly matched one of the 140 MHD4 code words (exact matches) or differed by only 1 bit (error-correctable matches), we assigned it to the corresponding RNA species (Fig. 2D)." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                |  |

Zhuang at 2-3

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | <br><br>"How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA<br><br>"**Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images.** The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community."<br><br>HCA Poster (emphasis added) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                |   "Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish |

Attachment D

# ATTACHMENT D

## Exemplary Infringement of U.S. Patent No. 11,293,054
## by Vizgen's MERSCOPE Platform and Workflow

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1 (Preamble) | A method for identifying an analyte, comprising: | To the extent that the preamble is found to be limiting, Vizgen's MERSCOPE Platform and workflow, including when used by Vizgen through its Vizgen Lab Services, is a method for identifying an analyte (e.g., RNA).<br><br>"Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery."<br><br>MERSCOPE Product Bulletin, download available by clicking "Access This Resource" at https://vizgen.com/resources/merscope-product-bulletin/ ("Product Bulletin") at 1<br><br>"MERFISH is a massively multiplexed single-molecule imaging technology capable of simultaneously measuring the copy number and spatial distribution of hundreds to tens of thousands of RNA species in individual cells."<br><br>"Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish<br><br>"The Vizgen MERSCOPE Platform Solution is comprised of the MERSCOPE Gene Panel Design Software, MERSCOPE reagent kits, the MERSCOPE Instrument, the MERSCOPE Analysis Computer, and the MERSCOPE Vizualizer software to streamline the acquisition of high quality MERFISH data and data interpretation. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | Reagent kits facilitate sample preparation. The automated MERSCOPE Instrument integrates high-resolution imaging and fluidics to automatically acquire a full MERFISH dataset. The MERSCOPE Vizualizer software automates image processing and offers interactive visualization tools to explore the MERFISH data." <br><br> MERSCOPE Instrument User Guide (91600001, Rev B), available at https://vizgen.com/resources/user-guides/ ("Instrument User Guide") at 5 <br><br> "Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images. The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community." <br><br> "MERSCOPE Reveals the Transcriptional Organization of the Mouse Brain," by George Emanuel et al., available at https://vizgen.com/wp-content/uploads/2021/10/Vizgen_HCA2021Poster.pdf ("HCA Poster") <br><br> *See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA <br><br> "Leverage our in-house sample processing and data analysis expertise to accelerate your scientific research and yield fundamental insights faster." <br><br> Vizgen Lab Services, available at https://vizgen.com/lab-services/ |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1[a] | (a) contacting a cell or tissue sample comprising said analyte with a detection reagent comprising:<br><br>(i) a probe targeting said analyte and<br><br>(ii) a nucleic acid label coupled to said probe,<br><br>to permit said probe to bind to said analyte,<br><br>wherein said nucleic acid label comprises a plurality of subsequences; | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, includes contacting a cell or tissue sample (e.g., tissue section) comprising the analyte with a detection reagent (e.g., tile of encoding probes). The detection agent comprises a probe (targeting region) targeting the analyte and a nucleic acid label coupled to the probe. Contacting the tissue sample with the detection reagent permits the probe to bind to the analyte. The nucleic acid label comprises a plurality of subsequences (readout sequences).<br><br>"The tissue of interest is sectioned and adhered to a MERSCOPE Slide. MERSCOPE Slides for fresh frozen and fixed frozen samples are supplied with fluorescent fiducials for subsequent imaging. If not already fixed in PFA, the tissue section is fixed with a fixation buffer and made permeable to the hybridization probes by overnight incubation in ethanol. Users may utilize their own fixation and permeabilization protocols in this step and use the MERSCOPE Sample Verification Kit to verify that the sample preparation conditions are compatible with MERFISH imaging with the MERSCOPE instrument."<br><br>MERSCOPE User Guide Fresh and Fixed Frozen Tissue Sample Preparation (91600002, Rev B), available at https://vizgen.com/resources/user-guides/ ("Tissue Sample Preparation User Guide") at 7<br><br>"Spatial genomics gives us the opportunity to finally understand the biology of intact tissue with unparalleled resolution at the single cell level, unlocking a new world of discovery."<br><br>Product Bulletin at 1<br><br>"To perform MERFISH we will first assign a set of barcodes to different genes of interest. . . . We will first label the target RNA species with a tile of oligo probes that contains different barcodes. You can see that it has a targeted region |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | that will be able to bind to different RNA species and also has the handle that has readout sequences."<br><br><br><br>"In situ single cell transcriptomic imaging in formalin fixed paraffin embedded FFPE tissues with MERSCOPE" by Jiang He ("Jiang"), available at https://www.youtube.com/watch?v=WvGDTvWSOjc, at 4:42-5:12 (slide excerpted and annotated)<br><br>"[W]e designed a two-step labeling scheme to encode and read out cellular RNAs (Fig. 1E). **First, we label cellular RNAs with a set of encoding probes, each probes comprising a RNA targeting sequence and two flanking readout sequences.** Four of the $N$ distinct readout sequences were assigned to each RNA species based on the $N$-bit MHD4 code word of the RNA. Second, we identified these $N$ readout sequences with complementary FISH probes (the |

4

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | readout probes) via *N* rounds of hybridization and imaging, each round using a different readout probe." |



"Spatially resolved, highly multiplexed RNA profiling in single cells,"
Xiaowei Zhuang *et al.*, *Science*, 348 (6233) ("Zhuang") at 2 (emphasis added),
Fig. 1E (excerpted and annotated)

*See also* "High-throughput single-cell gene-expressions profiling with multiplexed error-robust fluorescence in situ hybridization," by Jeffrey R. Moffit et al., *Proceedings of the National Academy of Sciences*, 113(39) 11046-11051 (September 13, 2016) https://doi.org/10.1073/pnas.1612826113 ("Moffit"), Fig. S1.

*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1[b] | (b) generating a set of signal signatures in said | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, a set of signal signatures in the cell or tissue sample is |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | cell or tissue sample at least in part by (i) coupling a first decoder probe to a first subsequence of said plurality of subsequences, wherein said first decoder probe comprises a first detectable label, (ii) detecting a first signal signature from said first detectable label, (iii) coupling a second decoder probe to a second subsequence of said plurality of subsequences, wherein said second decoder probe comprises a second detectable label, and (iv) detecting a second signal signature from said second detectable label; and | generated at least in part by: (i) coupling a first decoder probe (first readout probe) to a first subsequence of the plurality of subsequences (readout sequences), wherein the first decoder probe comprises a detectable label (fluorescence); (ii) detecting a first signal signature from the first detectable label; (iii) coupling a second decoder probe (second readout probe) to a second subsequence of the plurality of subsequences, wherein the second decoder probe comprises a second detectable label; and (iv) detecting a second signal signature from the second detectable label.<br><br>"Then we're going to flow in a subset of readout probes that is fluorescence detect[able] and then it will bind to its corresponding readout sequences on the handle region. And if there is a binding event then it will show up as a fluorescent 'on' signal. And then it would decode as 1. And if there is no fluorescent signal, then it would decode as 0. And then we will extinguish the signal and then flow in another subset of fluorescently labelled readout probes again. And then again you can in the second round if there is a binding event there is a fluorescent signal and then it will decode as 1. And then if there is no signal it will decode as 0. So essentially, by repeating this cycle we're building a series of 1s and 0s." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | |  |

<div align="center">

first signal signature detected →

second signal signature detected →

</div>

Jiang at 4:42 – 5:58 (figure excerpted and annotated)

*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA

*See also* Moffit, Fig. S1.

"[W]e designed a two-step labeling scheme to encode and read out cellular RNAs (Fig. 1E). First, we label cellular RNAs with a set of encoding probes, each probes comprising a RNA targeting sequence and two flanking readout sequences. Four of the $N$ distinct readout sequences were assigned to each RNA species based on the $N$-bit MHD4 code word of the RNA. Second, **we identified these $N$ readout sequences with complementary FISH probes (the readout**

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | probes) via *N* rounds of hybridization and imaging, each round using a different readout probe." |

Zhuang at 2 (emphasis added)



Zhuang, Fig. 1E (annotated)

Fig. 1E: "Schematic diagram of the implementation of a MHD4 code for RNA identification. Each RNA species is first labeled with ~192 encoding probes that convert the RNA into a specific combination of readout sequences (Encoding hyb). **These encoding probes each contain a central RNA-targeting region flanked by two readout sequences, drawn from a pool of *N* different sequences, each associated with a specific hybridization round. Encoding probes for a specific RNA species contain a particular combination of four of the *N* readout sequences, which correspond to the four hybridization**

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | **rounds in which this RNA should read 1. *N* subsequent rounds of hybridization with the fluorescent readout probes are used to probe the readout sequences (hyb 1, hyb 2, …, hyb *N*).** The bound probes are inactivated by photobleaching between successive rounds of hybridization. For clarity, only one possible pairing of the readout sequences is depicted for the encoding probes; however, all possible pairs of the four readout sequences are used at the same frequency and distributed randomly along each cellular RNA in the actual experiments."<br><br>Zhuang, Fig. 1 notes |
| 1[c] | (c) processing said set of signal signatures to identify said analyte. | In Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, the set of signal signatures are processed to identify the analyte.<br><br>"And by matching with the previously assigned barcode then it really allows us [] now to resolve the identity as well as the quantity of different RNA species." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | 

Jiang at 5:58 – 6:08 (figure excerpted and annotated)

*See also* "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA

*See also* Moffit, Fig. S1.

"We then constructed binary words from the observed fluorescent spots based on their on-off patterns across the 16 hybridization rounds (Fig. 2, B to D). If the word exactly matched one of the 140 MHD4 code words (exact matches) or different by only 1 bit (error-correctable matches), we assigned it to the corresponding RNA species (Fig. 2D)." |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | <br><br>Zhuang at 2-3 |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                |  "How MERFISH Technology Works," available at https://www.youtube.com/watch?v=O0QekKSscjA at 2:19<br><br>"Data output for each measurement includes the list of all detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images."<br><br>HCA Poster (emphasis added) |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                |   "Vizgen MERFISH Technology," available at https://vizgen.com/technology/#merfish |

Attachment E

# ATTACHMENT E

## Exemplary Infringement of U.S. Patent No. 11,299,767
## by Vizgen's MERSCOPE Platform and Workflow

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| 1 (Preamble) | A method of analyzing a biological sample, comprising: | To the extent that the preamble is found to be limiting, Vizgen's MERSCOPE Platform and workflow, including when used by Vizgen through its Vizgen Lab Services, is a method for analyzing a biological sample (e.g., fresh and fixed frozen tissue).[1] |
| 1[a] | (a) permeabilizing said biological sample, wherein said biological sample comprises a plurality of cells, wherein a cell of said plurality of cells comprises cellular nucleic acid molecules having a relative three-dimensional (3D) spatial orientation within said cell; | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, includes permeabilizing the biological sample (e.g., fresh and fixed frozen mouse and human tissue) comprising a plurality of cells, and wherein a cell of the plurality of cells comprises cellular nucleic acid (e.g., RNA) molecules having a relative three-dimensional (3D) spatial orientation within the cell.<br><br>"The tissue of interest is sectioned and adhered to a MERSCOPE Slide. MERSCOPE Slides for fresh frozen and fixed frozen samples are supplied with fluorescent fiducials for subsequent imaging. If not already fixed in PFA, **the tissue section is fixed with a fixation buffer and made permeable to the hybridization probes by overnight incubation in ethanol**. Users may utilize their own fixation and permeabilization protocols in this step and use the MERSCOPE Sample Verification Kit to verify that the sample preparation conditions are compatible with MERFISH imaging with the MERSCOPE instrument." |

[1] Throughout, citations to workflow steps for fresh and fixed frozen tissue sample preparation are representative and/or merely exemplary and not limiting. For example, the limitations of Claim 1 are also met when MERSCOPE is used with Cultured Cells, as described in MERSCOPE Cultured Cells Sample Preparation User Guide (91600003, Rev B), available at https://vizgen.com/resources/user-guides/.

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | MERSCOPE User Guide Fresh and Fixed Frozen Tissue Sample Preparation (91600002, Rev B), available at https://vizgen.com/resources/user-guides/ ("Tissue Sample Preparation User Guide") at 7 (emphasis added)<br><br>"Cell boundary staining conveniently marks cell boundaries to enable individual cell analysis. If cells are adequately dispersed in a sample (e.g., in central nervous system tissue) it may not be necessary to do this step."<br><br>Tissue Sample Preparation User Guide at 7<br><br>**"I.        Tissue Sectioning, Fixation, Permeabilization**<br><br>1.    Place the optimal cutting temperature (OCT) compound-embedded tissue block into the cryotome, and allow it to sit at −20°C for at least 30 min.<br>2.    Trim the OCT-embedded tissue block until the desired tissue region is exposed.<br>3.    Cut a 10 μm section from the OCT-embedded tissue block.<br>4.    Ensure the tissue section is flat. Carefully mount the tissue section into the center of the MERSCOPE Slide by carefully lowering the MERSCOPE Slide onto the tissue section using gloved fingers.<br>5.    Place the MERSCOPE Slide into a dry 60-mm petri dish (tissue facing up) and place at −20°C for 5 min to allow the tissue section to adhere.<br>6.    Fresh frozen tissue: In a fume hood, add 5 mL fixation buffer and incubate at room temperature for 15 min. Fixed frozen tissue: Skip this step.<br>7.    Wash 3x with 5 mL 1X PBS, incubate 5 min each wash.<br>8.    Add 5 mL 70% ethanol, seal the petri dish with parafilm and **place at 4°C overnight to permeabilize the tissue**."<br><br>Tissue Sample Preparation User Guide at 18 (emphasis added) (practice tips omitted) |
| 1[b] | (b) generating a 3D matrix comprising said cellular | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, includes generating a 3D matrix comprising the cellular |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | nucleic acid molecules attached thereto, wherein said 3D matrix preserves said relative 3D spatial orientation; | nucleic acid (e.g., RNA) molecules attached thereto, wherein the 3D matrix preserves the relative 3D spatial orientation.<br><br>"Formamide Wash Buffer denatures the RNA to allow encoding probe binding. The custom encoding probes hybridize to the sample. Adequate washing minimizes background."<br><br>Tissue Sample Preparation User Guide at 7<br><br>"**Gel embedding immobilizes the RNA** (with bound encoding probes) and creates a protective layer so the RNA species cannot escape in subsequent steps."<br><br>Tissue Sample Preparation User Guide at 7 (emphasis added)<br><br>"**V.     Gel Embedding**<br><br>1.     Clean a Gel Coverslip (PN 20400003) by spraying with RNaseZap solution and wiping with a Kimwipe, followed by spraying 70% ethanol and wiping with a Kimwipe.<br>2.     Add 50 µL Gel Slick Solution onto the Gel Coverslip, wipe gently with a Kimwipe to spread the Gel Slick.<br>3.     Prepare Gel Embedding Solution: |

| Gel Embedding Solution | 1 sample | 5 samples | 10 samples |
|---|---|---|---|
| Gel Embedding Premix (PN 20300004) | 5 mL | 25 mL | 50 mL |
| 10% w/v ammonium persulfate solution | 25 µL | 125 µL | 250 µL |

| Claim No. | Claim Language | Vizgen MERSCOPE | | | |
|---|---|---|---|---|---|
| | | N,N,N',N'-tetramethylethylenediamine | 2.5 µL | 12.5 µL | 25 µL |

4. Aspirate the Sample Prep Wash Buffer. Retain 100 µL Gel Embedding Solution in a small tube. Add the remainder of the 5 mL Gel Embedding Solution, incubate at room temperature for 1 min.

5. Using a pipette, transfer the majority of the Gel Embedding Solution to a waste tube (to monitor the gel formation).

6. Aspirate to dry the MERSCOPE Slide, leaving just enough liquid to cover the tissue section.

7. Add 50 µL of the retained Gel Embedding Solution on the tissue section.

8. Place the tips of one pair of tweezers on an area of the MERSCOPE Slide without touching the tissue section. Use tweezers to pick up the 20-mm Gel Slick-treated Gel Coverslip. With the Gel Slick-treated side facing down toward the tissue, place the edge of the Gel Coverslip against the tweezer tips resting on the MERSCOPE Slide, creating stability, and slowly lower the Gel Coverslip onto the tissue section to spread the Gel Embedding Solution. If needed, adjust the Gel Coverslip so it is positioned in the center of the MERSCOPE Slide. Gently press the Gel Coverslip to squeeze out excess Gel Embedding Solution, and remove the extra Gel Embedding Solution by aspiration.

9. Incubate at room temperature for 1.5 h.

10. Ensure eye protection is worn during this step. Gently lift the 20-mm Gel Slick-treated Gel Coverslip with the sharp tip of a Hobby Blade and discard the Gel Coverslip appropriately.

11. Proceed immediately to the next appropriate step for the tissue sample/type of fixation."

Tissue Sample Preparation User Guide at 24-25
(practice tips omitted)

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| 1[c] | (c) contacting said 3D matrix with reagents to selectively remove a non-nucleic acid component from said biological sample; and | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, includes contacting the 3D matrix with reagents to selectively remove a non-nucleic acid component from the biological sample.<br><br>"Clearing **removes all tissue components other than RNA and DNA** and is critical to minimize the autofluorescence background and thereby maximize signal. The optimal clearing protocol depends on the tissue sample type. Users may use the MERSCOPE Sample Verification Kit to evaluate if their tissue is resistant to clearing or not. Tissues resistant to clearing may require digestion and/or higher-temperature clearing."<br><br>Tissue Sample Preparation User Guide at 7-8 (emphasis added)<br><br>**"VI.  Clearing – Non-resistant Fresh Frozen Tissue**<br><br>1.  Warm Clearing Premix (PN 20300003) at 37°C for 30 min before use. The Clearing Premix should be a clear solution before use. If the solution is cloudy, warm until the solution becomes clear. Prepare Clearing Solution:<br><br>table:<br>Clearing Solution \| 1 sample \| 5 samples \| 10 samples<br>Clearing Premix (PN 20300003) \| 5 mL \| 25 mL \| 50 mL<br>Proteinase K \| 50 µL \| 250 µL \| 500 µL<br><br>2.  Add 5 mL Clearing Solution.<br>3.  Place the lid on the petri dish and spray the outside with 70% ethanol to sterilize.<br>4.  Seal the petri dish with parafilm and place in a humidified 37°C cell culture incubator for 24 h or until the tissue section becomes transparent."<br><br>Tissue Sample Preparation User Guide at 26 |

5

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | *See also* "VI. Clearing – Non-resistant Fixed Frozen Tissue," Tissue Sample Preparation User Guide at 27; "VI. Clearing – Resistant Fresh or Fixed Frozen Tissue," Tissue Sample Preparation User Guide at 28-29. |
| 1[d] | (d) using 3D fluorescence imaging to identify said cellular nucleic acid molecules and said relative 3D spatial orientation of said cellular nucleic acid molecules within said cell. | Vizgen's MERSCOPE Platform workflow, including when performed by Vizgen as part of its Vizgen Lab Services, uses fluorescence imaging to identify the cellular nucleic acid molecules and the relative 3D spatial orientation of the cellular nucleic acid molecules within the cell. <br><br> "Multiplexed error-robust fluorescence in situ hybridization (MERFISH) is a spatially resolved single-cell transcriptome profiling technology. MERFISH combines the power of single-cell transcriptomics with spatial biology by directly visualizing and counting RNA transcripts from 100s to > 10,000 genes in cells or tissue slices. <br> … <br> Reagent kits facilitate sample preparation. The automated MERSCOPE Instrument integrates high-resolution imaging and fluidics to automatically acquire a full MERFISH dataset. The MERSCOPE Vizualizer software automates image processing and offers interactive visualization tools to explore the MERFISH data." <br><br> MERSCOPE Instrument User Guide (91600001, Rev B), available at https://vizgen.com/resources/user-guides/ ("Instrument User Guide") at 5 <br><br> "Refer to the MERSCOPE Instrument User Guide for next steps. In short, the sample is stained with DAPI and PolyT stain and then MERSCOPE Slide with prepared sample is assembled into the MERSCOPE Flow Chamber and inserted in the instrument. The MERSCOPE Imaging Cartridge is loaded into the instrument and the fully automated instrument run is initiated." <br><br> Tissue Sample Preparation User Guide at 8 |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | "Sample preparation user guides instruct users on sample preparation through clearing. Prepared samples may be stored in a sealed petri dish in Clearing Solution at 37°C for up to 7 days. Refer to the applicable sample preparation for specific instructions, available online at https://vizgen.com/. When ready for imaging, prepare for imaging and then proceed to DAPI and PolyT staining on the bench." |
| | | <div align="right">Instrument User Guide at 13</div> |
| | | **"MERSCOPE Instrument Operations** |
| | | Configure the Experiment – Start MERFISH |
| | | ➡ Click Start MERFISH on the display and allow 1-2 min for the MERSCOPE Instrument to initialize. |
| | | − Prior to starting a new MERFISH experiment, there must be at least 5 TB of disk space available on the MERSCOPE Instrument Computer and 5 TB of disk space available on the MERSCOPE Analysis Computer. If insufficient space is available, old datasets should be copied to network storage or a portable USB hard drive. |
| | | ➡ Enter experimental details (name, description). |
| | | ➡ Select the applicable panel-specific MERSCOPE Codebook (may be imported from local storage or the Vizgen Cloud). |
| | | ➡ Click Next to advance through configuration screens to the sample properties screen. |
| | | ➡ Specify sample thickness. If sample thickness is unknown, 10 μm should be selected. |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
|           |                | ➡ IF the sample was stained with MERSCOPE Cell Boundary Staining Kit, toggle on Cell boundary stains under Additional stains. |
|           |                | – Toggling on Cell boundary stains automatically enables Aux1-3. |
|           |                | ➡ Enter details of any additional auxiliary staining (to a maximum of 9 including 3 cell boundary stains) that should be imaged in addition to the MERFISH measurement. |
|           |                | ➡ At the end of configuration, a Configure Summary will appear. |
|           |                | ➡ If the Configure Summary is satisfactory, click Next. |
|           |                | – **DAPI and PolyT stains are always imaged automatically.** |
|           |                | – **Users can change the names of additional auxiliary stains after they are enabled by clicking on the box**." |
|           |                | Instrument User Guide at 15 (emphasis altered) |
|           |                | "➡ Insert the MERSCOPE Flow Chamber into the MERSCOPE Instrument. First insert the back edge of the flow chamber under the overhangs in the stage adapter. Then, lower the flow chamber to lie flat within the stage adapter. |
|           |                | ➡ Lock the MERSCOPE Flow Chamber into place. |
|           |                | ➡ Close the flow chamber lid and **click Acquire Mosaic to acquire a low-resolution mosaic**." |
|           |                | Instrument User Guide at 23 (emphasis altered) (practice tips omitted) |
|           |                | *See also* "Select Regions of Interest," "Switch to the High-Magnification Objective," "Experiment – Data Acquisition," and "Segmentation Parameters and Image Processing," Instrument User Guide at 24-27 |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|---|---|---|
| | | "Data output for each measurement includes the list of all **detected transcripts and their spatial locations in three dimensions, the gene counts per cell matrix, additional spatial cell metadata, cell boundary polygons, and high resolution DAPI and Poly T mosaic images**. The Vizgen MERSCOPE platform includes Data Visualization and Analysis software and the outputs are compatible with tools developed by the academic community."<br><br>"MERSCOPE Reveals the Transcriptional Organization of the Mouse Brain," by George Emanuel et al., available at https://vizgen.com/wp-content/uploads/2021/10/Vizgen_HCA2021Poster.pdf ("HCA Poster") |

| Claim No. | Claim Language | Vizgen MERSCOPE |
|-----------|----------------|-----------------|
| | | 

**FIGURE 4.** MERFISH measurements across 9 full mouse brain coronal slices. Each panel depicts the expression pattern for 8 of the genes from the 483 gene measurement for each of the 3 biological replicates at 3 positions across the mouse brain.

HCA Poster |