**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       Plaintiffs,<br><br>       v.<br><br>VIZGEN, INC.,<br><br>       Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED<br><br><br><br>*REDACTED -- PUBLIC VERSION* |
| VIZGEN, INC.,<br><br>       Counterclaim-Plaintiff,<br><br>       v.<br><br>10X GENOMICS, INC.,<br><br>       Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       Counterclaim-Defendant as to certain claims; Nominal Defendant[1] as to certain claims. | |

**VIZGEN'S ANSWER, DEFENSES, AND COUNTERCLAIMS TO
PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

[1]  Harvard consents to be joined, pursuant to Fed. R. Civ. P. 19(a), as counterclaim-plaintiff as to Counterclaim XVI, but is still in the process of retaining counsel.  Vizgen will work with the parties to amend its Counterclaims to realign Harvard as counterclaim co-plaintiff as to Counterclaim XVI once Harvard retains counsel.

Defendant Vizgen, Inc. ("Vizgen") hereby provides its Answer and Defenses to the First Amended Complaint ("FAC") of 10x Genomics, Inc. ("10x" or "10x Genomics") and President and Fellows of Harvard College ("Harvard") (collectively "Plaintiffs") and its Counterclaims against 10x and/or Harvard ("Counterclaim-Defendants") as set forth below.  Unless expressly admitted, Vizgen denies each and every allegation in Plaintiffs' FAC.  To the extent the allegations in the FAC purport to characterize the nature or contents of the Exhibits to the FAC, Vizgen lacks sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis denies them.  Vizgen denies any allegations that may be implied by or inferred from the headings of the FAC.

## NATURE OF THE ACTION

1.      Vizgen admits that the FAC purports to state a claim for patent infringement of United States Patent Nos. 11,021,737 ("the '737 Patent"), 11,293,051 ("the '051 Patent"), 11,293,'052 ("the '052 Patent"), 11,293,054 ("the '054 Patent"), and 11,299,767 ("the '767 Patent"), (collectively, the "Asserted Patents") arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. § 271.  Except as so admitted, Vizgen denies any remaining allegations in paragraph 1.

## THE PARTIES

2.      Vizgen admits that, on information and belief, 10x is a Delaware corporation with its principal place of business at 6230 Stoneridge Mall Road, Pleasanton, CA 94588.

3.      Denied.

4.      Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 4 and on that basis denies them.

1

5.      Vizgen admits that it is a Delaware corporation with its principal place of business at 61 Moulton Street, Cambridge, Massachusetts, 02138.  Except as so admitted, Vizgen denies any remaining allegations in paragraph 5.

6.      Paragraph 6 contains legal conclusions to which no response is required.  To the extent that a response is deemed required, Vizgen denies the allegations of Paragraph 6.

## JURISDICTION AND VENUE

7.      Vizgen incorporates by reference and restates its responses to paragraphs 1-6 of the FAC as though fully set forth herein.

8.      Vizgen admits that the FAC purports to bring a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, including in particular 35 U.S.C. § 271.  Vizgen further admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Except as so admitted, Vizgen denies any remaining allegations of paragraph 8.

9.      Vizgen admits that it is a Delaware corporation and that venue is proper in this District.  Except as so admitted, Vizgen denies any remaining allegations of paragraph 9.

## BACKGROUND

**A.      Response to Allegations Regarding 10x's Purported Single Cell and Spatial Technologies**

10.      Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 10 and on that basis denies them.

11.      Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 11 and on that basis denies them.

12.      Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 12 and on that basis denies them.

13.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 13 and on that basis denies them.

14.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 14 and on that basis denies them.

**B.      Response to Allegations Regarding 10x's Purported Investment In Developing *In Situ* Technologies**

15.     Paragraph 15 of the FAC includes allegations that are vague, ambiguous, and incomplete, and on that basis Vizgen denies the allegations of paragraph 15.

16.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 16 and on that basis denies them.

17.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 17 and on that basis denies them.

**C.      Response to Allegations Regarding Vizgen's MERSCOPE™ Platform and Lab Services Program**

18.     Vizgen admits that it announced the launch of its MERSCOPE™ platform in March 2021.  Vizgen further admits that it shipped the first commercial MERSCOPE™ platforms on or about the summer of 2021.  Vizgen admits that the MERSCOPE™ platform is based on MERFISH (Multiplexed error-robust fluorescence in situ hybridization) technology.  Paragraph 18 of the FAC further includes allegations that purport to characterize technical aspects of Vizgen's products in a manner that is vague, ambiguous, and incomplete, and on that basis Vizgen denies the remaining allegations of paragraph 18.

19.     Vizgen admits that it has provided products to its customers marketed as part of the MERSCOPE™ platform.  Paragraph 19 of the FAC further includes allegations that purport to characterize technical aspects of Vizgen's products in a manner that is vague, ambiguous, and incomplete, and on that basis Vizgen denies the remaining allegations of paragraph 19.

3

20.     Denied.

21.     Vizgen admits that it markets certain products under the trade name MERSCOPE™.  Paragraph 21 of the FAC further includes allegations that purport to characterize technical aspects of Vizgen's products in a manner that is vague, ambiguous, and incomplete, and on that basis Vizgen denies the remaining allegations of paragraph 21.

> **D.     Response to Allegations Regarding the Patents In Suit**

22.     Denied.

23.     Vizgen admits that, on its face, the '737 Patent states that it was issued on June 1, 2021 and that it lists the named inventors as George M. Church, Je-Hyuk Lee, Daniel Levner, and Michael Super.  Except as so admitted, Vizgen denies any remaining allegations of paragraph 23.

24.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 24 and on that basis denies them.

25.     Vizgen admits that, on its face, the 051 Patent states that it was issued on April 5, 2022, and that it lists the named inventors as George M. Church, Je-Hyuk Lee, Daniel Levner, and Michael Super.  Except as so admitted, Vizgen denies any remaining allegations of paragraph 25.

26.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 26 and on that basis denies them.

27.     Vizgen admits that, on its face, the '052 Patent states that it was issued on April 5, 2022, and that it lists the named inventors as George M. Church, Je-Hyuk Lee, Daniel Levner, and Michael Super. Except as so admitted, Vizgen denies any remaining allegations of paragraph 27.

28.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 28 and on that basis denies them.

29.     Vizgen admits that, on its face, the '054 Patent states that it was issued on April 5, 2022, and that it lists the named inventors as Je-Hyuk Lee, Daniel Levner, George M. Church, and Michael Super.  Except as so admitted, Vizgen denies any remaining allegations of paragraph 29.

30.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 30 and on that basis denies them.

31.     Vizgen admits that, on its face, the '767 Patent states that it was issued on April 12, 2022, and that it lists the named inventors as George M. Church, Je-Hyuk Lee, Richard C. Terry, and Evan R. Daugharthy.  Except as so admitted, Vizgen denies any remaining allegations of paragraph 31.

32.     Vizgen is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 32 and on that basis denies them.

33.     No answer to Paragraph 33 is required pursuant to Vizgen's pending motion to dismiss.

34.     No answer to Paragraph 34 is required pursuant to Vizgen's pending motion to dismiss.

## COUNT I

35.     Vizgen incorporates by reference and restates its responses to paragraphs 1-34 of the FAC as though fully set forth herein.

36.     Denied.

37.     No answer to Paragraph 37 is required pursuant to Vizgen's pending motion to dismiss.

38.     No answer to Paragraph 38 is required pursuant to Vizgen's pending motion to dismiss.

39.     No answer to Paragraph 39 is required pursuant to Vizgen's pending motion to dismiss.

40.     No answer to Paragraph 40 is required pursuant to Vizgen's pending motion to dismiss.

41.     Denied.

42.     Denied.

## COUNT II

43.     Vizgen incorporates by reference and restates its responses to paragraphs 1-42 of the FAC as though fully set forth herein.

44.     Denied.

45.     No answer to Paragraph 45 is required pursuant to Vizgen's pending motion to dismiss.

46.     No answer to Paragraph 46 is required pursuant to Vizgen's pending motion to dismiss.

47.     No answer to Paragraph 47 is required pursuant to Vizgen's pending motion to dismiss.

48.     No answer to Paragraph 48 is required pursuant to Vizgen's pending motion to dismiss.

49.     Denied.

50.     Denied.

## COUNT III

51.     Vizgen incorporates by reference and restates its responses to paragraphs 1-50 of the FAC as though fully set forth herein.

52.     Denied.

53.     No answer to Paragraph 53 is required pursuant to Vizgen's pending motion to dismiss.

54.     No answer to Paragraph 54 is required pursuant to Vizgen's pending motion to dismiss.

55.     No answer to Paragraph 55 is required pursuant to Vizgen's pending motion to dismiss.

56.     No answer to Paragraph 56 is required pursuant to Vizgen's pending motion to dismiss.

57.     Denied.

58.     Denied.

## COUNT IV

59.     Vizgen incorporates by reference and restates its responses to paragraphs 1-58 of the FAC as though fully set forth herein.

60.     Denied.

61.     No answer to Paragraph 61 is required pursuant to Vizgen's pending motion to dismiss.

62.     No answer to Paragraph 62 is required pursuant to Vizgen's pending motion to dismiss.

63.     No answer to Paragraph 63 is required pursuant to Vizgen's pending motion to dismiss.

64.     No answer to Paragraph 64 is required pursuant to Vizgen's pending motion to dismiss.

65.     Denied.

66.     Denied.

## COUNT V

67.     Vizgen incorporates by reference and restates its responses to paragraphs 1-66 of the FAC as though fully set forth herein.

68.     Denied.

69.     No answer to Paragraph 69 is required pursuant to Vizgen's pending motion to dismiss.

70.     No answer to Paragraph 70 is required pursuant to Vizgen's pending motion to dismiss.

71.     No answer to Paragraph 71 is required pursuant to Vizgen's pending motion to dismiss.

72.     No answer to Paragraph 72 is required pursuant to Vizgen's pending motion to dismiss.

73.     Denied.

74.     Denied.

## PRAYER FOR RELIEF

These paragraphs of the FAC set forth the statement of relief requested by Plaintiffs to which no response is required.  Vizgen denies that Plaintiffs are entitled to any of the requested relief and denies any allegations contained therein.

## DEMAND FOR JURY TRIAL

Vizgen acknowledges that Plaintiffs demand a trial by jury on all issues so triable.

## GENERAL DENIAL

To the extent not specifically admitted herein, the allegations of the FAC are denied. Vizgen denies any allegations that may be implied by or inferred from the headings of the FAC.

## DEFENSES

Vizgen has insufficient knowledge or information upon which to form a belief as to whether there may be additional defenses available, and therefore Vizgen reserves the right to assert such additional defenses based upon subsequently acquired knowledge or information that becomes available through discovery or otherwise.  Without assuming the burden of proof on any matters where that burden rests on Plaintiffs, Vizgen asserts the following defenses with respect to the FAC:

### FIRST DEFENSE – FAILURE TO STATE A CLAIM

The FAC, and each cause of action purportedly alleged therein, fails to state any claim for which relief may be granted.

### SECOND DEFENSE - NONINFRINGEMENT

Vizgen does not infringe and has not infringed, literally or under the doctrine of equivalents, is not liable for infringement of any valid and enforceable claim of the '737, '051, '052, '054, or '767 Patents, including under the reverse doctrine of equivalents, and has not otherwise committed any acts in violation of 35 U.S.C. § 271.

Plaintiffs have not met their burden of pleading infringement of the '737, '051, '052, '054, or '767 Patents in their FAC and will be unable to meet their burden of proof to show infringement of the '737, '051, '052, '054, or '767 Patents.

### THIRD DEFENSE - INVALIDITY

Plaintiffs' claims are barred in whole or in part because one or more claims of the '737, '051, '052, '054, or '767 Patents are invalid for failure to comply with one or more of the requirements of the Patent Laws of the United States, 35 U.S.C. §§ 100, *et seq.*, including, but not limited to, §§ 101, 102, 103, and/or 112.

**FOURTH DEFENSE – 35 U.S.C. § 287**

Plaintiffs' patent infringement claims and Prayer for Relief are limited by 35 U.S.C. § 287.

**FIFTH DEFENSE – NO EQUITABLE RELIEF**

Plaintiffs are not entitled to equitable relief under any theory because Plaintiffs have not and will not suffer irreparable harm, are not without adequate remedy at law, the balance of the hardships do not favor entry of an injunction, and/or public policy concerns weigh against any equitable relief.

**SIXTH DEFENSE – EQUITABLE DEFENSES**

Plaintiffs' claims for relief are barred in whole or in part by license, laches, consent, waiver, estoppel, acquiescence, payment, and/or release.

As one example, the FAC implicates Harvard's separate license with Vizgen ("the Harvard-Vizgen License"). In 2019, Harvard entered into a patent license agreement that required Vizgen to commercialize the licensed patents by developing, manufacturing, marketing, and selling licensed products and services, including the MERSCOPE™ products and services accused of infringement in the FAC. Harvard has accepted ███████████████████ ██████ in fulfillment of Vizgen's obligations. Harvard is thus estopped from bringing this suit, is estopped from derogating the rights that it granted Vizgen under the Harvard-Vizgen License, and/or has granted Vizgen a license to the Asserted Patents.

**SEVENTH DEFENSE – JUDICIAL ESTOPPEL**

Plaintiffs' claims are barred in whole or in part, based on the doctrine of judicial estoppel, to the extent that Plaintiffs make arguments in this proceeding that are inconsistent with an argument made in a prior or currently pending proceeding, where Plaintiffs have benefited from that argument in the other proceeding.

## RESERVATION OF ALL DEFENSES

Vizgen reserves the right to offer any other and additional defense that is now or may become available or appear during, or as a result of, discovery proceedings in this action.

## COUNTERCLAIMS

For its counterclaims, Defendant-Counterclaim Plaintiff Vizgen alleges against Plaintiff-Counterclaim Defendants 10x and Harvard as follows.

## NATURE OF THE ACTION

1.      This is an action for breach of the implied covenant of good faith and fair dealing, breach of warranty, negligent misrepresentation against Harvard, tortious interference with contractual and advantageous business relations against 10x, and unfair trade practices in violation of Mass. Gen. Law. Ch. 93A §§ 2 and 11 against 10x.

2.      Vizgen also seeks herein declaratory judgment of non-infringement and invalidity of U.S. Patent Nos. 11,021,737, 11,293,051, 11,293,052, 11,293,054 and 11,299,767 against Harvard and 10x.

3.      This is also an action for injunctive relief for infringement of U.S. Patent No. 11,098,303 (the "Zhuang '303 Patent").  Vizgen is the exclusive licensee of the Zhuang '303 Patent.

## THE PARTIES

4.      Vizgen is dedicated to pioneering the next generation of genomics, providing tools that demonstrate the possibilities of in situ single cell spatial genomics and transcriptomics and set the standard for these fields.  Vizgen's innovative tools—which leverage advanced imaging for error-robust, in situ, genomic-scale profiling—enable researchers to gain new insight into many aspects of biological systems, including those relevant to human health and disease.

5.      Vizgen, Inc. is a Delaware corporation with its principal place of business at 61 Moulton Street, Cambridge, MA 02138.

6.      10x Genomics, Inc. is a Delaware corporation with its principal place of business at 6230 Stoneridge Mall Road, Pleasanton, CA 94588.

7.      As alleged in Plaintiffs' FAC ¶ 4, the President and Fellows of Harvard College is a Massachusetts educational institution with a principal place of business in Cambridge, MA. Harvard is the owner and licensor of the Zhuang '303 Patent.

## JURISDICTION AND VENUE

8.      These Counterclaims arise under the Patent Act, and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338, the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*

9.      The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1367.

10.     This Court has personal jurisdiction over 10x and Harvard at least because they invoked the jurisdiction of this Court through the filing of their Complaint against Vizgen in this action, *10x Genomics, Inc. v. Vizgen, Inc.*, C.A. No. 22-cv-595 (D. Del.).  Additionally, 10x has previously availed itself of the protections of the District of Delaware as, e.g., it has brought suit in this District and filed counterclaims.  *10x Genomics, Inc. v. Parse Biosciences, Inc.*, C.A. No. 22-1117 (D. Del.); *10x Genomics, Inc. v. NanoString Techs., Inc.*, C.A. No. 22-261 (D. Del.); *10x Genomics, Inc. v. NanoString Techs., Inc.*, C.A. No. 21-653 (D. Del.); *10x Genomics, Inc. v. Celsee, Inc.*, C.A. No. 19-862 (D. Del.); *Raindance Techs., Inc. v. 10x Genomics, Inc.*, C.A. No. 15-cv-152 (D. Del.).

11.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b).

## BACKGROUND

### Origins and Evolution of Spatial Transcriptomics

12.     The function of many biological systems depends on the spatial organization of their constituent cells.  Measurements of gene expression can, in turn, distinguish different types and states of cells.  Thus, to study the spatial patterns of cells within biological systems such as tissues, high-throughput technologies have been developed to quantify expression of messenger ribonucleic acid ("mRNA") transcripts in space, and computational methods have been developed that leverage spatial gene expression data to identify spatial gene patterns *in situ* and to delineate cellular neighborhoods within tissues.[2]  These approaches—spatially resolved ("spatial") transcriptomics, dubbed the "Method of the Year" in 2021[3]—are "groundbreaking" molecular profiling methods that allows scientists to measure gene expression in a tissue sample and map where individual molecules are found at multiple scales, from spatial aggregates of multiple cells, to single cells, to, in some cases, even the subcellular.[4]

13.     The origin of spatial transcriptomics dates back several decades and stems from a variety of different technologies, including *in situ* hybridization ("ISH"), microarrays, and tissue microdissection.[5]

---

[2]   Moses & Pachter, *Museum of spatial transcriptomics*, 19 Nature Methods 534 (2022) ("Moses"), Abstract.

[3]   Marx, *Method of the Year: spatially resolved transcriptomics*, 18 Nature Methods 9-14 (2021) ("Marx").

[4]     *Spatially resolved biology[:] Novel insights about your tissue. Visualized*, https://www.10xgenomics.com/spatial-transcriptomics;   Moses   at   534   ("By 'spatial transcriptomics', we mean attempts to quantify mRNA expression of large numbers of genes within the spatial context of tissues and cells.").

[5]   Reviewed in Moses (Figure 1).

14.     Over the years, various forms of ISH have been used to visualize gene expression—that is, the presence of mRNA transcripts of genes—in three-dimensional space.  Researchers first developed one such technique, fluorescence ISH ("FISH"), several decades ago.[6]  FISH involves hybridizing fluorescently labelled nucleic acid probes to complementary nucleic acid sequences that can be fixed on a slide or are found within fixed cells or tissues.  The fluorescence from such probes is then detected to provide the location and identity of a sequence of interest, such as an mRNA transcript of a particular gene.

15.     In one FISH application called single-molecule FISH ("smFISH"), individual RNAs are labeled with fluorescent probes and imaged in their native cellular and tissue context. This technique provides the spatial context of RNAs but has been limited in the number of RNA species that can be measured simultaneously.

16.     For decades, researchers used applications of ISH to detect and study a modest number of multiple targets within the same biological sample, in a process referred to as "multiplex" visualization.[7]  By the early 2000s, combining fluorescence microscopy with multiplex probe design, for example, it was feasible to visualize the expression of different genes simultaneously inside single cells with (for the time) relatively high spatial resolution.  As shown in an early report of this "combinatorial barcoding" approach to identifying RNA transcripts,[8] combinations of oligomer DNA probes—each tagged with a single fluorophore (source of fluorescent light)—provide a large number of virtual "colors" for distinguishing between many transcripts.  The resulting color combinations—sometimes referred to as "spectral barcodes"—can

---

[6]   Moses at 534.

[7]    Femino *et al.*, *Visualization of single RNA transcripts* in situ, 280 Science 585-590 (1998); Levsky et al., *Single-Cell Gene Expression Profiling*, 297 Science 836-840 (2002).

[8]   Moses at 536.

be used to define the identity of the targeted transcripts.  *See* Figures 1(A)-(C) of Levsky (2002), excerpted below.



17.    In Levsky (2002) Figure 1(A), for instance, the combination of first detecting red fluorescent light and then detecting green fluorescent light identifies a specific gene transcript of interest.  Here, that specific combination is denoted with the number 6.

18.    Around the same time, other researchers were developing techniques that employed sequential hybridization techniques to decode bead-based DNA arrays.[9]  In one such approach, published in 2004 by Gunderson *et al.*, dye-labeled oligonucleotides are hybridized to arrays and then detected in stages.  In each stage, the labeled "decoder" oligos bind to the beads on the array and give off either green or red light.  As depicted in the Figure below, the color signature detected

---

[9] *E.g.*, Gunderson *et al.*, *Decoding Randomly Ordered DNA Arrays*, 14 Genome Res. 870-877 (2004).

over the course of the hybridization stages is then converted to a code, which can be subsequently

decoded to identify the bead type at each location:



**Figure 2** Decoding process. (*A*) The sequential hybridization process is illustrated for a single bead, of bead type 2. In stage 1, a complementary decoder hybridizes to the oligonucleotide probe that is attached to the bead (for details of the procedure, see Methods). The decoder is labeled with a fluorophore (green in stage 1, red in stage 2, and green in stage 3). The fluorescent signal is read by imaging the entire array. The array is then dehybridized, and the process is repeated for two more stages. (*B*) A scanning electron micrograph of an array of beads, artificially colored to represent three sequential hybridization stages. The images, taken collectively, reveal a combinatorial code for each bead. Note that the bead circled in yellow has the color signature GRG or code 010. (C) Colors, or states, are assigned to individual decoder sequences in each stage to produce a unique combination across stages. This signature, or code, identifies each bead type. As indicated in the parity code column, an extra decoding stage (data not shown) can be performed to provide an error checking parity bit. After three stages of decoding, all the beads are uniquely identified by their color.

19.     Gunderson *et al.* observed that their decoding approach could be applied to spatially

fixed collection of molecules that are associated with specific DNA sequences.  For example, they

wrote: "FISH with combinatorially labeled oligonucleotide probes has been used to measure

transcription from 10 genes in a single cell (Levsky et al. 2002). The decoding strategy we describe could potentially allow transcription to be measured for all genes in a single cell."[10]

20.     In parallel with the advancement of the aforementioned technologies, improved methods of fixing tissues, cells, and their contents (e.g., nucleic acids) were also being developed, facilitating their study. By the late 1990s, for example, researchers recognized that linking nucleic acids to a polyacrylamide gel support structure using nucleic acid modifications that included groups such as methacrylates (Acrydite) was convenient and resulted in an advantageously stable linkage that could be useful for many applications.[11] Others developed methods of performing gene sequencing using PCR in an acrylamide gel, the advantage being that acrylamide would restrict the diffusion of PCR amplification products.[12] Additionally, researchers observed that cross-linking the 5' phosphate of RNA to the protein matrix inside cells improved RNA retention within tissues, leading to better visualization of the RNA.[13] These techniques, among others, made it possible to preserve the relative positioning of cellular contents, including mRNA transcripts.

**Vizgen's Proprietary MERFISH and MERSCOPE™ Technology**

21.     Dr. Xiaowei Zhuang and her laboratory at Harvard University have developed a novel, highly advanced version of FISH called "multiplexed error-robust fluorescence *in situ* hybridization," otherwise known as MERFISH.[14] Dr. Zhuang's MERFISH technology represents

---

[10]   Gunderson (2004) at 875.

[11]   Rehman et al., *Immobilization of acrylamide-modified oligonucleotides by co-polymerization*, 27 Nucleic Acids Res. 649-655 (1999).

[12]   Mitra *et al.*, *Fluorescent* in situ *sequencing on polymerase colonies*, 320 Analytical Biochem. 55 (2003).

[13]   Pena et al., *miRNA* in situ *hybridization in formaldehyde and EDC-fixed tissues*, 6 Nature Methods 139-141 (2009).

[14]   Moffit & Zhuang, *RNA Imaging with Multiplexed Error Robust Fluorescence in situ Hybridization*, 572 Methods Enzymol. 1-49 (2016); Chen et al., *Spatially resolved, highly*

a quantum leap forward for *in-situ* hybridization techniques that opens up new frontiers of scientific research, the promise of which is only just beginning to be fully understood.

22.    MERFISH technology represents a massively multiplexed form of smFISH that, using error-robust barcoding, can image and identify unprecedented numbers of different nucleic acid species (such as RNA) simultaneously in individual cells with an exceedingly high degree of accuracy and in their native spatial three-dimensional context.  Each of the imaged RNAs can be located and identified through a combinatorial labeling approach that encodes each RNA species with a unique barcode that is read out through sequential rounds of smFISH and imaging.

23.    Multiple types of barcodes can be used.  For example, the presence or absence of fluorescence signal in a given smFISH image could represent a value of '0' or '1' in binary barcodes.  Or, alternatively, the presence of fluorescence signal in two or more different smFISH images could be associated with a value of '0' or '1' for a given barcode element.  Similarly, the fluorescence measured in different smFISH images could be associated with elements of non-binary barcodes; e.g., trits with values such as '0', '1', or '2'.  Importantly, the number of targetable RNAs is not limited by the barcoding approach, as increasing the length of the barcodes—e.g., more bits in a binary barcode—increases the number of RNAs that could be identified.

24.    Moreover, MERFISH can leverage barcoding schemes that are error tolerant to improve the fidelity of measurements.  Depending on the barcoding scheme selected for the measurement, such schemes can allow the detection of measurement errors at single or multiple barcode elements and, with some schemes, the correction of some such errors.  In such error-tolerant approaches, only a well selected subset of all possible barcodes are assigned to individual

---

*multiplexed RNA profiling in single cells*, 384 Science aaa6090 (2015); *see also* http://zhuang.harvard.edu/merfish.html.

RNAs. Thus, if a measurement produces one of these unassigned barcodes, it is clear that a measurement error has occurred. And, if desired, signals that contain errors can be ignored to increase the overall fidelity of the measurement.

25.     In an early proof-of-principle study, Dr. Zhuang and her team demonstrated that, by using an encoding scheme with 16-bit barcodes separated by a minimum "Hamming Distance" (HD) of 4 and with a uniform "Hamming Weight" of 4 (a "MHD4" code) and thus capable of detection errors at any two bits and correcting errors at any single bit, more than 100 RNA species could be detected simultaneously in individual cells, with accuracy and efficiency very similar to that demonstrated for smFISH.  In that pioneering work, it was recognized that a wide range of barcoding schemes with different error-tolerance properties and different lengths could be used to both target larger numbers of RNAs and to tune the error-tolerance level as desired.  Highlighting this barcoding versatility, in this same proof-of-principle study nearly 1000 RNA species were simultaneously identified within single cells using a 14-bit barcoding scheme with a minimum HD of 2 and, thus, capable of detecting any single-bit error but not correcting errors. Indeed, Dr. Zhuang's laboratory has demonstrated that MERFISH can be used to identify over 10,000 RNAs within single cells using error-robust barcoding schemes with barcodes of increased length.[15]

26.     In 2019, Dr. Zhuang, her colleagues at Harvard, and others founded Vizgen to commercialize their proprietary MERFISH technology.  This technology is covered by patent rights licensed in the September 26, 2019 license between Vizgen and Harvard ("License Agreement"), including the Zhuang '303 Patent.

---

[15]     Xia et al., *Spatial transcriptome profiling by MERFISH reveals subcellular RNA compartmentalization and cell cycle-dependent gene expression*, 116 Proc. Nat'l Acad. Scis. 19490–19499 (2019).

27.     On the basis of the MERFISH technology, Vizgen developed the MERSCOPE™ platform, a high-resolution, high-accuracy, all-in-one platform for spatially profiling the transcriptome.  MERSCOPE™ offers combinatorial labeling, sequential imaging, and barcoding, and enables hundreds of genes, or more, to be profiled within single cells without the need for sequencing.  Vizgen publicly announced commercial launch plans for the MERSCOPE™ platform in March 2021.

28.     Since its inception, MERFISH technology has been successfully used in high-profile scientific endeavors to advance collective knowledge and understanding of cellular and tissue organization.  As one example, the Brain Initiative Cell Census Network (BICCN)—a collaborative project involving many different laboratories and funded by the U.S. National Institutes of Health—recently chose MERFISH technology to create an atlas of the mouse primary motor cortex.  Using MERFISH, Dr. Zhuang's lab and the BICCN mapped the spatial organization of more than 300,000 cells from the mouse's primary motor cortex by transcriptomic cell type, a massive step forward in understanding mouse neural cell populations.[16]

29.     Dr. Zhuang's lab has used MERFISH to identify more than 100 transcriptionally distinct cell populations and generate a molecularly defined and spatially resolved cell atlas of the human middle and superior temporal gyrus, permitting identification of cell type-specific association patterns that differ between mouse and human brains.[17]  This group also used MERFISH to create a spatially resolved cell atlas of the preoptic region of the mouse

---

[16]   Marx at 13-14; Zhang et al., *Spatially resolved cell atlas of the mouse primary motor cortex by MERFISH*, 598 Nature 137-143 (2021).

[17]   Fang et al., *Conservation and divergence of cortical cell organization in human and mouse revealed by MERFISH*, 377 Science 56-62 (2022).

hypothalamus.[18]   Still others have used MERFISH to obtain a comprehensive picture and bioinformatic foundation for the spatial regulation of hematopoietic stem cells in fetal liver[19] or to map cell types within the mouse gut.[20]

30.   While the MERFISH commercial platform MERSCOPE™ is just one year into its commercial release, it has already enabled scientists to make tremendous steps forward in terms of their understanding of the architecture, development, function, and diseases of multiple organ systems.   Future work with MERFISH promises to unlock even more scientific discoveries and have even greater impact on this understanding.

31.   As proof of its groundbreaking nature, Dr. Zhuang's pioneering work on MERFISH—including the original 2015 paper—has been extensively cited.[21]   Dr. Zhuang herself received the 2019 National Academy of Sciences Award for Scientific Discovery,[22] the 2019 Breakthrough Prize in Life Sciences,[23] the 2020 Vilcek Prize in Biomedical Science,[24] the 2021

---

[18]   Moffitt et al., *Molecular, Spatial and Functional Single-Cell Profiling of the Hypothalamic Preoptic Region*, 362 Science eaau5324 (2018).

[19]   Lu et al., *Spatial transcriptome profiling by MERFISH reveals fetal liver hematopoietic stem cell niche architecture*, 7 Cell Discovery 1-17 (2021).

[20]   Petukhov et al., *Cell segmentation in imaging-based spatial transcriptomics*, 40 Nat. Biotechnol. 345-54 (2022).

[21]   According to Google Scholar, as of August 30, 2022, the Chen (2015) paper has been cited nearly 1300 times.

[22]   *2019 NAS Award for Scientific Discovery: Xiaowei Zhuang, Harvard University*, http://www.nasonline.org/programs/awards/2019-nas-awards/Zhuang.html.

[23]   *Xiaowei Zhuang*, https://breakthroughprize.org/Laureates/2/L3847.

[24]   Vilcek & Nair, *Profile of Xiaowei Zhuang, winner of the 2020 Vilcek Prize in Biomedical Science*, 117 PNAS 9660-9664 (2020).

Carnegie Great Immigrants Award,[25] and the 2021 Lurie Prize in Biomedical Sciences.[26]  Dr. Zhuang's technical accomplishments and those of her lab have also been widely recognized and praised by others in the field.[27]

### 10x's Efforts to Compete in the Field of Spatial Transcriptomics

32.     10x recently announced its own belated entry into the field of *in situ* spatial transcriptomics with its "Xenium In Situ" platform.  This announcement comes in the wake of 10x's efforts to catch up to its competitors and compete in this rapidly evolving and burgeoning field, including its purchase of multiple companies.

33.     In 2020, 10x acquired two companies in the space—ReadCoor, a start-up company based in Boston, Massachusetts, and CartaNA, a Swedish company based in Stockholm.

34.     Acquisition of these companies served to speed up 10x's development of *in situ* spatial transcriptomics technology, which on information and belief had lagged relative to others, including Vizgen.

35.     10x claims to have used these companies' previously-developed technology, resources, and know-how in order to develop a spatial transcriptomics Xenium platform.

---

[25]   *Xiaowei Zhuang*, https://www.carnegie.org/awards/honoree/xiaowei-zhuang/.

[26]   *Lurie Prize in Biomedical Sciences Recipients* (Foundation for the National Institutes of Health), https://fnih.org/our-programs/lurie-prize-biomedical-sciences-recipients.

[27]   E.g., Moor & Izkovitz, *Spatial transcriptomics: paving the way for tissue-level systems biology*, 46 Curr. Op. Biotech. 126, 129 (2017) ("Chen et al. developed an elegant barcode assignment scheme termed 'MERFISH', which ensures that the sequence of barcodes for different genes is far enough so that only multiple readout errors would cause miss-assignments . . . [and] both the cost of fluorescent probe synthesis and time-consuming hybridization rounds were addressed by MERFISH through a clever two-stage hybridization scheme."); Van Horn & Morris, *Next-Generation Lineage Tracing and Fate Mapping to Interrogate Development*, 56 Developmental Cell 7, 15 (2021) ("MERFISH deploys elegant multiplexing and encoding to overcome the limited number of fluorophores that can be imaged by previous smFISH approaches[.],").

Specifically, in their Complaint, Plaintiffs admit: "10x Genomics is currently developing ***Xenium In Situ, 10x's forthcoming platform built from its investments in* in situ *technology***.  Xenium In Situ will be a complete platform—including the Xenium In Situ Analyzer instrument, Xenium In Situ reagents and panels, Xenium software, and the full support of 10x's team of spatial experts—designed to create spatial maps of gene expression in the original tissue at true cellular and subcellular resolutions."  (FAC ¶17 (emphasis added).)

36.    According to a 10x webpage that describes the Xenium In Situ technology ("Xenium Website"), "Xenium In Situ is a complete platform, including a versatile instrument, consumables, panels, and software, with the full support of 10x Genomics expertise, from tissue prep to data analysis," and "[r]esearchers can . . . use Xenium to dive deeper and create gene expression maps at cellular and subcellular resolution, identifying gene expression patterns in the original tissue."[28]

37.    The Xenium In Situ technology comprises, *inter alia*, the Xenium In Situ Analyzer, Xenium Software Solutions, and Xenium In Situ reagents and panels (collectively, the "Xenium In Situ Analysis Technology") as shown in an excerpt below from the Xenium Website.



---

[28]    *Xenium* In Situ *Analysis Technology*, https://www.10xgenomics.com/in-situ-technology.

38.    According to the Xenium Website, 10x's Xenium In Situ Analyzer is a "[f]ully automated, high-throughput instrument with parallel data processing," the "Xenium Software Solutions" provides "[i]nterpretation ready data for visualization and further analysis with 10x Genomics or customer-provided software tools," and the "Xenium In Situ reagents and panels" are "[c]urated panels with the ability to add custom targets" that "makes it easier and faster for you to get started."    10x "expects the Xenium Analyzer will deliver targeted gene expression information at subcellular resolution at high sensitivity, and will be a complete end-to-end in situ solution: a robust instrument, consumables, panels, and software."[29]

39.    10x purports to have developed its Xenium In Situ Analysis Technology based, at least in part, on technology it acquired through purchasing other companies.  Plaintiffs' Complaint acknowledges, for example, 10x's "acquisition of ReadCoor, Inc., founded based on George Church's work at Harvard, obtaining intellectual property, key technology advances, and deep talent and expertise in the emerging *in situ* field."  (FAC ¶16 .)  According to a recent press release, "10x Genomics developed the Xenium platform by uniting its internal development with its 2020 acquisitions of CartaNa and ReadCoor, which provided intellectual property, key technology advances, and deep talent and expertise in the emerging in situ field."[30]  Indeed, 10x has described the Xenium In Situ Analysis Technology as a "mishmash" of prior work by ReadCoor and CartaNA.  Michael Schnall-Levin, Ph.D., a Senior Vice President of Research and Development

---

[29]    *10x Genomics Showcases Robust Innovation Pipeline at Xperience 2022 Event* (Feb. 22, 2022) ("Xperience Press Release"),  https://www.prnewswire.com/news-releases/10x-genomics-showcases-robust-innovation-pipeline-at-xperience-2022-event-301487919.html.

[30]    *10x Genomics Advances Leadership and Innovation in Single Cell and Spatial Technologies at 2022 AGBT General Meeting*, 10x Genomics (June 7, 2022) ("AGBT Press Release"), https://investors.10xgenomics.com/news/news-details/2022/10x-Genomics-Advances-Leadership-and-Innovation-in-Single-Cell-and-Spatial-Technologies-at-2022-AGBT-General-Meeting/default.aspx.

at 10x, stated that "we acquired ReadCoor and Cartana AB, which was a smaller startup in Stockholm, and ***Xenium is a bit of a mishmash*** and a bit of completely new stuff from 10x Genomics. ***There was a ton of know-how from both companies and their foundational technologies.***"[31]   Mr. Schnall-Levin told others that "10x Genomics acquired Readcoor and Cartana a few years ago and developed its own high-resolution, single-cell, spatial instrument. The company [10x] then repurposed parts from Readcoor and Cartana into the Xenium."[32] Similarly, according to Serge Saxonov, Chief Executive Officer of 10x,  "[o]ver the course of 2021, we intentionally prioritized and shifted resources to Xenium, and we've made significant progress building on technology and intellectual property we acquired with our own - together with our own innovations."[33]   Mr. Saxonov also observed that "[s]ince we announced our plans to enter the space with acquisitions of CartaNA and ReadCoor, there's been tremendous interest from our customers."[34]

40.    The Xenium In Situ Analysis Technology incorporates technology developed by, for example, Dr. Nilsson and/or other scientists affiliated with CartaNA.   CartaNA's *in situ*

---

[31] *DeciBio's Spatial Omics Q&A with Michael Schnall-Levin of 10x Genomics*, DeciBio (Mar. 15, 2022), https://www.decibio.com/insights/decibios-spatial-omics-q-a-with-michael-schnall-levin-of-10x-genomics.

[32]    *Proceedings at AGBT are dominated by spatial and NGS*, List23 (July 8, 2022), https://list23.com/953342-proceedings-at-agbt-are-dominated-by-spatial-and-ngs/.

[33]    *10x Genomics, Inc. (TXG) CEO Serge Saxonov on Q4 2021 Results – Earnings Call Transcript*, Seeking Alpha (Feb. 16, 2022) ("Seeking Alpha Transcript"), https://seekingalpha.com/article/4487718-10x-genomics-inc-txg-ceo-serge-saxonov-on-q4-2021-results-earnings-call-transcript.

[34]    Seeking Alpha Transcript.

technology originated in Mats Nilsson's SciLife Lab at Stockholm University.[35]  According to Mr. Schnall-Levin, the acquisition of CartaNA provided 10x with an intellectual property portfolio, chemistry, and scientists with know-how, "which is a seed one can build around in an accelerated fashion."[36]

41.    Additionally, former affiliates and/or founders of ReadCoor and CartaNA are advising 10x regarding the design and development of the Xenium In Situ Analysis Technology. As Mr. Saxonov acknowledged, "we get two of the pioneers in the In Situ field, Mats Nilsson and George Church, working with us as scientific advisors."[37]

42.    10x's internal development of the Xenium In Situ Analysis Technology, including the Xenium Analyzer, has been ongoing since at least 2021, if not earlier.

43.    On information and belief, 10x has now completed development of the Xenium Analyzer and plans to commercially release the Xenium In Situ Analysis Technology imminently in the United States.  In a February 22, 2022 press release, Ben Hindson, Chief Scientific Officer of 10x, stated that "[w]e plan to put the Xenium Analyzer in the hands of customers this year."[38] According to the Xenium Website (excerpt below), the Xenium platform is slated for "initial commercial availability" in "late 2022."



**Product Availability**    Initial commercial availability expected late 2022.

---

[35]  *10x Genomics Announces Two In Situ Sequencing Acquisitions*, BioIT World (Oct. 5, 2020) ("BioIT"), https://www.bio-itworld.com/news/2020/10/05/10x-genomics-announces-two-in-situ-sequencing-acquisitions.

[36]  Marx at 12.

[37]  BioIT.

[38]  Xperience Press Release.

44.     As further evidence of its imminent release, 10x has begun a campaign of publicly promoting and touting the purported benefits of the Xenium In Situ Analysis Technology. According to Mr. Hindson, the Xenium technology "mark[s] the beginning of a revolution in tissue analysis, at the most fundamental level with unprecedented scale." He asserted that, "[w]ith our Xenium platform for in situ analysis, RNA and proteins can be measured in the cells where they originated, still located in the native tissue. Our multi-year roadmap will usher in this powerful new capability and lead to an explosion of new data and insights to ultimately master biology and advance human health."[39]

45.     Since the beginning of this year, 10x has been actively advertising and promoting its Xenium In Situ Analysis Technology to consumers at conferences, trade shows, and industry events. In February 2022, 10x promoted the Xenium In Situ Analysis Technology to customers at its virtual Xperience 2022 event, which provided "the first-ever look at the forthcoming Xenium Analyzer."[40] At the Advances in Genome Biology and Technology (AGBT) General Meeting in Orlando, Florida, on June 9, 2022, 10x "host[ed] a workshop . . . to share the latest data across its three platforms, including Xenium."[41] Thus, by at least this date, the Xenium In Situ Analyzer was being used to develop outward-facing data.

46.     10x recently described the Xenium In Situ Analyzer and its capabilities in a video by the Rutgers New Jersey Medical School Genomics Center titled "TSS: 10X Genomics presents its single cell and spatial multiomics platforms" and uploaded to YouTube on or about June 16,

[39] Xperience Press Release.
[40] Xperience Press Release.
[41] AGBT Press Release.

27

2022.[42]  (Excerpt below from about the 56 minute mark.)  The accompanying voiceover states (at about the 54-55 minute mark), for example, that "using our In Situ Xenium platform we can do targeted and focused measurements of genes that are of interest, and we can obtain subcellular molecular resolution with high sensitivity and high throughput."



47.    More recently, in August 2022, 10x promoted the Xenium In Situ Analysis Technology to customers at the Alzheimer's Association International Conference (AAIC) in Amsterdam, the Netherlands, and on its Twitter page (excerpt below).[43] (https://twitter.com/10xGenomics; excerpt below.)  As shown below, 10x's promotion involved demonstrating what appears to be a fully functioning commercial version of the Xenium Analyzer.

---

[42]    *TSS: 10X Genomics Presents its Single Cell and Spatial Multiomics Platforms*, YOUTUBE (Jun. 16, 2022),  https://www.youtube.com/watch?v=wt8R70Pp8JE (*see, e.g.*, 53:40 minute mark onwards).

[43]    https://twitter.com/10xGenomics (Aug. 1, 2022).



**Overview: Vizgen-Harvard License Agreement**

48.     On September 26, 2019, following more than a year of discussions between Harvard and Vizgen, Vizgen and Harvard entered a Licensing Agreement for Vizgen to license intellectual property for commercialization of the MERSCOPE™/MERFISH technology. (Ex. 1, License Agreement). During the course of these communications, at Harvard's insistence, Vizgen described in detail its business plans and exactly how it planned to commercialize MERSCOPE™/MERFISH. Harvard indicated its approval of Vizgen's plans and, in exchange for ███████████████████████████████████████████████████████████████████ ████████████████████████, licensed to Vizgen certain Harvard patents—specifically, the patents Harvard and its agents identified as the patents Vizgen would need to execute its business plan.

49.     Over the next several years, Vizgen continued to update Harvard regarding Vizgen's exact plans for commercialization of the MERSCOPE™/MERFISH technology and its progress.  Indeed, the License Agreement from Harvard *required* Vizgen to commercialize this intellectual property, to meet various commercial milestones, and to provide updates on that progress.

50.     While all of this was happening, it now appears that 10x—which acquired ReadCoor, Inc. ("ReadCoor"), a licensee of *other* intellectual property from Harvard—actively worked to re-align Harvard's patent portfolio in an attempt to manufacture claims of infringement, try to eliminate Vizgen as a competitor to 10x in the marketplace, and eliminate the freedom to operate that Harvard and Vizgen had bargained for. Harvard allowed this conduct to occur while continuing to receive royalty payments and it and its agents received confidential updates from Vizgen regarding Vizgen's products and commercialization and scientific efforts.  This targeting of Vizgen with Harvard's patent portfolio unfairly denied Vizgen the fruits of the License Agreement.

51.     Vizgen now seeks what it bargained for: the freedom to operate.  Vizgen also seeks additional remedies, including but not limited to an order that Harvard indemnify Vizgen for all expenses and costs incurred in this lawsuit, and that Harvard hold Vizgen harmless for any and all damages arising out of this lawsuit; an award of Vizgen's reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees; an award of compensatory damages in favor of Vizgen and against 10x and Harvard for all damages sustained as a result of their wrongdoing, including interest thereon; and an award of damages in favor of Vizgen against 10x and Harvard.  Moreover, Vizgen seeks a finding that it has a license to the patents asserted in the

FAC, including based on the conduct described herein, which created a license by both equitable and legal estoppel.

## 10x's Attempts to Target Vizgen

52.     Vizgen is a start-up biotechnology company in Cambridge, Massachusetts founded in 2019 with the mission to improve human health and pioneer the next generation of genomics. Vizgen has developed tools that allow scientists to identify—and then map the spatial distribution of—gene expression in biological systems at an unprecedented scale and quality.   Vizgen's technology can be used to accurately determine where and how genes are expressed within biological tissues, such as brain, heart, or kidney tissues.

53.     MERFISH is Vizgen's proprietary and patented technology.  It is capable of both identifying and providing the spatial distribution of hundreds to tens of thousands of RNA species in individual cells by simultaneously imaging single molecules.

54.     Vizgen's MERSCOPE™ platform, which is powered by the MERFISH technology, is the first commercially available genomic platform to enable researchers to perform this highly multiplexed analysis on cells—all while retaining spatial information within the tissue architecture—with high accuracy and unrivaled detection efficiency at subcellular resolution.

55.     The MERSCOPE™/MERFISH technology has already provided transformative insight to a wide range of life sciences and biomedical fields, such as neuroscience, oncology, immunology, and infectious disease. For example, scientists have used MERFISH to investigate the cellular diversity of human and mouse brains and map their intricate spatial and functional organization.  This information, in turn, provides scientists with insight into potential treatments for diseases relating to those organs.

56.     Beginning in or around October 2018, Vizgen began discussions with Harvard regarding Vizgen's licensing of intellectual property for its commercialization of the

MERSCOPE™/MERFISH technology.  During those discussions, Vizgen repeatedly informed Harvard that it was seeking the intellectual property necessary for freedom to operate when implementing Vizgen's planned scope of operations—a scope of operations that Vizgen had described in detail to Harvard, at Harvard's request.  Harvard reviewed and discussed with Vizgen the detailed information Vizgen had provided regarding its intended operations and business plans.

57.     Harvard assured Vizgen that the particular set of intellectual property it proposed for Vizgen to license, which included four exclusive patent rights and one non-exclusive patent right, encompassed all that Vizgen needed from an intellectual property standpoint to commence and develop its operations.

58.     Vizgen and Harvard entered into the License Agreement for the intellectual property that Harvard had identified, which was memorialized in Schedule III of the parties' agreement.  (Ex. 1, License Agreement, Schedule III, Patent Rights).  The stated purpose of the Licensing Agreement was ███████████████████████████████████████████████ ██████████████████████████.  (Id. at 1).

59.     At no point during Harvard and Vizgen's discussions about Vizgen's intended scope of operations or Vizgen's need or lack of need for particular intellectual property did Harvard claim that Vizgen's business plans would require additional intellectual property owned by Harvard—intellectual property Harvard had already licensed to a third-party, ReadCoor, Inc.  In fact, Harvard told Vizgen exactly the opposite—that Vizgen was acquiring the intellectual property it needed to execute its business plan, and that the agreement to commercialize this technology was not in conflict with any of Harvard's third-party agreements.  Specifically, the License Agreement memorialized Harvard and Vizgen's discussions and negotiations, including an express representation that █████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████ (Ex. 1, License Agreement § 8.2 (d)).

Additionally, the License Agreement stated that ███████████████████████████████

███████████████████████████ (Id., § 8.2(e)).

60.     The License Agreement included in Schedule I various requirements that Vizgen

█████████████████████████████. Harvard required Vizgen to commit to ███

███████████████████ as a condition to obtaining the license. Vizgen has since ███████

██████████████████████████.

61.     ███████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████

62.     Throughout the negotiations, Vizgen shared its business plans with Harvard.

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████

63.     Following the execution of the License Agreement, Vizgen paid Harvard ███

██████████████████████████████████, and immediately went to work—

investing significantly in its business to bring to market the exact products it had informed Harvard it would offer.

64.    Vizgen provided detailed annual updates to Harvard regarding its business plans and milestones.  These updates included comprehensive, confidential reports on August 14, 2020 and February 28, 2022 about Vizgen's operations and utilization of the licensed intellectual property, and communications between Vizgen and Harvard's agents, which further detailed Vizgen's business plans and commercial and scientific activities.

65.    Following the execution of the License Agreement, Harvard and Vizgen signed three amendments to the License Agreement: on June 11, 2020, September 22, 2021, and January 25, 2022.  At no point during any of these interactions or in any of these amendments did Harvard ever indicate to Vizgen that Vizgen's commercial activities infringed on any unlicensed Harvard intellectual property.  Nor did Harvard correct or attempt to qualify its prior statements about giving Vizgen freedom to operate.  Harvard also did not disclose the effort by 10x to reverse engineer Vizgen's technology, and to manufacture patent claims purportedly covering Vizgen technology, by trying to derive new patent claims from two separate and standalone patent portfolios licensed to 10x – portfolios 10x sought to combine in order to attack Vizgen.  During all this time, Harvard continued to engage with Vizgen, accepting payments from Vizgen and encouraging Vizgen to ███████████████ .

66.    Unknown to Vizgen, after the execution of the Licensing Agreement, Harvard was simultaneously encouraging Vizgen to *continue* its commercialization plans while, at the same time, allowing 10x to reverse engineer new patent claims in the Harvard patent portfolio that allegedly *prohibited* Vizgen's licensed activities.

67.     On information and belief, Harvard allowed 10x to direct patent prosecution efforts designed to reverse engineer new patent claims targeting Vizgen.

68.     On information and belief, at all relevant times, Harvard had a right to control the patent prosecution of the intellectual property licensed to 10x, ████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████████████████ .

69.     On information and belief, 10x purchased ReadCoor with the express intention of using it and its patent portfolio to attack Vizgen's business.  ReadCoor had been established in 2016 as a company touting the capabilities of technology named FISSEQ (fluorescent in situ sequencing) after licensing a portfolio of patents originating in George Church's lab at Harvard University.

70.     Literature published on FISSEQ initially demonstrated a promising technology for spatial-omics. Unlike other approaches at that time, FISSEQ could provide the ability to detect many targets with spatial context and with high resolution.  But further development of  the FISSEQ approach was plagued by poor sensitivity, high complexity, and poor reproducibility.

71.     Vizgen's fundamentally different approach for spatial transcriptomics, MERFISH, was developed at the Zhuang Lab at Harvard University. MERFISH was quickly recognized in the academic field as a new high resolution spatial transcriptomic technology that was both highly sensitive and very robust. Vizgen bargained for and obtained an exclusive license to commercialize MERFISH, as described above.

72.     After initially stating that ReadCoor would release a platform based on FISSEQ within 2 years, ReadCoor later announced in February 2020 that their FISSEQ platform, RC2, would finally come to market in 2020.  Researchers waited for the highly anticipated launch of

ReadCoor's RC2 platform. That launch never came. Instead, on October 5, 2020, 10x announced that it had acquired ReadCoor. Customers planning to purchase the RC2 platform expected 10x to quickly follow-up with a commercial release announcement—but no news was forthcoming about a commercial launch timeline.

73.    Finally, after 15 months, in January 2022, at the JP Morgan Healthcare Conference, 10x announced that it had plans to commercially launch its new Xenium in situ platform in 2023. On information and belief, 10x abandoned the FISSEQ approach, despite paying $350 million to acquire ReadCoor.

74.    Unbeknownst to Vizgen, 10x, as allowed by Harvard, worked to reverse engineer and target MERFISH through a flurry of patent prosecution efforts, attempting to manufacture patent claims targeting Vizgen and MERFISH (rather than describing FISSEQ) because 10x needed MERFISH technology to develop a viable commercial product.

75.    Based on the rapid success of Vizgen, and a clear signal from the market that in-situ high resolution spatial transcriptomic had great market potential, 10x has tried desperately to catch up to Vizgen and MERFISH by whatever means possible. After initially announcing that Xenium would be available in 2023, 10x quickly revised its plan to ship before the end of 2022. Meanwhile, it would delay the release of another product in its pipeline, Visium HD, from end of 2022 to 2023 in order to focus on Xenium.

76.    On information and belief, by filing its complaint against Vizgen on May 2, 2022, 10x also hoped to slow Vizgen's significant momentum and the increasing commercial threat Vizgen posed. In 2021, 10x had grown its revenue by over 63% from the prior year—but for 2022, 10x's estimates for revenue growth have come to a near standstill, at about 4%. Only by pivoting

its Xenium product to copy MERFISH and use technology that had been exclusively licensed to Vizgen could 10x hope to successfully launch its product on time.

77.      On information and belief, 10x actively worked with the Harvard patent portfolio to alter the course of ongoing patent prosecutions, reverse engineer MERFISH, and actively target Vizgen.  10x needed Harvard's permission and participation to redirect its patent prosecution efforts towards Vizgen because, on information and belief, Harvard's license with 10x gave Harvard control over the preparation, filing, prosecution, defense and maintenance of the licensed patent rights. ███████████████████████████.

78.      On information and belief, Harvard allowed 10x to target Vizgen's commercial activities with Harvard's patent portfolio.  10x and Harvard filed three of the patents at issue in this action in 2021 ('051, '052, and '767) and, with respect to the other two patents ('737 and '054), 10x and Harvard amended claims in both 2020 and 2021.  These amendments occurred after Harvard had received detailed factual information from Vizgen on Vizgen's plans for commercialization.  On information and belief, Harvard and 10x worked in concert to shift patent prosecution efforts away from FISSEQ technology ReadCoor and 10x originally sought to commercialize, and to instead focus on Vizgen's commercial activities and MERFISH technology.  Upon information and belief, 10x engaged in this conduct for the express purpose of attempting to manufacture infringement claims and push Vizgen out of the market.

79.      On information and belief, Harvard knew in advance of the filing of this lawsuit that 10x planned to allege infringement against Vizgen.  On information and belief, this notice from 10x to Harvard was required under their license agreement, ████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████

80.     On May 3, 2022, Harvard joined 10x in filing the instant suit against Vizgen, alleging that the exact scope of operations Harvard had encouraged Vizgen to undertake—the same operations and commercialization efforts Harvard had closely monitored and encouraged for years, and the same operations and commercialization activities that Harvard had already licensed—were supposedly in conflict with intellectual property licenses between Harvard and 10x.

81.     On information and belief, Harvard stands to profit on this course of conduct, including receipt of a substantial portion of any funds recovered from Vizgen by virtue of 10x's manufactured infringement claims.

## COUNTERCLAIM I

### Breach of the Implied Covenant of Good Faith and Fair Dealing

#### *(Against Plaintiff Harvard)*

82.     Vizgen incorporates by reference the allegations in Paragraphs 1-81 above.

83.     A covenant of good faith and fair dealing is implied in every contract.  The covenant requires the parties to remain faithful to their intended and agreed upon expectations concerning contractual performance and prohibits one party from injuring the other's right to reap the benefits prescribed by the terms of the contract or from attempting to unfairly leverage an undue advantage.

84.     The License Agreement is a valid contract between Vizgen and Harvard and thus a covenant of good faith and fair dealing is implied therein.

85.     Harvard breached the implied covenant of good faith and fair dealing, including by failing to remain faithful to the intended and agreed expectations of Harvard and Vizgen in their respective performance, undertaking actions at the behest of 10x that would have the effect of destroying or injuring the rights of Vizgen to receive the fruits of the contract, and by unfairly attempting to secure an undue economic advantage at Vizgen's expense.

86.     As Harvard was made aware, the purpose of the License Agreement was for Vizgen to obtain the requisite intellectual property to commence its commercial operations to market the MERSCOPE™/MERFISH technology—commercial operations that were disclosed in detail to Harvard.

87.     Indeed, Schedule II discloses exactly what Vizgen planned to do with the intellectual property it was licensing: ██████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████

88.     Harvard approved the commercialization plans Vizgen submitted, licensed Vizgen to undertake those commercial activities, and accepted royalties ████████████ after reviewing detailed reports on those commercialization efforts.

89.     Harvard also informed Vizgen, both orally ██████████████████, that the License Agreement was not in conflict with any other intellectual property agreement between Harvard and any third party. ██████████████████ Harvard assured Vizgen that it had no other third-party licenses that conflicted with the Licensing Agreement, including the operational goals that the Vizgen-Harvard license exists to further, and the operational plans

Harvard required from Vizgen, and reviewed, approved, and monitored for years. ██████

████████████████████████████████████████████████████████████████████

██████████████

90.     Harvard's conduct and communications after entering into the License Agreement—including its negotiations with Vizgen of three amendments to that agreement—never indicated that Vizgen's commercial activities infringed on any of Harvard's other intellectual property in any manner whatsoever. Harvard never corrected or attempted to qualify its prior representations to Vizgen and instead ████████████████████████████████████ and treated Vizgen's products as fulfilling Vizgen's commercialization obligations under the License Agreement.

91.     Unbeknownst to Vizgen at the time, and as described above, Harvard permitted 10x to reverse engineer MERFISH and obtain patent claims within the Harvard patent portfolio purporting to cover Vizgen's commercial activities, using a series of new and amended patent applications after Vizgen disclosed information on its operations to Harvard—all as part of a 10x attempt to manufacture infringement claims against Vizgen, injuring Vizgen's right to reap the benefits of the License Agreement and attempting to unfairly leverage an undue advantage.

92.     By way of non-limiting example, within the past several years, through its patent prosecution counsel, Harvard has adopted or allowed to be implemented a new patenting strategy regarding the patent families that issued as the patents that Harvard and 10x now assert against Vizgen.  This strategy is reflected in the approach to patenting the asserted '737, '051, '052, and '054 patents, among other patent-related rights, which purport to claim priority to U.S. Provisional Application No. 61/579,265, purportedly filed on December 22, 2011 (collectively, the "'265

Provisional Family").[44]   Between 2011 and 2020—a period of nearly ten years—Harvard filed

only four applications in the '265 Provisional Family: International Application No.

PCT/US12/71398 and U.S. Application Nos. 14/366,486, 16/255,920, and 16/393,215.   Between

2020 and the present—*less than three years*—Harvard filed *ten* applications in the '265

Provisional Family: U.S. Application Nos. 16/941,585, 17/238,642, 17/122,168, 17/366,127,

17/238,682, 17/584,959, 17/366,151, 17/664,095, 17/498,829, and 17/671,803.   Multiple of these

recently-filed applications are designated "Track One" applications, which receive prioritized

examination at the U.S. Patent & Trademark Office.   On information and belief, Harvard rapidly

accelerated its efforts to obtain issued patents in the '265 Provisional Family at the behest of, and

for the benefit of, 10x.

93.   As part of the recent aggressive patenting strategy regarding the '265 Provisional

Family, Harvard filed multiple continuation-in-part ("CIP") applications within this family,

including the applications that issued as the '737, '051, and '052 patents.   In pursuing these CIP

applications, on information and belief, Harvard and/or 10x recognized that the specification of

the earlier-filed applications of the '265 Provisional Family did not adequately disclose or enable,

*inter alia*, *in situ* technology.   In a deliberate and intentional effort to overcome these deficiencies

and obtain patent claims purporting to cover MERFISH and Vizgen's MERSCOPE™ platform

(yet failing in such goals), Harvard attempted to add matter from another patent family (the "3D

Matrix Family") to the '265 Provisional Family.   The first such CIP application, U.S. Application

No. 16/941,585, which issued as the '737 patent, was purportedly filed on July 29, 2020.

---

[44]   Patents and applications which purport to claim priority to the '265 Provisional are
referred to as the "'265 Provisional Family" only for ease of reference herein, as one or more of
these applications is not entitled to the priority date of the '265 Provisional.

94.     On information and belief, as part of the recent aggressive patenting strategy regarding the '265 Provisional Family, Harvard prosecuted members of this family at the behest of, and for the benefit of, 10x as part of a strategy to elicit infringement by Vizgen's technology of one or more members of this patent family.  To this end, at 10x's behest, Harvard drafted and prosecuted patent claims purporting to cover MERFISH and Vizgen's MERSCOPE™ platform (yet failing in such goals).  As a result, such recently-filed claims differ in scope from claims Harvard earlier sought to obtain for members of the '265 Provisional Family.  For example, U.S. Patent No. 10,227,639,[45] an earlier-filed member of the '265 Provisional Family which is not asserted against Vizgen, recites claims purportedly covering, *inter alia*, "analytes immobilized in [a] sample."

95.     On information and belief, Harvard undertook the recent aggressive and preferential patenting strategy regarding the '265 Provisional Family at the behest of, and for the benefit of, 10x at the expense of Vizgen, which had developed and commercialized *in situ* technology before 10x.

96.     The conduct that Harvard has permitted and participated in with respect to its patent portfolio now threatens to deprive Vizgen of the fruits of the License Agreement, seeking to render the intellectual property Vizgen licensed from Harvard worthless to Vizgen.  In permitting and participating in this conduct, Harvard has violated the implied covenant of good faith and fair dealing.

97.     As a result of Harvard's breaches of the implied covenant of good faith and fair dealings, Vizgen has suffered and continues to suffer pecuniary loss.

---

[45]    The '639 patent purportedly issued on March 12, 2019 from U.S. Application No. 14/366,486, which purportedly has a §371(c) date of June 18, 2014.

## **COUNTERCLAIM II**

**Breach of Warranty**

*(Against Plaintiff Harvard)*

98.     Vizgen incorporates by reference the allegations in Paragraphs 1-97 above.

99.     In the License Agreement, Harvard ████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

100.     Privity exists between Vizgen and Harvard, and these warranties formed a basis of the bargain between Vizgen and Harvard.

101.     Vizgen relied on Harvard's warranties, and those warranties induced Vizgen to enter the License Agreement, and the amendments thereto, invest in its business operations, and develop and launch the products and services accused of infringement in the FAC..

102.     On the theory of infringement stated in the FAC (which Harvard joined as a co-plaintiff and which Vizgen disputes), Harvard breached such warranties..

103.     Specifically, the FAC claims Vizgen's commercialization plans, and Harvard and Vizgen's agreed-on plan for those commercialization efforts, conflict with intellectual property Harvard licensed to a third party.  The FAC also seeks a permanent injunction, and thus claims that Harvard gave exclusive rights to a third party that overlap with the patent rights Harvard licensed to Vizgen, and that prohibit Vizgen's use of the licensed patent rights in the licensed field of use.  The FAC is ████████████████████████████████████████████████
██████████ .

104.     As a direct and proximate result of Harvard's breaches of express warranties, Vizgen has suffered and continues to suffer pecuniary loss.

## COUNTERCLAIM III

### Negligent Misrepresentation

*(Against Plaintiff Harvard)*

105.     Vizgen incorporates by reference the allegations in Paragraphs 1-104 above.

106.     As detailed herein, in the course of its business and transactions, Harvard supplied incorrect and/or incomplete information to Vizgen and failed to inform Vizgen on material facts related to its ongoing business and transactions with Vizgen.  These misstatements and omissions occurred without Harvard exercising reasonable care in obtaining or communicating accurate information. Vizgen justifiably relied on Harvard's incorrect and/or incomplete statements and, as a result of Vizgen's justifiable reliance on that information, Vizgen has suffered and continues to suffer pecuniary loss.

107.     As described above, Harvard approved the commercialization plans Vizgen submitted, licensed Vizgen to undertake those commercial activities, and ███████████ ███████████ after reviewing detailed reports on those commercialization efforts—never once indicating that Vizgen's commercial activities infringed on any Harvard intellectual property licensed to another party in any manner whatsoever.

108.     Harvard also informed Vizgen both orally ███████████ that the License Agreement was not in conflict with any other intellectual property agreement between Harvard and any third party. ███████████████████ Harvard assured Vizgen that it had no other third-party licenses that conflicted with the Licensing Agreement, including the operational goals that the Vizgen-Harvard license exists to further, and the operational plans Harvard required from Vizgen, and reviewed, approved, and monitored for years.

109.     Harvard further represented to Vizgen that it had not ███████████████ ██████████████████████████████

110.    Prior to contracting with Vizgen, Harvard approved Vizgen's business plan and established ▬▬▬▬▬▬▬▬▬.

111.    In reliance on these misrepresentations, Vizgen entered into the License Agreement with Harvard.

112.    In further reliance on Harvard's negligent misrepresentations, Vizgen signed three amendments to the License Agreement: on June 11, 2020, September 22, 2021, and January 25, 2022.

113.    At least by the time of the latter two amendments, unbeknownst to Vizgen, on information and belief, at 10x's behest, Harvard was working to redirect Harvard's patent portfolio to target Vizgen's commercial activities through a series of reverse-engineered patent applications and amendments, designed to target MERFISH technology and Vizgen activities.

114.    Harvard failed to exercise reasonable care of competence regarding the information it provided to Vizgen, and failed to convey material information to Vizgen during the parties' ongoing business dealings.  Vizgen justifiably relied on Harvard's statements, including by entering into the License Agreement, the three amendments to same, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

115.    As a result of Vizgen's justifiable reliance on inaccurate and/or incomplete information from Harvard, Vizgen has suffered and continues to suffer pecuniary loss.

## COUNTERCLAIM IV

**Tortious Interference with Contractual and Advantageous Business Relations**

*(Against Plaintiff 10x)*

116.    Vizgen incorporates by reference the allegations in Paragraphs 1-115 above.

117.    A valid contract, namely the License Agreement, exists between Vizgen and Harvard.  That contract includes express and implied terms, including that the intellectual property Vizgen licensed from Harvard does not conflict with any other intellectual property agreement between Harvard and any third party, and that Vizgen had the freedom to operate.

118.    10x's Complaint makes clear that it was well aware of the Vizgen-Harvard connection.  *See* FAC ¶¶ 36, 43, 44, 50, 51, 57, 58, 64, 65 (citing various Vizgen materials which state that Vizgen's technology was developed in the lab of Harvard professors).  Moreover, on information and belief, 10x had knowledge of the contract and between Harvard and Vizgen, as well as its express and implied terms.

119.    On information and belief, 10x was aware that the contract and other business relationship between Vizgen and Harvard gave rise to, at a minimum, implied licenses to Harvard's other intellectual property, as 10x has taken this same position regarding Harvard's licensing agreements in *Bio-Rad Laboratories Inc.*, v. *10x Genomics, Inc.*, 19-01699-RGA (D. Del. 2019).  Alternatively and at a minimum, 10x should have known of the existence and nature of the contractual relationship and the implied licenses granted to Vizgen from the facts and circumstances of which 10x was aware.

120.    On information and belief, 10x knowingly induced Harvard to breach its contract and implied covenant of good faith and fair dealing with Vizgen, including by taking positions in the FAC that would contrast Harvard's repeated assurances and its express warranties to Vizgen during years of discussions, royalty payments, and commercial updates to Harvard on progress undertaking the very development efforts Harvard had encouraged Vizgen to undertake.

121.    Moreover, as noted herein, on information and belief, 10x induced Harvard to alter its patent portfolio to target Vizgen's commercial activities by shifting its patent prosecution focus.

For instance, 10x and Harvard filed three of the patents that they now claim Vizgen infringes in 2021 ('051, '052, and '767).  On information and belief, 10x worked in bad faith to induce Harvard to alter its patent portfolio to amend various pending continuation applications ('737 and '054) relating to intellectual property Harvard had licensed to ReadCoor.  The amendments were crafted to target Vizgen activities that Vizgen had disclosed to Harvard, in an effort by 10x to manufacture infringement claims against Vizgen.

122.    On information and belief, 10x encouraged this prosecution activity, and encouraged Harvard to approve this activity, thus causing Harvard to breach its contract and the covenant of good faith and fair dealing owed to Vizgen.  10x knowingly engaged in an effort to interfere with the Vizgen-Harvard License Agreement and to frustrate the commitments Harvard made to Vizgen and to deprive Vizgen of the benefits of its business relations with Harvard.

123.    On information and belief, 10x knowingly worked in bad faith to cause Harvard to shift its patent prosecution efforts towards Vizgen's activities and to join the instant suit and its stated intent to interfere with Vizgen's business, and thereby induced Harvard to breach its contract with Vizgen and the implied covenant of good faith and fair dealing, included with that contract..

124.    10x has also tortiously interfered with Vizgen's business relationships with its clients, of which 10x is fully aware.

125.    10x's interference, in addition to being intentional, is improper in motive or means. 10x's interference was at all times motivated by an anti-competitive, improper desire to force Vizgen out of the marketplace, and 10x's means were also improper.

126.    Vizgen has suffered damages as a result of 10x's willful, malicious, and unfair conduct.

127.    As a direct and proximate result of 10x's tortious interference, Vizgen has suffered and continues to suffer pecuniary loss.

## COUNTERCLAIM V

### Mass. Gen. Law. Ch. 93A §§ 2 and 11

*(Against Plaintiff 10x)*

128.    Vizgen incorporates by reference the allegations in Paragraphs 1-127 above.

129.    At all times relevant to this action, 10x has been engaged in trade or commerce within the Commonwealth of Massachusetts and within the meaning of M.G.L. c. 93A, § 11 and § 2.

130.    10x's unfair practices occurred primarily and substantially in the Commonwealth of Massachusetts.  Additionally, 10x's unfair practices caused harm that was primarily and substantially felt by Vizgen in the Commonwealth of Massachusetts, where Vizgen was founded and where it is headquartered.  Furthermore, on information and belief, the patent prosecution activity that was manipulated by 10x to target Vizgen was controlled in Massachusetts.

131.    As detailed herein, 10x engaged in a pattern of conduct, with an improper motive, aimed at injuring Vizgen's right to receive the fruits of the License Agreement, in disregard of known contractual arrangements, and with the intent to secure commercial benefits for 10x.

132.    As detailed Harvard's patent portfolio to seek new patents and amend existing ones in an attempt to reverse engineer patent coverage for Vizgen's activities, to manufacture infringement claims against Vizgen, and to thwart Vizgen's business.  10x has worked to continue to shift the Harvard patent prosecution focus away from what the portfolio ReadCoor licensed was originally targeting (ReadCoor's and later 10x's failed FISSEQ technology), and towards Vizgen's commercial activities..

133.    10x has violated Mass. Gen. Law. Ch. 93A §§ 2 and 11, including by virtue of commencing this litigation against Vizgen and tortiously interfering with Vizgen's contractual and advantageous business relationships with improper motive and means, including for an anti-competitive purpose, and by using unfair practices to do so.  On information and belief, 10x commenced this litigation to slow the market uptake of Vizgen's MERSCOPE™/MERFISH technology and products and to damage Vizgen as a company and competitor.  As stated herein, Harvard had already licensed Vizgen's activities.  10x also had knowledge, as evidenced by 10x's own position taken in *Bio-Rad Laboratories Inc.*, *v. 10x Genomics, Inc.*, 19-01699-RGA (D. Del. 2019), that the license agreement between Vizgen and Harvard gave raise to, at a minimum, an implied licenses to Harvard's other intellectual property.

134.    In the Harvard license agreement, Harvard represented to Vizgen that ███████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████████  Upon information and belief, 10x knew that Harvard made such representations to Vizgen.  Moreover, 10x was aware, including from its own licensing agreements with Harvard, that Vizgen would have provided Harvard with various details regarding its scope of commercial operations and use of the licensed intellectual property.

135.    10x filed the instant suit with knowledge that, in light of the foregoing, there exists no reasonable factual support for its allegations.  In violation of Mass. Gen. Law. Ch. 93A §§ 2 and 11, 10x brought its claims notwithstanding the knowledge that such claims are objectively baseless.  Alternatively, and at a minimum, 10x filed the suit with reckless disregard as to whether any reasonable factual support for its claims exists.

136.    10x filed the instant lawsuit for the purpose of pushing Vizgen, a small start-up, out of the marketplace and/or damaging it as a company and competitor.

137.    10x's conduct has been, and continues to be repugnant to the norms, environment, and culture of the commercial marketplace.

138.    The unfair acts and practices of 10x include, at a minimum, 10x's filing of meritless litigation against Vizgen, 10x's tortious interference with Vizgen's contractual and advantageous business relationships with Harvard, 10x's bad faith effort to manipulate the Harvard patent portfolio to try to target Vizgen and its products and services, and 10x effort to use all of these tactics, and more, to try to avoid competing fairly in the marketplace and instead seek to damage Vizgen as a company and competitor.

139.    As a result of 10x's unfair conduct, Vizgen has suffered and continues to suffer pecuniary loss.

140.    Vizgen is entitled to damages, reasonable attorneys' fees, costs, and interest in an amount to be determined at trial.

## COUNTERCLAIM VI

**Declaratory Judgment of Non-Infringement of U.S. Patent No. 11,021,737**

*(Against Plaintiffs 10x and Harvard)*

141.    Vizgen incorporates by reference the allegations in Paragraphs 1-140 above.

142.    Plaintiffs have brought an action asserting the '737 patent against Vizgen.

143.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '737 patent.

144.    Plaintiff 10x has alleged that it is the exclusive licensee of the '737 patent.

145.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '737 patent.

146.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '737 patent.

147.    Vizgen's products are not infringing directly or in any other manner any valid and enforceable claim of the '737 patent.

148.    Additionally, each of the claims of the '737 patent are invalid as set forth below in Vizgen's Counterclaim VII.  An invalid claim cannot be infringed.

149.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '737 patent.

150.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM VII

### Declaratory Judgment of Invalidity of U.S. Patent No. 11,021,737

*(Against Plaintiffs 10x and Harvard)*

151.    Vizgen incorporates by reference the allegations in Paragraphs 1-150 above.

152.    Plaintiffs have brought an action asserting the '737 patent against Vizgen.

153.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '737 patent.

154.    Plaintiff 10x has alleged that it is the exclusive licensee of the '737 patent.

155.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '737 patent.

156.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '737 patent.

157.    The claims of the '737 patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or the rules, regulations and law pertaining thereto.

158.    For example, the asserted claims of the '737 patent are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of Göransson (2009), which discloses and/or renders obvious all elements of the claims of the '737 patent.[46]   For example, Göransson (2009) discloses "[i]terative hybridizations to arrayed ASMs" consisting of genomic (cellular) DNA, and the "[a]rrayed ASMs are decoded by sequential hybridizations" using sandwich probes (e.g., a detection reagent comprising a probe that binds an analyte and one or more pre-determined subsequences) and tag probes (e.g., labeled probes), "enab[ling] identification of 36 . . . different genomic loci."[47]   *See also* Göransson (2009) Figure 3, excerpted below.

---

[46]   Göransson et al., *A Single Molecule Array for Digital Targeted Molecular Analyses*, 37 NUCLEIC ACIDS RSCH. 1 (2009) ("Göransson (2009)").

[47]   Göransson (2009) at 5, 7-8, Figs. 1 &3.



159. The asserted claims of the '737 patent are also invalid in view of, e.g., U.S. Patent No. 10,961,566 ("Chee"), U.S. Patent App. Pub. No. 2005/0064435 ("Su"), or U.S. Patent No. 8,741,566 ("Winther"), which disclose and/or render obvious all elements of the claims of the '737 patent.

160. All claims of the '737 patent are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112. For instance, the '737 patent does not adequately describe how to perform highly multiplexed imaging or how to accurately identify target analytes *in situ* (e.g., in cells or tissues) using such an approach. The patent's sole Example purportedly discloses detection of only 8 targets and is not performed *in situ*. Accordingly, the specification of the '737 patent fails to adequately describe the full scope of the claims. Additionally, the specification of

the '737 patent fails to enable a person of ordinary skill in the art to practice the full scope of the claims without undue experimentation.

161.    Moreover, at least for similar reasons, the '737 patent is not entitled to a priority date earlier than the filing of the application that issued as the '737 patent (U.S. Application No. 16/941,585, filed July 29, 2020).  Accordingly, the '737 patent is invalid as anticipated by or obvious over, e.g., publications of MERFISH technology such as Chen (2015) to the extent such technology would be infringing as alleged by Plaintiffs.

162.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '737 patent.

163.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM VIII

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 11,293,051

*(Against Plaintiffs 10x and Harvard)*

164.    Vizgen incorporates by reference the allegations in Paragraphs 1-163 above.

165.    Plaintiffs have brought an action asserting the '051 patent against Vizgen.

166.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '051 patent.

167.    Plaintiff 10x has alleged that it is the exclusive licensee of the '051 patent.

168.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '051 patent.

169.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '051 patent.

170.    Vizgen's products are not infringing directly or in any other manner any valid and enforceable claim of the '051 patent.

171.    Additionally, each of the claims of the '051 patent are invalid as set forth below in Vizgen's Counterclaim IX.  An invalid claim cannot be infringed.

172.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '051 patent.

173.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM IX

### Declaratory Judgment of Invalidity of U.S. Patent No. 11,293,051

*(Against Plaintiffs 10x and Harvard)*

174.    Vizgen incorporates by reference the allegations in Paragraphs 1-173 above.

175.    Plaintiffs have brought an action asserting the '051 patent against Vizgen.

176.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '051 patent.

177.    Plaintiff 10x has alleged that it is the exclusive licensee of the '051 patent.

178.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '051 patent.

179.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '051 patent.

180.    The claims of the '051 patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or the rules, regulations and law pertaining thereto.

181.    For example, the asserted claims of the '051 patent are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of, e.g., Göransson (2009), Chee, Su, and/or Winther.  As explained further above with respect to the '737 patent, for example, Göransson (2009) discloses and/or renders obvious all elements of the claims of the '051 patent.

182.    All claims of the '051 patent are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, as explained further above with respect to the '737 patent, the specification of the '051 patent fails to adequately describe the full scope of the claims or provide sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims without undue experimentation.

183.    Moreover, at least for similar reasons, the '051 patent is not entitled to a priority date earlier than the filing of the application that issued as the '051 patent (U.S. Application No. 17/238,642, filed April 23, 2021).  Accordingly, the '051 patent is invalid as anticipated by or obvious over, e.g., publications of MERFISH technology such as Chen (2015) to the extent such technology would be infringing as alleged by Plaintiffs.

184.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '051 patent.

185.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM X

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 11,293,'052

*(Against Plaintiffs 10x and Harvard)*

186.    Vizgen incorporates by reference the allegations in Paragraphs 1-185 above.

187.    Plaintiffs have brought an action asserting the '052 patent against Vizgen.

188.   Plaintiff Harvard has alleged that it is the legal owner by assignment of the '052 patent.

189.   Plaintiff 10x has alleged that it is the exclusive licensee of the '052 patent.

190.   Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '052 patent.

191.   An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '052 patent.

192.   Vizgen's products are not infringing directly or in any other manner any valid and enforceable claim of the '052 patent.

193.   Additionally, each of the claims of the '052 patent are invalid as set forth below in Vizgen's Counterclaim XI.  An invalid claim cannot be infringed.

194.   By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '052 patent.

195.   A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM XI

### Declaratory Judgment of Invalidity of U.S. Patent No. 11,293,'052

*(Against Plaintiffs 10x and Harvard)*

196.   Vizgen incorporates by reference the allegations in Paragraphs 1-195 above.

197.   Plaintiffs have brought an action asserting the '052 patent against Vizgen.

198.   Plaintiff Harvard has alleged that it is the legal owner by assignment of the '052 patent.

199.   Plaintiff 10x has alleged that it is the exclusive licensee of the '052 patent.

200.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '052 patent.

201.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '052 patent.

202.    The claims of the '052 patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or the rules, regulations and law pertaining thereto.

203.    For example, the asserted claims of the '052 patent are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of, e.g., Göransson (2009), Chee, Su, and/or Winther.  As explained further above with respect to the '737 patent, Göransson (2009) discloses and/or renders obvious all elements of the claims of the '052 patent.

204.    All claims of the '052 patent are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, as explained further above with respect to the '737 patent, the specification of the '052 patent fails to adequately describe the full scope of the claims or provide sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims without undue experimentation.

205.    Moreover, at least for similar reasons, the '052 patent is not entitled to a priority date earlier than the filing of the application that issued as the '052 patent (U.S. Application No. 17/238,682, filed April 23, 2021).  Accordingly, the '052 patent is invalid as anticipated by or obvious over, e.g., publications of MERFISH technology such as Chen (2015) to the extent such technology would be infringing as alleged by Plaintiffs.

206.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '052 patent.

207.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM XII

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 11,293,054

*(Against Plaintiffs 10x and Harvard)*

208.    Vizgen incorporates by reference the allegations in Paragraphs 1-207 above.

209.    Plaintiffs have brought an action asserting the '054 patent against Vizgen.

210.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '054 patent.

211.    Plaintiff 10x has alleged that it is the exclusive licensee of the '054 patent.

212.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '054 patent.

213.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '054 patent.

214.    Vizgen's products are not infringing directly or in any other manner any valid and enforceable claim of the '054 patent.

215.    Additionally, each of the claims of the '054 patent are invalid as set forth below in Vizgen's Counterclaim XIII.  An invalid claim cannot be infringed.

216.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '054 patent.

217.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM XIII

### Declaratory Judgment of Invalidity of U.S. Patent No. 11,293,054

*(Against Plaintiffs 10x and Harvard)*

218.    Vizgen incorporates by reference the allegations in Paragraphs 1-217 above.

219.    Plaintiffs have brought an action asserting the '054 patent against Vizgen.

220.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '054 patent.

221.    Plaintiff 10x has alleged that it is the exclusive licensee of the '054 patent.

222.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '054 patent.

223.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '054 patent.

224.    The claims of the '054 patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or the rules, regulations and law pertaining thereto.

225.    For example, the asserted claims of the '054 patent are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of, e.g., Göransson (2009), Chee, Su, and/or Winther.  As explained further above with respect to the '737 patent, Göransson (2009) discloses and/or renders obvious all elements of the claims of the '054 patent.

226.    All claims of the '054 patent are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, as explained further above with respect to the '737

patent, the specification of the '054 patent fails to adequately describe the full scope of the claims or provide sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims without undue experimentation.

227.    Moreover, at least for similar reasons, the '054 patent is not entitled to a priority date earlier than the filing of the application that issued as the '054 patent (U.S. Application No. 16/393,215, filed April 24, 2019).  Accordingly, the '054 patent is invalid as anticipated by or obvious over, e.g., publications of MERFISH technology such as Chen (2015) to the extent such technology would be infringing as alleged by Plaintiffs.

228.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '054 patent.

229.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## <u>COUNTERCLAIM XIV</u>

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 11,299,767

*(Against Plaintiffs 10x and Harvard)*

230.    Vizgen incorporates by reference the allegations in Paragraphs 1-229 above.

231.    Plaintiffs have brought an action asserting the '767 patent against Vizgen.

232.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '767 patent.

233.    Plaintiff 10x has alleged that it is the exclusive licensee of the '767 patent.

234.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '767 patent.

235.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '767 patent.

236.    Vizgen's products are not infringing directly or in any other manner any valid and enforceable claim of the '767 patent.

237.    Additionally, each of the claims of the '767 patent are invalid as set forth below in Vizgen's Counterclaim XV.  An invalid claim cannot be infringed.

238.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '767 patent.

239.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM XV

### Declaratory Judgment of Invalidity of U.S. Patent No. 11,299,767

*(Against Plaintiffs 10x and Harvard)*

240.    Vizgen incorporates by reference the allegations in Paragraphs 1-239 above.

241.    Plaintiffs have brought an action asserting the '767 patent against Vizgen.

242.    Plaintiff Harvard has alleged that it is the legal owner by assignment of the '767 patent.

243.    Plaintiff 10x has alleged that it is the exclusive licensee of the '767 patent.

244.    Plaintiffs have alleged and continue to allege that Vizgen has infringed and continues to infringe one or more claims of the '767 patent.

245.    An actual controversy under 28 U.S.C. §§ 2201 and 2202 has arisen and exists between Plaintiffs and Vizgen regarding whether Vizgen has infringed and is infringing any valid and enforceable claim of the '767 patent.

246.    The claims of the '767 patent are invalid for failing to comply with the provisions of the Patent Laws, Title 35 of the United States Code, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103, 112, and/or the rules, regulations and law pertaining thereto.

247.    For example, the asserted claims of the '767 patent are invalid under 35 U.S.C. §§ 102 and/or 103 at least in view of, e.g., U.S. Patent Pub. No. 2009/0105082 ("Chetverin"), published on April 23, 2009.  Chetverin discloses, e.g., "in situ assay methods . . . in which cells either as individual cells or tissue fragments, are embedded and immobilized in a thin layer of a suitable gel matrix, lysed in place within the gel, and washed with a water-miscible organic solvent to remove components that might interfere with nucleic acid amplification . . ."  Chetverin discloses that such "in situ assays . . . can be performed at sub-cellular level . . . [in which] the internal cell content (cytoplasm) should also be gelled, and this should be done with the native intracellular distribution of DNA and RNA molecules being preserved."  Additionally, "the cell membranes can be made permeable for acrylamide . . . during the above disclosed embedment procedure."  Chetverin further discloses that, "[f]or some applications, the gel matrix may be modified with certain substances, such as oligonucleotides," including Acrydite™ "that can function, for example, as . . . as capture probes or as hybridization probes . . . At least one primer can be tethered to the matrix, in which case at least one amplification product strand will be covalently immobilized."  In addition, "[f]or screening, the arrayed cells can be fluorescently labeled . . . by any of the various homogeneous fluorescent reporter systems discussed in this application that binds with a nucleic acid within the cell, such as by a molecular beacon probe)."[48]

248.    All claims of the '767 patent are further invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, the patent does not define the broad genus of

---

[48]    Chetverin ¶¶ [0055], [0111], [0113], [0115].

63

materials within the "3D matrix" limitation and provides only a small number of exemplary embodiments with different structural features.  Moreover, the patent's Examples utilize only one working embodiment (BS(PEG)9).  Accordingly, at least for this reason, the specification of the '767 patent fails to contain an adequate written description of the full scope of the claims or sufficient information to enable a person of ordinary skill in the art to practice the full scope of the claims without undue experimentation.

249.    Moreover, at least for similar reasons, the '767 patent is not entitled to a priority date earlier than the filing of the application that issued as the '767 patent (U.S. Application No. 17/363,097, filed June 30, 2021).  Accordingly, the '767 patent is invalid as anticipated by or obvious over, e.g., publications of MERFISH technology such as Chen (2015) to the extent such technology would be infringing as alleged by Plaintiffs.

250.    By virtue of the foregoing, Vizgen desires a judicial determination of its rights and duties with respect to any alleged infringement of the '767 patent.

251.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights and duties determined by the Court.

## COUNTERCLAIM XVI

### Infringement of the Zhuang '303 Patent

*(Against Plaintiff 10x)*

252.    Vizgen incorporates by reference the allegations in Paragraphs 1-251 above.

253.    On August 24, 2021, the United States Patent and Trademark Office ("Patent Office") duly and legally issued the Zhuang '303 Patent, entitled "Systems and Methods for Determining Nucleic Acids."   The Zhuang '303 Patent issued from U.S. Application No. 15/329,683, which entered the national stage on January 27, 2017 from International Application No. PCT/US2015/042556, filed July 29, 2015, and claims priority to (for example) U.S.

Provisional No. 62/031,062, filed July 30, 2014.   Xiaowei Zhuang, Kok-Hao Chen, Alistair Boettiger, Jeffrey R. Moffitt, and Siyuan Wang are the true and sole co-inventors of the Zhuang '303 Patent.  A copy of the Zhuang '303 Patent is attached as Exhibit 2.

254.    The Zhuang '303 Patent is valid and enforceable under the United States Patent Laws.

255.    By operation of law and as a result of written assignment agreements, Harvard obtained the entire right, title, and interest to and in the Zhuang '303 Patent.

256.    Pursuant to the License Agreement, Vizgen obtained an exclusive license to the Zhuang '303 Patent (among other rights).  Vizgen is exclusively licensed under the Zhuang '303 Patent with the full and exclusive right to bring suit to enforce the patent.

257.    The Zhuang '303 Patent discloses, among other things, systems and methods for imaging or determining nucleic acids in cells, including the transcriptome of a cell.  The patent describes application of multiple nucleic acid probes to targets located within cells and tissue, and the binding of these probes may be determined with fluorescence.  Codewords based on probe binding can define an error-correcting code to reduce or prevent misidentification of the nucleic acids.  As described in the patent, a relatively large number of different targets may be identified using a relatively small number of labels, for example, by using combinatorial approaches.

258.    10x has infringed and continues to infringe at least claim 1 of the Zhuang '303 Patent in violation of 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, at least by making and/or using within the United States without authority the Xenium In Situ Analysis Technology.  10x has made and used the Xenium In Situ Analysis Technology as a part of its preparations to enter the United States market, specifically in connection with research, development, testing, and/or promotional activities relating to this technology, and including

activities performed at 10x's facilities located within the United States.  To the extent 10x has not already offered to sell and/or sold the Xenium In Situ Analysis Technology in the United States, it is imminently planning to do so.

259.    As an example of 10x's infringing activities concerning the Xenium In Situ Analysis Technology, attached as <u>Exhibit 3</u> is a preliminary claim chart detailing with particularity 10x's infringement of at least claim 1 of the Zhuang '303 Patent.  <u>Exhibit 3</u> is incorporated herein by reference in its entirety.  <u>Exhibit 3</u> is based on information and belief that Vizgen has at this stage.  The evidence set forth therein is merely exemplary, detailing how each element of the claims may be found in the Xenium In Situ Analysis Technology.  This chart is not intended to limit Vizgen's right to modify this chart or any other claim chart or allege that any other activities of 10x infringe any claims of the Zhuang '303 Patent.

260.    10x's infringement of the Zhuang '303 Patent has been knowing and willful.  Dr. Zhuang's research group and others have published widely on MERFISH technology at least since 2015.  As stated herein, for example, Dr. Zhuang's pioneering work on MERFISH, including the original 2015 paper, has been extensively cited and these accomplishments have been widely recognized by others in the field.  On information and belief, 10x monitors technical literature and reports in related fields and became aware of MERFISH technology at least as of 2015.

261.    On information and belief, 10x is a sophisticated company that regularly monitors and/or tracks patent issuance in related fields and became aware of the Zhuang '303 Patent upon issuance or shortly thereafter.  The Zhuang '303 Patent issued on August 24, 2021.  10x became aware of MERFISH and the Zhuang '303 patent at least as of September 15, 2021, the filing date of the application that published as U.S. Patent Pub. No. 2022/0084628, titled "Methods and Systems for Barcode Error Correction," assigned to 10x Genomics, Inc. ("Shah").  Shah states

that, *inter alia*, "MERFISH (multiplexed error-robust fluorescence in situ hybridization) scheme comprising 16 cycles of decoding was performed (see, e.g., Chen, et al. (2015) 'Spatially Resolved, Highly Multiplexed RNA Profiling in  Single Cells', Science 348(6233):aaa6090; see also, e.g., **U.S. Pat. No. 11,098,303** . . . for an exemplary description of the MERFISH probes, encoding schemes, and methodologies) . . ."  (emphasis added.)[49]

262.    Moreover, 10x has been aware of the issued claims of the Zhuang '303 Patent at least as of November 24, 2021, as, for example, during prosecution of its U.S. Application No. 17/476,400, 10x cited U.S. Patent No. 11,098,303 to the Patent Office in an Information Disclosure Statement ("IDS") dated November 24, 2021.  Additionally, 10x cited U.S. Patent Publication No. 2017/0220733, the publication of the Zhuang '303 Patent application, to the Patent Office during the prosecution of multiple patent applications.  For example, after the Zhuang '303 Patent issued, 10x cited the '733 publication in the prosecution of U.S. Application No. 17/180,325 in an IDS dated February 10, 2022, and the prosecution of U.S. Application No. 17/547,925 in an IDS dated February 16, 2022.  The '733 publication is also identified on the face of 10x-assigned patents U.S. Patent Nos. 11,332,790, which issued on May 17, 2022, and 11,352,667, which issued on June 7, 2022.

263.    Moreover, at least since May 2, 2022, the date of the Notice Letter from 10x to Vizgen wherein 10x alleges that Vizgen's MERFISH technology infringes certain 10x patents, 10x had notice of the Zhuang '303 Patent at least because Vizgen's public website expressly states that the Zhuang '303 Patent covers MERFISH technology[50] and, on information and belief, 10x in

---

[49]   Shah [0158].

[50]   *See* https://vizgen.com/patents/, providing "US Patent Number: 11,098,303" below "MERFISH method."

preparing its Complaint reviewed and relied on the publicly available information from Vizgen's website.

264.    In addition to directly infringing the Zhuang '303 Patent, 10x actively, knowingly, and intentionally encourages and aids its partners, collaborators, customers, and/or end users of the Xenium In Situ Analysis Technology to directly infringe at least claim 1 of the Zhuang '303 Patent under 35 U.S.C. § 271(b).  10x has and is actively, knowingly, and intentionally inducing infringement of at least claim 1 of the Zhuang '303 Patent through a range of activities relating to the Xenium In Situ Analysis Technology.  For example, 10x has induced infringement by controlling the design, manufacture, and supply of the Xenium In Situ Analysis Technology with the knowledge and specific intent that consumers will use that technology to infringe by performing the patented method of at least claim 1 of the Zhuang '303 Patent.  10x has induced infringement by controlling the selection and design of analytical methods and error correction technology used in the Xenium Analyzer, with the knowledge and specific intent that users will use this technology to infringe by performing the patented methods of the Zhuang '303 patent.  As discussed above, on information and belief, 10x had actual knowledge of the Zhuang '303 Patent, regularly monitors Vizgen's patent portfolio, and has been aware of the Zhuang '303 Patent, for example, because 10x cited the issued patent and publication of the Zhuang '303 Patent during the prosecution of multiple of its own patent applications.  These actions collectively demonstrate that 10x has the specific intent to induce, or was willfully blind to inducing, infringement of the Zhuang '303 Patent.

265.    10x also actively induces infringement by promoting the Xenium In Situ Analysis Technology, encouraging its infringing use, and threatening to sell this technology in the United States (if those activities have not already begun).  10x has induced infringement by disseminating

or distributing promotional and marketing materials relating to the Xenium In Situ Analysis Technology, including via web pages describing this technology on 10x's website and via press releases. For example, on the Xenium Website, 10x provides and will provide information, promotional videos, and instructions to customers that direct and will direct customers to use the Xenium In Situ technology in an infringing manner. 10x has promoted and demonstrated the Xenium In Situ Analysis Technology at multiple trade shows and conventions in the United States and online. On information and belief, 10x has provided and/or made available the Xenium In Situ Analysis Technology at least to its partners, collaborators, and/or end users who have and will use this technology in a manner that directly infringes at least claim 1 of the Zhuang '303 patent, e.g., to generate initial results for publication and/or presentation. 10x is threatening to encourage and support the sale of the Xenium In Situ Analysis Technology in the United States.

266. 10x contributes to the infringement of one or more claims of the Zhuang '303 Patent, including at least claim 1, under 35 U.S.C. § 271(c). 10x contributes to infringement by supplying in the United States products designed for use in practicing at least claim 1 of the Zhuang '303 Patent, including the Xenium In Situ Analysis Technology, and by threatening to sell such technology in the United States. 10x will provide its customers with the Xenium In Situ Analysis Technology, which is specially made or adapted to infringe at least claim 1 of the Zhuang '303 Patent. The Xenium In Situ Analysis Technology is not staple article(s) of commerce suitable for substantial non-infringing use. For example, the Xenium Analyzer is a material part of the claimed invention of at least claim 1 of the Zhuang '303 Patent that, when used, has and will result in infringement. Indeed, 10x knows that Xenium In Situ Analysis Technology is especially made or especially adapted for use in an infringement of the Zhuang '303 Patent. As discussed above, 10x

has had actual knowledge of the Zhuang '303 Patent, regularly monitors Vizgen's patent portfolio, and has been aware of the Zhuang '303 Patent.

267.    10x has committed and continues to commit these acts of infringement without license or authorization.

268.    The infringement of the Zhuang '303 Patent by 10x is intentional, willful, wanton, deliberate, and egregious.  On information and belief, at least prior to the filing of the Complaint, 10x knew or should have known that its making, using, selling, offering to sell, and/or importing the Xenium In Situ technology has and will constitute an unjustifiably high risk of infringement of at least claim 1 of the Zhuang '303 Patent.  Such conduct constitutes, at minimum, willful infringement of the Zhuang '303 Patent, justifying an award of treble damages pursuant to 35 U.S.C. § 284 and a finding that this case is exceptional under 35 U.S.C. §285.

269.    On information and belief, 10x has profited from and will continue to profit from its infringing activities.  Vizgen has been and will continue to be damaged by 10x's infringing activities.  As a result, Vizgen is entitled to injunctive relief and damages adequate to compensate it for such infringement, in no event less than a reasonable royalty, in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.  The harm to Vizgen from 10x's ongoing infringing activity is irreparable, continuing, and not fully compensable by money damages, and will continue unless 10x's infringing activities are enjoined.

## JURY DEMAND

270.    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Vizgen demands a trial by jury on all issues properly triable to a jury.

## PRAYER FOR RELIEF

Defendant and Counterclaim-Plaintiff Vizgen respectfully requests that the Court find in its favor and grant the following relief:

a) That Plaintiffs' Complaint be dismissed with prejudice, and that Plaintiffs take nothing as a result of the Complaint;

b) That this Court enter judgment on Plaintiffs' Complaint and Vizgen's Counterclaims in favor of Vizgen, against Plaintiffs, with Plaintiffs being awarded no relief of any kind in this action;

c) That this Court enter judgment and/or declarations that Vizgen does not infringe the Asserted Patents and that the Asserted Patents are invalid;

d) An order that Harvard indemnify Vizgen for all expenses and costs incurred in this lawsuit, and that Harvard hold Vizgen harmless for any and all damages arising out of this lawsuit;

e) An award of compensatory damages in favor of Defendant Vizgen against Plaintiffs Harvard and 10x for all damages sustained as a result of Harvard and 10x's wrongdoing, in an amount to be proven at trial, including interest thereon;

f) An award of Defendant Vizgen's reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees;

g) That this Court enter a judgment declaring this case exceptional, and for an award of all costs, disbursements, prejudgment and post-judgment interest, and attorneys' fees pursuant to under 35 U.S.C. § 285;

h) That this Court grant such other and further relief as the Court shall deem just and proper.

Dated: August 30, 2022

Respectfully submitted,


/s/ *Pilar G. Kraman*

OF COUNSEL:

James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com

David Bilsker (*pro hac vice*)
Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

*Attorneys for Vizgen, Inc.*

Kevin Johnson (*pro hac vice*)
Victoria Maroulis (*pro hac vice*)
Andrew Bramhall (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
(650) 801-5000

Angus Chen (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Patrick D. Curran (*pro hac vice to be filed*)
Eric D. Wolkoff (*pro hac vice to be filed*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100

# EXHIBIT 1
# REDACTED IN ITS ENTIRETY

# EXHIBIT 2



8276120

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**August 2, 2022**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,098,303*
ISSUE DATE: *August 24, 2021*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Trudie Wallace
Certifying Officer



US011098303B2

(12) **United States Patent**
Zhuang et al.

(10) Patent No.: **US 11,098,303 B2**
(45) Date of Patent: **Aug. 24, 2021**

(54) **SYSTEMS AND METHODS FOR DETERMINING NUCLEIC ACIDS**

(71) Applicant: **President and Fellows of Harvard College**, Cambridge, MA (US)

(72) Inventors: **Xiaowei Zhuang**, Lexington, MA (US); **Kok-Hao Chen**, Singapore (SG); **Alistair Boettiger**, Cambridge, MA (US); **Jeffrey R. Moffitt**, Somerville, MA (US); **Siyuan Wang**, Cambridge, MA (US)

(73) Assignee: **President and Fellows of Harvard College**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 213 days.

(21) Appl. No.: **15/329,683**

(22) PCT Filed: **Jul. 29, 2015**

(86) PCT No.: **PCT/US2015/042556**
§ 371 (c)(1),
(2) Date: **Jan. 27, 2017**

(87) PCT Pub. No.: **WO2016/018960**
PCT Pub. Date: **Feb. 4, 2016**

(65) **Prior Publication Data**
US 2017/0220733 A1    Aug. 3, 2017

**Related U.S. Application Data**

(60) Provisional application No. 62/142,653, filed on Apr. 3, 2015, provisional application No. 62/050,636, filed
(Continued)

(51) **Int. Cl.**
C12Q 1/68        (2018.01)
C12N 15/10       (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... **C12N 15/1065** (2013.01); **C07H 21/02** (2013.01); **C07H 21/04** (2013.01);
(Continued)

(58) **Field of Classification Search**
USPC .................. 435/6.1, 6.11, 91.1; 436/94, 501;
536/23.1, 24.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,150,516 A    11/2000 Brenner et al.
6,524,798 B1    2/2003 Goldbard et al.
(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO 1999/031277 A1    6/1999
WO    WO 03/003810 A2    1/2003
(Continued)

OTHER PUBLICATIONS

Invitation to Pay Additional Fees dated Oct. 6, 2015 for Application No. PCT/US2015/042556.
(Continued)

*Primary Examiner* — Frank W Lu
(74) *Attorney, Agent, or Firm* — Wolf, Greenfield & Sacks, P.C.

(57) **ABSTRACT**

The present invention generally relates to systems and methods for imaging or determining nucleic acids, for instance, within cells. In some embodiments, the transcriptome of a cell may be determined. Certain embodiments are directed to determining nucleic acids, such as mRNA, within cells at relatively high resolutions. In some embodiments, a plurality of nucleic acid probes may be applied to a sample, and their binding within the sample determined, e.g., using fluorescence, to determine locations of the nucleic acid probes within the sample. In some embodiments, codewords
(Continued)



## US 11,098,303 B2

Page 2

may be based on the binding of the plurality of nucleic acid probes, and in some cases, the codewords may define an error-correcting code to reduce or prevent misidentification of the nucleic acids. In certain cases, a relatively large number of different targets may be identified using a relatively small number of labels, e.g., by using various combinatorial approaches.

**12 Claims, 48 Drawing Sheets**

**Specification includes a Sequence Listing.**

### Related U.S. Application Data

on Sep. 15, 2014, provisional application No. 62/031, 062, filed on Jul. 30, 2014.

(51) **Int. Cl.**

| | |
|---|---|
| *C07H 21/02* | (2006.01) |
| *C07H 21/04* | (2006.01) |
| *G16B 25/00* | (2019.01) |
| *C12Q 1/6806* | (2018.01) |
| *C12Q 1/6837* | (2018.01) |
| *G16B 30/00* | (2019.01) |
| *G16B 40/00* | (2019.01) |
| *C12Q 1/6816* | (2018.01) |
| *C12Q 1/6841* | (2018.01) |
| *C12Q 1/6869* | (2018.01) |
| *G06N 7/00* | (2006.01) |

(52) **U.S. Cl.**

CPC ......... *C12N 15/10* (2013.01); *C12N 15/1093* (2013.01); *C12Q 1/6806* (2013.01); *C12Q 1/6837* (2013.01); *G16B 25/00* (2019.02); *C12Q 1/6816* (2013.01); *C12Q 1/6841* (2013.01); *C12Q 1/6869* (2013.01); *G06N 7/005* (2013.01); *G16B 30/00* (2019.02); *G16B 40/00* (2019.02)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,226,734 | B2 | 6/2007 | Chee et al. |
| 7,368,265 | B2 | 5/2008 | Brenner et al. |
| 7,776,613 | B2 | 8/2010 | Zhuang et al. |
| 7,807,447 | B1 * | 10/2010 | Shoemaker .......... C12Q 1/6809 |
| | | | 435/287.1 |
| 7,838,302 | B2 | 11/2010 | Zhuang et al. |
| 8,564,792 | B2 | 10/2013 | Zhuang et al. |
| 10,240,146 | B2 | 3/2019 | Zhuang et al. |
| 10,501,791 | B2 * | 12/2019 | Church ................ C12Q 1/6874 |
| 2004/0053300 | A1 | 3/2004 | Soderlund et al. |
| 2004/0137488 | A1 | 7/2004 | Kenten et al. |
| 2006/0051798 | A1 | 3/2006 | Mirken et al. |
| 2006/0275782 | A1 | 12/2006 | Gunderson et al. |
| 2008/0269068 | A1 | 10/2008 | Church et al. |
| 2010/0323348 | A1 | 1/2010 | Hamady et al. |
| 2010/0291557 | A1 | 11/2010 | Livak et al. |
| 2010/0304994 | A1 | 12/2010 | Wu et al. |
| 2012/0035065 | A1 | 2/2012 | Smolke et al. |
| 2012/0129165 | A1 | 5/2012 | Raj et al. |
| 2012/0208724 | A1 * | 8/2012 | Steemers ............. C12Q 1/6869 |
| | | | 506/26 |
| 2013/0096014 | A1 | 4/2013 | Anderson et al. |
| 2013/0190196 | A1 * | 7/2013 | Onderdonk .......... C12Q 1/6888 |
| | | | 506/9 |
| 2013/0261019 | A1 | 10/2013 | Lin et al. |
| 2014/0031243 | A1 | 1/2014 | Cai et al. |
| 2015/0087001 | A1 | 3/2015 | Gradinaru et al. |
| 2015/0144490 | A1 | 5/2015 | Deisseroth et al. |
| 2015/0267251 | A1 | 9/2015 | Cai et al. |
| 2016/0116384 | A1 | 4/2016 | Chen et al. |
| 2016/0153005 | A1 | 6/2016 | Cong et al. |
| 2016/0304952 | A1 | 10/2016 | Boyden et al. |
| 2016/0370295 | A1 | 12/2016 | Zhuang et al. |
| 2017/0212986 | A1 | 7/2017 | Zhuang et al. |
| 2018/0230226 | A1 | 8/2018 | Podack et al. |
| 2019/0233812 | A1 | 8/2019 | Zhuang et al. |
| 2019/0264270 | A1 | 8/2019 | Zhuang et al. |
| 2019/0276881 | A1 | 9/2019 | Zhuang et al. |
| 2020/0095630 | A1 | 3/2020 | Zhuang et al. |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 03/003810 A3 | 1/2003 |
| WO | WO 2008/091296 A2 | 7/2008 |
| WO | WO 2008/108843 A2 | 9/2008 |
| WO | WO 2013/090360 A2 | 6/2013 |
| WO | WO 2016/018960 | 2/2016 |
| WO | WO 2016/018963 A9 | 2/2016 |
| WO | WO 2018/026873 A1 | 2/2018 |
| WO | WO 2018/089438 A1 | 5/2018 |

#### OTHER PUBLICATIONS

International Search Report and Written Opinion dated Dec. 18, 2015 for Application No. PCT/US2015/042556.

International Preliminary Report on Patentability dated Feb. 9, 2017 for Application No. PCT/US2015/042556.

International Search Report and Written Opinion dated Oct. 9, 2015 for Application No. PCT/US2015/042559.

International Preliminary Report on Patentability dated Feb. 9, 2017 for Application No. PCT/US2015/042559.

Chen et al., Spatially resolved, highly multiplexed RNA profiling in single cells. Science. Apr. 2, 20154;348(6233):aaa6090. doi: 10.1126/science.aaa6090. Epub Apr. 9, 2015.

Fakruddin et al., Nucleic acid sequence based amplification (NASBA)-prospects and applications. Int. J. Life Sci. Pharm. Res. Mar. 2012; 2(1): L106-L121.

Lubeck et al., Single-cell in situ RNA profiling by sequential hybridization. Nature Methods. Apr. 2014; 11(4): 360-1.

Lubeck et al., Single-cell in situ RNA profiling by sequential hybridization. Nature Methods. Apr. 2014; 11(4): 360-1. Supplementary Information.

Moffit et al., High-performance multiplexed fluorescence in situ hybridization in culture and tissue with matrix imprinting and clearing. Proc Natl Acad Sci USA. Dec. 13, 2016;113(50):14456-14461. Epub Nov. 22, 2016.

Moffit et al., High-throughput single-cell gene-expression profiling with multiplexed error-robust fluorescence in situ hybridization. Proc Natl Acad Sci U S A. Sep. 27, 2016; 113(39): 11046-51. doi: 10.1073/pnas.1612826113. Epub Sep. 13, 2016.

Moffit et al., RNA Imaging with Multiplexed Error-Robust Fluorescence In Situ Hybridization (MERFISH). Methods Enzymol. 2016;572:1-49. doi: 10.1016/bs.mie.2016.03.020. Epub Apr. 27, 2016.

Shiels et al., RNA-DNA hybrids containing damaged DNA are substrates for RNase H. Bioorg Med Chem Lett. Oct. 8, 2001;11(19):2623-6.

Extended European Search Report dated Feb. 6, 2018 for Application No. 15827358.1.

European Office Action dated Sep. 26, 2018 for Application No. 15827358.1.

Extended European Search Report dated Feb. 5, 2018 for Application No. 15828133.7.

European Office Action dated Sep. 24, 2018 for Application No. 15828133.7.

International Search Report and Written Opinion dated Feb. 5, 2018 for Application No. PCT/US17/60570.

Invitation to Pay Additional Fees dated Aug. 6, 2018 for Application No. PCT/US18/34651.

International Search Report and Writted Opinion dated Oct. 4, 2018 for Application No. PCT/US18/34651.

**US 11,098,303 B2**

Page 3

(56)         **References Cited**

OTHER PUBLICATIONS

International Search Report and Writted Opinion dated Feb. 5, 2018 for Application No. PCT/US17/60558.
Binladen et al., The use of coded PCR primers enables high-throughput sequencing of multiple homolog amplification products by 454 parallel sequencing. PLoS One. Feb. 14, 2007;2(2):e197.
Chen et al., Expansion microscopy. Science. Jan. 2015; 347(6221):543-548.
Chen et al., Nanoscale imaging of RNA with expansion microscopy. Nature Methods. 2016; 13:679-684.
Darouich et al., Use of DOP-PCR for amplification and labeling of BAC DNA for FISH. Biotech Histochem. Feb. 2012;87(2): 117-21. doi: 10.3109/10520295.2011.559175.
Tillberg et al., Protein-retention expansion microscopy of cells and tissues labeled using standard flourescent proteins and antibodies. Nat. Biotechnol. 2016; 34(9):987-992.
Chinese Office Action dated Jan. 16, 2019 for Application No. 201580052678.7.
International Preliminary report on Patentability dated May 23, 2019 for Application No. PCT/US17/60570.
International Preliminary report on Patentability dated May 23, 2019 for Application No. PCT/US17/60558.
Levsky et al., Single-cell gene expression profiling. Science. Aug. 2, 2002; 297:836-840.
Player et al., Single-copy gene detection using branched DNA (bDNA) in situ hybridization. The Journal of Histochemistry & Cytochemistry. 2001; 49(5): 603-611.
Zhen et al., Poly-fish: A technique of repeated hybridizations that improves cytogenetic analysis of fetal cells in maternal blood. Prenatal Diagnosis. Mar. 21, 1998; 18: 1181-1185.
European Office Action dated Oct. 16, 2019 for Application No. 15827358.1.
Chinese Office Action dated Mar. 5, 2020 for Application No. CN 201580051029.5.
International Preliminary Report on Patentability dated Dec. 5, 2019 for Application No. PCT/US18/34651.
Invitation to Pay Additional Fees for Application No. PCT/US2019/065857 dated Mar. 3, 2020.

Epstein et al., Reutilization of Previously Hybridized Slides for Fluorescence In Situ Hybridization. Cytometry. 1995;21:378-381.
Gunderson et al., Decoding Randomly Ordered DNA Arrays. Methods. 2004;14:870-877.
Chinese Office Action dated Nov. 14, 2019 for Application No. 201580052678.7.
European Office Action dated Oct. 16, 2020 for Application No. 15827358.1.
Chinese Office Action dated Aug. 19, 2020 for Application No. CN 201580051029.5.
European Office Action dated Aug. 19, 2020 for Application No. 15828133.7.
Extended European Search Report dated May 20, 2020 for Application No. 17869122.6.
Supplementary European Search Report dated Jun. 9, 2020 for Application No. 17869122.6.
Extended European Search Report dated Jul. 20, 2020 for Application No. 17869515.1.
European Office Action dated Aug. 6, 2020 for Application No. 17869515.1.
International Search Report and Written Opinion for Application No. PCT/US2019/065857 dated May 1, 2020.
International Search Report and Written Opinion for Application No. PCT/US20/28632 dated Jul. 16, 2020.
Chen et al., RNA imaging. Spatially resolved, highly multiplexed RNA profiling in single cells. Science. 2015;348(6233):aaa6090.
Chen et al., Supplemental Material for Expansion microscopy. Science. Jan. 2015; 347(6221): 1-18.
Chung et al., Clarity for mapping the nervous system [published correction appears in Nat Methods. Oct. 2013;10(10):1035]. Nat Methods. 2013;10(6):508-513.
Tsanov et al., smiFISH and FISH-quant—a flexible single RNA detection approach with superresolution capability. Nucleic Acids Res. 2016;44(22):e165.
Yang et al., Single-cell phenotyping within transparent intact tissue through whole-body clearing. Cell. 2014;158(4):945-958.
Zhang et al., Tandem Spinach Array for mRNA Imaging in Living Bacterial Cells. Sci Rep. 2015;5:17295.

* cited by examiner



Fig. 1A



Fig. 1B



Fig. 1C



Fig. 2A



Fig. 2B



[0 1 0 1 1 1 0 0]

Fig. 2C



Fig. 2D

Fig. 2E



Fig. 2F



Fig. 2G



Fig. 3A



Fig. 3B

Fig. 4A

Fig. 4B



Fig. 5A



Fig. 5B

Fig. 5C

Fig. 5D

U.S. Patent

Aug. 24, 2021

Sheet 9 of 48

US 11,098,303 B2



Fig. 5E



Fig. 6A



Fig. 6B



Fig. 6C



Fig. 6D



Fig. 6E



Fig. 6F



Fig. 6G



Fig. 6H



Fig. 7A



Fig. 7B



Fig. 7C



Fig. 7D



Group 1
Group 2
Group 3
Group 4
basement membrane organization
anchoring collagen
basal lamina
proteinaceous extracellular matrix
extracellular matrix
response to gonadotropin
regulation of integrin activation
ion channel complex
embryo implantation
macropinocytic cup
microvillus
cilium
synaptic transmission dopaminergic
notochord formation
ensheathment of neurons
peripheral nervous system development
centromere–specific nucleosome
negative regulation of transcription during mitosis
DNA replication
centromeric heterochromatin
cell leading edge
myosin complex
Arp2/3 protein complex
cell projection assembly
dynein complex
regulation of GTPase activity
Rho GTPase binding
cellular response to nutrient levels
cysteine–type peptidase activity
ubiquitin–specific protease activity
0
2
0
5
0
2
0
5
Enrichment ($\log_2$)

Fig. 7E



Fig. 7E Continued

U.S. Patent    Aug. 24, 2021    Sheet 18 of 48    US 11,098,303 B2



Fig. 8A



Fig. 8B



Fig. 8C





Fig. 8D



Fig. 8E



Fig. 9A



Fig. 9B

Fig. 9C



Fig. 10A



Group 7
Group 22
cell proliferation
G2/M transition of mitotic cell cycle
DNA replication
centromere–specific nucleosome
mitotic G2/M transition checkpoint
rRNA modification
cleavage involved in rRNA processing
maturation of 5S rRNA
receptor internalization
pericardium morphogenesis
heart valve morphogenesis
cardiac cell fate determination
pulmonary valve development
post–embryonic hemopoiesis
establishment of cell polarity
cell projection assembly
Arp2/3 protein complex
myosin complex
microtubule
Mon1–Ccz1 complex
2
4
2
4
Enrichment(log2)

Fig. 10B



Fig. 10B Continued



Fig. 11

**Hamming Distance 4**



Fig. 12A

**Single Error Correction**



Fig. 12B

**Double Error Correction**



Fig. 12C



Fig. 13



Fig. 14A

Fig. 14B



Fig. 15A



Fig. 15B

Codebook 1



Fig. 16A



Fig. 16B



Fig. 16C



Fig. 16D



Fig. 16E



Fig. 17A



Fig. 17B



Fig. 17C



Fig. 17D



Fig. 18A



Fig. 18B



Fig. 18C



Fig. 19A

| Spot number | \ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Gene |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | unidentified |
| | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | FLNC |
| | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | ZFPM2 |
| | 4 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | LTBP2 |
| | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | TP53BP1 |
| | 6 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | INTS1 |
| | 7 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | PINK1–AS |
| | 8 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | MLLT4 |
| | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | unidentified |
| | 10 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | TRIM14 |
| | 11 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | unidentified |
| | 12 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | unidentified |

Hybridization round

Fig. 19B



Fig. 19C



Fig. 19D

Codebook 1 for the 140-gene experiments

| Genes | Codewords |
|---|---|
| THBS1 | 0 0 0 0 1 1 1 0 0 0 0 0 0 0 1 0 |
| FLNA | 0 0 0 0 1 0 1 0 0 0 0 1 0 0 0 1 |
| TNC | 1 0 0 0 1 0 1 0 0 0 0 0 1 0 0 0 |
| FBN2 | 0 0 1 0 1 0 1 1 0 0 0 0 0 0 0 0 |
| KIAA1199 | 0 0 0 0 1 1 0 1 0 0 0 1 0 0 0 0 |
| COL5A1 | 0 0 0 0 0 1 0 0 1 1 0 0 0 0 1 0 |
| MALAT1 | 0 0 0 0 0 1 1 0 1 0 0 0 1 0 0 0 |
| TLN1 | 0 0 0 0 1 0 0 0 0 0 1 0 0 1 1 0 |
| FBN1 | 0 0 1 0 0 1 0 1 0 0 0 0 0 0 1 0 |
| SRRM2 | 0 0 1 0 0 0 1 0 0 0 0 0 0 0 1 1 |
| TEAD1 | 0 0 1 0 0 1 1 0 0 0 1 0 0 0 0 0 |
| IQGAP1 | 0 0 0 0 0 0 1 1 0 0 0 1 0 0 1 0 |
| MYH10 | 0 0 1 0 1 0 0 0 0 0 0 1 0 0 1 0 |
| PAPPA | 0 0 0 1 0 1 0 0 0 0 1 0 0 0 1 0 |
| NR4A1 | 0 0 0 1 1 0 1 0 0 0 1 0 0 0 0 0 |
| LRP1 | 0 0 0 0 0 1 1 0 0 0 1 0 0 1 0 0 |
| SLC38A1 | 1 0 0 0 1 0 0 0 0 1 0 0 0 0 1 0 |
| SMARCA5 | 0 0 0 0 0 1 1 1 0 0 0 0 0 0 0 1 |
| CKAP5 | 0 1 0 0 0 0 1 0 0 0 1 0 0 0 1 0 |
| PIEZO1 | 1 0 0 0 1 1 0 0 1 0 0 0 0 0 0 0 |
| VCAN | 0 0 0 0 1 0 1 0 1 1 0 0 0 0 0 0 |
| PRRC2B | 0 1 0 1 0 1 1 0 0 0 0 0 0 0 0 0 |
| SON | 1 0 0 0 0 1 0 0 0 0 0 0 1 0 1 0 |
| SLC7A11 | 1 0 0 0 0 0 1 0 1 0 0 0 0 0 1 0 |
| GPR107 | 0 1 0 0 0 1 0 0 0 0 0 0 0 1 1 0 |
| KIAA1462 | 0 1 0 1 1 0 0 0 0 0 0 0 0 0 1 0 |
| notarget001 | 0 0 0 0 1 0 0 0 1 0 0 0 1 0 1 0 |
| blank001 | 0 1 0 0 1 1 0 0 0 0 1 0 0 0 0 0 |
| ROCK2 | 0 1 0 0 1 0 1 0 0 0 0 0 0 1 0 0 |
| SPTBN1 | 0 0 0 1 1 1 0 0 0 0 0 0 0 1 0 0 |
| FLNC | 0 0 0 1 0 0 1 0 0 0 0 0 0 1 1 0 |
| PRPF8 | 0 0 0 0 0 1 0 0 0 0 0 1 0 0 1 1 |
| IGF2R | 0 0 0 0 1 1 0 0 0 1 0 0 1 0 0 0 |
| FOSB | 1 0 0 0 0 1 1 0 0 1 0 0 0 0 0 0 |
| UBR5 | 0 0 0 0 1 0 0 1 0 0 0 0 0 0 1 1 |
| SVEP1 | 0 0 0 0 0 0 1 0 0 1 0 0 1 0 1 0 |
| CBX5 | 0 0 1 0 1 1 0 0 0 0 0 0 0 0 0 1 |
| PDS5A | 1 1 0 0 1 0 0 0 0 0 0 0 0 0 0 1 |
| NUMA1 | 0 0 0 0 0 0 1 0 0 1 1 0 0 0 0 1 |
| PLXNA1 | 0 0 0 1 0 0 0 0 0 0 0 1 1 0 1 0 |

Fig. 20A

Codebook 1 for the 140-gene experiments

| Genes | Codewords |
|---|---|
| ALPK2 | 0 1 0 0 0 1 0 0 0 1 0 1 0 0 0 0 |
| AFAP1 | 0 0 0 0 0 1 0 1 0 1 1 0 0 0 0 |
| SPTAN1 | 0 0 1 1 1 0 0 0 0 0 0 1 0 0 0 |
| DOCK7 | 0 1 1 0 0 0 0 0 0 0 0 1 0 1 0 |
| NOTCH2 | 0 0 0 0 0 0 0 1 0 0 0 0 1 1 1 |
| DYNC1H1 | 1 0 0 0 1 0 0 0 0 0 0 1 0 1 0 0 |
| ITGA2 | 1 0 1 0 0 0 0 0 0 0 0 0 1 1 0 |
| PRKDC | 0 0 0 1 1 0 0 0 0 1 0 0 0 0 0 1 |
| GTF3C1 | 0 0 1 0 0 1 0 0 0 0 0 1 1 0 0 |
| THSD4 | 0 0 0 0 0 1 0 0 0 1 0 0 0 1 0 1 |
| PTPN14 | 0 1 0 0 1 0 0 1 0 1 0 0 0 0 0 0 |
| LUZP1 | 0 0 0 0 1 0 0 0 1 0 1 0 0 0 0 1 |
| AMOTL1 | 1 0 0 0 0 1 1 0 0 1 0 0 0 0 0 |
| MAN1A2 | 1 0 1 0 1 0 0 0 0 0 1 0 0 0 0 0 |
| notarget002 | 1 0 0 1 1 0 0 1 0 0 0 0 0 0 0 |
| blank002 | 1 1 0 0 0 0 0 1 0 0 0 0 0 1 0 |
| USP9X | 0 0 0 0 1 0 0 0 0 1 1 1 0 0 0 0 |
| CREBBP | 0 1 0 0 0 0 1 0 0 0 0 0 1 0 0 1 |
| KPNA4 | 0 1 1 0 0 0 1 0 0 1 0 0 0 0 0 0 |
| EGFR | 0 0 0 1 0 0 1 0 0 1 0 1 0 0 0 0 |
| ZC3H13 | 0 0 0 1 0 0 1 1 0 0 0 0 1 0 0 0 |
| TNRC6A | 0 0 0 1 0 1 0 1 1 0 0 0 0 0 0 0 |
| TPR | 0 0 0 0 0 1 0 0 1 0 0 1 0 1 0 0 |
| COL7A1 | 0 0 0 1 0 1 0 0 0 0 0 0 1 0 0 1 |
| ASCC3 | 0 1 0 0 0 0 1 1 1 0 0 0 0 0 0 0 |
| USP34 | 0 0 0 0 0 0 0 0 0 1 0 1 0 1 1 |
| CENPF | 0 0 1 0 0 0 1 0 1 0 0 0 0 1 0 0 |
| KIDINS220 | 0 0 0 0 0 1 0 0 0 0 1 1 1 0 0 0 |
| SCUBE3 | 1 0 0 0 0 1 0 1 0 0 0 0 0 1 0 0 |
| NRIP1 | 0 0 0 0 0 0 0 0 1 0 1 0 1 1 0 |
| NUP98 | 1 0 0 1 0 0 0 0 0 0 0 0 0 1 1 |
| ZFC3H1 | 0 0 0 0 0 0 0 1 1 0 1 0 0 0 1 0 |
| FAM208B | 0 1 0 0 0 0 0 0 0 1 0 0 0 0 1 1 |
| RAB3B | 0 0 0 1 0 0 0 1 0 1 0 0 0 0 1 0 |
| AFF4 | 1 0 0 0 0 0 0 0 0 0 1 1 0 0 1 0 |
| PRKCA | 0 0 1 0 0 0 1 0 0 0 1 0 1 0 0 0 |
| FLNB | 1 0 0 0 0 0 1 0 0 0 0 0 0 1 0 1 |
| CHD8 | 1 0 0 0 0 1 0 0 0 0 1 0 0 0 0 1 |
| ANKRD52 | 0 1 0 0 1 0 0 0 0 0 0 1 1 0 0 0 |
| MKI67 | 0 0 0 0 0 0 1 0 0 0 1 1 1 0 0 |

Fig. 20B

Codebook 1 for the 140-gene experiments

| Genes | Codewords |
|---|---|
| DIP2C | 0 1 1 0 1 0 0 0 1 0 0 0 0 0 0 |
| SSH1 | 0 0 0 0 1 0 0 0 0 0 0 1 1 0 1 |
| notarget003 | 0 0 1 0 0 1 0 0 1 0 1 0 0 0 0 |
| blank003 | 1 1 1 0 0 1 0 0 0 0 0 0 0 0 0 |
| DNAJC13 | 0 0 0 0 1 0 0 1 1 0 0 0 1 0 0 |
| DSEL | 0 1 0 0 0 0 0 1 0 0 1 0 0 1 0 |
| PIK3CA | 0 0 0 0 0 1 0 1 0 1 1 0 0 0 0 |
| MED14 | 1 0 0 1 0 1 0 0 0 0 1 0 0 0 0 |
| HERC2 | 0 1 0 0 0 1 0 0 1 0 0 0 0 0 1 |
| H6PD | 0 0 1 1 0 0 0 0 1 0 0 0 0 1 0 |
| C14orf132 | 0 0 0 0 0 0 0 1 0 0 0 0 1 1 1 0 |
| SIPA1L3 | 0 0 0 0 0 0 1 1 0 1 0 0 0 1 0 0 |
| C17orf51 | 0 0 1 1 0 1 0 0 0 1 0 0 0 0 0 |
| NF1 | 0 0 0 1 0 0 1 0 1 0 0 0 0 0 1 |
| VPS13A | 1 1 0 0 0 0 1 0 0 0 0 1 0 0 0 0 |
| ABCA2 | 1 0 1 1 0 0 1 0 0 0 0 0 0 0 0 |
| PCNX | 0 1 0 0 0 1 0 1 0 0 0 0 1 0 0 0 |
| NKTR | 0 0 1 0 1 0 0 0 0 1 0 0 0 1 0 0 |
| FYCO1 | 0 0 0 1 1 0 0 0 1 0 0 1 0 0 0 0 |
| ATP11A | 0 0 1 0 0 0 0 0 0 1 1 0 0 0 1 0 |
| REV3L | 0 0 0 0 1 0 0 1 0 0 1 0 1 0 0 0 |
| CASC5 | 0 1 0 0 0 0 0 1 0 0 1 1 0 0 0 0 |
| AKAP11 | 0 1 0 1 0 0 0 0 0 0 1 0 0 1 0 0 |
| CEP250 | 0 0 1 0 0 0 0 0 1 0 0 1 0 0 1 |
| USP24 | 0 0 0 0 0 0 0 0 1 0 1 0 1 1 0 0 |
| AGPS | 1 0 0 0 0 0 0 0 0 0 0 1 1 0 0 1 |
| CBL | 1 0 1 0 0 0 0 0 1 0 1 0 0 0 0 |
| RNF169 | 0 0 0 1 0 0 0 0 0 0 1 1 0 0 0 1 |
| TMOD2 | 0 0 0 1 0 0 0 0 1 0 0 1 1 0 0 |
| FASN | 0 0 0 0 0 0 0 0 1 1 0 1 0 0 0 1 |
| notarget004 | 1 0 0 1 0 0 0 0 1 0 0 0 0 1 0 0 |
| blank004 | 0 0 1 0 0 0 0 0 1 0 0 1 1 0 0 0 |
| UBR2 | 0 1 1 0 0 0 0 0 0 1 0 0 0 0 1 |
| PHIP | 1 0 0 0 0 0 0 1 0 1 0 0 0 0 0 1 |
| GTF3C4 | 0 0 0 0 0 0 1 0 1 0 1 1 0 0 0 |
| QSER1 | 1 0 0 1 0 0 0 0 0 1 0 1 0 0 0 |
| VPS13D | 0 0 1 0 0 0 0 1 1 1 0 0 0 0 0 |
| FRY | 0 0 0 1 0 0 0 0 1 1 1 0 0 0 0 0 |
| DIP2B | 0 1 0 1 0 0 0 0 1 0 0 0 1 0 0 0 |
| HIVEP2 | 1 1 0 1 0 0 0 0 1 0 0 0 0 0 0 |

Fig. 20C

Codebook 1 for the 140-gene experiments

| Genes | Codewords |
|---|---|
| DOPEY1 | 1 0 0 0 0 0 0 0 1 1 0 0 1 0 0 0 |
| ALMS1 | 0 1 1 0 0 0 0 1 0 0 0 0 0 1 0 0 |
| HEATR5B | 0 0 1 1 0 0 0 1 0 0 1 0 0 0 0 0 |
| HIVEP1 | 0 0 1 0 0 0 0 1 0 0 0 1 0 0 0 1 |
| ARL10 | 0 1 0 1 0 0 0 1 0 0 0 0 0 0 0 1 |
| HELZ2 | 0 0 0 0 0 0 0 1 1 0 0 0 1 0 0 1 |
| POLQ | 1 0 1 0 0 0 0 0 1 0 0 0 0 0 0 1 |
| CACNA1A | 1 1 0 0 0 0 0 0 0 0 0 0 1 1 0 0 |
| KIAA2018 | 0 1 0 0 0 0 0 0 0 0 0 1 0 1 0 1 |
| LYST | 1 0 0 0 0 0 0 1 1 0 0 1 0 0 0 0 |
| ZKSCAN2 | 0 0 1 1 0 0 0 0 0 0 0 0 0 1 0 1 |
| DIEXF | 0 0 0 1 0 0 0 1 0 0 0 1 0 1 0 0 |
| FZD4 | 1 0 1 0 0 0 0 1 0 0 0 0 1 0 0 0 |
| SLC5A3 | 0 1 1 1 0 0 0 0 0 0 0 1 0 0 0 0 |
| KIAA1147 | 1 1 0 0 0 0 0 0 1 0 1 0 0 0 0 0 |
| LMTK2 | 0 1 0 0 0 0 0 0 0 1 1 0 1 0 0 0 |
| STARD9 | 0 0 1 0 0 0 0 0 0 0 1 1 0 1 0 0 |
| BRCA2 | 0 0 0 0 0 0 0 1 0 0 1 0 0 1 0 1 |
| notarget005 | 1 0 0 0 0 0 0 0 0 1 1 0 0 1 0 0 |
| blank005 | 1 1 0 0 0 0 0 0 1 0 1 0 0 0 0 0 |

Fig. 20D

Codebook 2 (shuffled) for the 140-gene experiments

| Genes | Codewords |
|-------|-----------|
| THBS1 | 0 0 0 0 1 0 0 0 0 0 0 0 1 1 0 1 |
| FLNA | 0 0 0 0 1 1 0 0 0 1 0 0 1 0 0 0 |
| TNC | 1 0 0 0 0 0 1 0 0 0 0 0 0 1 0 1 |
| FBN2 | 0 1 0 0 0 0 0 0 0 0 1 0 1 0 1 |
| KIAA1199 | 0 0 0 0 0 0 0 0 0 1 0 1 0 1 1 |
| COL5A1 | 0 0 0 0 0 0 1 0 0 0 0 1 1 1 0 |
| MALAT1 | 0 0 0 0 0 0 0 1 0 0 0 0 1 1 1 |
| TLN1 | 0 0 0 1 0 0 0 0 0 1 0 0 1 1 0 0 |
| FBN1 | 1 0 0 0 1 0 0 0 0 0 0 1 0 1 0 0 |
| SRRM2 | 0 0 0 0 1 0 0 1 0 0 0 0 0 0 1 1 |
| TEAD1 | 1 1 0 0 0 0 0 0 0 0 0 0 1 1 0 0 |
| IQGAP1 | 0 0 1 0 1 1 0 0 0 0 0 0 0 0 0 1 |
| MYH10 | 0 0 0 1 1 0 0 0 0 1 0 0 0 0 0 1 |
| PAPPA | 0 0 0 0 1 0 0 1 0 0 1 0 1 0 0 0 |
| NR4A1 | 0 0 0 0 1 0 0 0 1 0 1 0 0 0 0 1 |
| LRP1 | 0 0 0 0 0 0 0 0 1 0 1 0 1 1 0 0 |
| SLC38A1 | 0 0 0 0 0 1 0 0 0 1 0 0 0 1 0 1 |
| SMARCA5 | 0 0 1 0 0 0 0 0 0 1 0 0 1 0 0 1 |
| CKAP5 | 0 0 1 0 0 1 0 0 0 0 0 0 1 1 0 0 |
| PIEZO1 | 0 0 0 0 0 0 0 1 0 0 1 0 0 1 0 1 |
| VCAN | 0 0 0 0 0 0 1 0 0 0 0 1 1 1 0 0 |
| PRRC2B | 1 0 0 0 0 0 0 0 0 0 0 1 1 0 0 1 |
| SON | 0 0 1 0 1 0 0 0 0 1 0 0 0 1 0 0 |
| SLC7A11 | 0 1 0 0 1 0 1 0 0 0 0 0 0 1 0 0 |
| GPR107 | 0 0 0 0 1 0 1 0 0 0 0 1 0 0 0 1 |
| KIAA1462 | 0 0 1 1 1 0 0 0 0 0 0 0 1 0 0 0 |
| notarget001 | 1 1 0 0 1 0 0 0 0 0 0 0 0 0 0 1 |
| blank001 | 1 0 0 0 1 0 1 0 0 0 0 0 1 0 0 0 |
| ROCK2 | 0 1 0 0 0 1 0 0 0 0 0 0 1 0 0 1 |
| SPTBN1 | 0 0 0 0 1 0 0 0 0 0 1 0 0 1 1 0 |
| FLNC | 0 0 0 0 1 0 0 0 1 0 0 0 1 0 1 0 |
| PRPF8 | 0 0 0 0 0 0 0 1 1 0 0 0 1 0 0 1 |
| IGF2R | 0 0 0 1 1 1 0 0 0 0 0 0 0 1 0 0 |
| FOSB | 0 0 1 1 0 0 0 0 0 0 0 0 0 1 0 1 |
| UBR5 | 0 1 0 0 1 0 0 0 0 0 0 1 1 0 0 0 |
| SVEP1 | 0 0 0 0 1 0 0 1 1 0 0 0 0 1 0 0 |
| CBX5 | 0 0 0 1 0 1 0 0 0 0 0 1 0 0 1 |
| PDS5A | 1 0 0 1 1 0 0 1 0 0 0 0 0 0 0 0 |
| NUMA1 | 0 1 0 0 0 1 0 1 0 0 0 0 1 0 0 0 |
| PLXNA1 | 0 1 0 1 0 0 0 0 0 1 0 0 1 0 0 |

Fig. 20E

Codebook 2 (shuffled) for the 140-gene experiments

| Genes | Codewords |
|-------|-----------|
| ALPK2 | 0 1 1 0 0 0 0 0 0 0 0 0 1 0 1 0 |
| AFAP1 | 1 0 0 0 0 0 0 0 1 1 0 0 1 0 0 |
| SPTAN1 | 0 0 0 0 0 0 0 0 1 0 1 0 1 1 0 |
| DOCK7 | 0 0 1 0 0 0 0 0 0 1 1 0 1 0 0 |
| NOTCH2 | 0 0 0 0 0 1 1 0 1 0 0 0 1 0 0 0 |
| DYNC1H1 | 0 1 1 0 1 0 0 0 1 0 0 0 0 0 0 0 |
| ITGA2 | 0 0 0 1 1 0 0 0 1 0 0 1 0 0 0 0 |
| PRKDC | 0 0 0 0 0 0 0 0 1 1 0 1 0 0 0 1 |
| GTF3C1 | 0 0 1 0 1 0 0 0 0 0 1 0 0 1 0 |
| THSD4 | 1 0 0 0 0 0 0 1 0 1 0 0 0 0 0 1 |
| PTPN14 | 0 0 0 0 0 0 1 1 0 1 0 0 0 1 0 0 |
| LUZP1 | 1 0 1 0 0 0 0 0 0 0 0 0 0 1 1 0 |
| AMOTL1 | 0 0 0 0 1 0 1 0 1 1 0 0 0 0 0 0 |
| MAN1A2 | 0 1 0 1 0 0 0 1 0 0 0 0 0 0 0 1 |
| notarget002 | 1 0 0 0 0 1 0 0 0 0 0 0 1 0 1 0 |
| blank002 | 1 0 0 1 0 0 0 0 1 0 0 0 0 1 0 0 |
| USP9X | 0 0 0 0 0 0 0 1 0 1 0 1 1 0 0 0 |
| CREBBP | 0 1 0 0 0 1 0 0 1 0 0 0 0 0 0 1 |
| KPNA4 | 1 0 0 1 0 0 0 0 0 0 0 0 0 0 1 1 |
| EGFR | 1 0 0 0 0 1 0 0 0 0 1 0 0 0 0 1 |
| ZC3H13 | 1 0 0 0 1 1 0 0 1 0 0 0 0 0 0 0 |
| TNRC6A | 0 0 0 0 1 0 0 0 0 1 1 1 0 0 0 0 |
| TPR | 1 0 1 0 0 0 0 1 0 0 0 0 1 0 0 0 |
| COL7A1 | 0 0 1 0 0 0 1 0 0 0 1 0 0 0 1 |
| ASCC3 | 0 1 0 0 1 0 0 1 0 1 0 0 0 0 0 0 |
| USP34 | 0 0 1 0 0 0 1 0 0 0 1 0 1 0 0 0 |
| CENPF | 0 0 1 0 0 0 0 0 1 0 0 1 1 0 0 0 |
| KIDINS220 | 0 0 0 1 0 0 0 0 0 0 1 1 0 0 0 1 |
| SCUBE3 | 0 0 0 0 0 0 1 0 0 1 1 0 0 0 0 1 |
| NRIP1 | 0 0 0 1 1 0 1 0 0 0 1 0 0 0 0 0 |
| NUP98 | 0 0 0 0 0 1 0 0 0 0 1 1 1 0 0 0 |
| ZFC3H1 | 0 0 0 1 0 0 1 0 1 0 0 0 0 0 0 1 |
| FAM208B | 0 1 0 1 1 0 0 0 0 0 0 0 0 0 1 0 |
| RAB3B | 0 0 0 1 0 0 0 0 0 0 0 1 1 0 1 0 |
| AFF4 | 0 1 0 0 0 0 0 0 1 0 0 0 0 0 1 1 |
| PRKCA | 0 1 0 0 0 1 0 0 0 0 0 0 0 1 1 0 |
| FLNB | 0 1 0 0 0 0 0 0 1 1 0 0 0 1 0 0 |
| CHD8 | 0 0 0 0 0 1 0 0 0 0 0 1 0 0 1 1 |
| ANKRD52 | 0 0 1 0 0 0 1 0 0 0 0 0 0 0 1 1 |
| MKI67 | 0 1 0 0 1 1 0 0 0 0 1 0 0 0 0 0 |

Fig. 20F

Codebook 2 (shuffled) for the 140-gene experiments

| Genes | Codewords |
|---|---|
| DIP2C | 1 0 1 0 1 0 0 0 0 0 1 0 0 0 0 0 |
| SSH1 | 0 1 0 1 0 0 0 0 1 0 0 0 1 0 0 0 |
| notarget003 | 0 1 1 0 0 0 0 0 0 0 1 0 0 0 0 1 |
| blank003 | 0 0 0 0 1 1 1 0 0 0 0 0 0 0 1 0 |
| DNAJC13 | 0 0 0 1 0 0 1 1 0 0 0 0 1 0 0 0 |
| DSEL | 0 0 0 1 0 0 0 1 0 0 0 1 0 1 0 0 |
| PIK3CA | 0 0 0 0 0 1 1 0 0 0 1 0 0 1 0 0 |
| MED14 | 0 0 0 0 0 1 1 1 0 0 0 0 0 0 0 1 |
| HERC2 | 1 0 0 0 1 0 0 0 0 1 0 0 0 0 1 0 |
| H6PD | 0 0 1 0 0 0 1 0 1 0 0 0 0 1 0 0 |
| C14orf132 | 0 0 0 0 0 1 0 0 1 0 0 1 0 1 0 0 |
| SIPA1L3 | 1 0 1 0 0 0 0 0 1 0 0 0 0 0 0 1 |
| C17orf51 | 0 1 0 0 0 0 0 0 0 1 1 0 1 0 0 0 |
| NF1 | 1 0 0 0 0 0 0 0 1 1 0 0 1 0 0 0 |
| VPS13A | 0 0 1 0 1 0 1 1 0 0 0 0 0 0 0 0 |
| ABCA2 | 0 0 0 0 0 0 1 0 0 1 0 0 1 0 1 0 |
| PCNX | 0 0 0 1 0 0 1 0 0 0 0 0 0 1 1 0 |
| NKTR | 0 1 1 0 0 0 0 1 0 0 0 0 0 1 0 0 |
| FYCO1 | 0 0 0 0 1 1 0 1 0 0 0 1 0 0 0 0 |
| ATP11A | 1 0 0 1 0 0 0 0 0 0 1 0 1 0 0 0 |
| REV3L | 1 0 0 0 0 1 0 1 0 0 0 0 0 1 0 0 |
| CASC5 | 0 0 0 0 0 1 0 1 0 1 1 0 0 0 0 0 |
| AKAP11 | 0 0 1 0 0 1 0 0 1 0 1 0 0 0 0 0 |
| CEP250 | 1 0 1 0 0 0 0 0 0 1 0 1 0 0 0 0 |
| USP24 | 1 1 0 1 0 0 0 0 0 1 0 0 0 0 0 0 |
| AGPS | 1 0 0 0 0 0 0 0 0 0 1 1 0 0 1 0 |
| CBL | 0 1 0 0 0 0 1 1 1 0 0 0 0 0 0 0 |
| RNF169 | 0 0 1 1 0 0 0 1 0 0 0 1 0 0 0 0 |
| TMOD2 | 0 0 1 0 0 1 0 1 0 0 0 0 0 0 1 0 |
| FASN | 0 0 0 0 0 0 1 1 0 0 0 1 0 0 1 0 |
| notarget004 | 0 1 1 0 0 0 1 0 0 1 0 0 0 0 0 0 |
| blank004 | 1 1 0 0 0 0 0 1 0 0 0 0 0 0 1 0 |
| UBR2 | 0 1 0 0 0 0 0 0 1 0 0 1 0 0 1 0 |
| PHIP | 0 0 1 0 0 1 1 0 0 0 0 1 0 0 0 0 |
| GTF3C4 | 0 1 0 0 0 0 1 0 0 0 1 0 0 0 1 0 |
| QSER1 | 1 0 0 0 0 0 1 1 0 0 1 0 0 0 0 0 |
| VPS13D | 1 1 0 0 0 0 1 0 0 0 0 1 0 0 0 0 |
| FRY | 1 0 0 0 0 0 1 0 1 0 0 0 0 0 1 0 |
| DIP2B | 0 1 0 0 0 1 0 0 0 1 0 1 0 0 0 0 |
| HIVEP2 | 1 0 1 1 0 0 1 0 0 0 0 0 0 0 0 0 |

Fig. 20G

Codebook 2 (shuffled) for the 140-gene experiments

| Genes | Codewords |
|---|---|
| DOPEY1 | 0 0 1 1 0 0 0 0 1 0 0 0 0 0 1 0 |
| ALMS1 | 0 0 1 1 0 1 0 0 0 1 0 0 0 0 0 0 |
| HEATR5B | 0 0 1 0 0 0 0 1 1 1 0 0 0 0 0 0 |
| HIVEP1 | 0 0 0 1 0 1 0 0 0 0 1 0 0 0 1 0 |
| ARL10 | 0 0 0 0 0 1 0 0 1 1 0 0 0 0 1 0 |
| HELZ2 | 0 0 0 1 0 0 0 1 0 1 0 0 0 0 1 0 |
| POLQ | 0 0 0 0 0 0 1 0 1 0 1 1 0 0 0 0 |
| CACNA1A | 1 0 0 0 0 1 1 0 0 1 0 0 0 0 0 0 |
| KIAA2018 | 0 0 0 0 0 0 1 1 0 1 0 0 0 0 1 0 |
| LYST | 0 0 0 1 0 1 0 1 1 0 0 0 0 0 0 0 |
| ZKSCAN2 | 0 1 0 1 0 1 1 0 0 0 0 0 0 0 0 0 |
| DIEXF | 0 1 0 0 0 0 0 1 0 0 1 1 0 0 0 0 |
| FZD4 | 0 0 0 1 0 0 1 0 0 1 0 1 0 0 0 0 |
| SLC5A3 | 1 0 0 0 0 0 0 1 1 0 0 1 0 0 0 0 |
| KIAA1147 | 0 0 1 0 0 0 0 0 0 1 1 0 0 0 1 0 |
| LMTK2 | 0 1 1 1 0 0 0 0 0 0 0 1 0 0 0 0 |
| STARD9 | 0 0 0 1 0 0 0 0 1 1 1 0 0 0 0 0 |
| BRCA2 | 1 0 0 1 0 1 0 0 0 0 0 1 0 0 0 0 |
| notarget005 | 1 1 1 0 0 1 0 0 0 0 0 0 0 0 0 0 |
| blank005 | 1 1 0 0 0 0 0 0 1 0 1 0 0 0 0 0 |

Fig. 20H

US 11,098,303 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**SYSTEMS AND METHODS FOR DETERMINING NUCLEIC ACIDS**

RELATED APPLICATIONS

This application is a national stage filing of International Patent Application Serial No. PCT/US2015/042556, filed Jul. 29, 2017, entitled "Systems and Methods for Determining Nucleic Acids," by Zhuang, et al., which claims the benefit of U.S. Provisional Patent Application Ser. No. 62/031,062, filed Jul. 30, 2014, entitled "Systems and Methods for Determining Nucleic Acids," by Zhuang, et al.; U.S. Provisional Patent Application Ser. No. 62/142,653, filed Apr. 3, 2015, entitled "Systems and Methods for Determining Nucleic Acids," by Zhuang, et al.; and U.S. Provisional Patent Application Ser. No. 62/050,636, filed Sep. 15, 2014, entitled "Probe Library Construction," by Zhuang, et al. Each of the above is incorporated herein by reference.

GOVERNMENT FUNDING

This invention was made with government support under Grant No. GM096450 awarded by National Institutes of Health. The government has certain rights in the invention.

FIELD

The present invention generally relates to systems and methods for imaging or determining nucleic acids, for instance, within cells. In some embodiments, the transcriptome of a cell may be determined.

BACKGROUND

Single-molecule fluorescent in situ hybridization (smFISH) is a powerful method for detecting individual mRNA molecules in cells. The high detection efficiency and large dynamic range of this method provides exquisite detail into the expression state, spatial distribution within cells and intact tissues, and variation among cells of individual mRNAs. Such approaches have been essential to many recent insights into understanding gene regulation and expression. A fundamental limitation of smFISH, however, is its low throughput, typically only a few genes at a time. This low throughput is due to a lack of distinguishable probes with which to label cells and the cost of producing large amounts of labeled probe required for high efficiency staining. Thus, improvements in detecting mRNA molecules are needed.

SUMMARY

The present invention generally relates to systems and methods for imaging or determining nucleic acids, for instance, within cells. In some embodiments, the transcriptome of a cell may be determined. The subject matter of the present invention involves, in some cases, interrelated products, alternative solutions to a particular problem, and/or a plurality of different uses of one or more systems and/or articles.

In one aspect, the present invention is generally directed to a composition. According to one set of embodiments, the composition comprises a plurality of nucleic acid probes, at least some of which comprise a first portion comprising a target sequence and a plurality of read sequences. In some cases, each comprises a first portion comprising a target sequence and a plurality of read sequences. In some embodi-

ments, the plurality of read sequences are distributed on the plurality of nucleic acid probes so as to define an error-correcting code.

In another aspect, the present invention is generally directed to a method. In one set of embodiments, the method includes acts of exposing a sample to a plurality of nucleic acid probes; for each of the nucleic acid probes, determining binding of the nucleic acid probes within the sample; creating codewords based on the binding of the nucleic acid probes; and for at least some of the codewords, matching the codeword to a valid codeword wherein, if no match is found, applying error correction to the codeword to form a valid codeword.

The method, in another set of embodiments, includes acts of exposing a sample to a plurality of nucleic acid probes, wherein the nucleic acid probes comprise a first portion comprising a target sequence and a second portion comprising one or more read sequences, and wherein at least some of the plurality of nucleic acid probes comprises distinguishable nucleic acid probes formed from combinatorial combination of one or more read sequences taken from a plurality of read sequences; and for each of the nucleic acid probes, determining binding of the target sequences of the nucleic acid probes within the sample.

In yet another set of embodiments, the method includes acts of exposing a sample to a plurality of primary nucleic acid probes (also called encoding probes); exposing the plurality of primary nucleic acid probes to a sequence of secondary nucleic acid probes (also called readout probes) and determining fluorescence of each of the secondary nucleic acid probes within the sample; creating codewords based on fluorescence of the secondary nucleic acid probes; and for at least some of the codewords, matching the codeword to a valid codeword wherein, if no match is found, applying error correction to the codeword to form a valid codeword.

In one set of embodiments, the method includes acts of exposing a plurality of primary nucleic acid probes to a sample; and exposing the plurality of nucleic acid probes to a sequence of secondary nucleic acid probes and determining fluorescence of each of the secondary probes within the sample. In some embodiments, at least some of the plurality of secondary nucleic acid probes comprises distinguishable secondary nucleic acid probes formed from combinatorial combination of one or more sequences (or readout probe sequences) taken from a plurality of read sequences (or readout probe sequences).

In another set of embodiments, the method comprises acts of exposing a cell to a plurality of nucleic acid probes, exposing the plurality of nucleic acid probes to a first secondary probe comprising a first signaling entity, determining the first signaling entity at a precision better than 500 nm, inactivating the first signaling entity, exposing the plurality of nucleic acid probes to a second secondary probe comprising a second signaling entity, and determining the second signaling entity at a precision better than 500 nm.

In another set of embodiments, the method comprises acts of exposing a cell to a plurality of nucleic acid probes, exposing the plurality of nucleic acid probes to a first secondary probe comprising a first signaling entity, determining the first signaling entity at a resolution better than 100 nm, inactivating the first signaling entity, exposing the plurality of nucleic acid probes to a second secondary probe comprising a second signaling entity, and determining the second signaling entity at a resolution better than 100 nm.

The method, in yet another set of embodiments, includes acts of exposing a cell to a plurality of nucleic acid probes,

US 11,098,303 B2

3

exposing the plurality of nucleic acid probes to a first secondary probe comprising a first signaling entity, determining the first signaling entity using a super-resolution imaging technique, inactivating the first signaling entity, exposing the plurality of nucleic acid probes to a second secondary probe comprising a second signaling entity, and determining the second signaling entity using a super-resolution imaging technique.

In certain embodiments, the method comprises acts of associating a plurality of targets with a plurality of target sequences and a plurality of codewords, wherein the codewords comprise a number of positions and values for each position, and the codewords form an error-checking and/or error-correcting code space; associating a plurality of distinguishable read sequences with the plurality of codewords such that each distinguishable read sequence represents a value of a position within the codewords; and forming a plurality of nucleic acid probes, each comprising a target sequence and one or more read sequences.

In addition, in one set of embodiments, the method includes acts of associating a plurality of targets with a plurality of target sequences and a plurality of codewords, wherein the codewords comprise a number of positions and values for each position, and the codewords form an error-checking and/or error-correcting code space; forming a plurality of nucleic acid probes each comprising a target sequence; and forming groups comprising the plurality of nucleic acid probes such that each group of nucleic acid probes corresponds to at least one common value of a position within the codewords.

In another set of embodiments, the method includes acts of associating a plurality of targets with a plurality of target sequences and a plurality of codewords, wherein the codewords comprise a number of positions that is less than the number of targets, and wherein each codeword is associated with a single target, associating a plurality of distinguishable read sequences with the plurality of codewords such that each distinguishable read sequence represents a value of a position within the codewords, and forming a plurality of nucleic acid probes, each comprising a target sequence and one or more read sequences.

The method, in still another set of embodiments, includes acts of exposing a plurality of nucleic acid probes to a cell, exposing the plurality of nucleic acid probes to a sequence of secondary probes and determining fluorescence of each of the secondary probes within the cell, and based on the sequence of fluorescence of each of the secondary probes, determining nucleic acids within the cell.

In another set of embodiments, the method includes acts of associating a plurality of targets with a plurality of target sequences and a plurality of codewords, wherein the codewords comprise a number of positions and values for each position, and the codewords form an error-checking and/or error-correcting code space; forming a plurality of nucleic acid probes each comprising a target sequence; and forming groups comprising the plurality of nucleic acid probes such that each group of nucleic acid probes correspond to at least one common value of a position within the codewords.

In yet another set of embodiments, the method includes acts of exposing a cell to a plurality of nucleic acid probes, exposing the plurality of nucleic acid probes to a first secondary probe comprising a first signaling entity, determining the first signaling entity using a super-resolution imaging technique, inactivating the first signaling entity, exposing the plurality of nucleic acid probes to a second secondary probe comprising a second signaling entity, and

4

determining the second signaling entity using a super-resolution imaging technique.

In still another set of embodiments, the method includes acts of exposing a cell to a plurality of nucleic acid probes, exposing the plurality of nucleic acid probes to a first secondary probe comprising a first signaling entity, determining the first signaling entity at a precision better than 500 nm, inactivating the first signaling entity, exposing the plurality of nucleic acid probes to a second secondary probe comprising a second signaling entity, and determining the second signaling entity at a precision better than 500 nm.

In still another set of embodiments, the method includes acts of exposing a cell to a plurality of nucleic acid probes, exposing the plurality of nucleic acid probes to a first secondary probe comprising a first signaling entity, determining the first signaling entity at a resolution better than 100 nm, inactivating the first signaling entity, exposing the plurality of nucleic acid probes to a second secondary probe comprising a second signaling entity, and determining the second signaling entity using a super-resolution imaging technique.

In still another set of embodiments, the method includes acts of associating a plurality of nucleic acid targets with a plurality of target sequences and a plurality of codewords, wherein the codewords comprise a number of positions and values for each position, and the codewords form an error-checking and/or error-correcting code; associating unique read sequences with each possible value of each position in the codewords, wherein the read sequences are taken from a set of orthogonal sequences, which have limited homology with one another and with the nucleic acid species in a sample; forming a plurality of primary nucleic acid probes each comprising a target sequence that uniquely binds to a nucleic acid target and one or more read sequences; forming a plurality of secondary nucleic acid probes comprising a signaling entity and a sequence that is complementary to one of the read sequences; exposing a sample to the primary nucleic acid probes such that the nucleic acid probes hybridize to the nucleic acid targets in the sample; exposing the primary nucleic acid probes in the sample to a secondary nucleic acid probe such that the secondary nucleic acid probe hybridizes to the nucleic acid probe on at least some of the primary nucleic acid probes; imaging the sample; and repeating the exposing and imaging steps one or more times, using a different secondary nucleic acid probe for at least some of the repetitions.

The method, according to yet another set of embodiments, includes acts of associating a plurality of nucleic acid targets with a plurality of target sequences and a plurality of codewords wherein the codewords comprise a number of positions and values for each position, and the codewords form an error-checking and/or error-correcting code space; forming a plurality of nucleic acid probes comprising a signaling entity and a target sequence that uniquely binds to one of the nucleic acid targets; grouping the nucleic acid probes into a plurality of probe pools, wherein each of the probe pools corresponds to a specific value of a unique position within the codewords; exposing a sample to one of the probe pools; imaging the sample; and repeating the exposing and imaging steps one or more times, using a different probe pool for at least some of the repetitions.

In another aspect, the present invention encompasses methods of making one or more of the embodiments described herein. In still another aspect, the present invention encompasses methods of using one or more of the embodiments described herein.

US 11,098,303 B2

5

Other advantages and novel features of the present invention will become apparent from the following detailed description of various non-limiting embodiments of the invention when considered in conjunction with the accompanying figures. In cases where the present specification and a document incorporated by reference include conflicting and/or inconsistent disclosure, the present specification shall control. If two or more documents incorporated by reference include conflicting and/or inconsistent disclosure with respect to each other, then the document having the later effective date shall control.

BRIEF DESCRIPTION OF THE DRAWINGS

Non-limiting embodiments of the present invention will be described by way of example with reference to the accompanying figures, which are schematic and are not intended to be drawn to scale. In the figures, each identical or nearly identical component illustrated is typically represented by a single numeral. For purposes of clarity, not every component is labeled in every figure, nor is every component of each embodiment of the invention shown where illustration is not necessary to allow those of ordinary skill in the art to understand the invention. In the figures:

FIGS. 1A-1C illustrates an encoding scheme for nucleic acid probes, in certain embodiments of the invention;

FIGS. 2A-2G illustrates determining of mRNAs in a cell, in some embodiments of the invention;

FIGS. 3A-3B illustrate the determination of nucleic acids, in accordance with various embodiments of the invention;

FIGS. 4A-4B is a non-limiting example of multiple read sequences distributed in a population of different nucleic acid probes, in accordance with certain embodiments of the invention;

FIGS. 5A-5E illustrate the determination of nucleic acids, in accordance with another embodiment of the invention;

FIGS. 6A-6H illustrate simultaneous determination of multiple nucleic acid species in cells, in certain embodiments of the invention;

FIGS. 7A-7E show expression noise of genes and co-variation of expression between different genes determined in accordance with some embodiments of the invention;

FIGS. 8A-8E illustrate spatial distribution of RNAs in cells determined in accordance with one embodiment of the invention;

FIGS. 9A-9C illustrate simultaneous determination of multiple nucleic acid species in cells, in another embodiment of the invention;

FIGS. 10A-10B show expression between different genes determined in accordance with yet another embodiment of the invention;

FIG. 11 is a schematic description of combinatorial labeling, in accordance with another embodiment of the invention;

FIGS. 12A-12C show schematic descriptions of Hamming distance, in another embodiment of the invention;

FIG. 13 illustrates the production of a library of probes, in still another embodiment of the invention;

FIGS. 14A-14B illustrate fluorescent spot determinations, in another embodiment of the invention;

6

FIGS. 15A-15B illustrate error correction facilitates RNA detection, in yet another embodiment of the invention;

FIGS. 16A-16E show characterization of misidentification rates and calling rates, in one embodiment of the invention;

FIGS. 17A-17D show characterization of misidentification rates and calling rates, in another embodiment of the invention;

FIGS. 18A-18C show a comparison of experiments, in accordance with one embodiment of the invention;

FIGS. 19A-19D illustrate decoding and error assessment, in another embodiment of the invention; and

FIGS. 20A to 20H illustrate encoding of 130 RNA species and 10 code words as misidentification controls as Codebook 1 and Codebook 2, in another embodiment of the invention.

BRIEF DESCRIPTION OF THE SEQUENCES

SEQ ID NO: 1 is:

GTTGGCGACGAAAGCACTGCGATTGGAACCGTCCCAAGCGTTGCGCTTA
ATGGATCATCAATTTTGTCTCACTACGACGGTCAATCGCGCTGCATACT
TGCGTCGGTCGGACAAACGAGG;

SEQ ID NO: 2 is CGCAACGCTTGGGACGGTTCCAATCGGATC;

SEQ ID NO: 3 is CGAATGCTCTGGCCTCGAACGAACGATAGC;

SEQ ID NO: 4 is ACAAATCCGACCAGATCGGACGATCATGGG;

SEQ ID NO: 5 is CAAGTATGCAGCGCGATTGACCGTCTCGTT;

SEQ ID NO: 6 is TGCGTCGTCTGGCTAGCACGGCACGCAAAT;

SEQ ID NO: 7 is AAGTCGTACGCCGATGCGCAGCAATTCACT;

SEQ ID NO: 8 is CGAAACATCGGCCACGGTCCCGTTGAACTT;

SEQ ID NO: 9 is ACGAATCCACCGTCCAGCGCGTCAAACAGA;

SEQ ID NO: 10 is CGCGAAATCCCCGTAACGAGCGTCCCTTGC;

SEQ ID NO: 11 is GCATGAGTTGCCTGGCGTTGCGACGACTAA;

SEQ ID NO: 12 is CCGTCGTCTCCGGTCCACCGTTGCGCTTAC;

SEQ ID NO: 13 is GGCCAATGGCCCAGGTCCGTCACGCAATTT;

SEQ ID NO: 14 is TTGATCGAATCGGAGCGTAGCGGAATCTGC;

SEQ ID NO: 15 is CGCGCGGATCCGCTTGTCGGGAACGGATAC;

SEQ ID NO: 16 is GCCTCGATTACGACGGATGTAATTCGGCCG;

SEQ ID NO: 17 is GCCCGTATTCCCGCTTGCGAGTAGGGCAAT;

SEQ ID NO: 18 is GTTGGTCGGCACTTGGGTGC;

SEQ ID NO: 19 is CGATGCGCCAATTCCGGTTC;

SEQ ID NO: 20 is CGCGGGCTATATGCGAACCG;

SEQ ID NO: 21 is

TAATACGACTCACTATAGGGAAAGCCGGTTCATCCGGTGG;

SEQ ID NO: 22 is

TAATACGACTCACTATAGGGTGATCATCGCTCGCGGGTTG;

US 11,098,303 B2

7

SEQ ID NO: 23 is

```
TAATACGACTCACTATAGGGCGTGGAGGGCATACAACGC;

SEQ ID NO: 24 is CGCAACGCTTGGGACGGTTCCAATCGGATC/
3Cy5Sp/;

SEQ ID NO: 25 is CGAATGCTCTGGCCTCGAACGAACGATAGC/
3Cy5Sp/;

SEQ ID NO: 26 is ACAAATCCGACCAGATCGGACGATCATGGG/
3Cy5Sp/;

SEQ ID NO: 27 is CAAGTATGCAGCGCGATTGACCGTCTCGTT/
3Cy5Sp/;

SEQ ID NO: 28 is GCGGGAAGCACGTGGATTAGGGCATCGACC/
3Cy5Sp/;

SEQ ID NO: 29 is AAGTCGTACGCCGATGCGCAGCAATTCACT/
3Cy5Sp/;

SEQ ID NO: 30 is CGAAACATCGGCCACGGTCCCGTTGAACTT/
3Cy5Sp/;

SEQ ID NO: 31 is ACGAATCCACCGTCCAGCGCGTCAAACAGA/
3Cy5Sp/;

SEQ ID NO: 32 is CGCGAAATCCCCGTAACGAGCGTCCCTTGC/
3Cy5Sp/;

SEQ ID NO: 33 is GCATGAGTTGCCTGGCGTTGCGACGACTAA/
3Cy5Sp/;

SEQ ID NO: 34 is CCGTCGTCTCCGGTCCACCGTTGCGCTTAC/
3Cy5Sp/;

SEQ ID NO: 35 is GGCCAATGGCCCAGGTCCGTCACGCAATTT/
3Cy5Sp/;

SEQ ID NO: 36 is TTGATCGAATCGGAGCGTAGCGGAATCTGC/
3Cy5Sp/;

SEQ ID NO: 37 is CGCGCGGATCCGCTTGTCGGGAACGGATAC/
3Cy5Sp/;

SEQ ID NO: 38 is GCCTCGATTACGACGGATGTAATTCGGCCG/
3Cy5Sp/;
and

SEQ ID NO: 39 is GCCCGTATTCCCGCTTGCGAGTAGGGCAAT/
3Cy5Sp/
```

DETAILED DESCRIPTION

The present invention generally relates to systems and methods for imaging or determining nucleic acids, for instance, within cells. In some embodiments, the transcriptome of a cell may be determined. Certain embodiments are directed to determining nucleic acids, such as mRNA, within cells at relatively high resolutions. In some embodiments, a plurality of nucleic acid probes may be applied to a sample, and their binding within the sample determined, e.g., using fluorescence, to determine locations of the nucleic acid probes within the sample. In some embodiments, codewords may be based on the binding of the plurality of nucleic acid probes, and in some cases, the codewords may define an error-correcting code to reduce or prevent misidentification of the nucleic acids. In certain cases, a relatively large number of different targets may be identified using a relatively small number of labels, e.g., by using various combinatorial approaches.

Two example approaches are now discussed. It should be understood, however, that these are presented by way of explanation and not limitation; other aspects and embodi-

8

ments are discussed in further detail herein. In one example method, primary probes (also called encoding probes) and secondary probes (also called readout probes) are used, where the primary probes encode "codewords" and bind to target nucleic acids in the sample, and the secondary probes are used to read out the codewords from the primary probes. In another example method, a plurality of different primary probes containing codewords are divided into as many separate pools as there are positions in the codewords, such that each primary probe pool corresponds to a certain value in a certain position of the codewords (e.g., a "one" in the first position as in "1001").

The first example is now described with respect to FIG. 3A. As will be discussed in more detail below, in other embodiments, other configurations may be used as well. In this first example, a series of nucleic acid probes are used to determine nucleic acids within a cell or other sample, e.g., qualitatively or quantitatively. For example, nucleic acids may be identified as being present or absent, and/or the numbers or concentrations of certain nucleic acids may be determined within the cell or other sample. In some cases, the positions of the probes within the cell or other sample may be determined at relatively high resolutions, and in some cases, at resolutions better than the wavelength of visible light.

This example is generally directed to spatially detecting nucleic acids within a cell or other sample, e.g., at relatively high resolutions. For example, the nucleic acids may be mRNAs, or other nucleic acids described herein. In one set of embodiments, the nucleic acids within the cell may be determined by delivering or applying nucleic acid probes to the cell. In some cases, by using combinatorial approaches, a relatively large number of nucleic acids may be determined using a relatively small number of different labels on the nucleic acid probes. Thus, for example, a relatively small number of experiments may be used to determine a relatively large number of nucleic acids in a sample, e.g., due to simultaneous binding of the nucleic acid probes to different nucleic acids in the sample.

In one set of embodiments, a population of primary nucleic acid probes are applied to the cell (or other sample) that is able to bind nucleic acids suspected of being present within the cell. Afterwards, sequentially, secondary nucleic acid probes that can bind to or otherwise interact with some of the primary nucleic acids are added and determined, e.g., using imaging techniques such as fluorescence microscopy (e.g., conventional fluorescence microscopy), STORM (stochastic optical reconstruction microscopy) or other imaging techniques. After imaging, the secondary nucleic acid probes are inactivated or removed, and a different secondary nucleic acid probe is added to the sample. This may be repeated multiple times with multiple different secondary nucleic acid probes. The pattern of binding of the various secondary nucleic acid probes may be used to determine the primary nucleic acid probes at locations within the cell or other sample, which can be used to determine mRNA or other nucleic acids that are present.

For instance, as is shown in FIG. 3A, a population of nucleic acids 10 within a cell (represented here by nucleic acids 11, 12, and 13) may be exposed to a population of primary nucleic acid probes 20, including probes 21 and 22. The primary nucleic acid probes may contain, for instance, a target sequence that can recognize a nucleic acid (e.g., a sequence within nucleic acid 11). Probes 21 and 22 may contain the same or different targeting sequences, which may bind to or hybridize with the same or different nucleic acids. As an example, as is shown in FIG. 3A, probe 21

US 11,098,303 B2

9 | 10

contains a first targeting sequence **25** which targets the probe to nucleic acid **11**, while probe **22** contains a second targeting sequence **26**, not identical to the first targeting sequence **25** and which targets the probe to nucleic acid **12**. The target sequence may be substantially complementary to at least a portion of a target nucleic acid, and enough of the target sequence may be present such that specific binding of the nucleic acid probe to the target nucleic acid can occur.

Primary nucleic acid probes **20** may also contain one or more "read" sequences. Two such read sequences are used in this example, although in other embodiments, there may be one, three, four, or more read sequences present within a primary nucleic acid probe. The read sequences may all independently be the same or different. In addition, in one set of embodiments, different nucleic acid probes may use one or more common read sequences. For example, more than one read sequence may be combinatorially combined on different nucleic acid probes, thereby producing a relatively large number of different nucleic acid probes that can be separately identified, even though only a relatively small number of read sequences are used. Thus, for example, in FIG. **3**A, probe **21** contains read sequences **27** and **29**, while probe **22** contains read sequences **27** and **28**, where the two read sequences **27** are identical, and different from read sequences **28** and **29**.

After primary nucleic acid probes **20** have been introduced to the sample and allowed to interact with nucleic acids **11**, **12**, and **13**, one or more secondary nucleic acid probes **30** may be applied to the sample to determine the primary nucleic acid probes. The secondary nucleic acid probes may contain a recognition sequence able to recognize one of the read sequences present within the population of primary nucleic acid probes. For instance, the recognition sequence may be substantially complementary to at least a portion of the read sequence, such that the secondary nucleic acid probe is able to bind to or hybridize with corresponding primary nucleic acid probe. For instance, in this example, recognition sequence **35** is able to recognize read sequence **27**. In addition, the secondary nucleic acid probes may contain one or more signaling entities **33**. For example, a signaling entity may be a fluorescent entity attached to the probe, or a certain sequence of nucleic acids that can be determined in some fashion. More than one secondary sequence may be used, e.g., sequentially. For example, as shown in this figure, the initial secondary probe **30** may be removed (e.g., as discussed below) and a new secondary probe **31** may be added, containing recognition sequence **36** able to recognize read sequence **28** and one or more signaling entities **33**. This may also be repeated multiple times, e.g., to determine read sequence **29** or other read sequences that may be present.

The location of the secondary nucleic acid probes **30**, **31**, etc. may be determined by determining signaling entity **33**. For example, if the signaling entity is fluorescent, then fluorescence microscopy can be used to determine the signaling entity. In some embodiments, imaging of a sample to determine the signaling entity may be used at relatively high resolutions, and in some cases, super-resolution imaging techniques (e.g., resolutions better than the wavelength of visible light or the diffraction limit of light) may be used. Examples of super-resolution imaging techniques include STORM, or other techniques as discussed herein. In some cases, e.g., with certain super-resolution imaging techniques such as STORM, more than one image of the sample may be acquired.

More than one type of secondary nucleic acid probe may be applied to a cell or other sample. For example, a first secondary nucleic acid probe may be applied that can recognize a first read sequence, then it or its attached signaling entity may be inactivated or removed, and a second secondary nucleic acid probe may be applied that can recognize a second read sequence. This process may be repeated multiple times, each with a different secondary nucleic acid probe, e.g., to determine the read sequences that were present in the various primary nucleic acid probes. Thus, primary nucleic acids within the sample can be determined on the basis of the binding pattern of secondary nucleic acid probes.

For example, a first location within the cell or other sample may exhibit binding of a first secondary probe and a third secondary probe, but not the binding of a second or a fourth secondary probe, while a second location may exhibit a different pattern of binding of various secondary probes. The primary nucleic acid probe that the secondary probes are able to bind to or hybridize with may be determined by considering the pattern of binding of various secondary probes. For instance, referring to FIG. **3**A, if a first secondary probe is able to determine read sequence **27**, a second secondary probe is able to determine read sequence **28**, and a third secondary probe is able to determine read sequence **29**, then primary nucleic acid **25** may be determined through the binding of the first and third secondary probes (but not the second secondary probe), while primary nucleic acid **26** may be determined through the binding of the first and second secondary probes (but not the third secondary probe). Similarly, if it is known that first probe **21** contains target sequence **25** while second probe **22** contains target sequence **26**, then nucleic acids **11** and **12** may also be determined within the sample, e.g., spatially, based on the binding pattern of the various secondary nucleic acid probes. In addition, it should be noted that due to the presence of more than one read sequence on the primary nucleic acid probes, even though first probe **21** and second probe **22** contains a common read sequence (read sequence **27**), these probes may be distinguished in the sample due to the different binding patterns of the various secondary nucleic acid probes.

In certain embodiments, this pattern of binding or hybridization of the secondary nucleic acid probes may be converted into a "codeword." In this example, for instance, the codewords are "101" and "110" for first probe **21** and second probe **22**, respectively, where a value of 1 represents binding and a value of 0 represents no binding. The codewords may also have longer lengths in other embodiments; only three probes are shown here for clarity purposes only. A codeword can be directly related to a specific target nucleic acid sequence of the primary nucleic acid probe. Accordingly, different primary nucleic acid probes may match certain codewords, which can then be used to identify the different targets of the primary nucleic acid probes based on the binding patterns of the secondary probes, even if in some cases, there is overlap in the read sequences of different secondary probes, e.g., as was shown in FIG. **3**A. However, if no binding is evident (e.g., for nucleic acid **13**), then the codeword would be "000" in this example.

The values in each codeword can also be assigned in different fashions in some embodiments. For example, a value of 0 could represent binding while a value of 1 represents no binding. Similarly, a value of 1 could represent binding of a secondary nucleic acid probe with one type of signaling entity while a value of 0 could represent binding of a secondary nucleic acid probe with another type of distinguishable signaling entity. These signaling entities could be distinguished, for example, via different colors of

US 11,098,303 B2

11

fluorescence. In some cases, values in codewords need not be confined to 0 and 1. The values could also be drawn from larger alphabets, such as ternary (e.g., 0, 1, and 2) or quaternary (e.g., 0, 1, 2, and 3) systems. Each different value could, for example, be represented by a different distinguishable signaling entity, including (in some cases) one value that may be represented by the absence of signal.

The codewords for each target may be assigned sequentially, or may be assigned at random. For instance, referring to FIG. 3A, a first nucleic acid target may be assigned to 101, while a second nucleic acid target may be assigned to 110. In addition, in some embodiments, the codewords may be assigned using an error-detection system or an error-correcting system, such as a Hamming system, a Golay code, or an extended Hamming system (or a SECDED system, i.e., single error correction, double error detection). Generally speaking, such systems can be used to identify where errors have occurred, and in some cases, such systems can also be used to correct the errors and determine what the correct codeword should have been. For example, a codeword such as 001 may be detected as invalid and corrected using such a system to 101, e.g., if 001 is not previously assigned to a different target sequence. A variety of different error-correcting codes can be used, many of which have previously been developed for use within the computer industry; however, such error-correcting systems have not typically been used within biological systems. Additional examples of such error-correcting codes are discussed in more detail below.

It should also be understood that all possible codewords in a code need not be used in some cases. For example, in some embodiments, codewords that are not used can serve as negative controls. Similarly, in some embodiments, some codewords can be left out because they are more prone to errors in measurement than other codewords. For example, in some implementations, reading a codeword with more values of '1' might be more error-prone that reading a codeword with fewer values of '1.'

It should be understood that the above description is an example of one embodiment of the invention, and that primary and secondary nucleic acid probes are not necessary in all embodiments. For example, in some embodiments, a series of nucleic acid probes containing signaling entities are used to determine nucleic acids within a cell or other sample, without necessarily requiring secondary probes.

For example, turning now to FIG. 3B, nucleic acids 11, 12, and 13 are exposed to different rounds of probes 21, 22, 23, 24, etc. in this example. These probes may each contain a target sequence that can recognize a nucleic acid (e.g., a sequence within nucleic acid 11 or 12). These probes may each target the same nucleic acid, but different regions of the nucleic acid. In addition, some or all of the probes may contain one or more signaling entities, e.g., signaling entity 29 on probe 21. For example, the signaling entity may be a fluorescent entity attached to the probe, or a certain sequence of nucleic acids that can be determined in some fashion.

The first round of probes (e.g. probe 21 and probe 22) may be applied to the cell or other sample. Probe 21 may be allowed to bind to nucleic acid 11 via target sequence 25. Such binding can be determined by determining signaling entity 29. For example, if the signaling entity is fluorescent, then fluorescence microscopy can be used to determine the signaling entity, e.g., spatially within the cell or other sample. In some but not all embodiments, imaging of a sample to determine the signaling entity may be used at relatively high resolutions, and in some cases, super-resolution imaging techniques may be used. Other, different probes may be present as well; for instance, probe 22

12

containing target sequence 26 may bind to nucleic acid 12, and be determined via signaling entity 29 within probe 22. These may occur, e.g., sequentially or simultaneously. Optionally, probes 21 and 22 may also be removed or inactivated, e.g., between application of different rounds of probes.

Next, a second round of probes (e.g., probe 23) is applied to the sample. In this example, probe 23 is able to bind to nucleic acid 11 via a targeting region, although there is no probe in the second round that is able to bind to nucleic acid 12. Binding of the probes is allowed to occur as discussed above, and determination of binding may occur via signaling entities. These signaling entities may be the same or different as from the first round of probes. This process may be repeated any number of times with different probes. For example, as is shown in FIG. 3B, round 2 contains probes able to bind to nucleic acid 11, while round 3 contains probes able to bind to nucleic acid 12.

In certain embodiments, each round of binding or hybridization of nucleic acid probes may be converted into a "codeword." In this example, using probes 21, 22, 23, and 24, the codewords 101 or 110 could be formed, where 1 represents binding and 0 represents no binding and the first position corresponds to the binding of probes 21 or 22 while the second position corresponds to the binding of probes 22, and the third position corresponds to the binding of probe 24. A codeword of 000 would represent no binding, e.g., as shown with nucleic acid 13 in this example. A codeword can be directly related to a specific target nucleic acid sequence of the nucleic acid probes, by designing appropriate nucleic acid probes. Thus, for example, 110 may correspond to a first target nucleic acid 12 (e.g., the first and second round of nucleic acid probes containing probes able to target nucleic acid 11, and these probes may target the same or different regions of nucleic acid 11) while 101 may correspond to a second target nucleic acid (e.g., the first and third round of nucleic acid probes containing probes able to target nucleic acid 12, and these probes may target the same or different regions of nucleic acid 12). In addition, it should be noted that each round of probes may contain the same, or different signaling entities as other probes in the same round, and/or other probes in different rounds. For instance, in one set of embodiments, only one signaling entity is used in all of the rounds of probes.

Similar to the above, the codewords for each target may be assigned sequentially, or may be assigned at random. The codewords may be assigned within a code space in some embodiments using an error-detection or an error-correcting system, such as a Hamming system, a Golay code, or an extended Hamming system or a SECDED system (single error correction, double error detection). Generally speaking, such error-correction systems can be used to identify where errors have occurred, and in some cases, such systems can also be used to correct the errors and determine what the correct codeword should have been.

Similar to the above, the values at each position in the codeword can be arbitrarily assigned in certain embodiments to binding or non-binding of probes that contain more than one distinguishable signaling entity.

In some cases, the nucleic acid probes may be formed into "pools" or groups of nucleic acids that share a common feature. For example, probes to all targets with codewords that contain a 1 in the first position, e.g. 110 and 101 but not 011, may comprise one pool while probes to all targets that contain a 1 in the second position, e.g. 110 and 011 but not 101, may comprise another pool. See also FIG. 1C. In some cases, a nucleic acid probe may be a member of more than

US 11,098,303 B2

13
14

one group or pool. Members of a nucleic acid pool may also contain features in addition to target sequences, read sequences, and or signaling entities that allow them to be distinguished from other groups. These features may be short nucleic acid sequences that are used for the amplification, production, or separation of these sequences. The nucleic acid probes of each group may be applied to a sample, e.g., sequentially, as discussed herein.

Thus, in some aspects, the present invention is generally directed to systems and methods for determining nucleic acids within a cell or other sample. The sample may include a cell culture, a suspension of cells, a biological tissue, a biopsy, an organism, or the like. The sample may also be cell-free but nevertheless contain nucleic acids. If the sample contains a cell, the cell may be a human cell, or any other suitable cell, e.g., a mammalian cell, a fish cell, an insect cell, a plant cell, or the like. More than one cell may be present in some cases.

The nucleic acids to be determined may be, for example, DNA, RNA, or other nucleic acids that are present within a cell (or other sample). The nucleic acids may be endogenous to the cell, or added to the cell. For instance, the nucleic acid may be viral, or artificially created. In some cases, the nucleic acid to be determined may be expressed by the cell. The nucleic acid is RNA in some embodiments. The RNA may be coding and/or non-coding RNA. Non-limiting examples of RNA that may be studied within the cell include mRNA, siRNA, rRNA, miRNA, tRNA, lncRNA, snoRNAs, snRNAs, exRNAs, piRNAs, or the like.

In some cases, a significant portion of the nucleic acid within the cell may be studied. For instance, in some cases, enough of the RNA present within a cell may be determined so as to produce a partial or complete transcriptome of the cell. In some cases, at least 4 types of mRNAs are determined within a cell, and in some cases, at least 3, at least 4, at least 7, at least 8, at least 12, at least 14, at least 15, at least 16, at least 22, at least 30, at least 31, at least 32, at least 50, at least 63, at least 64, at least 72, at least 75, at least 100, at least 127, at least 128, at least 140, at least 255, at least 500, at least 1,000, at least 1,500, at least 2,000, at least 2,500, at least 3,000, at least 4,000, at least 5,000, at least 7,500, at least 10,000, at least 12,000, at least 15,000, at least 20,000, at least 25,000, at least 30,000, at least 40,000, at least 50,000, at least 75,000, or at least 100,000 types of mRNAs may be determined within a cell.

In some cases, the transcriptome of a cell may be determined. It should be understood that the transcriptome generally encompasses all RNA molecules produced within a cell, not just mRNA. Thus, for instance, the transcriptome may also include rRNA, tRNA, siRNA, etc. In some embodiments, at least 5%, at least 10%, at least 15%, at least 20%, at least 25%, at least 30%, at least 40%, at least 50%, at least 60%, at least 70%, at least 80%, at least 90%, or 100% of the transcriptome of a cell may be determined.

The determination of one or more nucleic acids within the cell or other sample may be qualitative and/or quantitative. In addition, the determination may also be spatial, e.g., the position of the nucleic acid within the cell or other sample may be determined in two or three dimensions. In some embodiments, the positions, number, and/or concentrations of nucleic acids within the cell (or other sample) may be determined.

In some cases, a significant portion of the genome of a cell may be determined. The determined genomic segments may be continuous or interspersed on the genome. For example, in some cases, at least 4 genomic segments are determined within a cell, and in some cases, at least 3, at least 4, at least 7, at least 8, at least 12, at least 14, at least 15, at least 16, at least 22, at least 30, at least 31, at least 32, at least 50, at least 63, at least 64, at least 72, at least 75, at least 100, at least 127, at least 128, at least 140, at least 255, at least 256, at least 500, at least 1,000, at least 1,500, at least 2,000, at least 2,500, at least 3,000, at least 4,000, at least 5,000, at least 7,500, at least 10,000, at least 12,000, at least 15,000, at least 20,000, at least 25,000, at least 30,000, at least 40,000, at least 50,000, at least 75,000, or at least 100,000 genomic segments may be determined within a cell.

In some cases, the entire genome of a cell may be determined. It should be understood that the genome generally encompasses all DNA molecules produced within a cell, not just chromosome DNA. Thus, for instance, the genome may also include, in some cases, mitochondria DNA, chloroplast DNA, plasmid DNA, etc. In some embodiments, at least about 5%, at least about 10%, at least about 15%, at least about 20%, at least about 25%, at least about 30%, at least about 40%, at least about 50%, at least about 60%, at least about 70%, at least about 80%, at least about 90%, or 100% of the genome of a cell may be determined.

As discussed herein, a variety of nucleic acid probes may be used to determine one or more nucleic acids within a cell or other sample. The probes may comprise nucleic acids (or entities that can hybridize to a nucleic acid, e.g., specifically) such as DNA, RNA, LNA (locked nucleic acids), PNA (peptide nucleic acids), or combinations thereof. In some cases, additional components may also be present within the nucleic acid probes, e.g., as discussed below. Any suitable method may be used to introduce nucleic acid probes into a cell.

For example, in some embodiments, the cell is fixed prior to introducing the nucleic acid probes, e.g., to preserve the positions of the nucleic acids within the cell. Techniques for fixing cells are known to those of ordinary skill in the art. As non-limiting examples, a cell may be fixed using chemicals such as formaldehyde, paraformaldehyde, glutaraldehyde, ethanol, methanol, acetone, acetic acid, or the like. In one embodiment, a cell may be fixed using Hepes-glutamic acid buffer-mediated organic solvent (HOPE).

The nucleic acid probes may be introduced into the cell (or other sample) using any suitable method. In some cases, the cell may be sufficiently permeabilized such that the nucleic acid probes may be introduced into the cell by flowing a fluid containing the nucleic acid probes around the cells. In some cases, the cells may be sufficiently permeabilized as part of a fixation process; in other embodiments, cells may be permeabilized by exposure to certain chemicals such as ethanol, methanol, Triton, or the like. In addition, in some embodiments, techniques such as electroporation or microinjection may be used to introduce nucleic acid probes into a cell or other sample.

Certain aspects of the present invention are generally directed to nucleic acid probes that are introduced into a cell (or other sample). The probes may comprise any of a variety of entities that can hybridize to a nucleic acid, typically by Watson-Crick base pairing, such as DNA, RNA, LNA, PNA, etc., depending on the application. The nucleic acid probe typically contains a target sequence that is able to bind to at least a portion of a target nucleic acid, in some cases specifically. When introduced into a cell or other system, the target system may be able to bind to a specific target nucleic acid (e.g., an mRNA, or other nucleic acids as discussed herein). In some cases, the nucleic acid probes may be determined using signaling entities (e.g., as discussed below), and/or by using secondary nucleic acid probes able

US 11,098,303 B2

15

to bind to the nucleic acid probes (i.e., to primary nucleic acid probes). The determination of such nucleic acid probes is discussed in detail below.

In some cases, more than one type of (primary) nucleic acid probe may be applied to a sample, e.g., simultaneously. For example, there may be at least 2, at least 5, at least 10, at least 25, at least 50, at least 75, at least 100, at least 300, at least 1,000, at least 3,000, at least 10,000, or at least 30,000 distinguishable nucleic acid probes that are applied to a sample, e.g., simultaneously or sequentially.

The target sequence may be positioned anywhere within the nucleic acid probe (or primary nucleic acid probe or encoding nucleic acid probe). The target sequence may contain a region that is substantially complementary to a portion of a target nucleic acid. In some cases, the portions may be at least 50%, at least 60%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 92%, at least 94%, at least 95%, at least 96%, at least 97%, at least 98%, at least 99%, or 100% complementary. In some cases, the target sequence may be at least 5, at least 10, at least 15, at least 20, at least 25, at least 30, at least 35, at least 40, at least 50, at least 60, at least 65, at least 75, at least 100, at least 125, at least 150, at least 175, at least 200, at least 250, at least 300, at least 350, at least 400, or at least 450 nucleotides in length. In some cases, the target sequence may be no more than 500, no more than 450, no more than 400, no more than 350, no more than 300, no more than 250, no more than 200, no more than 175, no more than 150, no more than 125, no more than 100, be no more than 75, no more than 60, no more than 65, no more than 60, no more than 55, no more than 50, no more than 45, no more than 40, no more than 35, no more than 30, no more than 20, or no more than 10 nucleotides in length. Combinations of any of these are also possible, e.g., the target sequence may have a length of between 10 and 30 nucleotides, between 20 and 40 nucleotides, between 5 and 50 nucleotides, between 10 and 200 nucleotides, or between 25 and 35 nucleotides, between 10 and 300 nucleotides, etc. Typically, complementarity is determined on the basis of Watson-Crick nucleotide base pairing.

The target sequence of a (primary) nucleic acid probe may be determined with reference to a target nucleic acid suspected of being present within a cell or other sample. For example, a target nucleic acid to a protein may be determined using the protein's sequence, by determining the nucleic acids that are expressed to form the protein. In some cases, only a portion of the nucleic acids encoding the protein are used, e.g., having the lengths as discussed above. In addition, in some cases, more than one target sequence that can be used to identify a particular target may be used. For instance, multiple probes can be used, sequentially and/or simultaneously, that can bind to or hybridize to different regions of the same target. Hybridization typically refers to an annealing process by which complementary single-stranded nucleic acids associate through Watson-Crick nucleotide base pairing (e.g., hydrogen bonding, guanine-cytosine and adenine-thymine) to form double-stranded nucleic acid.

In some embodiments, a nucleic acid probe, such as a primary nucleic acid probe, may also comprise one or more "read" sequences. However, it should be understood that read sequences are not necessary in all cases. In some embodiments, the nucleic acid probe may comprise 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 or more, 20 or more, 32 or more, 40 or more, 50 or more, 64 or more, 75 or more, 100 or more, 128 or more read sequences. The read sequences may be positioned anywhere within the nucleic

16

acid probe. If more than one read sequence is present, the read sequences may be positioned next to each other, and/or interspersed with other sequences.

The read sequences, if present, may be of any length. If more than one read sequence is used, the read sequences may independently have the same or different lengths. For instance, the read sequence may be at least 5, at least 10, at least 15, at least 20, at least 25, at least 30, at least 35, at least 40, at least 50, at least 60, at least 65, at least 75, at least 100, at least 125, at least 150, at least 175, at least 200, at least 250, at least 300, at least 350, at least 400, or at least 450 nucleotides in length. In some cases, the read sequence may be no more than 500, no more than 450, no more than 400, no more than 350, no more than 300, no more than 250, no more than 200, no more than 175, no more than 150, no more than 125, no more than 100, be no more than 75, no more than 60, no more than 65, no more than 60, no more than 55, no more than 50, no more than 45, no more than 40, no more than 35, no more than 30, no more than 20, or no more than 10 nucleotides in length. Combinations of any of these are also possible, e.g., the read sequence may have a length of between 10 and 30 nucleotides, between 20 and 40 nucleotides, between 5 and 50 nucleotides, between 10 and 200 nucleotides, or between 25 and 35 nucleotides, between 10 and 300 nucleotides, etc.

The read sequence may be arbitrary or random in some embodiments. In certain cases, the read sequences are chosen so as to reduce or minimize homology with other components of the cell or other sample, e.g., such that the read sequences do not themselves bind to or hybridize with other nucleic acids suspected of being within the cell or other sample. In some cases, the homology may be less than 10%, less than 8%, less than 7%, less than 6%, less than 5%, less than 4%, less than 3%, less than 2%, or less than 1%. In some cases, there may be a homology of less than 20 basepairs, less than 18 basepairs, less than 15 basepairs, less than 14 basepairs, less than 13 basepairs, less than 12 basepairs, less than 11 basepairs, or less than 10 basepairs. In some cases, the basepairs are sequential.

In one set of embodiments, a population of nucleic acid probes may contain a certain number of read sequences, which may be less than the number of targets of the nucleic acid probes in some cases. Those of ordinary skill in the art will be aware that if there is one signaling entity and n read sequences, then in general $2^n-1$ different nucleic acid targets may be uniquely identified. However, not all possible combinations need be used. For instance, a population of nucleic acid probes may target 12 different nucleic acid sequences, yet contain no more than 8 read sequences. As another example, a population of nucleic acids may target 140 different nucleic acid species, yet contain no more than 16 read sequences. Different nucleic acid sequence targets may be separately identified by using different combinations of read sequences within each probe. For instance, each probe may contain 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, etc. or more read sequences. In some cases, a population of nucleic acid probes may each contain the same number of read sequences, although in other cases, there may be different numbers of read sequences present on the various probes.

As a non-limiting example, a first nucleic acid probe may contain a first target sequence, a first read sequence, and a second read sequence, while a second, different nucleic acid probe may contain a second target sequence, the same first read sequence, but a third read sequence instead of the second read sequence. Such probes may thereby be distin-

US 11,098,303 B2

17

guished by determining the various read sequences present or associated with a given probe or location, as discussed herein.

In addition, the nucleic acid probes (and their corresponding, complimentary sites on the encoding probes), in certain embodiments, may be made using only 2 or only 3 of the 4 bases, such as leaving out all the "G"s or leaving out all of the "C"s within the probe. Sequences lacking either "G"s or "C"s may form very little secondary structure in certain embodiments, and can contribute to more uniform, faster hybridization.

In some embodiments, the nucleic acid probe may contain a signaling entity. It should be understood that signaling entities are not required in all cases, however; for instance, the nucleic acid probe may be determined using secondary nucleic acid probes in some embodiments, as is discussed in additional detail below. Examples of signaling entities that can be used are also discussed in more detail below.

Other components may also be present within a nucleic acid probe as well. For example, in one set of embodiments, one or more primer sequences may be present, e.g., to allow for enzymatic amplification of probes. Those of ordinary skill in the art will be aware of primer sequences suitable for applications such as amplification (e.g., using PCR or other suitable techniques). Many such primer sequences are available commercially. Other examples of sequences that may be present within a primary nucleic acid probe include, but are not limited to promoter sequences, operons, identification sequences, nonsense sequences, or the like.

Typically, a primer is a single-stranded or partially double-stranded nucleic acid (e.g., DNA) that serves as a starting point for nucleic acid synthesis, allowing polymerase enzymes such as nucleic acid polymerase to extend the primer and replicate the complementary strand. A primer is (e.g., is designed to be) complementary to and to hybridize to a target nucleic acid. In some embodiments, a primer is a synthetic primer. In some embodiments, a primer is a non-naturally-occurring primer. A primer typically has a length of 10 to 50 nucleotides. For example, a primer may have a length of 10 to 40, 10 to 30, 10 to 20, 25 to 50, 15 to 40, 15 to 30, 20 to 50, 20 to 40, or 20 to 30 nucleotides. In some embodiments, a primer has a length of 18 to 24 nucleotides.

In addition, the components of the nucleic acid probe may be arranged in any suitable order. For instance, in one embodiment, the components may be arranged in a nucleic acid probe as: primer-read sequences-targeting sequence-read sequences-reverse primer. The "read sequences" in this structure may each contain any number (including 0) of read sequences, so long as at least one read sequence is present in the probe. Non-limiting example structures include primer-targeting sequence-read sequences-reverse primer, primer-read sequences-targeting sequence-reverse primer, targeting sequence-primer-targeting sequence-read sequences-reverse primer, targeting sequence-primer-read sequences-targeting sequence-reverse primer, primer-target sequence-read sequences-targeting sequence-reverse primer, targeting sequence-primer-read sequence-reverse primer, targeting sequence-read sequence-primer, read sequence-targeting sequence-primer, read sequence-primer-targeting sequence-reverse primer, etc. In addition, the reverse primer is optional in some embodiments, including in all of the above-described examples.

After introduction of the nucleic acid probes into a cell or other sample, the nucleic acid probes may be directly determined by determining signaling entities (if present), and/or the nucleic acid probes may be determined by using

18

one or more secondary nucleic acid probes, in accordance with certain aspects of the invention. As mentioned, in some cases, the determination may be spatial, e.g., in two or three dimensions. In addition, in some cases, the determination may be quantitative, e.g., the amount or concentration of a primary nucleic acid probe (and of a target nucleic acid) may be determined. Additionally, the secondary probes may comprise any of a variety of entities able to hybridize a nucleic acid, e.g., DNA, RNA, LNA, and/or PNA, etc., depending on the application. Signaling entities are discussed in more detail below.

A secondary nucleic acid probe may contain a recognition sequence able to bind to or hybridize with a read sequence of a primary nucleic acid probe. In some cases, the binding is specific, or the binding may be such that a recognition sequence preferentially binds to or hybridizes with only one of the read sequences that are present. The secondary nucleic acid probe may also contain one or more signaling entities. If more than one secondary nucleic acid probe is used, the signaling entities may be the same or different.

The recognition sequences may be of any length, and multiple recognition sequences may be of the same or different lengths. If more than one recognition sequence is used, the recognition sequences may independently have the same or different lengths. For instance, the recognition sequence may be at least 5, at least 10, at least 15, at least 20, at least 25, at least 30, at least 35, at least 40, or at least 50 nucleotides in length. In some cases, the recognition sequence may be no more than 75, no more than 60, no more than 65, no more than 60, no more than 55, no more than 50, no more than 45, no more than 40, no more than 35, no more than 30, no more than 20, or no more than 10 nucleotides in length. Combinations of any of these are also possible, e.g., the recognition sequence may have a length of between 10 and 30, between 20 and 40, or between 25 and 35 nucleotides, etc. In one embodiment, the recognition sequence is of the same length as the read sequence. In addition, in some cases, the recognition sequence may be at least 50%, at least 60%, at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 92%, at least 94%, at least 95%, at least 96%, at least 97%, at least 98%, at least 99%, or at least 100% complementary to a read sequence of the primary nucleic acid probe.

As mentioned, in some cases, the secondary nucleic acid probe may comprise one or more signaling entities. Examples of signaling entities are discussed in more detail below.

As discussed, in certain aspects of the invention, nucleic acid probes are used that contain various "read sequences." For example, a population of primary nucleic acid probes may contain certain "read sequences" which can bind certain of the secondary nucleic acid probes, and the locations of the primary nucleic acid probes are determined within the sample using secondary nucleic acid probes, e.g., which comprise a signaling entity. As mentioned, in some cases, a population of read sequences may be combined in various combinations to produce different nucleic acid probes, e.g., such that a relatively small number of read sequences may be used to produce a relatively large number of different nucleic acid probes.

Thus, in some cases, a population of primary nucleic acid probes (or other nucleic acid probes) may each contain a certain number of read sequences, some of which are shared between different primary nucleic acid probes such that the total population of primary nucleic acid probes may contain a certain number of read sequences. A population of nucleic acid probes may have any suitable number of read

US 11,098,303 B2

19

sequences. For example, a population of primary nucleic acid probes may have 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 etc. read sequences. More than 20 are also possible in some embodiments. In addition, in some cases, a population of nucleic acid probes may, in total, have 1 or more, 2 or more, 3 or more, 4 or more, 5 or more, 6 or more, 7 or more, 8 or more, 9 or more, 10 or more, 11 or more, 12 or more, 13 or more, 14 or more, 15 or more, 16 or more, 20 or more, 24 or more, 32 or more, 40 or more, 50 or more, 60 or more, 64 or more, 100 or more, 128 or more, etc. of possible read sequences present, although some or all of the probes may each contain more than one read sequence, as discussed herein. In addition, in some embodiments, the population of nucleic acid probes may have no more than 100, no more than 80, no more than 64, no more than 60, no more than 50, no more than 40, no more than 32, no more than 24, no more than 20, no more than 16, no more than 15, no more than 14, no more than 13, no more than 12, no more than 11, no more than 10, no more than 9, no more than 8, no more than 7, no more than 6, no more than 5, no more than 4, no more than 3, or no more than two read sequences present. Combinations of any of these are also possible, e.g., a population of nucleic acid probes may comprise between 10 and 15 read sequences in total.

As a non-limiting example of an approach to combinatorially producing a relatively large number of nucleic acid probes from a relatively small number of read sequences, in a population of 6 different types of nucleic acid probes, each comprising one or more read sequences, the total number of read sequences within the population may be no greater than 4. It should be understood that although 4 read sequences are used in this example for ease of explanation, in other embodiments, larger numbers of nucleic acid probes may be realized, for example, using 5, 8, 10, 16, 32, etc. or more read sequences, or any other suitable number of read sequences described herein, depending on the application. Referring now to FIG. 4A, if each of the primary nucleic acid probes contains two different read sequences, then by using 4 such read sequences (A, B, C, and D), up to 6 probes may be separately identified. It should be noted that in this example, the ordering of read sequences on a nucleic acid probe is not essential, i.e., "AB" and "BA" may be treated as being synonymous (although in other embodiments, the ordering of read sequences may be essential and "AB" and "BA" may not necessarily be synonymous). Similarly, if 5 read sequences are used (A, B, C, D, and E) in the population of primary nucleic acid probes, up to 10 probes may be separately identified, as is shown in FIG. 4B. For example, one of ordinary skill in the art would understand that, for k read sequences in a population with n read sequences on each probe, up to $\binom{n}{k}$ different probes may be produced, assuming that the ordering of read sequences is not essential; because not all of the probes need to have the same number of read sequences and not all combinations of read sequences need to be used in every embodiment, either more or less than this number of different probes may also be used in certain embodiments. In addition, it should also be understood that the number of read sequences on each probe need not be identical in some embodiments. For instance example, some probes may contain 2 read sequences while other probes may contain 3 read sequences.

In some aspects, the read sequences and/or the pattern of binding of nucleic acid probes within a sample may be used to define an error-detecting and/or an error-correcting code, for example, to reduce or prevent misidentification or errors of the nucleic acids, e.g., as was discussed with reference to FIG. 3. Thus, for example, if binding is indicated (e.g., as

20

determined using a signaling entity), then the location may be identified with a "1"; conversely, if no binding is indicated, then the location may be identified with a "0" (or vice versa, in some cases). Multiple rounds of binding determinations, e.g., using different nucleic acid probes, can then be used to create a "codeword," e.g., for that spatial location. In some embodiments, the codeword may be subjected to error detection and/or correction. For instance, the codewords may be organized such that, if no match is found for a given set of read sequences or binding pattern of nucleic acid probes, then the match may be identified as an error, and optionally, error correction may be applied sequences to determine the correct target for the nucleic acid probes. In some cases, the codewords may have fewer "letters" or positions that the total number of nucleic acids encoded by the codewords, e.g. where each codeword encodes a different nucleic acid.

Such error-detecting and/or the error-correction code may take a variety of forms. A variety of such codes have previously been developed in other contexts such as the telecommunications industry, such as Golay codes or Hamming codes. In one set of embodiments, the read sequences or binding patterns of the nucleic acid probes are assigned such that not every possible combination is assigned.

For example, if 4 read sequences are possible and a primary nucleic acid probe contains 2 read sequences, then up to 6 primary nucleic acid probes could be identified; but the number of primary nucleic acid probes used may be less than 6. Similarly, for k read sequences in a population with n read sequences on each primary nucleic acid probe, $\binom{n}{k}$ different probes may be produced, but the number of primary nucleic acid probes that are used may be any number more or less than $\binom{n}{k}$. In addition, these may be randomly assigned, or assigned in specific ways to increase the ability to detect and/or correct errors.

As another example, if multiple rounds of nucleic acid probes are used, the number of rounds may be arbitrarily chosen. If in each round, each target can give two possible outcomes, such as being detected or not being detected, up to $2^n$ different targets may be possible for n rounds of probes, but the number of nucleic acid targets that are actually used may be any number less than $2^n$. For example, if in each round, each target can give more than two possible outcomes, such as being detected in different color channels, more than $2^n$ (e.g. $3^n$, $4^n$ . . . ) different targets may be possible for n rounds of probes. In some cases, the number of nucleic acid targets that are actually used may be any number less than this number. In addition, these may be randomly assigned, or assigned in specific ways to increase the ability to detect and/or correct errors.

For example, in one set of embodiments, the codewords or nucleic acid probes may be assigned within a code space such that the assignments are separated by a Hamming distance, which measures the number of incorrect "reads" in a given pattern that cause the nucleic acid probe to be misinterpreted as a different valid nucleic acid probe. In certain cases, the Hamming distance may be at least 2, at least 3, at least 4, at least 5, at least 6, or the like. In addition, in one set of embodiments, the assignments may be formed as a Hamming code, for instance, a Hamming(7, 4) code, a Hamming(15, 11) code, a Hamming(31, 26) code, a Hamming(63, 57) code, a Hamming(127, 120) code, etc. In another set of embodiments, the assignments may form a SECDED code, e.g., a SECDED(8,4) code, a SECDED(16, 4) code, a SECDED(16, 11) code, a SCEDED(22, 16) code, a SCEDED(39, 32) code, a SCEDED(72, 64) code, etc. In yet another set of embodiments, the assignments may form

US 11,098,303 B2

21

an extended binary Golay code, a perfect binary Golay code, or a ternary Golay code. In another set of embodiments, the assignments may represent a subset of the possible values taken from any of the codes described above.

For example, a code with the same error correcting properties of the SECDED code may be formed by using only binary words that contain a fixed number of '1' bits, such as 4, to encode the targets. In another set of embodiments, the assignments may represent a subset of the possible values taken from codes described above for the purpose of addressing asymmetric readout errors. For example, in some cases, a code in which the number of '1' bits may be fixed for all used binary words may eliminate the biased measurement of words with different numbers of '1's when the rate at which '0' bits are measured as '1's or '1' bits are measured as '0's are different.

Accordingly, in some embodiments, once the codeword is determined (e.g., as discussed herein), the codeword may be compared to the known nucleic acid codewords. If a match is found, then the nucleic acid target can be identified or determined. If no match is found, then an error in the reading of the codeword may be identified. In some cases, error correction can also be applied to determine the correct codeword, and thus resulting in the correct identity of the nucleic acid target. In some cases, the codewords may be selected such that, assuming that there is only one error present, only one possible correct codeword is available, and thus, only one correct identity of the nucleic acid target is possible. In some cases, this may also be generalized to larger codeword spacings or Hamming distances; for instance, the codewords may be selected such that if two, three, or four errors are present (or more in some cases), only one possible correct codeword is available, and thus, only one correct identity of the nucleic acid targets is possible.

The error-correcting code may be a binary error-correcting code, or it may be based on other numbering systems, e.g., ternary or quaternary error-correcting codes. For instance, in one set of embodiments, more than one type of signaling entity may be used and assigned to different numbers within the error-correcting code. Thus, as a non-limiting example, a first signaling entity (or more than one signaling entity, in some cases) may be assigned as "1" and a second signaling entity (or more than one signaling entity, in some cases) may be assigned as "2" (with "0" indicating no signaling entity present), and the codewords distributed to define a ternary error-correcting code. Similarly, a third signaling entity may additionally be assigned as "3" to make a quaternary error-correcting code, etc.

As discussed above, in certain aspects, signaling entities are determined, e.g., to determine nucleic acid probes and/or to create codewords. In some cases, signaling entities within a sample may be determined, e.g., spatially, using a variety of techniques. In some embodiments, the signaling entities may be fluorescent, and techniques for determining fluorescence within a sample, such as fluorescence microscopy or confocal microscopy, may be used to spatially identify the positions of signaling entities within a cell. In some cases, the positions of entities within the sample may be determined in two or even three dimensions. In addition, in some embodiments, more than one signaling entity may be determined at a time (e.g., signaling entities with different colors or emissions), and/or sequentially.

In addition, in some embodiments, a confidence level for the identified nucleic acid target may be determined. For example, the confidence level may be determined using a ratio of the number of exact matches to the number of matches having one or more one-bit errors. In some cases,

22

only matches having a confidence ratio greater than a certain value may be used. For instance, in certain embodiments, matches may be accepted only if the confidence ratio for the match is greater than about 0.01, greater than about 0.03, greater than about 0.05, greater than about 0.1, greater than about 0.3, greater than about 0.5, greater than about 1, greater than about 3, greater than about 5, greater than about 10, greater than about 30, greater than about 50, greater than about 100, greater than about 300, greater than about 500, greater than about 1000, or any other suitable value. In addition, in some embodiments, matches may be accepted only if the confidence ratio for the identified nucleic acid target is greater than an internal standard or false positive control by about 0.01, about 0.03, about 0.05, about 0.1, about 0.3, about 0.5, about 1, about 3, about 5, about 10, about 30, about 50, about 100, about 300, about 500, about 1000, or any other suitable value

In some embodiments, the spatial positions of the entities (and thus, nucleic acid probes that the entities may be associated with) may be determined at relatively high resolutions. For instance, the positions may be determined at spatial resolutions of better than about 100 micrometers, better than about 30 micrometers, better than about 10 micrometers, better than about 3 micrometers, better than about 1 micrometer, better than about 800 nm, better than about 600 nm, better than about 500 nm, better than about 400 nm, better than about 300 nm, better than about 200 nm, better than about 100 nm, better than about 90 nm, better than about 80 nm, better than about 70 nm, better than about 60 nm, better than about 50 nm, better than about 40 nm, better than about 30 nm, better than about 20 nm, or better than about 10 nm, etc.

There are a variety of techniques able to determine or image the spatial positions of entities optically, e.g., using fluorescence microscopy. In some cases, the spatial positions may be determined at super resolutions, or at resolutions better than the wavelength of light or the diffraction limit. Non-limiting examples include STORM (stochastic optical reconstruction microscopy), STED (stimulated emission depletion microscopy), NSOM (Near-field Scanning Optical Microscopy), 4Pi microscopy, SIM (Structured Illumination Microscopy), SMI (Spatially Modulated Illumination) microscopy, RESOLFT (Reversible Saturable Optically Linear Fluorescence Transition Microscopy), GSD (Ground State Depletion Microscopy), SSIM (Saturated Structured-Illumination Microscopy), SPDM (Spectral Precision Distance Microscopy), Photo-Activated Localization Microscopy (PALM), Fluorescence Photoactivation Localization Microscopy (FPALM), LIMON (3D Light Microscopical Nanosizing Microscopy), Super-resolution optical fluctuation imaging (SOFI), or the like. See, e.g., U.S. Pat. No. 7,838,302, issued Nov. 23, 2010, entitled "Sub-Diffraction Limit Image Resolution and Other Imaging Techniques," by Zhuang, et al.; U.S. Pat. No. 8,564,792, issued Oct. 22, 2013, entitled "Sub-diffraction Limit Image Resolution in Three Dimensions," by Zhuang, et al.; or Int. Pat. Apl. Pub. No. WO 2013/090360, published Jun. 20, 2013, entitled "High Resolution Dual-Objective Microscopy," by Zhuang, et al., each incorporated herein by reference in their entireties.

As an illustrative non-limiting example, in one set of embodiments, the sample may be imaged with a high numerical aperture, oil immersion objective with 100× magnification and light collected on an electron-multiplying CCD camera. In another example, the sample could be imaged with a high numerical aperture, oil immersion lens with 40× magnification and light collected with a wide-field scientific CMOS camera. With different combinations of

US 11,098,303 B2

23                                                                  24

objectives and cameras, a single field of view may correspond to no less than 40×40 microns, 80×80 microns, 120×120 microns, 240×240 microns, 340×340 microns, or 500×500 microns, etc. in various non-limiting embodiments. Similarly, a single camera pixel may correspond, in some embodiments, to regions of the sample of no less than 80×80 nm, 120×120 nm, 160×160 nm, 240×240 nm, or 300×300 nm, etc. In another example, the sample may be imaged with a low numerical aperture, air lens with 10× magnification and light collected with a sCMOS camera. In additional embodiments, the sample may be optically sectioned by illuminating it via a single or multiple scanned diffraction limited foci generated either by scanning mirrors or a spinning disk and the collected passed through a single or multiple pinholes. In another embodiment, the sample may also be illuminated via thin sheet of light generated via any one of multiple methods known to those versed in the art.

In one embodiment, the sample may be illuminated by single Gaussian mode laser lines. In some embodiments, the illumination profiled may be flattened by passing these laser lines through a multimode fiber that is vibrated via piezo-electric or other mechanical means. In some embodiments, the illumination profile may be flattened by passing single-mode, Gaussian beams through a variety of refractive beam shapers, such as the piShaper or a series of stacked Powell lenses. In yet another set of embodiments, the Gaussian beams may be passed through a variety of different diffusing elements, such as ground glass or engineered diffusers, which may be spun in some cases at high speeds to remove residual laser speckle. In yet another embodiment, laser illumination may be passed through a series of lenslet arrays to produce overlapping images of the illumination that approximate a flat illumination field.

In some embodiments, the centroids of the spatial positions of the entities may be determined. For example, a centroid of a signaling entity may be determined within an image or series of images using image analysis algorithms known to those of ordinary skill in the art. In some cases, the algorithms may be selected to determine non-overlapping single emitters and/or partially overlapping single emitters in a sample. Non-limiting examples of suitable techniques include a maximum likelihood algorithm, a least squares algorithm, a Bayesian algorithm, a compressed sensing algorithm, or the like. Combinations of these techniques may also be used in some cases.

In addition, the signaling entity may be inactivated in some cases. For example, in some embodiments, a first secondary nucleic acid probe containing a signaling entity may be applied to a sample that can recognize a first read sequence, then the first secondary nucleic acid probe can be inactivated before a second secondary nucleic acid probe is applied to the sample. If multiple signaling entities are used, the same or different techniques may be used to inactivate the signaling entities, and some or all of the multiple signaling entities may be inactivated, e.g., sequentially or simultaneously.

Inactivation may be caused by removal of the signaling entity (e.g., from the sample, or from the nucleic acid probe, etc.), and/or by chemically altering the signaling entity in some fashion, e.g., by photobleaching the signaling entity, bleaching or chemically altering the structure of the signaling entity, e.g., by reduction, etc.). For instance, in one set of embodiments, a fluorescent signaling entity may be inactivated by chemical or optical techniques such as oxidation, photobleaching, chemically bleaching, stringent washing or enzymatic digestion or reaction by exposure to an enzyme, dissociating the signaling entity from other

components (e.g., a probe), chemical reaction of the signaling entity (e.g., to a reactant able to alter the structure of the signaling entity) or the like. For instance, bleaching may occur by exposure to oxygen, reducing agents, or the signaling entity could be chemically cleaved from the nucleic acid probe and washed away via fluid flow.

In some embodiments, various nucleic acid probes (including primary and/or secondary nucleic acid probes) may include one or more signaling entities. If more than one nucleic acid probe is used, the signaling entities may each by the same or different. In certain embodiments, a signaling entity is any entity able to emit light. For instance, in one embodiment, the signaling entity is fluorescent. In other embodiments, the signaling entity may be phosphorescent, radioactive, absorptive, etc. In some cases, the signaling entity is any entity that can be determined within a sample at relatively high resolutions, e.g., at resolutions better than the wavelength of visible light or the diffraction limit. The signaling entity may be, for example, a dye, a small molecule, a peptide or protein, or the like. The signaling entity may be a single molecule in some cases. If multiple secondary nucleic acid probes are used, the nucleic acid probes may comprise the same or different signaling entities.

Non-limiting examples of signaling entities include fluorescent entities (fluorophores) or phosphorescent entities, for example, cyanine dyes (e.g., Cy2, Cy3, Cy3B, Cy5, Cy5.5, Cy7, etc.), Alexa Fluor dyes, Atto dyes, photoswtichable dyes, photoactivatable dyes, fluorescent dyes, metal nanoparticles, semiconductor nanoparticles or "quantum dots", fluorescent proteins such as GFP (Green Fluorescent Protein), or photoactivabale fluorescent proteins, such as PAGFP, PSCFP, PSCFP2, Dendra, Dendra2, EosFP, tdEos, mEos2, mEos3, PAmCherry, PAtagRFP, mMaple, mMaple2, and mMaple3. Other suitable signaling entities are known to those of ordinary skill in the art. See, e.g., U.S. Pat. No. 7,838,302 or U.S. Pat. Apl. Ser. No. 61/979,436, each incorporated herein by reference in its entirety.

In one set of embodiments, the signaling entity may be attached to an oligonucleotide sequence via a bond that can be cleaved to release the signaling entity. In one set of embodiments, a fluorophore may be conjugated to an oligonucleotide via a cleavable bond, such as a photocleavable bond. Non-limiting examples of photocleavable bonds include, but are not limited to, 1-(2-nitrophenyl)ethyl, 2-nitrobenzyl, biotin phosphoramidite, acrylic phosphoramidite, diethylaminocoumarin, 1-(4,5-dimethoxy-2-nitrophenyl)ethyl, cyclo-dodecyl (dimethoxy-2-nitrophenyl)ethyl, 4-aminomethyl-3-nitrobenzyl, (4-nitro-3-(1-chlorocarbonyloxy-ethyl)phenyl)methyl-S-acetylthioic acid ester, (4-nitro-3-(1-thlorocarbonyloxyethyl)phenyl)methyl-3-(2-pyridyldithio-propionic acid) ester, 3-(4,4'-dimethoxytrityl)-1-(2-nitrophenyl)-propane-1,3-diol-[2-cyanoethyl-(N,N-diisopropyl)]-phosphoramidite, 1-[2-nitro-5-(6-trifluoroacetylcaproamidomethyl)phenyl]-ethyl-[2-cyano-ethyl-(N,N-diisopropyl)]-phosphoramidite, 1-[2-nitro-5-(6-(4,4'-dimethoxytrityloxy)butyramidomethyl)phenyl]-ethyl-[2-cyanoethyl-(N,N-diisopropyl)]-phosphoramidite, 1-[2-nitro-5-(6-(N-(4,4'-dim ethoxytrityl))-biotinamidocaproamido-methyl)phenyl]-ethyl-[2-cyanoethyl-(N,N-diisopropyl)]-phosphoramidite, or similar linkers. In another set of embodiments, the fluorophore may be conjugated to an oligonucleotide via a disulfide bond. The disulfide bond may be cleaved by a variety of reducing agents such as, but not limited to, dithiothreitol, dithioerythritol, beta-mercaptoethanol, sodium borohydride, thioredoxin, glutaredoxin, trypsinogen, hydrazine, diisobutylaluminum hydride, oxalic acid, formic acid, ascorbic acid, phosphorous acid, tin chloride, glutathione, thio-

US 11,098,303 B2

25

glycolate, 2,3-dimercaptopropanol, 2-mercaptoethylamine, 2-aminoethanol, tris(2-carboxyethyl)phosphine, bis(2-mercaptoethyl) sulfone, N,N'-dimethyl-N,N'-bis(mercaptoacetyl)hydrazine, 3-mercaptoproptionate, dimethylformamide, thiopropyl-agarose, tri-n-butylphosphine, cysteine, iron sulfate, sodium sulfite, phosphite, hypophosphite, phosphorothioate, or the like, and/or combinations of any of these. In another embodiment, the fluorophore may be conjugated to an oligonucleotide via one or more phosphorothioate modified nucleotides in which the sulfur modification replaces the bridging and/or non-bridging oxygen. The fluorophore may be cleaved from the oligonucleotide, in certain embodiments, via addition of compounds such as but not limited to iodoethanol, iodine mixed in ethanol, silver nitrate, or mercury chloride. In yet another set of embodiments, the signaling entity may be chemically inactivated through reduction or oxidation. For example, in one embodiment, a chromophore such as Cy5 or Cy7 may be reduced using sodium borohydride to a stable, non-fluorescence state. In still another set of embodiments, a fluorophore may be conjugated to an oligonucleotide via an azo bond, and the azo bond may be cleaved with 2-[(2-N-arylamino)phenylazo]pyridine. In yet another set of embodiments, a fluorophore may be conjugated to an oligonucleotide via a suitable nucleic acid segment that can be cleaved upon suitable exposure to DNAse, e.g., an exodeoxyribonuclease or an endodeoxyribonuclease. Examples include, but are not limited to, deoxyribonuclease I or deoxyribonuclease II. In one set of embodiments, the cleavage may occur via a restriction endonuclease. Non-limiting examples of potentially suitable restriction endonucleases include BamHI, BsrI, NotI, XmaI, PspAI, DpnI, MboI, MnlI, Eco57I, Ksp632I, DraIII, AhaII, SmaI, MluI, HpaI, ApaI, BclI, BstEII, TaqI, EcoRI, SacI, HindII, HaeII, DraII, Tsp509I, Sau3AI, PacI, etc. Over 3000 restriction enzymes have been studied in detail, and more than 600 of these are available commercially. In yet another set of embodiments, a fluorophore may be conjugated to biotin, and the oligonucleotide conjugated to avidin or streptavidin. An interaction between biotin and avidin or streptavidin allows the fluorophore to be conjugated to the oligonucleotide, while sufficient exposure to an excess of addition, free biotin could "outcompete" the linkage and thereby cause cleavage to occur. In addition, in another set of embodiments, the probes may be removed using corresponding "toe-hold-probes," which comprise the same sequence as the probe, as well as an extra number of bases of homology to the encoding probes (e.g., 1-20 extra bases, for example, 5 extra bases). These probes may remove the labeled readout probe through a strand-displacement interaction.

As used herein, the term "light" generally refers to electromagnetic radiation, having any suitable wavelength (or equivalently, frequency). For instance, in some embodiments, the light may include wavelengths in the optical or visual range (for example, having a wavelength of between about 400 nm and about 700 nm, i.e., "visible light"), infrared wavelengths (for example, having a wavelength of between about 300 micrometers and 700 nm), ultraviolet wavelengths (for example, having a wavelength of between about 400 nm and about 10 nm), or the like. In certain cases, as discussed in detail below, more than one entity may be used, i.e., entities that are chemically different or distinct, for example, structurally. However, in other cases, the entities may be chemically identical or at least substantially chemically identical.

In one set of embodiments, the signaling entity is "switchable," i.e., the entity can be switched between two or more

26

states, at least one of which emits light having a desired wavelength. In the other state(s), the entity may emit no light, or emit light at a different wavelength. For instance, an entity may be "activated" to a first state able to produce light having a desired wavelength, and "deactivated" to a second state not able to emit light of the same wavelength. An entity is "photoactivatable" if it can be activated by incident light of a suitable wavelength. As a non-limiting example, Cy5, can be switched between a fluorescent and a dark state in a controlled and reversible manner by light of different wavelengths, i.e., 633 nm (or 642 nm, 647 nm, 656 nm) red light can switch or deactivate Cy5 to a stable dark state, while 405 nm green light can switch or activate the Cy5 back to the fluorescent state. In some cases, the entity can be reversibly switched between the two or more states, e.g., upon exposure to the proper stimuli. For example, a first stimuli (e.g., a first wavelength of light) may be used to activate the switchable entity, while a second stimuli (e.g., a second wavelength of light) may be used to deactivate the switchable entity, for instance, to a non-emitting state. Any suitable method may be used to activate the entity. For example, in one embodiment, incident light of a suitable wavelength may be used to activate the entity to emit light, i.e., the entity is "photoswitchable." Thus, the photoswitchable entity can be switched between different light-emitting or non-emitting states by incident light, e.g., of different wavelengths. The light may be monochromatic (e.g., produced using a laser) or polychromatic. In another embodiment, the entity may be activated upon stimulation by electric field and/or magnetic field. In other embodiments, the entity may be activated upon exposure to a suitable chemical environment, e.g., by adjusting the pH, or inducing a reversible chemical reaction involving the entity, etc. Similarly, any suitable method may be used to deactivate the entity, and the methods of activating and deactivating the entity need not be the same. For instance, the entity may be deactivated upon exposure to incident light of a suitable wavelength, or the entity may be deactivated by waiting a sufficient time.

Typically, a "switchable" entity can be identified by one of ordinary skill in the art by determining conditions under which an entity in a first state can emit light when exposed to an excitation wavelength, switching the entity from the first state to the second state, e.g., upon exposure to light of a switching wavelength, then showing that the entity, while in the second state can no longer emit light (or emits light at a much reduced intensity) when exposed to the excitation wavelength.

In one set of embodiments, as discussed, a switchable entity may be switched upon exposure to light. In some cases, the light used to activate the switchable entity may come from an external source, e.g., a light source such as a laser light source, another light-emitting entity proximate the switchable entity, etc. The second, light emitting entity, in some cases, may be a fluorescent entity, and in certain embodiments, the second, light-emitting entity may itself also be a switchable entity.

In some embodiments, the switchable entity includes a first, light-emitting portion (e.g., a fluorophore), and a second portion that activates or "switches" the first portion. For example, upon exposure to light, the second portion of the switchable entity may activate the first portion, causing the first portion to emit light. Examples of activator portions include, but are not limited to, Alexa Fluor 405 (Invitrogen), Alexa Fluor 488 (Invitrogen), Cy2 (GE Healthcare), Cy3 (GE Healthcare), Cy3B (GE Healthcare), Cy3.5 (GE Healthcare), or other suitable dyes. Examples of light-emitting portions include, but are not limited to, Cy5, Cy5.5 (GE

US 11,098,303 B2

27                                                                          28

Healthcare), Cy7 (GE Healthcare), Alexa Fluor 647 (Invit-
rogen), Alexa Fluor 680 (Invitrogen), Alexa Fluor 700
(Invitrogen), Alexa Fluor 750 (Invitrogen), Alexa Fluor 790
(Invitrogen), DiD, DiR, YOYO-3 (Invitrogen), YO-PRO-3
(Invitrogen), TOT-3 (Invitrogen), TO-PRO-3 (Invitrogen) or
other suitable dyes. These may linked together, e.g., cova-
lently, for example, directly, or through a linker, e.g., form-
ing compounds such as, but not limited to, Cy5-Alexa Fluor
405, Cy5-Alexa Fluor 488, Cy5-Cy2, Cy5-Cy3, Cy5-Cy3.5,
Cy5.5-Alexa Fluor 405, Cy5.5-Alexa Fluor 488, Cy5.5-Cy2,
Cy5.5-Cy3, Cy5.5-Cy3.5, Cy7-Alexa Fluor 405, Cy7-Alexa
Fluor 488, Cy7-Cy2, Cy7-Cy3, Cy7-Cy3.5, Alexa Fluor
647-Alexa Fluor 405, Alexa Fluor 647-Alexa Fluor 488,
Alexa Fluor 647-Cy2, Alexa Fluor 647-Cy3, Alexa Fluor
647-Cy3.5, Alexa Fluor 750-Alexa Fluor 405, Alexa Fluor
750-Alexa Fluor 488, Alexa Fluor 750-Cy2, Alexa Fluor
750-Cy3, or Alexa Fluor 750-Cy3.5. Those of ordinary skill
in the art will be aware of the structures of these and other
compounds, many of which are available commercially. The
portions may be linked via a covalent bond, or by a linker,
such as those described in detail below. Other light-emitting
or activator portions may include portions having two quat-
ernized nitrogen atoms joined by a polymethine chain,
where each nitrogen is independently part of a heteroaro-
matic moiety, such as pyrrole, imidazole, thiazole, pyridine,
quinoine, indole, benzothiazole, etc., or part of a nonaro-
matic amine. In some cases, there may be 5, 6, 7, 8, 9, or
more carbon atoms between the two nitrogen atoms.

In certain cases, the light-emitting portion and the acti-
vator portions, when isolated from each other, may each be
fluorophores, i.e., entities that can emit light of a certain,
emission wavelength when exposed to a stimulus, for
example, an excitation wavelength. However, when a switch-
able entity is formed that comprises the first fluorophore
and the second fluorophore, the first fluorophore forms a
first, light-emitting portion and the second fluorophore
forms an activator portion that switches that activates or
"switches" the first portion in response to a stimulus. For
example, the switchable entity may comprise a first fluoro-
phore directly bonded to the second fluorophore, or the first
and second entity may be connected via a linker or a
common entity. Whether a pair of light-emitting portion and
activator portion produces a suitable switchable entity can
be tested by methods known to those of ordinary skills in the
art. For example, light of various wavelength can be used to
stimulate the pair and emission light from the light-emitting
portion can be measured to determined wither the pair
makes a suitable switch.

As a non-limiting example, Cy3 and Cy5 may be linked
together to form such an entity. In this example, Cy3 is an
activator portion that is able to activate Cy5, the light-
emission portion. Thus, light at or near the absorption
maximum (e.g., near 532 nm light for Cy3) of the activation
or second portion of the entity may cause that portion to
activate the first, light-emitting portion, thereby causing the
first portion to emit light (e.g., near 647 nm for Cy5). See,
e.g., U.S. Pat. No. 7,838,302, incorporated herein by refer-
ence in its entirety. In some cases, the first, light-emitting
portion can subsequently be deactivated by any suitable
technique (e.g., by directing 647 nm red light to the Cy5
portion of the molecule).

Other non-limiting examples of potentially suitable acti-
vator portions include 1,5 IAEDANS, 1,8-ANS, 4-Methyl-
umbelliferone, 5-carboxy-2,7-dichlorofluorescein, 5-Car-
boxyfluorescein (5-FAM), 5-Carboxynapthofluorescein,
5-Carboxytetramethylrhodamine (5-TAMRA), 5-FAM
(5-Carboxyfluorescein), 5-HAT (Hydroxy Tryptamine),

5-Hydroxy Tryptamine (HAT), 5-ROX (carboxy-X-rhod-
amine), 5-TAMRA (5-Carboxytetramethylrhodamine),
6-Carboxyrhodamine 6G, 6-CR 6G, 6-JOE, 7-Amino-4-
methylcoumarin, 7-Aminoactinomycin D (7-AAD), 7-Hy-
droxy-4-methylcoumarin, 9-Amino-6-chloro-2-methoxy-
acridine, ABQ, Acid Fuchsin, ACMA (9-Amino-6-chloro-
2-methoxyacridine), Acridine Orange, Acridine Red,
Acridine Yellow, Acriflavin, Acriflavin Feulgen SITSA,
Alexa Fluor 350, Alexa Fluor 405, Alexa Fluor 430, Alexa
Fluor 488, Alexa Fluor 500, Alexa Fluor 514, Alexa Fluor
532, Alexa Fluor 546, Alexa Fluor 555, Alexa Fluor 568,
Alexa Fluor 594, Alexa Fluor 610, Alexa Fluor 633, Alexa
Fluor 635, Alizarin Complexon, Alizarin Red, AMC,
AMCA-S, AMCA (Aminomethylcoumarin), AMCA-X,
Aminoactinomycin D, Aminocoumarin, Aminomethylcou-
marin (AMCA), Anilin Blue, Anthrocyl stearate, APTRA-
BTC, APTS, Astrazon Brilliant Red 4G, Astrazon Orange R,
Astrazon Red 6B, Astrazon Yellow 7 GLL, Atabrine, ATTO
390, ATTO 425, ATTO 465, ATTO 488, ATTO 495, ATTO
520, ATTO 532, ATTO 550, ATTO 565, ATTO 590, ATM
594, ATTO 610, ATTO 611X, ATTO 620, ATTO 633, ATTO
635, ATTO 647, ATTO 647N, ATTO 655, ATTO 680, ATTO
700, ATTO 725, ATTO 740, ATTO-TAG CBQCA, ATTO-
TAG FQ, Auramine, Aurophosphine G, Aurophosphine,
BAO 9 (Bisaminophenyloxadiazole), BCECF (high pH),
BCECF (low pH), Berberine Sulphate, Bimane, Bisbenz-
amide, Bisbenzimide (Hoechst), bis-BTC, Blancophor FFG,
Blancophor SV, BOBO-1, BOBO-3, Bodipy 492/515,
Bodipy 493/503, Bodipy 500/510, Bodipy 505/515, Bodipy
530/550, Bodipy 542/563, Bodipy 558/568, Bodipy 564/
570, Bodipy 576/589, Bodipy 581/591, Bodipy 630/650-X,
Bodipy 650/665-X, Bodipy 665/676, Bodipy Fl, Bodipy FL
ATP, Bodipy Fl-Ceramide, Bodipy R6G, Bodipy TMR,
Bodipy TMR-X conjugate, Bodipy TMR-X, SE, Bodipy TR,
Bodipy TR ATP, Bodipy TR-X SE, BO-PRO-1, BO-PRO-3,
Brilliant Sulphoflavin FF, BTC, BTC-5N, Calcein, Calcein
Blue, Calcium Crimson, Calcium Green, Calcium Green-1
Ca$^{2+}$ Dye, Calcium Green-2 Ca$^{2+}$, Calcium Green-5N Ca$^{2+}$,
Calcium Green-C18 Ca$^{2+}$, Calcium Orange, Calcofluor
White, Carboxy-X-rhodamine (5-ROX), Cascade Blue, Cas-
cade Yellow, Catecholamine, CCF2 (GeneBlazer), CFDA,
Chromomycin A, Chromomycin A, CL-NERF, CMFDA,
Coumarin Phalloidin, CPM Methylcoumarin, CTC, CTC
Formazan, Cy2, Cy3.1 8, Cy3.5, Cy3, Cy5.1 8, cyclic AMP
Fluorosensor (FiCRhR), Dabcyl, Dansyl, Dansyl Amine,
Dansyl Cadaverine, Dansyl Chloride, Dansyl DHPE, Dansyl
fluoride, DAPI, Dapoxyl, Dapoxyl 2, Dapoxyl 3' DCFDA,
DCFH (Dichlorodihydrofluorescein Diacetate), DDAO,
DHR (Dihydorhodamine 123), Di-4-ANEPPS, Di-8-
ANEPPS (non-ratio), DiA (4-Di-16-ASP), Dichlorodihy-
drofluorescein Diacetate (DCFH), DiD—Lipophilic Tracer,
DiD (DilC18(5)), DIDS, Dihydorhodamine 123 (DHR), DiI
(DilC18(3)), Dinitrophenol, DiO (DiOC18(3)), DiR, DiR
(DilC18(7)), DM-NERF (high pH), DNP, Dopamine, DTAF,
DY-630-NHS, DY-635-NHS, DyLight 405, DyLight 488,
DyLight 549, DyLight 633, DyLight 649, DyLight 680,
DyLight 800, ELF 97, Eosin, Erythrosin, Erythrosin ITC,
Ethidium Bromide, Ethidium homodimer-1 (EthD-1),
Euchrysin, EukoLight, Europium (III) chloride, Fast Blue,
FDA, Feulgen (Pararosaniline), FIF (Formaldehyd Induced
Fluorescence), FITC, Flazo Orange, Fluo-3, Fluo-4, Fluo-
rescein (FITC), Fluorescein Diacetate, Fluoro-Emerald,
Fluoro-Gold (Hydroxystilbamidine), Fluor-Ruby, FluorX,
FM 1-43, FM 4-46, Fura Red (high pH), Fura Red/Fluo-3,
Fura-2, Fura-2/BCECF, Genacryl Brilliant Red B, Genacryl
Brilliant Yellow 10GF, Genacryl Pink 3G, Genacryl Yellow
SGF, GeneBlazer (CCF2), Gloxalic Acid, Granular blue,

US 11,098,303 B2

29

30

Haematoporphyrin, Hoechst 33258, Hoechst 33342, Hoechst 34580, HPTS, Hydroxycoumarin, Hydroxystilbamidine (FluoroGold), Hydroxytryptamine, Indo-1, high calcium, Indo-1, low calcium, Indodicarbocyanine (DiD), Indotricarbocyanine (DiR), Intrawhite Cf, JC-1, JO-JO-1, JO-PRO-1, LaserPro, Laurodan, LDS 751 (DNA), LDS 751 (RNA), Leucophor PAF, Leucophor SF, Leucophor WS, Lissamine Rhodamine, Lissamine Rhodamine B, Calcein/ Ethidium homodimer, LOLO-1, LO-PRO-1, Lucifer Yellow, Lyso Tracker Blue, Lyso Tracker Blue-White, Lyso Tracker Green, Lyso Tracker Red, Lyso Tracker Yellow, LysoSensor Blue, LysoSensor Green, LysoSensor Yellow/Blue, Mag Green, Magdala Red (Phloxin B), Mag-Fura Red, Mag-Fura-2, Mag-Fura-5, Mag-Indo-1, Magnesium Green, Magnesium Orange, Malachite Green, Marina Blue, Maxilon Brilliant Flavin 10 GFF, Maxilon Brilliant Flavin 8 GFF, Merocyanin, Methoxycoumarin, Mitotracker Green FM, Mitotracker Orange, Mitotracker Red, Mitramycin, Monobromobimane, Monobromobimane (mBBr-GSH), Monochlorobimane, MPS (Methyl Green Pyronine Stilbene), NBD, NBD Amine, Nile Red, Nitrobenzoxadidole, Noradrenaline, Nuclear Fast Red, Nuclear Yellow, Nylosan Brilliant lavin EBG, Oregon Green, Oregon Green 488-X, Oregon Green, Oregon Green 488, Oregon Green 500, Oregon Green 514, Pacific Blue, Pararosaniline (Feulgen), PBFI, Phloxin B (Magdala Red), Phorwite AR, Phorwite BKL, Phorwite Rev, Phorwite RPA, Phosphine 3R, PKH26 (Sigma), PKH67, PMIA, Pontochrome Blue Black, POPO-1, POPO-3, PO-PRO-1, PO-PRO-3, Primuline, Procion Yellow, Propidium Iodid (PI), PyMPO, Pyrene, Pyronine, Pyronine B, Pyrozal Brilliant Flavin 7GF, QSY 7, Quinacrine Mustard, Resorufin, RH 414, Rhod-2, Rhodamine, Rhodamine 110, Rhodamine 123, Rhodamine 5 GLD, Rhodamine 6G, Rhodamine B, Rhodamine B 200, Rhodamine B extra, Rhodamine BB, Rhodamine BG, Rhodamine Green, Rhodamine Phallicidine, Rhodamine Phalloidine, Rhodamine Red, Rhodamine WT, Rose Bengal, S65A, S65C, S65L, S65T, SBFI, Serotonin, Sevron Brilliant Red 2B, Sevron Brilliant Red 4G, Sevron Brilliant Red B, Sevron Orange, Sevron Yellow L, SITS, SITS (Primuline), SITS (Stilbene Isothiosulphonic Acid), SNAFL calcein, SNAFL-1, SNAFL-2, SNARF calcein, SNARF1, Sodium Green, SpectrumAqua, SpectrumGreen, SpectrumOrange, Spectrum Red, SPQ (6-methoxy-N-(3-sulfopropyl)quinolinium), Stilbene, Sulphorhodamine B can C, Sulphorhodamine Extra, SYTO 11, SYTO 12, SYTO 13, SYTO 14, SYTO 15, SYTO 16, SYTO 17, SYTO 18, SYTO 20, SYTO 21, SYTO 22, SYTO 23, SYTO 24, SYTO 25, SYTO 40, SYTO 41, SYTO 42, SYTO 43, SYTO 44, SYTO 45, SYTO 59, SYTO 60, SYTO 61, SYTO 62, SYTO 63, SYTO 64, SYTO 80, SYTO 81, SYTO 82, SYTO 83, SYTO 84, SYTO 85, SYTOX Blue, SYTOX Green, SYTOX Orange, Tetracycline, Tetramethylrhodamine (TAMRA), Texas Red, Texas Red-X conjugate, Thiadicarbocyanine (DiSC3), Thiazine Red R, Thiazole Orange, Thioflavin 5, Thioflavin S, Thioflavin TCN, Thiolyte, Thiozole Orange, Tinopol CBS (Calcofluor White), TMR, TO-PRO-1, TO-PRO-3, TO-PRO-5, TOTO-1, TOTO-3, TRITC (tetramethylrodamine isothiocyanate), True Blue, TruRed, Ultralite, Uranine B, Uvitex SFC, WW 781, X-Rhodamine, XRITC, Xylene Orange, Y66F, Y66H, Y66W, YO-PRO-1, YO-PRO-3, YOYO-1, YOYO-3, SYBR Green, Thiazole orange (interchelating dyes), or combinations thereof.

Another aspect of the invention is directed to a computer-implemented method. For instance, a computer and/or an automated system may be provided that is able to automatically and/or repetitively perform any of the methods

described herein. As used herein, "automated" devices refer to devices that are able to operate without human direction, i.e., an automated device can perform a function during a period of time after any human has finished taking any action to promote the function, e.g. by entering instructions into a computer to start the process. Typically, automated equipment can perform repetitive functions after this point in time. The processing steps may also be recorded onto a machine-readable medium in some cases.

For example, in some cases, a computer may be used to control imaging of the sample, e.g., using fluorescence microscopy, STORM or other super-resolution techniques such as those described herein. In some cases, the computer may also control operations such as drift correction, physical registration, hybridization and cluster alignment in image analysis, cluster decoding (e.g., fluorescent cluster decoding), error detection or correction (e.g., as discussed herein), noise reduction, identification of foreground features from background features (such as noise or debris in images), or the like. As an example, the computer may be used to control activation and/or excitation of signaling entities within the sample, and/or the acquisition of images of the signaling entities. In one set of embodiments, a sample may be excited using light having various wavelengths and/or intensities, and the sequence of the wavelengths of light used to excite the sample may be correlated, using a computer, to the images acquired of the sample containing the signaling entities. For instance, the computer may apply light having various wavelengths and/or intensities to a sample to yield different average numbers of signaling entities in each region of interest (e.g., one activated entity per location, two activated entities per location, etc.). In some cases, this information may be used to construct an image and/or determine the locations of the signaling entities, in some cases at high resolutions, as noted above.

In some aspects, the sample is positioned on a microscope. In some cases, the microscope may contain one or more channels, such as microfluidic channels, to direct or control fluid to or from the sample. For instance, in one embodiment, nucleic acid probes such as those discussed herein may be introduced and/or removed from the sample by flowing fluid through one or more channels to or from the sample. In some cases, there may also be one or more chambers or reservoirs for holding fluid, e.g., in fluidic communication with the channel, and/or with the sample. Those of ordinary skill in the art will be familiar with channels, including microfluidic channels, for moving fluid to or from a sample.

As used herein, "microfluidic," "microscopic," "microscale," the "micro-" prefix (for example, as in "microchannel"), and the like generally refers to elements or articles having widths or diameters of less than about 1 mm, and less than about 100 microns (micrometers) in some cases. In some embodiments, larger channels may be used instead of, or in conjunction with, microfluidic channels for any of the embodiments discussed herein. For examples, channels having widths or diameters of less than about 10 mm, less than about 9 mm, less than about 8 mm, less than about 7 mm, less than about 6 mm, less than about 5 mm, less than about 4 mm, less than about 3 mm, or less than about 2 mm may be used in certain instances. In some cases, the element or article includes a channel through which a fluid can flow. In all embodiments, specified widths can be a smallest width (i.e. a width as specified where, at that location, the article can have a larger width in a different dimension), or a largest width (i.e. where, at that location, the article has a width that is no wider than as specified, but

US 11,098,303 B2

31

can have a length that is greater). Thus, for instance, the microfluidic channel may have an average cross-sectional dimension (e.g., perpendicular to the direction of flow of fluid in the microfluidic channel) of less than about 1 mm, less than about 500 microns, less than about 300 microns, or less than about 100 microns. In some cases, the microfluidic channel may have an average diameter of less than about 60 microns, less than about 50 microns, less than about 40 microns, less than about 30 microns, less than about 25 microns, less than about 10 microns, less than about 5 microns, less than about 3 microns, or less than about 1 micron.

A "channel," as used herein, means a feature on or in an article (e.g., a substrate) that at least partially directs the flow of a fluid. In some cases, the channel may be formed, at least in part, by a single component, e.g. an etched substrate or molded unit. The channel can have any cross-sectional shape, for example, circular, oval, triangular, irregular, square or rectangular (having any aspect ratio), or the like, and can be covered or uncovered (i.e., open to the external environment surrounding the channel). In embodiments where the channel is completely covered, at least one portion of the channel can have a cross-section that is completely enclosed, and/or the entire channel may be completely enclosed along its entire length with the exception of its inlet and outlet.

A channel may have any aspect ratio, e.g., an aspect ratio (length to average cross-sectional dimension) of at least about 2:1, more typically at least about 3:1, at least about 5:1, at least about 10:1, etc. As used herein, a "cross-sectional dimension," in reference to a fluidic or microfluidic channel, is measured in a direction generally perpendicular to fluid flow within the channel. A channel generally will include characteristics that facilitate control over fluid transport, e.g., structural characteristics and/or physical or chemical characteristics (hydrophobicity vs. hydrophilicity) and/or other characteristics that can exert a force (e.g., a containing force) on a fluid. The fluid within the channel may partially or completely fill the channel. In some cases the fluid may be held or confined within the channel or a portion of the channel in some fashion, for example, using surface tension (e.g., such that the fluid is held within the channel within a meniscus, such as a concave or convex meniscus). In an article or substrate, some (or all) of the channels may be of a particular size or less, for example, having a largest dimension perpendicular to fluid flow of less than about 5 mm, less than about 2 mm, less than about 1 mm, less than about 500 microns, less than about 200 microns, less than about 100 microns, less than about 60 microns, less than about 50 microns, less than about 40 microns, less than about 30 microns, less than about 25 microns, less than about 10 microns, less than about 3 microns, less than about 1 micron, less than about 300 nm, less than about 100 nm, less than about 30 nm, or less than about 10 nm or less in some cases. In one embodiment, the channel is a capillary.

A variety of materials and methods, according to certain aspects of the invention, can be used to form devices or components containing microfluidic channels, chambers, etc. For example, various devices or components can be formed from solid materials, in which the channels can be formed via micromachining, film deposition processes such as spin coating and chemical vapor deposition, physical vapor deposition, laser fabrication, photolithographic techniques, etching methods including wet chemical or plasma processes, electrodeposition, and the like. See, for example, *Scientific American*, 248:44-55, 1983 (Angell, et al).

32

In one set of embodiments, various structures or components can be formed of a polymer, for example, an elastomeric polymer such as polydimethylsiloxane ("PDMS"), polytetrafluoroethylene ("PTFE" or Teflon®), or the like. For instance, according to one embodiment, a channel such as a microfluidic channel may be implemented by fabricating the fluidic system separately using PDMS or other soft lithography techniques (details of soft lithography techniques suitable for this embodiment are discussed in the references entitled "Soft Lithography," by Younan Xia and George M. Whitesides, published in the *Annual Review of Material Science*, 1998, Vol. 28, pages 153-184, and "Soft Lithography in Biology and Biochemistry," by George M. Whitesides, Emanuele Ostuni, Shuichi Takayama, Xingyu Jiang and Donald E. Ingber, published in the *Annual Review of Biomedical Engineering*, 2001, Vol. 3, pages 335-373; each of these references is incorporated herein by reference).

Other examples of potentially suitable polymers include, but are not limited to, polyethylene terephthalate (PET), polyacrylate, polymethacrylate, polycarbonate, polystyrene, polyethylene, polypropylene, polyvinylchloride, cyclic olefin copolymer (COC), polytetrafluoroethylene, a fluorinated polymer, a silicone such as polydimethylsiloxane, polyvinylidene chloride, bis-benzocyclobutene ("BCB"), a polyimide, a fluorinated derivative of a polyimide, or the like. Combinations, copolymers, or blends involving polymers including those described above are also envisioned. The device may also be formed from composite materials, for example, a composite of a polymer and a semiconductor material.

In some embodiments, various microfluidic structures or components of the device are fabricated from polymeric and/or flexible and/or elastomeric materials, and can be conveniently formed of a hardenable fluid, facilitating fabrication via molding (e.g. replica molding, injection molding, cast molding, etc.). The hardenable fluid can be essentially any fluid that can be induced to solidify, or that spontaneously solidifies, into a solid capable of containing and/or transporting fluids contemplated for use in and with the fluidic network. In one embodiment, the hardenable fluid comprises a polymeric liquid or a liquid polymeric precursor (i.e. a "prepolymer"). Suitable polymeric liquids can include, for example, thermoplastic polymers, thermoset polymers, waxes, metals, or mixtures or composites thereof heated above their melting point. As another example, a suitable polymeric liquid may include a solution of one or more polymers in a suitable solvent, which solution forms a solid polymeric material upon removal of the solvent, for example, by evaporation. Such polymeric materials, which can be solidified from, for example, a melt state or by solvent evaporation, are well known to those of ordinary skill in the art. A variety of polymeric materials, many of which are elastomeric, are suitable, and are also suitable for forming molds or mold masters, for embodiments where one or both of the mold masters is composed of an elastomeric material. A non-limiting list of examples of such polymers includes polymers of the general classes of silicone polymers, epoxy polymers, and acrylate polymers. Epoxy polymers are characterized by the presence of a three-membered cyclic ether group commonly referred to as an epoxy group, 1,2-epoxide, or oxirane. For example, diglycidyl ethers of bisphenol A can be used, in addition to compounds based on aromatic amine, triazine, and cycloaliphatic backbones. Another example includes the well-known Novolac polymers. Non-limiting examples of silicone elastomers suitable for use according to the invention include those formed from

US 11,098,303 B2

33

precursors including the chlorosilanes such as methylchlo-rosilanes, ethylchlorosilanes, phenylchlorosilanes, etc.

Silicone polymers are used in certain embodiments, for example, the silicone elastomer polydimethylsiloxane. Non-limiting examples of PDMS polymers include those sold under the trademark Sylgard by Dow Chemical Co., Mid-land, Mich., and particularly Sylgard 182, Sylgard 184, and Sylgard 186. Silicone polymers including PDMS have sev-eral beneficial properties simplifying fabrication of various structures of the invention. For instance, such materials are inexpensive, readily available, and can be solidified from a prepolymeric liquid via curing with heat. For example, PDMSs are typically curable by exposure of the prepoly-meric liquid to temperatures of about, for example, about 65° C. to about 75° C. for exposure times of, for example, at least about an hour. Also, silicone polymers, such as PDMS, can be elastomeric and thus may be useful for forming very small features with relatively high aspect ratios, necessary in certain embodiments of the invention. Flexible (e.g., elastomeric) molds or masters can be advan-tageous in this regard.

One advantage of forming structures such as microfluidic structures or channels from silicone polymers, such as PDMS, is the ability of such polymers to be oxidized, for example by exposure to an oxygen-containing plasma such as an air plasma, so that the oxidized structures contain, at their surface, chemical groups capable of cross-linking to other oxidized silicone polymer surfaces or to the oxidized surfaces of a variety of other polymeric and non-polymeric materials. Thus, structures can be fabricated and then oxi-dized and essentially irreversibly sealed to other silicone polymer surfaces, or to the surfaces of other substrates reactive with the oxidized silicone polymer surfaces, with-out the need for separate adhesives or other sealing means. In most cases, sealing can be completed simply by contact-ing an oxidized silicone surface to another surface without the need to apply auxiliary pressure to form the seal. That is, the pre-oxidized silicone surface acts as a contact adhesive against suitable mating surfaces. Specifically, in addition to being irreversibly sealable to itself, oxidized silicone such as oxidized PDMS can also be sealed irreversibly to a range of oxidized materials other than itself including, for example, glass, silicon, silicon oxide, quartz, silicon nitride, polyeth-ylene, polystyrene, glassy carbon, and epoxy polymers, which have been oxidized in a similar fashion to the PDMS surface (for example, via exposure to an oxygen-containing plasma). Oxidation and sealing methods useful in the con-text of the present invention, as well as overall molding techniques, are described in the art, for example, in an article entitled "Rapid Prototyping of Microfluidic Systems and Polydimethylsiloxane," *Anal. Chem.,* 70:474-480, 1998 (Duffy et al.), incorporated herein by reference.

The following documents are each incorporated herein by reference in their entireties: U.S. Pat. No. 7,838,302, issued Nov. 23, 2010, entitled "Sub-Diffraction Limit Image Reso-lution and Other Imaging Techniques," by Zhuang, et al.; U.S. Pat. No. 8,564,792, issued Oct. 22, 2013, entitled "Sub-diffraction Limit Image Resolution in Three Dimen-sions," by Zhuang, et al.; and Int. Pat. Apl. Pub. No. WO 2013/090360, published Jun. 20, 2013, entitled "High Reso-lution Dual-Objective Microscopy," by Zhuang, et al.

In addition, incorporated herein by reference in their entireties are U.S. Provisional Patent Application Ser. No. 62/031,062, filed Jul. 30, 2014, entitled "Systems and Meth-ods for Determining Nucleic Acids," by Zhuang, et al.; U.S. Provisional Patent Application Ser. No. 62/050,636, filed Sep. 15, 2014, entitled "Probe Library Construction," by

34

Zhuang, et al.; U.S. Provisional Patent Application Ser. No. 62/142,653, filed Apr. 3, 2015, entitled "Systems and Meth-ods for Determining Nucleic Acids," by Zhuang, et al.; and a PCT application filed on even date herewith, entitled "Probe Library Construction," by Zhuang, et al.

The following examples are intended to illustrate certain embodiments of the present invention, but do not exemplify the full scope of the invention.

Example 1

The example presents a platform to enable the simulta-neous detection of the number and spatial organization of thousands of distinct mRNAs within single cells with high efficiency and low error-rate using a novel form of highly multiplexed fluorescence in situ hybridization (FISH). This example accomplishes these measurements by integrating and innovating methods for massively parallel probe syn-thesis, super-resolution imaging, and self-correcting error-checking codes.

Here, these examples present methods for the simultane-ous detection of some or all of the thousands of unique RNAs expressed in a cell. This approach not only promises to revolutionize the throughput of the already effective single-molecule FISH (smFISH) approach, but also allows researchers to benefit from the hypothesis free discovery approach which has made other whole-genome systems approaches to biology so effective. For example, this whole genome approach may allow researchers to discover RNAs whose expression levels and/or subcellular localization pat-terns change under certain conditions of interest, such as disease states, without knowing, a priori, which mRNA will change in abundance or localization. Simultaneous measure-ments of hundreds of genes within a single cell also allow for the identification of correlations between genes in expression and localization patterns in some cases.

This can be achieved using methods for highly multi-plexed smFISH via the sequential hybridization of orthogo-nal detection probes and super-resolution imaging, reducing the cost of probe synthesis, and the development of a highly automated system to minimize demands on the user, as discussed herein. This provides an integrated platform to handle the bioinformatics of probe design, the mathematics of error-correcting codes, the complexity of image registra-tion and analysis, and the cumbersome fluid handling through a simple suite of user friendly interfaces. This integration allows easy operation with limited user training and facilitates the rapid collection of data.

This example illustrates: (1) computational design of "codewords" to attach to all RNA targets in the cell that will allow unique identification of each RNA with some degree of experimental error tolerance, (2) translation of these codewords into nucleotide sequences and synthesis of the required single-stranded (ss) oligonucleotide (e.g. ssDNA) probes, (3) sample fixation and hybridization of these probes to the RNA targets in situ, (4) read-out of these codewords via successive rounds of hybridization of distinct fluorescent probes imaged with conventional fluorescence microscopy or super-resolution fluorescence microscopy, and (5) auto-mated decoding of measured codewords combined with computational error correction to uniquely and robustly identify individual mRNAs.

In the first step, a "codeword" is assigned to every RNA that is to be labeled. In a typical design these may be strings of N binary letters or positions. Codewords may be chosen from the same wide range of existing error tolerant or error-correcting encoding schemes developed for digital

US 11,098,303 B2

35                                                                36

storage and communication, e.g., using Hamming codes or the like. For example, actin-RNA may be assigned the binary codeword 11001010. Each codeword may be unique and separated from the other codewords by a Hamming distance, h, which measures the number of letters or positions that must be incorrectly read for one codeword to be misinterpreted as a different one. A Hamming distance greater than 1 between all codewords allows for some measurement errors to be detected—since simple errors would produce codewords that are not used to encode RNAs. For a Hamming distance larger than 2, it is also possible to correct some errors, as codewords with one error will be closest in Hamming distance to a single, unique codeword. The total number of different RNAs to be detected from the transcriptome and the amount of error correction desired determines the length of the codewords. Information theory provides several efficient algorithms for assembling error-correcting binary codebooks.

In the second step, this encoding scheme is translated into a set of oligonucleotide (e.g. DNA) probe sequences, which can be called primary probes or encoding probes, each of which not only targets a probe to the RNA of interest but also encodes the unique binary codeword within a set of secondary binding sites (FIG. 1). For example, first designed may be primary binding sequences for each targeted mRNA. These sequences are "target sequences" that are comprised of complementary nucleotide sequences to their target RNAs computationally selected to satisfy a stringent set of hybridization conditions, including uniqueness in the target genome. To improve the efficiency of hybridization to individual mRNAs, multiple primary target sequences are designed for each individual RNA. Then each position within the set of codewords is assigned a unique oligonucleotide (e.g. DNA) sequence, which is called a read sequence. These tags are designed as to have no interaction with endogenous mRNA sequences or each other. For instance, for all the value "1"s in a codeword of an individual mRNA, the corresponding read sequence is attached to the primary targeting sequences against that mRNA. In general, each probe will contain a target sequence and one or more read sequences. If the total length of the necessary read sequences and the primary target sequence exceeds synthesis capabilities, then subsets of the read sequences can be appended to distinct target sequences. For example, consider the potential codeword 11001010 for actin. Probe sequences for this RNA could contain the read sequences corresponding to positions 1, 2, 5, and 7 in the codeword attached to a variety of target sequences specific to actin. After all the sequences have been designed, the resulting complex set of unique custom oligonucleotide (e.g. DNA) sequences is manufactured and amplified using methods as described below.

In the third step, the resulting pool of DNA is hybridized, e.g., to fixed, permeabilized cells. In this process, individual probes may be attached to every RNA in the cell by hybridization of their corresponding target sequences with the RNA while the read sequences remain free to bind the appropriate secondary probes as discussed below.

In the fourth step—the read-out step—fluorescently labeled secondary nucleic acid probes (also called readout probes) are successively hybridized to the read sequences attached to the target sequences that binds to the mRNA targets in the above step. When simultaneously imaging a large number of different RNA species in cells, the density of labeled RNAs may exceed that at which each RNA can be resolved via conventional imaging methods. Thus, this may be performed using a super-resolution imaging method, for example STORM (stochastic optical reconstruction micros-

copy), to resolve the labeled molecules. After each round of hybridization and imaging with the secondary probes, the fluorophores are quenched or otherwise inactivated either via chemical or optical techniques such as oxidation, chemically bleaching, photobleaching, stringent washing or enzymatic digestion, etc. The sample is then stained with the next secondary probe, and the cycle continues until all positions of the codewords have been read out. In the simplest incarnation, there will be one hybridization step for each position within the codeword, e.g. 8 hybridization steps for an 8-letter codeword (FIG. 1).

FIG. 1 shows schematic diagrams of this example. FIG. 1A shows that every position of the codewords is assigned a unique oligonucleotide sequence when this position has a value "1." All mRNA codewords are then translated into combinations of read sequences, which are attached to the targeting sequence. FIG. 1B shows various steps of the labeling scheme of this example. In the first step, all mRNAs (I-III) are tagged with multiple oligonucleotide (e.g. ssDNA) probes comprising a primary targeting sequence, which hybridizes to the RNA of interest, and a "tail" (i.e. containing read sequences) carrying the translated codeword, which does not interact with endogenous nucleotide sequences. In the next step, the first secondary probe is added, which can bind all probes whose tails have a read sequence corresponding to the value of "1" in the first position. The dyes on these secondary probes are imaged and bleached, then the next secondary probe is added to bind probes attached to mRNA which have a value of "1" in the second position of their assigned codeword, and so on.

In the final step, the microscopy images from each staining and imaging round are aligned, for example, computationally (e.g. using fiducial beads or other markers tracked during image acquisition), and the clusters of localizations resolved by conventional fluorescence microscopy or super-resolution imaging (e.g. STORM) from the different rounds are identified. These clusters of localizations arise from individual target mRNA molecules, and the hybridization rounds in which a spot was detected in a given cluster correspond to the "1" in the codeword for that mRNA. If there are no missed-detection events or false positive signal in the images, this codeword will perfectly match one of the expected codewords. FIG. 1 describes an example in which the codeword has three letters, i.e. three positions, and the three target mRNAs have codewords 110, 101, and 011 assigned to them. In real experimental examples, the codeword could contain more digits. For example, the mRNA for actin could be assigned the codeword, 11001010. In that case, detected clusters containing overlapping localization signals in the 1st, 2nd, 5th and 7th hybridization steps (meaning the 1st, 2nd, 5th and 7th secondary probes bound to this site) can be identified as individual actin mRNA molecules, since the pattern of positive bindings matches the codevode of actin (11001010). In addition, if there are missed-detection events or false positive signals in the image data, these aberrations can be corrected by the implemented error-correction scheme. For example, clusters of localizations with a detected codeword that has only one digit discrepancy from 11001010 (such as 11000010 or 11101010) can also be identified as actin mRNA since all other valid codeword in this example differ from the detected pattern in two more positions.

Example 2

This example describes another alternative approach that differs in several of the steps described above. This approach

US 11,098,303 B2

37

begins with the first step, construction of the codewords to the desired mRNA targets, as described above.

In the second step of this approach, nucleic acid probes are designed that bind uniquely to the mRNA targets of interest, as described above. However, instead of appending unique read sequences to these targeting sequences, unique pools or groups of probes are constructed from these target sequences. Each pool comprises all or a subset of the sequences that target all mRNAs which contain the same value at a given position in their codeword. For example, the first pool would have of all or a subset of the target sequences designed for all mRNAs that contain a 1 in the first position of their codewords, e.g. 110 and 101 but not 011; the second pool would have of all or a subset of the target sequences designed for all mRNAs that contain a 1 in the second position of their codewords, e.g. 110 and 011 but not 101; the third pool would have of all or a subset of the target sequences designed for all mRNAs that contain a 1 in the third position of their codewords, e.g. 011 and 101 but not 110 (FIG. 1C). As another example, consider the potential codeword 11001010 for actin. Probes that target this mRNA would be included in pools 1, 2, 5, and 7 but not in pools 3, 4, 6, and 8. The same target to a given mRNA may or may not be included in pools. For example, a probe that targets the same region of actin may be included in pools 1, 2, 5, and 7 or any subset of these pools. After all of the pools have been designed, each complex set of unique, custom oligonucleotide sequences is manufactured and amplified using methods as described below.

In the third step of this approach, the first pool of probes is hybridized, e.g., to fixed, permeabilized cells. In this process, the fluorophores attached to each of the probes in this pool are bound to each of the targets of that pool. The binding of these probes is then determined by fluorescence microscopy. As described above, these images can be collected either via a range of methods including both conventional fluorescence imaging or super-resolution imaging methods such as STORM. After a round of imaging, the probes from the first pool are inactivated or removed from the sample via the methods described above. This process is then repeated for each successive pool of probes until some or all of the pools have been applied to the sample and imaged such that all positions in the codewords have been read out. In the simplest incarnation, there will be one hybridization and imaging step for each position in the codeword, e.g. 3 rounds of hybridization and imaging for a codeword with 3 positions (FIG. 1C) or 8 rounds of hybridization and imaging for a codeword with 8 positions.

The final step of this approach is identical to that described above.

Example 3

In this example, 14 genes (PGK1, H3F3B, PKM, ENO1, GPI, EEF2, GNAS, HSPA8, GAPDH, CALM1, RHOA, PPIA, UBA52, and VCP) were encoded using a subset of the (8,4) SECDED code (FIGS. 2A-2E). To determine the accuracy of these measurements, the measured abundances of these 14 mRNAs were compared to the abundances measured from bulk RNA-seq of A549 cells (published ENCODE data). Remarkably, it was found that there was excellent agreement between these two measurements, as the transcripts count measured using the sequential hybridization approach correlated with gene expression measured using RNA-seq with a Pearson correlation coefficient r of 0.75 (FIG. 2F). Gene expression from 3 other cells were also

38

measured, and it was found that the gene expression of these 14 genes was highly correlated among the cells with a r of 0.96 (FIG. 2G).

Codebook Design. Each mRNA in the target set was assigned a binary codeword using a Single Error Correction Double Error Detection (SECDED) code. SECDED is an extended Hamming codebook with an additional parity bit. Briefly, Matlab's Communications System toolbox was used to generate SECDED codes of either 8 or 16 letters or positions. In both cases, only those codewords containing four is were used. These words were assigned at random to mRNAs in the target set. [0 1 0 1 1 1 0 0] is an example of the 8-letter codewords used (i.e., these codewords each contained four 1s and four 0s.) [0 1 0 1 1 1 0 0 0 0 0 0 0 0 0 0] is an example of the 16-letter codewords used (i.e., each codeword contained four 1s and twelve 0s). Not every codeword was necessarily assigned to an mRNA.

Computational Assembly of ssDNA Primary Probe Sequence. The number of primary nucleic acid probes used for hybridization with mRNA targets ranged from 200 to 2000 unique oligonucleotides, depending on the experiment. For example, to label 14 mRNAs with 28 oligos targeting each gene, 392 unique sequences were used. Large number of oligos with unique sequences were purchased in a pool from LC Sciences or CustomArray. However, array synthesized oligos were in minute quantity that was insufficient for in situ hybridization. The protocol for their amplification are described below.

Each primary probe contained three components: flanking primer sequences to allow enzymatic amplification of probes, targeting sequence for in situ hybridization to mRNAs, and secondary tag sequence containing one or more read sequences for sequential readout of codewords.

The following is an example of a primary probe:

```
                                            (SEQ ID NO: 1)
GTTGGCGACGAAAGCACTGCGATTGGAACCGTCCCAAGCGTTGCG
CTTAATGGATCATCAATTTTGTCTCACTACGACGGTCAATCGCGCTGCAT
ACTTGCGTCGGTCGGACAAACGAGG
```

The components are arranged in the following order: forward primer (not underlined), secondary read sequence 1 (underlined), mRNA targeting sequence (not underlined), secondary read sequence 2 (underlined), and reverse primer (not underlined). The secondary read sequences are the reverse complement of the corresponding secondary probes. Since only codewords that contained four '1's were used, the primary probes for each mRNA needed to contain 4 different secondary read sequences in this example. However, in order to reduce the overall length of the primary probes, the pool of targeting sequences for each mRNA target was split at random into two pools. Two secondary read sequences are attached each probe in one of the two pools and the other two secondary read sequences are attached the probes in the other pool. The design criteria for each component are described below.

Primer Design. Specific index primers were generated by a collection of 240,000 published sequences of orthogonal 25-bp long sequences. These sequences were trimmed to 20 bp, selected for a narrow 70 to 80° C. melting temperature, the absence of consecutive repeats of 3 or more base, and the presence of a GC clamp, i.e. one of the two 3' terminal bases must be G or C. To further improve specificity, these sequences were then screened against the human genome using BLAST+ (Camacho et al 2009), and primers with 14 or more contiguous bases of homology were eliminated. In a subsequent screening via BLAST+, primers that shared 11

US 11,098,303 B2

39                                                        40

or more contiguous bases or more than 5 bases at the 3' end of any other primer or the T7 promoter were also removed.

Secondary Probes Design. 30-bp long secondary sequences were created by concatenating fragments of the orthogonal primer set described above. These secondaries were then screened for orthogonality with other secondaries (no more than 11 basepairs of homology) and for potential off-target binding sites in the human genome (no more than 14 basepairs of homology). Secondary sequences used in this example are provided in Table 1.

TABLE 1

| Bit | Secondary sequences | Sequence number |
|-----|---------------------|-----------------|
| B1 | CGCAACGCTTGGGACGGTTCCAATCGGATC | SEQ ID NO: 2 |
| B2 | CGAATGCTCTGGCCTCGAACGAACGATAGC | SEQ ID NO: 3 |
| B3 | ACAAATCCGACCAGATCGGACGATCATGGG | SEQ ID NO: 4 |
| B4 | CAAGTATGCAGCGCGATTGACCGTCTCGTT | SEQ ID NO: 5 |
| B5 | TGCGTCGTCTGGCTAGCACGGCACGCAAAT | SEQ ID NO: 6 |
| B6 | AAGTCGTACGCCGATGCGCAGCAATTCACT | SEQ ID NO: 7 |
| B7 | CGAAACATCGGCCACGGTCCCGTTGAACTT | SEQ ID NO: 8 |
| B8 | ACGAATCCACCGTCCAGCGCGTCAAACAGA | SEQ ID NO: 9 |
| B9 | CGCGAAATCCCCGTAACGAGCGTCCCTTGC | SEQ ID NO: 10 |
| B10 | GCATGAGTTGCCTGGCGTTGCGACGACTAA | SEQ ID NO: 11 |
| B11 | CCGTCGTCTCCGGTCCACCGTTGCGCTTAC | SEQ ID NO: 12 |
| B12 | GCCGACGCCCAGGTCCGTCACGCAATTT | SEQ ID NO: 13 |
| B13 | TTGATCGAATCGGAGCGTAGCGGAATCTGC | SEQ ID NO: 14 |
| B14 | CGCGCGGATCCGCTTGTCGGGAACGGATAC | SEQ ID NO: 15 |
| B15 | GCCTCGATTACGACGGATGTAATTCGGCCG | SEQ ID NO: 16 |
| B16 | GCCCGTATTCCCGCTTGCGAGTAGGGCAAT | SEQ ID NO: 17 |

mRNA Targeting Sequence Design. To determine the relative abundance of all the isoforms of all genes expressed in these cell lines, transcriptome profiling data from the ENCODE project for total RNA from A549 and IMR90 cells was processed using the publicly available software cufflinks, along with human genome annotations from gencode v18. Gene models corresponding to the most highly expressed isoform were used to build a sequence library in FASTA format recording the dominant isoform of every gene. Genes of interest were selected from this library. These genes were partitioned into 1 kb segments, then the software OligoArray2.1 was used to generate primary probe sequences for the human transcriptome with the following constraints: 30-bp or 40-bp length, depending on the experiment; probe-target melting temperatures greater than 70° C. (variable parameter); no cross hybridization targets with melting temperatures greater than 72° C. (variable parameter); no predicted internal secondary structures with melting temperatures greater than 76° C. (variable parameter); and no single-nucleotide contiguous repeats of 6 or more bases. After OligoArray probe selection, all potential probes that mapped to a different gene were rejected while all potential probes with multiple alignments to the same gene were retained. A BLAST database was assembled from the FASTA library of all expressed genes to screen for probes'

uniqueness. For each gene, 14 to 28 targeting sequences produced during the OligoArray processing were selected.

Probe Synthesis—index PCR. The template for specific probe sets were selected from the complex oligopool via limited-cycle PCR. Briefly, 0.5 to 1 ng of the complex oligopool was combined with 0.5 micromolar of each primer. The forward primer matched the priming sequence for the desired subset while the reverse primer was a 5' concatenation of this sequence with a T7 promoter. To avoid the generation of G-quadruplets, which can be difficult to synthesize, the terminal Gs required in the T7 promoter were generated from Gs located at the 5' of the priming region where appropriate. All primers were synthesized by IDT. A 50 microliter reaction volume was amplified either using the KAPA real-time library amplification kit (KAPA Biosystems; KK2701) or via a homemade qPCR mix which included 0.8× EvaGreen (Biotum; 31000-T) and the hotstart Phusion polymerase (New England Biolabs; M0535S). Amplification was followed in real time using Agilent's MX300P or Biorad's CFX Connect. Individual samples were removed immediately before the plateau in amplification to minimize distortion of template abundance due to over-amplification. Individual templates were purified with columns according to the manufacturer's instructions (Zymo DNA Clean and Concentrator; D4003) and eluted in RNase-free deionized water.

Amplification via in-vitro transcription. The template was then amplified via in vitro transcription. Briefly, 0.5 to 1 microgram of template DNA was amplified into 100-200 microgram of RNA in a single 20-30 microliter reaction with a high yield RNA polymerase (New England Biolabs; E2040S). Reactions were supplemented with 1× RNase inhibitor (Promega RNasin; N2611). Amplification was typically run for 4 to 16 hours at 37° C. to maximize the yield. The RNA was not purified after the reaction and was either stored at −80° C. or immediately converted into DNA as described below.

Reverse Transcription. 1 to 2 nmol of fluorescently-labeled ssDNA probe was created from the above in vitro transcription reactions using the reverse transcriptase Maxima H- (Thermo Scientific; EP0751). This enzyme was used because of its higher processivity and temperature resistance, which allowed the conversion of large quantities of RNA into DNA within small volumes at temperatures that disfavor secondary structure formation. The unpurified RNA created above was supplemented with 1.6 mM of each dNTP, 1-2 nmol of fluorescently labeled forward primer, 300 units of Maxima H-, 60 units of RNasin, and a final 1× concentration of the Maxima RT buffer. The final 75 microliter volume was incubated at 50° C. for 60 minutes.

Strand Selection and Purification. The template RNA in the reaction above was then removed from the DNA via alkaline hydrolysis. 75 microliters of 0.25 M EDTA and 0.5 N NaOH were added to each reverse transcription reaction, and the sample was incubated at 95° C. for 10 minutes. The reaction was immediately neutralized by purifying the ssDNA probe with a modified version of the Zymo Oligo Clean and Concentrator protocol. Specifically, the 5-microgram capacity column was replaced with a 25-microgram or 100-microgram capacity DNA column as appropriate. The remainder of the protocol was run according to the manufacturer's instructions. Probe was eluted in 100 microliter RNase-free deionized water and evaporated in a vacuum concentrator. The final pellet was resuspended in 10 microliters of RNase-free water and stored at −20° C. Denaturing poly-acrylimide gel electrophoresis and absorption spectroscopy revealed that this protocol typically produced 90-100%

US 11,098,303 B2

41

incorporation of the fluorescent primer into full length probe and 75-90% recovery of the total fluorescent probe. Thus, without exceeding a 150-microliter reaction volume, this protocol can be used to create ~2 nmol of fluorescent probe.

Cell culture and fixation. A549 and IMR90 cells (American Type Culture Collection) were cultured with Dulbecco's Modified Eagle Medium and Eagle's Minimum Essential Medium respectively. Cells were incubated at 37° C. with 5% $CO_2$ for 36-48 hours. Cells were fixed in 3% paraformaldehyde (Electron Microscopy Sciences) in PBS for 15 minutes, washed with PBS, and permeabilized in 70% ethanol overnight at 4° C.

Fluorescence In Situ Hybridization (FISH)—primary (encoding) probes. Cells were hydrated in wash buffers (2×SSC, 50% formamide) for 10 minutes, labelled with primary oligos (0.5 nM per sequence) in hybridization buffers (2×SSC, 50% formamide, 1 mg/mL yeast tRNA, and 10% dextran sulfate) overnight at 37° C., washed with wash buffers at 47° C. for 10 minutes twice, and washed with 2×SSC twice. Fluorescent fiducial beads (Molecular Probes, F-8809) were added at a 1:10,000 dilution in 2×SSC before imaging.

Secondary probes. Secondary (readout) probes (10 nM) were hybridized in secondary hybridization buffers (2×SSC, 20% formamide, and 10% dextran sulfate) to their primary targets for 30 minutes at 37° C. Cells remained on the microscope stage during the hybridization. An objective heater was used to maintain the temperature at 37° C. Cells were washed with secondary wash buffers (2×SSC, 20% formamide).

Fluidics and STORM Imaging. Multiple rounds of sequential labeling, washing, imaging, and bleaching were performed on an automated platform consisted of a fluidics setup and a STORM (stochastic optical reconstruction microscopy) microscope. The fluidics setup included a flow chamber (Bioptech FCS2), a peristaltic pump (Rainin Dynamax RP-1), and three computer-controlled 8-way valves (Hamilton MVP and Hamilton HVXM 8-5). This system allowed the automated integration of STORM movie collection and secondary hybridization.

The imaging buffer included, 50 mM Tris (pH 8) 10% (w/v) glucose, 1% βME (2-mercaptoethanol) or 25 mM MEA, with or without 2 mM 1,5-cyclooctadiene, and an oxygen scavenging system (0.5 mg/ml glucose oxidase (Sigma-Aldrich) and 40 microgram/ml catalase (Sigma-Aldrich)). A layer of mineral oil was used to seal the imaging buffer, preventing its acidification over the course of multiple hybridizations.

The STORM setup included an Olympus IX-71 inverted microscope configured for oblique incidence excitation. The samples were continuously illuminated with a 642-nm diode-pumped solid-state laser (VFL-P500-642; MPB communications). A 405-nm solid-state laser (Cube 405-100C; Coherent) was used for activation of dyes. Fluorescence was collected using an Olympus (UPlanSApo 100×, 1.4 NA) objective lens and passed through a custom dichroic, as well as a quad-view beam splitter. All movies were recorded using an EMCCD camera (Andor iXon 897), imaging at 60 Hz. The 512×256 field of view of the camera was split into separate 256×256 pixel movies prior to saving. The left half of this field of view contained the STORM data and the right half contained images of the fluorescent feducial beads. These latter movies were downsampled to 1 Hz prior to saving. During data acquisition, a home-built focus lock was used to maintain a constant focal plane. STORM movies included 20,000 to 30,000 frames in STORM buffer while the bleach movies included 10,000 frames in wash buffer.

42

Image Analysis—analysis of single-molecule localizations. Movies of single molecule localizations and fluorescent feducial beads were processed separately using a previously published single-emitter localization software.

Image Registration. The starting position of the beads from each round of hybridization were used to align movies from each round. The 2D autocorrelation between bead images of consecutive hybridizations followed by nearest-neighbor matching was used to match beads between images. The pair of beads with the most similar displacement vector were used to compute a rigid translation-rotation warp to align the beads. This alignment method is robust to samples in which multiple feducials are displaced or come detached and reattach during imaging.

Drift Correction. Drift during image acquisition was corrected using the trajectory of the feducial beads (recorded at 1 Hz). Bead positions were linked in each frame. The trajectory of the two beads that moved in the most correlated fashion was taken as the drift trajectory.

mRNA Cluster Calling. Localizations were first screened to be above a threshold number of photons (generally 2000) and required to be within 32 nm of 5 other localizations (parameters may be tuned). The remaining molecule localizations were binned in a 2D histogram of 10×10 nm bins (bin size is a variable parameter). All connected bins were taken to be part of a cluster (diagonal contacts are classified as connected). Clusters were required to have more than 80 total localizations across all hybridizations (variable parameter) to be called an mRNA cluster. The weighted centroids of these clusters from the 2D histogram were recorded as the mRNA positions.

A given cluster is recorded to be represented in an individual hybridization round if more than 9 localizations (variable parameter) are found within a 48 nm radius (variable parameter) of the centroid for that mRNA in each hybridization round.

Cluster Decoding. For each mRNA cluster, a codeword is readout, including "0"s for all the hybridization rounds in which less than the threshold number of localizations are found near the centroid and "1" s for the rounds where above threshold number of localizations are counted. The SECDED codebook decoded these as either perfect matches to target mRNA codewords, correctable errors which can be unambiguously mapped back to target mRNA, or uncorrectable errors, which differed by two or more letters from the words in the codebook.

FIG. 2A shows a STORM image of a cell. FIG. 2B shows a zoom in of the boxed region in FIG. 2A. Each dot indicates a localization. Localizations from different rounds of imaging are shown differently. FIG. 2C shows a representative cluster of localizations from the boxed region in FIG. 2B. The cluster shows localization signals from 4 different hybridizations. This cluster is a putative mRNA encoded with codeword [0 1 0 1 1 1 0 0]. FIG. 2D shows a reconstructed cell image of 14 genes after decoding and error correction. Each gene is shown differently. FIG. 2E shows measured gene expression for the 14 genes from the cell. FIG. 2F shows a comparison of transcript count with ensemble RNA-sequencing data. FIG. 2G shows correlation of transcript expression level between two cells detected using the described approach.

Example 4

The following examples are generally directed to multiplexed single-molecule imaging with error-robust encoding allowing for simultaneous measurements of thousands of

US 11,098,303 B2

43                                                                                      44

RNA species in single cells. In general, knowledge of the expression profile and spatial landscape of RNAs in individual cells is essential for understanding the rich repertoire of cellular behaviors. The following examples reports various techniques directed to single-molecule imaging approaches that allow the copy numbers and spatial localizations of thousands of RNA species to be determined in single cells. Some of these techniques are called Multiplexed Error-Robust Fluorescence in Situ Hybridization or "MERFISH."

Using error-robust encoding schemes to combat single-molecule labeling and detection errors, these examples demonstrated the imaging of hundreds to thousands of unique RNA species in hundreds of individual cells. Correlation analysis of the $\sim 10^4$ to $\sim 10^6$ pairs of genes allowed constraints on gene regulatory networks, prediction of novel functions for many unannotated genes, and identification of distinct spatial distribution patterns of RNAs that correlate with properties of the encoded proteins.

System-wide analyses of the abundance and spatial organization of RNAs in single cells promise to transform understanding in many areas of cell and developmental biology, such as the mechanisms of gene regulation, the heterogeneous behavior of cells, and the development and maintenance of cell fate. Single-molecule fluorescence in situ hybridization (smFISH) has emerged as a powerful tool for studying the copy number and spatial organization of RNAs in single cells either in isolation or in their native tissue context. Taking advantage of its ability to map the spatial distributions of specific RNAs with high resolution, smFISH has revealed the importance of subcellular RNA localization in diverse processes such as cell migration, development, and polarization. In parallel, the ability of smFISH to precisely measure the copy numbers of specific RNAs without amplification bias has allowed quantitative measurement of the natural fluctuations in gene expression, which has in turn elucidated the regulatory mechanisms that shape such fluctuations and their role in a variety of biological processes.

However, application of the smFISH approach to many systems-level questions remains limited by the number of RNA species that can be simultaneously measured in single cells. State-of-the-art efforts using combinatorial labeling by either color-based barcodes or sequential hybridization have enabled simultaneous measurements of 10-30 different RNA species in individual cells, yet many interesting biological questions would benefit from the measurement of hundreds to thousands of RNAs within a single cell, which are not achievable using such techniques. For example, analysis of how the expression profile of such a large number of RNAs vary from cell to cell and how these variations correlate among different genes could be used to systematically identify co-regulated genes and map regulatory networks; knowledge of the subcellular organizations of numerous RNAs and their correlations could help elucidate molecular mechanisms underlying the establishment and maintenance of many local cellular structures; and RNA profiling of individual cells in native tissues could allow in situ identification of cell type.

The following examples generally discuss certain techniques called MERFISH, which are highly multiplexed smFISH imaging methods that substantially increase the number of RNA species that can be simultaneously imaged in single cells by using combinatorial labeling and sequential imaging with error-robust encoding schemes. These examples demonstrate this multiplexed imaging approach by simultaneously measuring 140 RNA species using an encoding scheme that can both detect and correct errors and 1001 RNA species using an encoding scheme that can detect but not correct errors. It should be understood that these numbers are by way of exemplification only, not limitation. Correlation analyses of the copy number variations and spatial distributions of these genes allowed us to identify groups of genes that are co-regulated and groups of genes that share similar spatial distribution patterns inside the cell.

Combinatorial labeling with error-robust encoding schemes. Combinatorial labeling that identifies each RNA species by multiple (N) distinct signals offers a route to rapidly increase the number of RNA species that can be probed simultaneously in individual cells (FIG. 5A). However, this approach to scaling up the throughput of smFISH to the systems scale faces a significant challenge because not only does the number of addressable RNA species increases exponentially with N, but the detection error rates also grow exponentially with N (FIGS. 5B-5D). Imagine a conceptually simple scheme to implement combinatorial labeling, where each RNA species is encoded with a N-bit binary word and the sample is probed with N corresponding rounds of hybridization, each round targeting only the subset of RNAs that should read '1' in the corresponding bit (FIG. 11). N rounds of hybridization would allow $2^N-1$ RNA species to be probed. With just 16 hybridizations, over 64,000 RNA species, which should cover the entire human transcriptome including both messenger RNAs (mRNAs) and non-coding RNAs, could be identified (FIG. 5B; upper symbols). However, as N increases, the fraction of RNAs properly detected (the calling rate) would rapidly decrease and, more blindingly, the fraction of RNAs that are identified as incorrect species (the misidentification rate) would rapidly increase (FIG. 5C, lower symbols; FIG. 5D, upper symbols). With realistic error rates per hybridization (measured below), the majority of RNA molecules would be misidentified after 16 rounds of hybridizations!

To address this challenge, error-robust encoding schemes were designed, in which only a subset of the $2^N-1$ words separated by a certain Hamming distance were used to encode RNAs. In a codebook where the minimum Hamming distance is 4 (HD4 code), at least four bits must be read incorrectly to change one code word into another (FIG. 12A). As a result, every single-bit error produces a word that is uniquely close to a single code word, allowing such errors to be detected and corrected (FIG. 12B). Double-bit errors produce words with an equal Hamming distance of 2 from multiple code words and, thus, can be detected but not corrected (FIG. 12C). Such a code should substantially increase the calling rate and reduce the misidentification rate (FIGS. 5C and 5D, middle symbols). To further account for the fact that it is more likely to miss a hybridization event (an $1 \rightarrow 0$ error) than to misidentify a background spot as an RNA (an $0 \rightarrow 1$ error) in smFISH measurements, a modified HD4 (MHD4) code was designed, in which the number of '1' bits were kept both constant and relatively low, only four per word, to reduce error and avoid biased detection. This MHD4 code should further increase the calling rate and reduce the misidentification rate (FIG. 5C, upper symbols; FIG. 5D, lower symbols).

In addition to the error considerations, several practical challenges have also made it difficult to probe a large number of RNA species, such as the high cost of the massive number of fluorescently labeled FISH probes needed and the long time required to complete many rounds of hybridization. To overcome these challenges, in this example, a two-step labeling scheme was designed to encode and readout cellular RNAs (FIG. 5E). First, cellular RNAs were

US 11,098,303 B2

45

46

labeled with a set of encoding probes (also called primary probes), each probe comprising a RNA targeting sequence and two flanking readout sequences. Four of the N unique readout sequences were assigned to each RNA species based on the MHD4 code of the RNA. Second, these N readout sequences were identified with complementary FISH probes, the readout probes (also called secondary probes) via N rounds of hybridization and imaging, each round using a unique readout probe. To increase the signal to background ratio, every cellular RNA was labeled with ~192 encoding probes. Because each encoding probe contained two of the four readout sequences associated with that RNA (FIG. 5E), a maximum of ~96 readout probes can bind to each cellular RNA per hybridization round. To generate the massive number of encoding probes required, they were amplified from array-derived oligonucleotide pools containing tens of thousands of custom sequences using an enzymatic amplification process comprising in vitro transcription followed by reverse transcription (FIG. 13, see below regarding probe synthesis). This two-step labeling approach significantly diminished the total hybridization time for an experiment: it was found that efficient hybridization to the readout sequences took only 15 minutes whereas efficient direct hybridization to cellular RNA required more than 10 hours.

FIG. 5 describes MERFISH, a highly multiplexed smFISH approach using combinatorial labeling and error-robust encoding. FIG. 5A shows a schematic depiction of the identification of multiple RNA species in N rounds of imaging. Each RNA species is encoded with a N-bit binary word and during each round of imaging, only the subset of RNAs that should read '1' in the corresponding bit emit signal. FIGS. 5B-5D show the number of addressable RNA species (FIG. 5B), the rate at which these RNAs are properly identified (calling rate) (FIG. 5C), and the rate at which RNAs are incorrectly identified as a different RNA species (misidentification rate) (FIG. 5D) plotted as a function of the number of bits (N) in the binary words encoding RNA. In FIGS. 5B and 5D, the upper dots are a simple binary code that includes all $2^N-1$ possible binary words; the middle dots are the HD4 code where the Hamming distance separating words is 4; and the lower dots are the modified HD4 (MHD4) code where the number of '1' bits are kept at four. These are reversed in FIG. 5C.

The calling and misidentification rates are calculated with per bit error rates of 10% for the 1→0 error and 4% for the 0→1 error. FIG. 5E is as schematic diagram of the implementation of a MHD4 code for RNA identification. Each RNA species is first labeled with ~192 encoding probes that convert the RNA into a unique combination of readout sequences (Encoding hyb). These encoding probes each contain a central RNA targeting region flanked by two readout sequences, drawn from a pool of N different sequences, each associated with a specific hybridization round. Encoding probes for a specific RNA species contain a unique combination of four of the N readout sequences, which correspond to the four hybridization rounds where this RNA should read '1'. N subsequent rounds of hybridization with the fluorescent readout probes were used to probe the readout sequences (hyb 1, hyb 2, . . . , hyb N). The bound probes were inactivated by photobleaching between successive rounds of hybridization. For clarity, only one possible pairing of the readout sequences is depicted here for the encoding probes; however, all possible pairs of the four readout sequences are used at the same frequency and distributed randomly along each cellular RNA in the actual experiments.

FIG. 11 shows a schematic description of a combinatorial labeling approach based on a simple binary code. In a conceptually simple labeling approach, $2^N-1$ different RNA species can be uniquely encoded with all N-bit binary words (excluding the word with all '0's). In each hybridization round, FISH probes that are targeted to all RNA species that have a '1' in the corresponding bit are included. To increase the ability to discriminate RNA spots from background, each RNA is addressed with multiple FISH probes per hybridization round. Signal from the bound probes is extinguished before the next round of hybridization. This process continues for all N hybridization rounds (hyb 1, hyb 2, . . . ), and all $2^N-1$ RNA species can be identified by the unique on-off pattern of fluorescence signals in each hybridization round.

FIG. 12 shows schematic descriptions of Hamming distance and its use in the identification and correction of errors. FIG. 12A is a schematic representation of a Hamming distance of 4. FIGS. 12B and 12C are schematics showing the ability of an encoding scheme with Hamming distance 4 to correct single-bit errors (FIG. 12B) or detect but not correct double-bit errors (FIG. 12C). Arrows highlight bits at which the indicated words differ. Two code words are separated by a Hamming distance of 4 if one of the words has to flip four bits from '1' to '0' or '0' to '1' to convert into the other word. Single-bit error correction is possible because if a measured word differs from a legitimate code word by only one bit, it is most likely an error that arises from misreading this code word, since the code words of all the other RNA species will differ from the measured word by at least three bits. In this case, the measured word can be corrected to a code word that differs by only one bit. If a measured word differs from a legitimate code word by two bits, this measured word can still be identified as an error, but correction is no longer possible since more than one legitimate code word differs from this measured word by two bits.

FIG. 13 shows production of the library of encoding probes. An array-synthesized complex oligopool, containing ~100k sequences, is used as a template for the enzymatic amplification of the encoding probes for different experiments. Each template sequence in the oligopool contains a central target region that can bind to a cellular RNA, two flanking readout sequences, and two flanking index primers. In the first step, the required template molecules for a specific experiment are selected and amplified with an indexed PCR reaction. To allow amplification via in vitro transcription, a T7 promotor is added to the PCR products during this step. In the second step, RNA is amplified from these template molecules via in vitro transcription. In the third step, this RNA is reverse transcribed back into DNA. In the final step, the template RNA is removed via alkaline hydrolysis, leaving only the desired ssDNA probes. This protocol produces ~2 nmol of complex pools of encoding probes containing ~20,000 different sequences for the 140-gene experiments or ~100,000 different sequences for the 1001-gene experiments.

Example 5

This example illustrates the measurement of 140 genes with MERFISH using a 16-bit MHD4 Code. To test the feasibility of this error-robust, multiplexed imaging approach, this example uses a 140-gene measurement on human fibroblast cells (IMR90) using a 16-bit MHD4 code to encode 130 RNA species while leaving 10 code words as misidentification controls (FIGS. 20A to 20H). After each round of hybridization with the fluorescent readout probes,

US 11,098,303 B2

47

cells were imaged by conventional wide-field imaging with an oblique-incidence illumination geometry. Fluorescent spots corresponding to individual RNAs were clearly detected and were then efficiently extinguished via a brief photobleaching step (FIG. 6A). The sample was stable throughout the 16 rounds of iterative labeling and imaging. The change in the number of fluorescent spots from round to round matched the predicted change based on the relative abundances of RNA species targeted in each round derived from bulk sequencing, and a systematic decreasing trend with increasing number of hybridization rounds was not observed (FIG. 14A). The average brightness of the spots varied from round to round with a standard deviation of 40%, likely due to different binding efficiencies of the readout probes to the different readout sequences on the encoding probes (FIG. 14B). Only a small, systematic decreasing trend in the spot brightness with increasing hybridization rounds was observed, which was on average 4% per round (FIG. 14B).

Next, binary words were constructed from the observed fluorescent spots based on their on-off patterns across the 16 hybridization rounds (FIG. 6B-6D). If the word exactly matched one of the 140 MHD4 code words (exact matches) or differed by only one bit (error-correctable matches), it was assigned to the corresponding RNA species (FIG. 6D). Within the single cell depicted in FIGS. 6A and 6B, more than 1500 RNA molecules corresponding to 87% of the 130 encoded RNA species were detected after error correction (FIG. 6E). Similar observations were made in ~400 cells from 7 independent experiments. On average, ~4 times as many RNA molecules and ~2 times as many RNA species were detected per cell after error correction as compared with the values obtained before error correction (FIG. 15).

Two types of errors can occur in the copy number measurement of each RNA species: 1) Some molecules of this RNA species are not detected, leading to a drop in calling rate, and 2) some molecules from other RNA species are misidentified as this RNA species. To assess the extent of misidentification, the 10 misidentification control words were utilized, i.e., code words that were not associated with any cellular RNA. Although matches to these control words were observed, they occurred far less frequently than the real RNA-encoding words: 95% of the 130 RNA-encoding words were counted more frequently than the median count for these control words. Moreover, it was typically found that the ratio of the number of exact matches to the number of matches with one-bit errors for a real RNA-encoding word was substantially higher than the same ratios observed for the misidentification controls, as expected (FIGS. 16A and 16B). Using this ratio as a measure of the confidence in RNA identification, it was found that 91% of the 130 RNA species had a confidence ratio greater than the maximum confidence ratio observed for the misidentification controls (FIG. 6F), demonstrating a high accuracy of RNA identification. Subsequent analyses were conducted only on these 91% of genes.

To estimate the calling rate, the error-correction ability of the MHD4 code was utilized to determine the 1→0 error rates (10% on average) and 0→1 error rates (4% on average) for each hybridization round (FIGS. 16C and 16D). Using these error rates, an ~80% calling rate for individual RNA species after error correction was estimated, i.e. ~80% of the fluorescent spots corresponding to a RNA species were decoded correctly (FIG. 16E). It is noted that although the remaining 20% of spots contributed to a loss in detection

48

efficiency, most of them did not cause species misidentification because they were decoded as double-bit error words and discarded.

To test for potential technical bias in these measurements, the same 130 RNAs species were probed with a different MHD4 codebook by shuffling the code words among different RNA species (FIGS. 20A to 20H) and changing the encoding probe sequences. Measurements with this alternative code gave similar misidentification and calling rates (FIG. 17). The copy numbers of individual RNA species per cell measured with these two codebooks showed excellent agreement with a Pearson correlation coefficient of 0.94 (FIG. 6G), indicating that the choice of encoding scheme did not bias the measured counts.

In order to validate the copy numbers derived from the MERFISH experiments, conventional smFISH measurements were performed on 15 of the 130 genes, selected from the full measured abundance range of three orders of magnitude. For each of these genes, both the average copy number and the copy number distribution across many cells agreed quantitatively between the MERFISH and conventional smFISH measurements (FIGS. 18A and 18B). The ratio of the copy numbers determined by these two approaches was 0.82+/−0.06 (mean+/−SEM across the 15 measured RNA species, FIG. 18B), which agreed with the estimated 80% calling rate for the multiplexed imaging approach. The quantitative match between this ratio and the estimated calling rate over the full measured abundance range additionally supports the assessment that the misidentification error was low. Given that the agreement between the MERFISH and conventional smFISH results extended to the genes at the lowest measured abundance (<1 copy per cell, FIG. 18B), it was estimated that the measurement sensitivity was at least 1 copy per cell.

As a final validation, the abundance of each RNA species averaged over hundreds of cells was compared to those obtained from a bulk RNA sequencing measurement that were performed on the same cell line. The imaging results correlated remarkably well with bulk sequencing results with a Pearson correlation coefficient of 0.89 (FIG. 6H).

FIG. 6 shows simultaneous measurement of 140 RNA species in single cells using MERFISH with a 16-bit MHD4 code. FIG. 6A shows images of RNA molecules in an IMR90 cell after each hybridization round (hyb 1-hyb 16). The image after photobleaching (bleach 1) demonstrated efficient removal of fluorescent signals between hybridizations. FIG. 6B shows the localizations of all detected single molecules in this cell colored based on their measured binary words. Inset: the composite fluorescent image of the 16 hybridization rounds for the boxed sub-region with numbered circles indicating potential RNA molecules. A circle indicates an unidentifiable molecule, the binary word of which does not match any of the 16-bit MHD4 code words even after error correction. FIG. 6C shows fluorescent images from each round of hybridization for the boxed sub-region in FIG. 6B with circles indicating potential RNA molecules. FIG. 6D shows corresponding words for the spots identified in FIG. 6C. Crosses represent the corrected bits. FIG. 6E shows the RNA copy number for each gene observed without (lower) or with (higher) error correction in this cell. FIG. 6F shows the confidence ratio measured for the 130 RNA species (left) and the 10 misidentification control words (right) normalized to the maximum value observed from the misidentification controls (dashed line). FIG. 6G is a scatter plot of the average copy number of each RNA species per cell measured with two shuffled codebooks of the MHD4 code. The Pearson correlation coefficient is

US 11,098,303 B2

49
50

0.94 with a p-value of $1\times10^{-53}$. The dashed line corresponds to the y=x line. FIG. 6I is a scatter plot of the average copy number of each RNA species per cell versus the abundance determined by bulk sequencing in fragments per kilobase per million reads (FPKM). The Pearson correlation coefficient between the logarithmic abundances of the two measurements was 0.89 with a p-value of $3\times10^{-39}$.

FIG. 14 shows the number and average brightness of the fluorescent spots detected in the 16 rounds of hybridization before and after photobleaching. FIG. 14A shows the number of fluorescent spots observed per cell before (higher) and after (lower) photobleaching as a function of hybridization round averaged across all measurements with the first 16-bit MHD4 code. Photobleaching reduces the number of fluorescent spots by two or more orders of magnitude. Hybridization rounds without lower bars represent rounds in which no molecules were observed after bleaching. Also depicted is the expected change in the number of fluorescent spots from round to round (circles) predicted based on the relative abundances of the RNA species targeted in each hybridization round derived from bulk RNA sequencing. The average discrepancy between the observed and predicted number of spots for each hybridization is only 15% of the mean number of spots. This discrepancy does not systematically increase with the number of hybridization rounds. FIG. 14B shows the average brightness of the identified fluorescent spots in each hybridization round averaged across all measurements with the first 16-bit MHD4 code both before (upper) and after (lower) photobleaching. Brightness varies by 40% (standard deviation) across different hybridization rounds. The variation pattern is reproducible between experiments with the same code, likely due to differences in the binding efficiency of the readout probes to the different readout sequences. There is a small systematic trend of decrease in the brightness with increasing hybridization rounds, which is on average 4% per round. Photobleaching extinguishes fluorescence to a level similar to that of the autofluorescence of the cell.

FIG. 15 shows error correction substantially increases the numbers of RNA molecules and RNA species detected in individual cells. FIG. 15A shows a histogram of the ratio of the total number of molecules detected per cell with error correction to the number measured without error correction. FIG. 15B is a histogram of the total number of RNA species detected in each cell with error correction to that without error correction. Both ratios are determined for ~200 cells and the histograms are constructed from these ratios.

FIG. 16 shows characterization of the misidentification and calling rates of RNA species for the 140-gene experiments using a specific 16-bit MHD4 code. FIG. 16A shows the number of measured words exactly matching the code word corresponding to FLNA, represented by the bar in the center of the circle, and the number of measured words with one-bit error compared to the code word of FLNA, represented by the 16 bars on the circle. FIG. 16B is the same as FIG. 16A, but for a code word that was not assigned to any RNA, i.e., a misidentification control word. The solid lines connect the exact match to one-bit error words that are generated by 1→0 errors. Based on the observation that the ratio of the number of exact matches to the number of error-correctable matches for a real RNA-encoding word was typically substantially higher than the same ratios observed for the misidentification controls, this ratio was defined as a confidence ratio for RNA identification. The confidence ratio measured for all 130 RNA species (center bar) and 10 misidentification control words not assigned to any RNA (outer bars) using this 16-bit MHD4 code is show

in FIG. 6F. FIGS. 16C and 16D show the average error rates for the 1→0 error (FIG. 16C) and 0→1 error (FIG. 16D) for each hybridization round. FIG. 16E shows the calling rate for each RNA species estimated from the 1→0 and 0→1 error rates. Genes are sorted from left to right based on the measured abundance, which spans three orders of magnitude. The calling rates are largely independent of the abundance of the gene.

FIG. 17 shows characterization of the misidentification and calling rates for a second 16-bit MHD4 code. In this second encoding scheme, the 140 code words were shuffled among different RNA species and changed the encoding probe sequences. FIG. 17A shows the normalized confidence ratio measured for the 130 RNA species (left) and the 10 misidentification control words not assigned to any RNA (right). The normalized confidence ratio is determined the same way as in FIG. 6F. FIGS. 17B and 17C show the average error rates determined for the 1→0 error (FIG. 17B) and 0→1 error (FIG. 17C) for each hybridization round. FIG. 17D shows the calling rate determined for each RNA species estimated from the 1→0 and 0→1 error rates. Genes are sorted from left to right based on the measured abundance.

FIG. 18 shows a comparison of the MERFISH measurements with conventional smFISH results for a subset of genes. FIG. 18A shows the distributions of RNA copy numbers in single cells for three example genes KIAA1199, DYNC1H1, and LMTK2 in the high, medium, and low abundance ranges, respectively. Lighter bars: distributions constructed from ~400 cells in the 140-gene measurements using the MHD4 codes. Darker bars: distributions constructed from ~100 cells in the conventional smFISH measurements. FIG. 18B shows a comparison of the average RNA copy numbers per cell measured in the 140-gene experiments using the MHD4 codes to those determined by conventional smFISH for 15 genes. The average ratio of the copy number measured using the MHD4 measurements to that measured using conventional smFISH was 0.82+/−0.06 (mean+/−SEM across 15 genes). The dashed line corresponds to the y=x line.

FIGS. 20A to 20H show two different codebooks for the 140-gene experiments. The specific code words of the 16-bit MHD4 code assigned to each RNA species studied in the two shuffles of the 140-gene experiment. The "Genes" columns contain the name of the gene. The "Codewords" columns contain the specific binary word assigned to each gene.

Example 6

This example is generally directed to high-throughput analysis of cell-to-cell variation in gene expression. The MERFISH approach allows parallelization of measurements of many individual RNA species and co-variation analysis between different RNA species. In this example, the parallelization aspect was first illustrated by examining the cell-to-cell variation in the expression level of each of the measured genes (FIG. 7A). To quantify the measured variation, the Fano factors, defined as the ratio of the variance to the mean RNA copy number, were computed for all measured RNA species. The Fano factors substantially deviated from 1, the value expected for a simple Poisson process, for many genes and exhibited an increasing trend with the mean RNA abundance (FIG. 7B). This trend of increasing Fano factors with mean RNA abundance can be explained by

US 11,098,303 B2

51                                                                    52

changes in the transcription rate and/or promoter off-switching rates but not by changes in the promoter on-switching rate.

Moreover, several RNA species were identified with substantially larger Fano factors than this average trend. For example, it was found that SLCSA3, CENPF, MKI67, TNC and KIAA1199 displayed Fano factor values substantially higher than those of the other genes expressed at similar abundance levels. The high variability of some of these genes can be explained by their association with the cell cycle. For example, two of these particularly 'noisy' genes MKI67 and CENPF were both annotated as cell-cycle related genes, and based on their bimodal expression (FIG. 7C), it is proposed that their transcription is strongly regulated by the cell cycle. Other high-variability genes did not show the same bimodal expression patterns and are not known to be associated with the cell cycle.

Analysis of co-variations in the expression levels of different genes can reveal which genes are co-regulated and elucidate gene regulatory pathways. At the population level, such analysis often requires the application of external stimuli to drive gene expression variation; hence, correlated expression changes can be observed among genes that share common regulatory elements influenced by the stimuli. At the single-cell level, one can take advantage of the natural stochastic fluctuations in gene expression for such analysis and can thus study multiple regulatory networks without having to stimulate each of them individually. Such co-variation analysis can constrain regulatory networks, suggest new regulatory pathways, and predict function for unannotated genes based on associations with co-varying genes.

This approach was applied to the 140-gene measurements and the ~10,000 pairwise correlation coefficients describing how the expression levels of each pair of genes co-varied from cell to cell were examined. Many of the highly variable genes showed tightly correlated or anti-correlated variations (FIG. 7C). To better understand the correlations for all gene pairs, a hierarchical clustering approach was adopted to organize these genes based on their correlation coefficients (FIG. 7D). From the cluster tree structure, seven groups of genes with substantially correlated expression patterns were identified (FIG. 7D). Within each of the seven groups, every gene showed significantly stronger average correlation with other members of the group than with genes outside the group. To further validate and understand these groups, gene ontology (GO) terms enriched in each of these seven groups were identified. Notably, the enriched GO terms within each group shared similar functions and were largely unique to each group (FIG. 7E), validating the notion that the observed co-variation in expression reflects some commonalities in the regulation of these genes.

This example describes two of these groups as illustrative examples. The predominant GO terms associated with Group 1 were terms associated with the extracellular matrix (ECM) (FIGS. 7D and 7E). Notable members of this group included ECM components, such as FBN1, FBN2, COL5A, COL7A and TNC, and glycoproteins linking the ECM and cell membranes, such as VCAN and THBS1. The group also included an unannotated gene, KIAA1199, which may predict to play a role in ECM metabolism based on its association with this cluster. Indeed, this gene has recently been identified as an enzyme involved in the regulation of hyaluronan, a major sugar component of the ECM.

Group 6 contained many genes that encode vesicle transport proteins and proteins associated with cell motility (FIGS. 7D and 7E). The vesicle transport genes included

microtubule motors and related genes DYNC1H, CKAP1, and factors associated with vesicle formation and trafficking, like DNAJC13 and RAB3B. Again, an unannotated gene, KIAA1462, was found within this cluster. Based on its strong correlation with DYNC1H1 and DNAJC13, it is predicted that this gene may be involved in vesicle transport. The cell motility genes in this group included actin-binding proteins like AFAP1, SPTAN1, SPTBN1, and MYH10, and genes involved in the formation of adhesion complexes, like FLNA and FLNC. Several GTPase-associated factors involved in the regulation of cell motility, attachment and contraction also fell into this group, including DOCK7, ROCK2, IQGAP1, PRKCA, and AMOTL1. The observation that some cell motility genes correlated with vesicle transport genes is consistent with the role of vesicle transport in cell migration. An additional interesting feature of group 6 is that a subset of these genes, in particular those related to cell motility, were anti-correlated with members of the ECM group discussed above (FIG. 7D). This anti-correlation may reflect regulatory interactions that mediate switching of cells between adherent and migratory states.

FIG. 7 shows cell-to-cell variations and pairwise correlations for the RNA species determined from the 140 gene measurements. FIG. 7A shows a comparison of gene expression levels in two individual cells. FIG. 7B shows Fano factors for individual genes. Error bars represent standard error of the mean determined from 7 independent data sets. FIG. 7C shows Z-scores of the expression variations of four example pairs of genes showing correlated (top two) or anti-correlated (bottom two) variation for 100 randomly selected cells. The Z-score is defined as the difference from the mean normalized by the standard deviation. FIG. 7D is a matrix of the pairwise correlation coefficients of the cell-to-cell variation in expression for the measured genes, shown together with the hierarchical clustering tree. The seven groups identified by a specific threshold on the cluster tree (dashed line) are indicated by the black boxes in the matrix and lines on the tree, with grey lines on the tree indicating ungrouped genes. Different threshold choices on the cluster tree could be made to select either smaller subgroups with tighter correlations or larger super-groups containing more weakly coupled subgroups. Two of the seven groups are enlarged on the right. FIG. 7E shows enrichment of 30 selected, statistically significantly enriched GO terms in the seven groups. Enrichment refers to the ratio of the fraction of genes within a group that have the specific GO term to the fraction of all measured genes having that term. Not all of the GO terms presented here are in the top 10 list.

Example 7

This example illustrates mapping spatial distributions of RNAs. As an imaging based approach, MERFISH also allowed the investigation of the spatial distributions of many RNA species simultaneously. Several patterns emerged from the visual inspection of individual genes, with some RNA transcripts enriched in the perinuclear region, some enriched in the cell periphery, and some scattered throughout the cell (FIG. 8A). To identify genes with similar spatial distributions, the correlation coefficients for the spatial density profiles of all pairs of RNA species were determined, and these RNAs were organized based on the pairwise correlations again using the hierarchical clustering approach. The correlation coefficient matrix showed groups of genes with correlated spatial organizations, and the two most notable groups with the strongest correlations are indicated in FIG.

US 11,098,303 B2

53                                                                 54

8B. Group I RNAs appeared enriched in the perinuclear region whereas group II RNAs appeared enriched near the cell peripheral region (FIG. **8**C). Quantitative analysis of the distances between each RNA molecule and the cell nucleus or the cell periphery indeed confirmed this visual impression (FIG. **8**D).

Group I contained genes encoding extracellular proteins such as FBN1, FBN2 and THSB1, secreted proteins such as PAPPA, and integral membrane proteins such as LRP1 and GPR107. These proteins have no obvious commonalities in function. Rather a GO analysis showed significant enrichment for location terms, such as extracellular region, basement membrane, or perivitelline space (FIG. **8**E). To reach these locations, proteins must pass through the secretion pathway, which often requires translation of mRNA at the endoplasmic reticulum (ER). Thus, it is proposed that the spatial pattern that were observed for these mRNAs reflects their co-translational enrichment at the ER. The enrichment of these mRNAs in the perinuclear region (FIGS. **8**C and **8**D, lighter shading), where the rough ER resides, supports this conclusion.

Group II contained genes encoding the actin-binding proteins, including filamins FLNA and FLNC, talin TLN1, and spectrins SPTAN1 and SPTBN1; the microtubule-binding protein CKAP5; and the motor proteins MYH10 and DYNC1H1. This group was enriched with GO terms such as cortical actin cytoskeleton, actin filament binding, and cell-cell adherens junction (FIG. **8**E). Beta-actin mRNA may be enriched near the cell periphery in fibroblasts as are mRNAs that encode members of the actin-binding Arp2/3 complex. The enrichment of group II mRNAs in the peripheral region of the cells (FIGS. **8**C and **8**D) suggests that the spatial distribution of the Group II genes might be related to the distribution of actin cytoskeleton mRNAs.

FIG. **8** shows distinct spatial distributions of RNAs observed in the 140-gene measurements. FIG. **8**A shows examples of the spatial distributions observed for four different RNA species in a cell. FIG. **8**B is a matrix of the pairwise correlation coefficients describing the degree with which the spatial distributions of each gene pair is correlated, shown together with the hierarchical clustering tree. Two strongly correlating groups are indicated by the black boxes on the matrix and shading on the tree. FIG. **8**C shows the spatial distributions of all RNAs in the two groups in two example cells. Lighter symbols: group I genes; darker symbols: group II genes. FIG. **8**D shows average distances for genes in group I and genes in group II to the cell edge or the nucleus normalized to the average distances for all genes. Error bars represent SEM across 7 data sets. FIG. **8**E shows enrichment of GO terms in each of the two groups.

## Example 8

This example illustrates measuring 1001 genes with a 14-bit MHD2 code. This example further increases the throughput of MERFISH measurements by simultaneously imaging ~1000 RNA species. This increase could be achieved with the MHD4 code by increasing the number of bits per code word to 32 while maintaining the number of '1' bits per word at four (FIG. **5**B). While the stability of the samples across many hybridization rounds (FIG. **14**) suggests that such an extension is potentially feasible, an alternative approach is shown here that did not require an increase in the number of hybridizations by relaxing the error correction requirement but keeping the error detection capability. For example, by reducing the Hamming distance from 4 to 2, all 14-bit words could be used that contain four

'1' bits to encode 1001 genes and these RNAs were probed with only 14 rounds of hybridization. However, because a single error can produce a word equally close to two different code words, error correction is no longer possible for this modified Hamming-distance-2 (MHD2) code. Hence, it was expected that the calling rate would be lower and the misidentification rate to be higher with this encoding scheme.

To evaluate the performance of this 14-bit MHD2 code, 16 of the 1001 possible code words were set aside as misidentification controls and used the remaining 985 words to encode cellular RNAs. Among these 985 RNAs included 107 RNA species probed in the 140-gene experiments as an additional control. The 1001-gene experiments were performed in IMR90 cells using a similar procedure as described above. To allow all encoding probes to be synthesized from a single 100,000-member oligopool, the number of encoding probes per RNA species was reduced to ~94. Fluorescent spots corresponding to individual RNA molecules were again detected in each round of hybridization with the readout probes and, based on their on-off patterns, these spots were decoded into RNA (FIGS. **9**A, **19**A and **19**B). 430 RNA species were detected in the cell shown in FIG. **9**A, and similar results were obtained in ~200 imaged cells in 3 independent experiments.

As expected, the misidentification rate of this scheme was higher than that of the MHD4 code. 77% of all real RNA words were detected more frequently than the median count for the misidentification controls instead of the 95% value observed in the MHD4 measurements. Using the same confidence ratio analysis as described above, it was found that 73% (instead of 91% for the MHD4 measurements) of the 985 RNA species were measured with a confidence ratio larger than the maximum value observed for the misidentification controls (FIG. **19**C). RNA copy numbers measured from these 73% RNA species showed excellent correlation with the bulk RNA sequencing results (Pearson correlation coefficient r=0.76; FIG. **9**B, black). It is worth noting that the remaining 27% of the genes still exhibit good, albeit lower, correlation with the bulk RNA sequencing data (r=0.65; FIG. **9**B, red), but the conservative measure of excluding them from further analysis was taken.

The lack of an error correction capability also decreased the calling rate of each RNA species: When comparing the 107 RNA species common in both the 1001-gene and 140-gene measurements, it was found that the copy numbers per cell of these RNA species were lower in the 1001-gene measurements (FIGS. **9**C and **19**D). The total count of these RNAs per cell was ~⅓ of that observed in the 140-gene measurements. Thus the lack of error correction in the MHD2 code produced a ~3-fold decrease in the calling rate, which is consistent with the ~4-fold decrease in calling rate observed for the MHD4 code when error correction was not applied. As expected from the quantitative agreement between 140-gene measurements and conventional smFISH results, comparison of the 1001-gene measurements with conventional smFISH results for 10 RNA species also indicated a ~3-fold drop in calling rate (FIG. **18**C). Despite the expected reduction in calling rate, the good correlations found between the copy numbers observed in the 1001-gene measurements and those observed in the 140-gene measurements, as well as in conventional smFISH and bulk RNA sequencing measurements, indicates that the relative abundance of these RNAs can be quantified with the MHD2 encoding scheme.

Simultaneously imaging ~1000 genes in individual cells substantially expanded the ability to detect co-regulated

US 11,098,303 B2

55                                                              56

genes. FIG. 10A shows the matrix of pairwise correlation coefficients determined from the cell-to-cell variations in the expression levels of these genes. Using the same hierarchical clustering analysis as described above, ~100 groups of genes with correlated expression were identified. Remarkably, nearly all of these ~100 groups showed statistically significant enrichment of functionally related GO terms (FIG. 10B). These included some of the groups identified in the 140-gene measurements, such as the group associated with cell replication genes and the group associated with cell motility genes (FIGS. 10A and 10B, groups 7 and 102), as well as many new groups. The groups identified here included 46 RNA species lacking any previous GO annotations, for which function based on their group association may be hypothesized. For example, KIAA1462 is part of the cell motility group, as also shown in the 140-gene experiments, suggesting a potential role of this gene in cell motility (FIG. 10A, group 102). Likewise, KIAA0355 is part of a new group enriched in genes associated with heart development (FIG. 10A, group 79), and C17orf70 is part of a group associated with ribosomal RNA processing (FIG. 10A, group 22). Using these groupings, cellular functions for 61 transcription factors and other partially annotated proteins of unknown functions may be hypothesized. For example, the transcription factors Z3CH13 and CHD8 are both members of the cell motility group, suggesting their potential role in the transcriptional regulation of cell motility genes.

FIG. 9 shows simultaneous measurements of 1001 genes in single cells using MERFISH with a 14-bit MHD2 code. FIG. 9A shows the localizations of all detected single molecules in a cell colored based on their measured binary words. Inset: the composite, false-colored fluorescent image of the 14 hybridization rounds for the boxed sub-region with numbered circles indicating potential RNA molecules. Circles indicate unidentifiable molecules, the binary words of which do not match any of the 14-bit MHD2 code words. Images of individual hybridization round are shown in FIG. 19A. FIG. 9B is a scatter plot of the average copy number per cell measured in the 1001-gene experiments versus the abundance measured via bulk sequencing. The upper symbols are for the 73% of genes detected with confidence ratios higher than the maximum ratio observed for the misidentification controls. The Pearson correlation coefficient is 0.76 with a p-value of $3 \times 10^{-133}$. The lower symbols are for the remaining 27% of genes. The Pearson correlation coefficient is 0.65 with a p-value of $3 \times 10^{-33}$. FIG. 9C is a scatter plot of the average copy number for the 107 genes shared in both the 1001-gene measurement with the MHD2 code and the 140-gene measurement with the MHD4 code. The Pearson correlation coefficient is 0.89 with a p-value of $9 \times 10^{-30}$. The dashed line corresponds to the y=x line.

FIG. 10 shows co-variation analysis of the RNA species measured in the 1001-gene measurements. FIG. 10A is a matrix of all pairwise correlation coefficients of the cell-to-cell variation in expression for the measured genes shown with the hierarchical clustering tree. The ~100 identified groups of correlated genes are indicated by shading on the tree. Zoom in of four of the groups described in the text are shown on the right. FIG. 10B is an enrichment of 20 selected, statistically significantly enriched GO terms in the four groups.

FIG. 19 shows decoding and error assessment of the 1001-gene experiments. FIG. 19A shows images of the boxed sub-region of the cell in FIG. 9A for each of 14 hybridization rounds. The final panel is a composite image of these 14 rounds. Circles indicate fluorescent spots that have been identified as potential RNA molecules. Some circles in the composite image indicate unidentifiable molecules, the binary words of which do not match any of the 14-bit MHD2 code words. FIG. 9B shows the corresponding binary word for each of the spots identified in FIG. 9A with the RNA species to which it is decoded. 'unidentified' implies that the measured binary word does not match any of the 1001 code words. FIG. 19C shows the normalized confidence ratios measured for the 985 RNA species (left) and the 16 misidentification control words not targeted to any RNA (right). The normalized confidence ratio is defined as in FIG. 6F. FIG. 19D shows a histogram of the reduction in detected abundance of 107 genes present in both the 1001-gene experiments and the 140-gene experiments. "Fold decrease in copy number" is defined as the average number of RNA molecules per cell for each species measured in the 140-gene experiments divided by the corresponding average number measured in the 1001-gene experiments.

FIG. 18C is a comparison of the average RNA copy numbers per cell measured in the 1001-gene experiments using the MHD2 code to those determined by conventional smFISH for 10 genes. The average ratio of the copy number measured using the MHD2 measurements to that measured using conventional smFISH was 0.30+/-0.05 (mean+/- SEM across 10 genes). The dashed line corresponds to the y=x line and the dotted line corresponds to the y=0.30x line.

Example 9

The above examples illustrate a highly multiplexed detection scheme for systems-level RNA imaging in single cells. Using combinatorial labeling, sequential hybridization and imaging, and two different error-robust encoding schemes, either 140 or 1001 genes in hundreds of individual human fibroblast cells were simultaneously imaged. Of the two encoding schemes presented here, the MHD4 code is capable of both error detection and error correction, and hence can provide a higher calling rate and a lower misidentification rate than the MHD2 code, which instead can only detect but cannot correct errors. MHD2, on the other hand, provides a faster scaling of the degree of multiplexing with the number of bits than MHD4. Other error-robust encoding schemes can also be used for such multiplexed imaging, and experimenters can set the balance between detection accuracy and ease of multiplexing based on the specific requirements of the experiments.

By increasing the number of bits in the code words, it should be possible to further increase the number of detectable RNA species using MERFISH with, for example, a MHD4 or MHD2 code. For example, using the MHD4 code with 32 total bits and four or six '1' bits would increase the number of addressable RNA species to 1,240 or 27,776, respectively. The latter is the approximate scale of the human transcriptome. The predicted misidentification and calling rates are still reasonable for the 32-bit MHD4 code

US 11,098,303 B2

57

(shown in FIGS. 5C and 5D for the MHD4 code with four '1' bits and similar rates were calculated for the MHD4 code with six '1' bits). If more accurate measurements are desired, an additional increase in the number of bits would allow the use of encoding schemes with a Hamming distance greater than 4, further enhancing the error detection and correction capability. While an increase in the number of bits by adding more hybridization rounds would increase the data collection time and potentially lead to sample degradation, these problems could be mitigated by utilizing multiple colors to readout multiple bits in each round of hybridization.

As the degree of multiplexing is increased, it is important to consider the potential increase in the density of RNAs that need to be resolved in each round of imaging. Based on the imaging and sequencing results, it can be estimated that including the whole transcriptome of the IMR90 cells would lead to a total RNA density of ~200 molecules/micrometer[3]. Using the current imaging and analysis methods, 2-3 molecules/micrometer[3] per hybridization round could be resolved, which would reach a total RNA density of ~20 molecules/micrometer[3] after 32 rounds of hybridization. This density should allow all but the top 10% most expressed genes to be imaged simultaneously or a subset of genes with even higher expression levels to be included. By utilizing more advanced image analysis algorithms to better resolve overlapping images of individual molecules, such as compressed sensing, it is possible to extend the resolvable density by ~4-fold and thus allow all but the top 2% most expressed genes to be imaged all together.

These examples have illustrated the utility of the data derived from highly multiplexed RNA imaging by using co-variation and correlation analysis to reveal distinct sub-cellular distribution patterns of RNAs, to constrain gene regulatory networks, and to predict functions for many previously unannotated or partially annotated genes with unknown functions. Given its ability to quantify RNAs across a wide range of abundances without amplification bias while preserving native context, systems and methods

58

possible code words of the 16-bit MHD4 code or from all 1001 possible code words of the 14-bit MHD2 code.

Array-synthesized oligopools were used as templates to make the encoding probes. The template molecule for each encoding probe contained three components: i) a central targeting sequence for in situ hybridization to the target RNA, ii) two flanking readout sequences designed to hybridize each of two distinct readout probes, and iii) two flanking primer sequences to allow enzymatic amplification of the probes (FIG. 13). The readout sequences were taken from the 16 possible readout sequences, each corresponding to one hybridization round. The readout sequences were assigned to the encoding probes such that for any RNA species each of the 4 readout sequences were distributed uniformly along the length of the target RNA and appeared at the same frequency. Template molecules for the 140-gene library also included a common 20-nucleotide (nt) priming region between the first PCR primer and the first readout sequence. This priming sequence was used for the reverse transcription step described below.

Multiple experiments were embedded in a single array-synthesized oligopool, and PCR was used to selectively amplify only the oligos required for a specific experiment. Primer sequences for this indexed PCR reaction were generated from a set of orthogonal 25-nt sequences. These sequences were trimmed to 20 nt and selected for i) a narrow melting temperature range (70° C. to 80° C.), ii) the absence of consecutive repeats of 3 or more identical nucleotides, and iii) the presence of a GC clamp, i.e. one of the two 3' terminal bases must be G or C. To further improve specificity, these sequences were then screened against the human transcriptome using BLAST+, and primers with 14 or more contiguous bases of homology were eliminated. Finally, BLAST+ was again used to identify and exclude primers that had an 11-nt homology region at the 3' end of any other primer or a 5-nt homology region at the 3' end of the T7 promoter. The forward primer sequences (Primer 1) were determined as described above, whereas the reverse primers each contain a 20-nt sequence as described above plus a 20-nt T7 promoter sequence to facilitate amplification via in vitro transcription (Primer 2). The primer sequences used in the 140-gene and 1001-gene experiments are listed below.

TABLE 2

| Experiment Name | Primer 1 Sequence (Index Primer 1) | Primer 2 Sequence (T7 promoter plus the reverse complement of Index Primer 2) |
|---|---|---|
| 140-gene Codebook 1 | GTTGGTCGGCACTTGGGTGC (SEQ ID NO: 18) | TAATACGACTCACTATAGGGAAAGCCGG TTCATCCGGTGG (SEQ ID NO: 21) |
| 140-gene Codebook 2 | CGATGCGCCAATTCCGGTTC (SEQ ID NO: 19) | TAATACGACTCACTATAGGGTGATCATC GCTCGCGGGTTG (SEQ ID NO: 22) |
| 1001-gene | CGCGGGCTATATGCGAACCG (SEQ ID NO: 20) | TAATACGACTCACTATAGGGCGTGGAGG GCATACAACGC (SEQ ID NO: 23) |

such as MERFISH will allow many applications of in situ transcriptomic analyses of individual cells in culture or complex tissues.

Example 10

Following are various materials and methods used in the above examples.

Probe design. Each RNA species in the target set was randomly assigned a binary code word either from all 140

30-nt-long readout sequences were created by concatenating fragments of the same orthogonal primer set generated above by combining one 20-nt primer with a 10-nt fragment of another. These readout sequences were then screened, using BLAST+, for orthogonality with the index primer sequences and other readout sequences (no more than 11 nt of homology) and for potential off-target binding sites in the human genome (no more than 14 nt of homology). Fluorescently labeled readout probes with sequences complementary to the readout sequences were used to probe these

US 11,098,303 B2

59

60

readout sequences, one in each hybridization round. All used readout probes sequences are listed below.

TABLE 3

| Bit | Readout probes | |
|---|---|---|
| 1 | CGCAACGCTTGGGACGGTTCCAATCGGATC/3Cy5Sp/ | SEQ ID NO: 24 |
| 2 | CGAATGCTCTGGCCTCGAACGAACGATAGC/3Cy5Sp/ | SEQ ID NO: 25 |
| 3 | ACAAATCCGACCAGATCGGACGATCATGGG/3Cy5Sp/ | SEQ ID NO: 26 |
| 4 | CAAGTATGCAGCGCGATTGACCGTCTCGTT/3Cy5Sp/ | SEQ ID NO: 27 |
| 5 | GCGGGAAGCACGTGGATTAGGGCATCGACC/3Cy5Sp/ | SEQ ID NO: 28 |
| 6 | AAGTCGTACGCCGATGCGCAGCAATTCACT/3Cy5Sp/ | SEQ ID NO: 29 |
| 7 | CGAAACATCGGCCACGGTCCGTTGAACTT/3Cy5Sp/ | SEQ ID NO: 30 |
| 8 | ACGAATCCACCGTCCACGCGCGTCAAACAGA/3Cy5Sp/ | SEQ ID NO: 31 |
| 9 | CGCGAAATCCCCGTAACGAGCGTCCCTTGC/3Cy5Sp/ | SEQ ID NO: 32 |
| 10 | GCATGAGTTGCCTGGCGTTGCGACGACTAA/3Cy5Sp/ | SEQ ID NO: 33 |
| 11 | CCGTCGTCTCCGGTCCACCGTTGCGCTTAC/3Cy5Sp/ | SEQ ID NO: 34 |
| 12 | GGCCAATGGCCCAGGTCCGTCACGCAATTT/3Cy5Sp/ | SEQ ID NO: 35 |
| 13 | TTGATCGAATCGGAGCGTAGCGGAATCTGC/3Cy5Sp/ | SEQ ID NO: 36 |
| 14 | CGCGCGGATCCGCTTGTCGGGAACGGATAC/3Cy5Sp/ | SEQ ID NO: 37 |
| 15 | GCCTCGATTACGACGGATGTAATTCGGCCG/3Cy5Sp/ | SEQ ID NO: 38 |
| 16 | GCCCGTATTCCCGCTTGCGAGTAGGGCAAT/3Cy5Sp/ | SEQ ID NO: 39 |

The readout probes used for the 140-gene libraries were probes 1 through 16. The readout probes used for the 1001-gene experiment were probes 1 through 14. /3Cy5Sp/ indicates a 3' Cy5 modification.

To design the central targeting sequences of the encoding probes, the abundance of different transcripts in IMR90 cells using Cufflinks v2.1, total RNA data from the ENCODE project, and human genome annotations from Gencode v18 were complied. Probes were designed from gene models corresponding to the most abundant isoform using OligoArray2.1 with the following constraints: the target sequence region is 30-nt long; the melting temperatures of the hybridized region of the probe and cellular RNA target is greater than 70° C.; there is no cross hybridization targets with melting temperatures greater than 72° C.; there is no predicted internal secondary structures with melting temperatures greater than 76° C.; and there is no contiguous repeats of 6 or more identical nucleotides. Melting temperatures were adjusted to optimize the specificity of these probes and minimize secondary structure while still producing sufficient numbers of probes for the libraries. To decrease computational cost, isoforms were divided into 1-kb regions for probe design. Using BLAST+, all potential probes that mapped to more than one cellular RNA species were rejected. Probes with multiple targets on the same RNA were kept.

For each gene in the 140-gene experiments, 198 putative encoding probe sequences were generated by concatenating the appropriate index primers, readout sequences, and targeting regions as shown in FIG. 13. To address the possibility that concatenation of these sequences introduced new regions of homology to off-target RNAs, BLAST+ was used to screen these putative sequences against all human rRNA

and tRNA sequences as well as highly expressed genes (genes with FPKM>10,000). Probes with greater than 14 nt of homology to rRNAs or tRNAs or greater than 17 nt of homology to highly expressed genes were removed. After these cuts, there were ~192 (with a standard deviation of 2) probes per gene for both MHD4 codebooks used in the 140-gene experiments. The same protocol for the 1001-gene experiments was used, as follows: Starting with 96 putative targeting sequences per gene, ~94 (with a standard deviation of 6) encoding probes per gene were obtained after these additional homology cuts. The number of encoding probes per RNA was decreased for the 1001-gene experiments so that these probes could be synthesized from a single 100, 000-member oligopool as opposed to two separate pools. Each encoding probe was designed to contain two of the four readout sequences associated with each code word, hence only half of the bound encoding probes can bind readout probe during any given hybridization round. ~192 or ~94 encoding probes per RNA were used to obtain high signal-to-background ratios for individual RNA molecules. The number of encoding probes per RNA could be substantially reduced but still allow single RNA molecules to be identified. In addition, increasing the number of readout sequences per encoding probe or using optical sectioning methods to reduce the fluorescence background may allow further reduction in the number of the encoding probes per RNA.

Two types of misidentification controls were obtained. The first control (blank words) were not represented with encoding probes. The second type of control (no-target words) had encoding probes that were not targeting any cellular RNA. The targeting regions of these probes were composed of random nucleotide sequences subject to the same constraints used to design the RNA targeting sequences described above. Moreover, these random sequences were screened against the human transcriptome to

US 11,098,303 B2

61

ensure that they contain no significant homology (>14-nt) to any human RNA. The 140-gene measurements contained 5 blank words and 5 no-target words. The 1001-gene measurements contained 11 blank words and 5 no-target words.

Probe synthesis. The encoding probes were synthesized using the following steps, and this synthesis protocol is illustrated in FIG. **13**.

Step 1: The template oligopool (CustomArray) was amplified via limited-cycle PCR on a Bio-Rad CFX96 using primer sequences specific to the desired probe set. To facilitate subsequent amplification via in vitro transcription, the reverse primer contained the T7 promoter. All primers were synthesized by IDT. This reaction was column purified (Zymo DNA Clean and Concentrator; D4003).

Step 2: The purified PCR products were then further amplified ~200-fold and converted into RNA via a high yield in vitro transcription according to the manufacturer's instructions (New England Biolabs, E2040S). Each 20 microliter reaction contained ~1 microgram of template DNA from above, 10 mM of each NTP, 1× reaction buffer, 1× RNase inhibitor (Promega RNasin, N2611) and 2 microliters of the 17 polymerase. This reaction was incubated at 37° C. for 4 hours to maximize yield. This reaction was not purified before the following steps.

Step 3: The RNA products from the above in vitro transcription reaction were then converted back into DNA via a reverse transcription reaction. Each 50 microliter reaction contained the unpurified RNA produce from Step 2 supplemented with 1.6 mM of each dNTP, 2 nmol of a reverse transcription primer, 300 units of Maxima H-reverse transcriptase (Thermo Scientific, EP0751), 60 units of RNasin, and a final 1× concentration of the Maxima RT buffer. This reaction was incubated at 50° C. for 45 minutes, and the reverse transcriptase was inactivated at 85° C. for 5 minutes. The templates for the 140-gene libraries contain a common priming region for this reverse transcription step; thus, a single primer was used for this step when creating these probes. Its sequence was CGGGTTTAGCGCCGGAAATG (SEQ ID NO: 40). A common priming region was not included for the 1001-gene library; thus, the reverse transcription was conducted with the forward primer: CGCGGGCTATATGCGAACCG (SEQ ID NO: 20).

Step 4: To remove the template RNA, 20 microliters of 0.25 M EDTA and 0.5 N NaOH was added to the above reaction to selectively hydrolyze RNA, and the sample was incubated at 95° C. for 10 minutes. This reaction was then immediately purified by column purification using a 100-microgram-capacity column (Zymo Research, D4030) and the Zymo Oligo Clean and Concentrator protocol. The final probes were eluted in 100 microliters of RNase-free deionized water, evaporated in a vacuum concentrator, and then resuspended in 10 µL of encoding hybridization buffer (see below). Probes were stored at −20° C. Denaturing polyacrylamide gel electrophoresis and absorption spectroscopy were used to confirm the quality of the probes and revealed that this probe synthesis protocol converts 90-100% of the reverse-transcription primer into full length probe and of the probe that is constructed, 70-80% is recovered during the purification step.

Fluorescently labeled readout probes have sequences complementary to the readout sequences described above and a Cy5 dye attached at the 3' end. These probes were obtained from IDT and HPLC purified.

Sample preparation and labeling with encoding probes. Human primary fibroblasts (American Type Culture Collection, IMR90) were used in this work. These cells are relatively large and flat, facilitating wide-field imaging with-

62

out the need for optical sectioning. Cells were cultured with Eagle's Minimum Essential Medium. Cells were plated on 22-mm, #1.5 coverslips (Bioptechs, 0420-0323-2) at 350,000 cells/coverslip and incubated at 37° C. with 5% $CO_2$ for 48-96 hours within petri dishes. Cells were fixed for 20 minutes in 4% paraformaldehyde (Electron Microscopy Sciences, 15714) in 1× phosphate buffered saline (PBS; Ambion, AM9625) at room temperature, reduced for 5 minutes with 0.1% w/v sodium borohydride (Sigma, 480886) in water to reduce background fluorescence, washed three times with ice-cold 1×PBS, permeabilized for 2 minutes with 0.5% v/v Triton (Sigma, T8787) in 1×PBS at room temperature, and washed three times with ice cold 1×PBS.

Cells were incubated for 5 minutes in encoding wash buffer comprising 2× saline-sodium citrate buffer (SSC) (Ambion, AM9763), 30% v/v formamide (Ambion, AM9342), and 2 mM vanadyl ribonucleoside complex (NEB, S1402S). 10 microliters of 100 micromolar (140-gene experiments) or 200 micromolar (1001-gene experiments) encoding probes in encoding hybridization buffer was added to the cell-containing coverslip and spread uniformly by placing another coverslip on top of the sample. Samples were then incubated in a humid chamber inside a 37° C.-hybridization oven for 18-36 hours. Encoding hybridization buffer is composed of encoding wash buffer supplemented with 1 mg/mL yeast tRNA (Life Technologies, 15401-011) and 10% w/v dextran sulfate (Sigma, D8906-50G).

Cells were then washed with primary encoding wash buffer, incubated at 47° C. for 10 minutes, and this wash was repeated for a total of three times. A 1:1000 dilution of 0.2-micrometer-diameter carboxylate-modified orange fluorescent beads (Life Technologies, F-8809) in 2×SSC was sonicated for 3 minutes and then incubated with the sample for 5 minutes. The beads were used as fiducial markers to align images obtained from multiple successive rounds of hybridization, as described below. The sample was washed once with 2×SSC, and then post-fixed with 4% v/v paraformaldehyde in 2×SSC at room temperature for 30 minutes. The sample was then washed three times with 2×SSC and either imaged immediately or stored for no longer than 12 hours at 4° C. prior to imaging. All solutions were prepared as RNase-free.

MERFISH imaging with multiple successive rounds of hybridization. The sample coverslip was assembled into a Bioptech's FCS2 flow chamber, and the flow through this chamber was controlled via a home-built fluidics system composed of three computer-controlled 8-way valves (Hamilton, MVP and HVXM 8-5) and a computer-controlled peristaltic pump (Rainin, Dynamax RP-1). The sample was imaged on a home-built microscope constructed around an Olympus IX-71 body and a 1.45 NA, 100× oil immersion objective and configured for oblique incidence excitation. The objective was heated to 37° C. with a Bioptechs objective heater. Constant focus was maintained throughout the imaging process with a home-built, auto-focusing system. Illumination was provided at 641 nm, 561 nm, and 405 nm using solid state lasers (MPB communications, VFL-P500-642; Coherent, 561-200CWCDRH; and Coherent, 1069413/AT) for excitation of the Cy5-labeled readout probes, the fiducial beads, and nuclear counterstains, respectively. These lines were combined with a custom dichroic (Chroma, zy405/488/561/647/752RP-UF1) and the emission was filtered with a custom dichroic (Chroma, ZET405/488/561/647-656/752m). Fluorescence was separated with a QuadView (Photometrics) using the dichroics T5601pxr,

US 11,098,303 B2

63                                                          64

T6501pxr, 750dcxxr (Chroma) and the emission filters ET525/50m, WT59550m-2f, ET700/75m, HQ7701p (Chroma) and imaged with an EMCCD camera (Andor, iXon-897). The camera was configured so that a pixel corresponds to 167 nm in the sample plane. The entire system was fully automated, so that imaging and fluid handling were performed for the entire experiment without user intervention.

Sequential hybridization, imaging, and bleaching proceeded as follows. 1 mL of 10 nM of the appropriate fluorescently labeled readout probe in readout hybridization buffer (2×SSC; 10% v/v formamide; 10% w/v dextran sulfate, and 2 mM vanadyl ribonucleoside complex) was flown across the sample, flow was stopped, and the sample was incubated for 15 minutes. Then 2 mL of readout wash buffer (2×SSC, 20% v/v formamide; and 2 mM vanadyl ribonucleoside complex) was flown across the sample, flow was stopped, and the sample was incubated for 3 minutes. 2 mL of imaging buffer comprising 2×SSC, 50 mM TrisHCl pH 8, 10% w/v glucose, 2 mM Trolox (Sigma-Aldrich, 238813), 0.5 mg/mL glucose oxidase (Sigma-Aldrich, G2133), and 40 microgram/mL catalase (Sigma-Aldrich, C30) was flown across the sample. Flow was then stopped, and then approximately 75 to 100 regions were exposed to ~25 mW 642-nm and 1 mW of 561-nm light and imaged. Each region was 40 micrometers by 40 micrometers. The laser powers were measured at the microscope backport. Because the imaging buffer is sensitive to oxygen, the ~50 mL of imaging buffer used for a single experiment was made fresh at the beginning of the experiment and then stored under a layer of mineral oil throughout the measurement. Buffer stored in this fashion was stable for more than 24 hours.

After imaging, the fluorescence of the readout probes was extinguished via photobleaching. The sample was washed with 2 mL of photobleaching buffer (2×SSC and 2 mM vanadyl ribonucleoside complex), and each imaged region of the sample was exposed to 200 mW of 641-nm light for 3 s. To confirm the efficacy of this photobleaching treatment, imaging buffer was reintroduced, and the sample was imaged as described above.

The above hybridization, imaging, and photobleaching process was repeated either 16 times for the 140-gene measurements using the MHD4 code or 14 times for the 1001-gene measurements using the MHD2 code. An entire experiment was typically completed in ~20 hours.

Following completion of imaging, 2 mL of a 1:1000 dilution of Hoechst (ENZ-52401) in 2×SSC was flown through the chamber to label the nuclei of the cells. The sample was then washed immediately with 2 mL of 2×SSC followed by 2 mL of imaging buffer. Each region of the sample was then imaged once again with ~1 mW of 405-nm light.

Because cells were imaged using wide-field imaging with oblique-incidence illumination, without optical sectioning and z-scanning, the fraction of individual RNA species that was outside the axial range of the imaging geometry was quantified for 6 different RNA species using conventional smFISH. For this purpose, these cells were optically sectioned by collecting stacks of images at different focal depths through the entire depth of the cells. The images were aligned in consecutive focal planes and then computed for each cell the fraction of RNAs that were detected in the three-dimensional stack but not in the basal focal plane. It was found that only a small fraction, 15%+/−1% (Mean+/− SEM across six different RNA species) of RNA molecules were outside the imaging range of a fixed focal plane

without z-scanning. These measurements also confirmed that the excitation geometry illuminated the full depth of the cells. Any optical sectioning technique could be employed in MERFISH to allow the imaging of RNAs in thicker cells or tissues.

Construction of measured words. Fluorescent spots were identified and localized in each image using a multi-Gaussian-fitting algorithm assuming a Gaussian with a uniform width of 167 nm. This algorithm was used to allow partially overlapping spots to be distinguished and individually fit. RNA spots were distinguished from background signal, i.e. signal arising from probes bound non-specifically, by setting the intensity threshold required to fit a spot with this software. Due to variation in the brightness of spots between rounds of hybridization, this threshold was adjusted appropriately for each hybridization round to minimize the combined average of the $1{\rightarrow}0$ and $0{\rightarrow}1$ error rates across all hybridization rounds (140-gene measurements) or to maximize the ratio of the number of measured words with four '1' bits to those with three or five '1' bits (1001-gene measurements). The location of the fiducial beads was identified in each frame using a faster single-Gaussian fitting algorithm.

Images of the same sample region in different rounds of hybridization were registered by rotating and translating the image to align the two fiducial beads within the same image that were most similar in location after a coarse initial alignment via image correlation. All images were aligned to a coordinate system established by the images collected in the first round of hybridization. The quality of this alignment was determined from the residual distance between five additional fiducial beads, and alignment error was typically ~20 nm.

Fluorescence spots in different hybridization rounds were connected into a single string, corresponding to a potential RNA molecule, if the distance between spots was smaller than 1 pixel (167 nm). For each string of spots, the on-off sequence of fluorescent signals in all hybridization rounds were used to assign a binary word to the potential RNA molecule, in which '1' was assigned to the hybridization rounds that contained a fluorescent signal above threshold and '0' was assigned to the other hybridization rounds. Measured words were then decoded into RNA species using the 16-bit MHD4 code or the 14-bit MHD2 code discussed above. In the case of the 16-bit MHD4 code, if the measured binary word matched the code word of a specific RNA perfectly or differed from the code word by one single bit, it was assigned to that RNA. In the case of the 14-bit MHD2 code, only if the measured binary word matched the code word of a specific RNA perfectly, was it assigned to that RNA. To determine the copy number per cell, the number of each RNA species was counted in individual cells within each 40 micrometer by 40 micrometer imaging area. It is noted that this number accounts for the majority but not all RNA molecules within a cell because a fraction of the cell could be outside the imaging area or focal depth. Tiling images of adjacent areas and adjacent focal planes could be employed to improve the counting accuracy.

In the 140-gene experiments, some regions of the cell nucleus occasionally contained too much fluorescence signal to properly identify individual RNA spots. In the 1001-gene experiments, the cell nucleus generally contained too much fluorescent signal to allow identification of individual RNA molecules. These bright regions were excluded from all subsequent analysis. This work focuses on mRNAs, which are enriched in the cytoplasm. To estimate the fraction of mRNAs missed by excluding the nucleus region, con-

US 11,098,303 B2

65                                              66

ventional smFISH was used to quantify the fraction of molecules found inside the nucleus for six different mRNAs species. It was found that only 5%+/−2% (Mean+/−SEM across six RNA species) of these RNA molecules are found in the nucleus. Employment of super-resolution imaging and/or optical sectioning could potentially allow individual molecules in these dense nucleus regions to be identified, which would be particularly useful for probing those non-coding RNAs that are enriched in the nucleus.

smFISH measurements of individual genes. Pools of 48 fluorescently-labeled (Quasar 670) oligonucleotide probes per RNA were purchased from Biosearch Technologies. 30-nt probe sequences were taken directly from a random subset of the targeting regions used for the multiplexed measurements. Cells were fixed and permeabilized as described above. 10 microliters of 250 nM oligonucleotide probes in encoding hybridization buffer (described above) was added to the cell-containing coverslip and spread uniformly by placing another coverslip on top of the sample. Samples were then incubated in a humid chamber inside a 37° C.-hybridization oven for 18 hours. Cells were then washed with encoding wash buffer (described above) at 37° C. for 10 minutes, and this wash was repeated for a total of three times. The sample was then washed three times with 2×SSC and imaged in imaging buffer using the same imaging geometry as described above for MERFISH.

Bulk RNA sequencing. Total RNA was extracted from IMR90 cells cultured as above using the Zymo Quick RNA MiniPrep kit (R1054) according to the manufacturer's instructions. polyA RNA was then selected (NEB; E7490), and a sequencing library was constructed using the NEB-Next Ultra RNA library preparation kit (NEB; E7530), amplified with custom oligonucleotides, and 150-bp reads were obtained from on a MiSeq. These sequences were aligned to the human genome (Gencode v18) and isoform abundance was computed with cufflinks.

Calculation of the predicted scaling and error properties of different encoding schemes. Analytic expressions were derived for the dependence of the number of possible code words, the calling rate, and the misidentification rate on N. The calling rate is defined as the fraction of RNA molecules that are properly identified. The misidentification rate is defined as the fraction of RNA molecules that are misidentified as a wrong RNA species. For encoding schemes with an error-detection capability, the calling rate and misidentification rate does not add up to 1 because a fraction of the molecules not called properly can be detected as errors and discarded and, hence, not misidentified as a wrong species. These calculations assume that the probability of misreading bits is constant for all hybridization rounds but differs for the $1{\rightarrow}0$ and $0{\rightarrow}1$ errors. Experimentally measured average $1{\rightarrow}0$ and $0{\rightarrow}1$ error rates (10% and 4% respectively) were used for the estimates shown in FIGS. 5B-5D. For simplicity, the word corresponding to all '0's was not removed from calculations.

For the simple binary encoding scheme in which all possible N-bit binary words are assigned to unique RNA species, the number of possible code words is $2^N$. The number of words that could be used to encode RNA is actually $2^N-1$ because the code word '00 . . . 0' does not contain detectable fluorescence in any hybridization round, but for simplicity the word corresponding to all '0's was not removed from subsequent calculations. The error introduced by this approximation is negligible. For any given word with m '1's and N−m '0's the probability of measuring that word without error (the fraction of RNAs that is properly called) is:

$$(1-p_1)^m(1-p_0)^{N-m},\qquad(1)$$

where $p_1$ is $1{\rightarrow}0$ error rate and $p_0$ is $0{\rightarrow}1$ error rate per bit. Because different words in this simple binary encoding scheme can have different numbers of '1' bits, the calling rate for different words will differ if $p_1{\neq}p_0$. The average calling rate, reported in FIG. 5C, was determined from the weighted average of the value of Eq. (1) for all words. This weighted average is:

$$\frac{1}{2^N}\sum_{m=0}^{N}\binom{N}{m}(1-p_1)^m(1-p_0)^{N-m},\qquad(2)$$

where

$$\binom{N}{m}$$

is the binomial coefficient and corresponds to the number of words with m '1' bits in this encoding scheme. Since in this encoding scheme every error produces a binary word that encodes a different RNA, the average misidentification rate for this encoding scheme, reported in FIG. 5D, follows directly from (2):

$$1-\frac{1}{2^N}\sum_{m=0}^{N}\binom{N}{m}(1-p_1)^m(1-p_0)^{N-m}.\qquad(3)$$

To calculate the scaling and error properties of the extended Hamming distance 4 (HD4) code, the generator matrix for the desired number of data bits using standard methods was first created. The generator matrix determines the specific words that are present in a given encoding scheme and was used to directly determine the number of encoded words as a function of the number of bits. In this encoding scheme, the calling rate corresponds to the fraction of words measured without error as well as the fraction of words measured with a single-bit error. For code words with m '1' bits, this fraction is determined by the following expression:

$$(1-p_1)^m(1-p_0)^{N-m}+mp_1{}^1(1-p_1)^{m-1}(1-p_0)^{N-m}+(N-m)p_0{}^1(1-p_1)^m(1-p_0)^{N-m-1}\qquad(4)$$

where the first term is the probability of not making any errors, the second term corresponds to the total probability of making one $1{\rightarrow}0$ error at any of the m '1' bits without making any other $0{\rightarrow}1$ errors, and the final term corresponds to the total probability of making one $0{\rightarrow}1$ error at any of the N−m '0' bits without making any $1{\rightarrow}0$ errors. Because the number of '1' bits can differ between words in this encoding scheme, the average calling rate reported in FIG. 5C was computed from a weighted average over Eq. (4) for different values of m. The weight for each term was determined from the number of words that contain m '1' bits as determined from the generator matrix described above.

Because RNA-encoding words are separated by a minimum Hamming distance of 4, at least 4 errors are required to switch one word into another. If error correction is applied, then 3 or 5 errors could also convert one RNA into another. Thus, the misidentification rate from all possible combinations of 3-bit, 4-bit and 5-bit errors was estimated

US 11,098,303 B2

**67**

for code words with m '1' bits. Technically, >5-bit errors could also convert one RNA into another, but the probability of making such errors is negligible because of the small per-bit error rate. This expression was approximated with:

$$\sum_{i=0}^{4}\binom{m}{i}\binom{N-m}{4-i}p_1^i p_0^{4-i}(1-p_1)^{m-i}(1-p_0)^{N-m-(4-i)} + \tag{5}$$

$$\sum_{i=0}^{3}\binom{m}{i}\binom{N-m}{3-i}p_1^i p_0^{3-i}(1-p_1)^{m-i}(1-p_0)^{N-m-(3-i)} +$$

$$\sum_{i=0}^{5}\binom{m}{i}\binom{N-m}{5-i}p_1^i p_0^{5-i}(1-p_1)^{m-i}(1-p_0)^{N-m-(5-i)} +$$

The first sum corresponds to all of the ways in which exactly four mistakes can be made. Similarly, the second and third sums correspond to all of the ways in which exactly three or five mistakes can be made. Eq. (5) provides an upper bound for the misidentification rate because not all three, four, or five bit errors produce a word that matches or would be corrected to another legitimate word. Again because the number of '1' bits can differ between words, the average misidentification rate reported in FIG. 5D is calculated as a weighted average of Eq. (5) over the number of words that have m '1' bits.

To generate the MHD4 code where the number of '1' bits for each code word is set to 4, the HD4 codes were first generated as described above, and then all code words that did not contain four '1's were removed. The calling rate of this code, reported in FIG. 5C, was directly calculated from Eq. (4) but with m=4 because all code words in this code have four '1' bits. The misidentification rate of this code, reported in FIG. 5D, was calculated by modifying Eq. (5) with the following considerations: (i) the number of '1' bits, m, was set to 4 and (ii) errors that produce words that do not contain three, four, or five '1' bits were excluded. Thus, the expression in Eq. (5) was simplified to

$$\binom{4}{2}\binom{N-4}{2}p_1^2 p_0^2(1-p_1)^2(1-p_0)^{N-6} + \tag{6}$$

$$\binom{4}{1}\binom{N-4}{2}p_1^1 p_0^2(1-p_1)^3(1-p_0)^{N-6} +$$

$$\binom{4}{2}\binom{N-4}{1}p_1^2 p_0^1(1-p_1)^2(1-p_0)^{N-5} +$$

$$\binom{4}{2}\binom{N-4}{3}p_1^2 p_0^3(1-p_1)^2(1-p_0)^{N-7} +$$

$$\binom{4}{3}\binom{N-4}{2}p_1^3 p_0^2(1-p_1)^1(1-p_0)^{N-6} +$$

Again, this expression is an upper bound on the actual misidentification rate because not all words with four '1's are valid code words.

Estimates of the $1\rightarrow0$ and $0\rightarrow1$ error rates for each hybridization round. To compute the probability of misreading a bit at a given hybridization round, the error correcting properties of the MHD4 code were used. Briefly, the probabilities of $1\rightarrow0$ or $0\rightarrow1$ errors were derived in the following way. Let the probability of making an error at the ith bit, i.e. ith hybridization round, be $p_i$ and the actual number of RNA

**68**

molecules of the given species be A, then the number of exact matches for this RNA will be

$$W_E = A\prod_{i=1}^{16}(1-p_i)$$

and the number of one-bit error corrected matches for this RNA corresponding to errors at the ith bit will be

$$W_i = A\frac{p_i}{(1-p_i)}\prod_{j=1}^{16}(1-p_j).$$

The $p_i$ can be directly derived from the ratio:

$$W_i/W_E = \frac{p_i}{(1-p_i)}.$$

This ratio assumes that the one-bit error-corrected counts were only generated from single-bit errors from the correct word and that multi-error contamination from other RNA words is negligible. Given that the error rate per hybridization round is small and that it takes at least three errors to convert one RNA-encoding word into a word that would be misidentified as another RNA, the above approximation should be a good one.

To compute the average $1\rightarrow0$ or $0\rightarrow1$ error probabilities for each of the 16 hybridization rounds, the above approach was used to calculate the per-bit error rates for each bit of every gene, and these errors were sorted based on whether they correspond to a $1\rightarrow0$ or a $0\rightarrow1$ error, and the average of these errors for each bit weighted by the number of counts observed for the corresponding gene was taken.

Estimates of the calling rate for individual RNA species from actual imaging data. With the estimates of the $1\rightarrow0$ or $0\rightarrow1$ error probabilities for each round of hybridization as determined above, it is possible to estimate the calling rate for each RNA based on the specific word used to encoded it. Specifically, the fraction of an RNA species that is called correctly is determined by

$$\prod_{i=1}^{N}(1-p_i)+\sum_{j=1}^{N}\frac{p_j}{(1-p_j)}\prod_{i=1}^{N}(1-p_i), \tag{7}$$

where the first term represent the probability of observing an exact match of the code word and the second term represent the probability of observing an error-corrected match (i.e. with one-bit error). The values of the per-bit error rate $p_i$ for each RNA species are determined by the specific code word for that RNA and the measured $1\rightarrow0$ or $0\rightarrow1$ error rates for each round of hybridization. If the code word of the RNA contains a '1' in the ith bit, then $p_i$ is determined from the $1\rightarrow0$ error rate for the ith hybridization round; if the word contains a '0' in the ith bit, $p_i$ is determined from the $0\rightarrow1$ error rate for the ith hybridization round.

Hierarchical clustering analysis of the co-variation in RNA abundance. Hierarchical clustering of the co-variation in gene expression for both the 140-gene and 1001-gene experiments was conducted as follows. First, the distance

US 11,098,303 B2

69                                                                 70

between every pair of genes was determined as 1 minus the Pearson correlation coefficient of the cell-to-cell variation of the measured copy numbers of these two RNA species, both normalized by the total RNA counted in the cell. Thus, highly correlated genes are 'closer' to one another and highly anti-correlated genes are 'further' apart. An agglomerative hierarchical cluster tree was then constructed from these distances using the Unweighted Pair Group Method with Arithmetic mean (UPGMA). Specifically, starting with individual genes, hierarchical clusters were constructed by identifying the two clusters (or individual genes) that are closest to one another according to the arithmetic mean of the distances between all inter-cluster gene pairs. The pairs of clusters (or individual genes) with the smallest distance are then grouped together and the process is repeated. The matrix of pairwise correlations was then sorted based on the order of the genes within these trees.

Groups of genes with substantial co-variations were identified by selecting a threshold on the hierarchical cluster tree (indicated by the dashed lines in FIGS. 7D and 10A) that produced approximately 10 groups of genes each of which contains at least 4 members for the 140-gene experiments or approximately 100 groups each of which contains at least 3 members for the 1001-gene experiments. It is noted that one can change the threshold in order to identify either more tightly coupled smaller groups or larger groups with relatively loose coupling.

A probability value for the confidence that a gene belongs to a specific group was determined by computing the difference between the average correlation coefficient between that gene and all other members of that group and the average correlation coefficient between that gene and all other measured genes outside that group. The significance (p-value) of this difference was determined with the student's t-test.

Because hierarchical clustering is inherently a one-dimensional analysis, i.e. any given genes can only be a member of a single group, this analysis does not allow all correlated gene groups to be identified. Higher dimension analysis, such as principal component analysis or k-means clustering, could be used to identify more co-varying gene clusters.

Analysis of RNA spatial distributions. To identify genes that have similar spatial distributions, each of the measured cells was subdivided into 2×2 regions and calculated the fraction of each RNA species present in each of these bins. To control for the fact that some regions of the cell naturally contain more RNA than others, the enrichment was calculated for each gene, i.e., the ratio of the observed fraction in a given region for a given RNA species to the average fraction observed for all genes in that same region. For each pair of RNA species, the Pearson correlation coefficient of the region-to-region variation in enrichment of these two RNA species for each cell was determined and the correlation coefficients were averaged over ~400 cells imaged in 7 independent data sets. RNA species were then clustered based on these average correlation coefficients using the same hierarchical clustering algorithm described above. Because of the large number of cells used for the analysis, it was found that the coarse spatial binning (2×2 regions per cell) was sufficient to capture the spatial correlation between genes and finer binning did not produce more significantly correlated groups.

To measure the distances of genes from the nuclei and from the cell edge, brightness thresholds on the cell images were first used to segment the nuclei and the cell edges identified. The distance from every RNA molecule to the nearest part of the nucleus and nearest part of the cell edge

was then determined. For each data set, the average distance for each RNA species averaged over all the cells measured was then computed. These distances were averaged for the group I genes, group II genes or all genes. Only those RNA species with at least 10 counts per cell were used in this analysis to minimize statistical error on the distance values.

Gene ontology (GO) analysis. Groups of genes were selected from the hierarchical trees as discussed above. A collection of GO terms was determined for all measured RNA species as well as the RNA species associated with each group from the most recent human GO annotations using both the annotated GO terms and terms immediately upstream or downstream of the found annotations. The enrichment of these annotations was calculated from the ratio of the fraction of genes within each group that have this term to the fraction of all measured genes that have this term and the p-value for this enrichment was calculated via the hypergeometric function. Only statistically significantly enriched GO terms with a p-value less than 0.05 were considered.

While several embodiments of the present invention have been described and illustrated herein, those of ordinary skill in the art will readily envision a variety of other means and/or structures for performing the functions and/or obtaining the results and/or one or more of the advantages described herein, and each of such variations and/or modifications is deemed to be within the scope of the present invention. More generally, those skilled in the art will readily appreciate that all parameters, dimensions, materials, and configurations described herein are meant to be exemplary and that the actual parameters, dimensions, materials, and/or configurations will depend upon the specific application or applications for which the teachings of the present invention is/are used. Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. It is, therefore, to be understood that the foregoing embodiments are presented by way of example only and that, within the scope of the appended claims and equivalents thereto, the invention may be practiced otherwise than as specifically described and claimed. The present invention is directed to each individual feature, system, article, material, kit, and/or method described herein. In addition, any combination of two or more such features, systems, articles, materials, kits, and/or methods, if such features, systems, articles, materials, kits, and/or methods are not mutually inconsistent, is included within the scope of the present invention.

All definitions, as defined and used herein, should be understood to control over dictionary definitions, definitions in documents incorporated by reference, and/or ordinary meanings of the defined terms.

The indefinite articles "a" and "an," as used herein in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one."

The phrase "and/or," as used herein in the specification and in the claims, should be understood to mean "either or both" of the elements so conjoined, i.e., elements that are conjunctively present in some cases and disjunctively present in other cases. Multiple elements listed with "and/or" should be construed in the same fashion, i.e., "one or more" of the elements so conjoined. Other elements may optionally be present other than the elements specifically identified by the "and/or" clause, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, a reference to "A and/or B", when used in conjunction with open-ended language such as "comprising"

US 11,098,303 B2

71                                                                      72

can refer, in one embodiment, to A only (optionally includ-ing elements other than B); in another embodiment, to B only (optionally including elements other than A); in yet another embodiment, to both A and B (optionally including other elements); etc.

As used herein in the specification and in the claims, "or" should be understood to have the same meaning as "and/or" as defined above. For example, when separating items in a list, "or" or "and/or" shall be interpreted as being inclusive, i.e., the inclusion of at least one, but also including more than one, of a number or list of elements, and, optionally, additional unlisted items. Only terms clearly indicated to the contrary, such as "only one of" or "exactly one of," or, when used in the claims, "consisting of," will refer to the inclusion of exactly one element of a number or list of elements. In general, the term "or" as used herein shall only be inter-preted as indicating exclusive alternatives (i.e. "one or the other but not both") when preceded by terms of exclusivity, such as "either," "one of," "only one of," or "exactly one of." "Consisting essentially of," when used in the claims, shall have its ordinary meaning as used in the field of patent law.

As used herein in the specification and in the claims, the phrase "at least one," in reference to a list of one or more elements, should be understood to mean at least one element selected from any one or more of the elements in the list of elements, but not necessarily including at least one of each and every element specifically listed within the list of elements and not excluding any combinations of elements in the list of elements. This definition also allows that elements may optionally be present other than the elements specifi-cally identified within the list of elements to which the phrase "at least one" refers, whether related or unrelated to those elements specifically identified. Thus, as a non-limit-ing example, "at least one of A and B" (or, equivalently, "at least one of A or B," or, equivalently "at least one of A and/or B") can refer, in one embodiment, to at least one, optionally including more than one, A, with no B present (and option-ally including elements other than B); in another embodi-ment, to at least one, optionally including more than one, B, with no A present (and optionally including elements other than A); in yet another embodiment, to at least one, option-ally including more than one, A, and at least one, optionally including more than one, B (and optionally including other elements); etc.

When the word "about" is used herein in reference to a number, it should be understood that still another embodi-ment of the invention includes that number not modified by the presence of the word "about."

It should also be understood that, unless clearly indicated to the contrary, in any methods claimed herein that include more than one step or act, the order of the steps or acts of the method is not necessarily limited to the order in which the steps or acts of the method are recited.

In the claims, as well as in the specification above, all transitional phrases such as "comprising," "including," "car-rying," "having," "containing," "involving," "holding," "composed of," and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of" shall be closed or semi-closed transitional phrases, respectively, as set forth in the United States Patent Office Manual of Patent Examining Procedures, Section 2111.03.

---

```
                          SEQUENCE LISTING


    <160> NUMBER OF SEQ ID NOS: 40

    <210> SEQ ID NO 1
    <211> LENGTH: 120
    <212> TYPE: DNA
    <213> ORGANISM: Artificial Sequence
    <220> FEATURE:
    <223> OTHER INFORMATION: Synthetic Polynucleotide


    <400> SEQUENCE: 1


    gttggcgacg aaagcactgc gattggaacc gtcccaagcg ttgcgcttaa tggatcatca      60

    attttgtctc actacgacgg tcaatcgcgc tgcatacttg cgtcggtcgg acaaacgagg     120



    <210> SEQ ID NO 2
    <211> LENGTH: 30
    <212> TYPE: DNA
    <213> ORGANISM: Artificial Sequence
    <220> FEATURE:
    <223> OTHER INFORMATION: Synthetic Polynucleotide


    <400> SEQUENCE: 2


    cgcaacgctt gggacggttc caatcggatc                                        30



    <210> SEQ ID NO 3
    <211> LENGTH: 30
    <212> TYPE: DNA
    <213> ORGANISM: Artificial Sequence
    <220> FEATURE:
    <223> OTHER INFORMATION: Synthetic Polynucleotide


    <400> SEQUENCE: 3
```

US 11,098,303 B2

73 74

-continued

```
cgaatgctct ggcctcgaac gaacgatagc                           30


<210> SEQ ID NO 4
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 4

acaaatccga ccagatcgga cgatcatggg                           30


<210> SEQ ID NO 5
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 5

caagtatgca gcgcgattga ccgtctcgtt                           30


<210> SEQ ID NO 6
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 6

tgcgtcgtct ggctagcacg gcacgcaaat                           30


<210> SEQ ID NO 7
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 7

aagtcgtacg ccgatgcgca gcaattcact                           30


<210> SEQ ID NO 8
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 8

cgaaacatcg gccacggtcc cgttgaactt                           30


<210> SEQ ID NO 9
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 9

acgaatccac cgtccagcgc gtcaaacaga                           30


<210> SEQ ID NO 10
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
```

US 11,098,303 B2

75

76

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 10

cgcgaaatcc ccgtaacgag cgtcccttgc                    30


<210> SEQ ID NO 11
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 11

gcatgagttg cctggcgttg cgacgactaa                    30


<210> SEQ ID NO 12
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 12

ccgtcgtctc cggtccaccg ttgcgcttac                    30


<210> SEQ ID NO 13
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 13

ggccaatggc ccaggtccgt cacgcaattt                    30


<210> SEQ ID NO 14
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 14

ttgatcgaat cggagcgtag cggaatctgc                    30


<210> SEQ ID NO 15
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 15

cgcgcggatc cgcttgtcgg gaacggatac                    30


<210> SEQ ID NO 16
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 16

gcctcgatta cgacggatgt aattcggccg                    30
```

US 11,098,303 B2

77                                              78

-continued

```
<210> SEQ ID NO 17
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 17

gcccgtattc ccgcttgcga gtagggcaat                              30


<210> SEQ ID NO 18
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 18

gttggtcggc acttgggtgc                                        20


<210> SEQ ID NO 19
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 19

cgatgcgcca attccggttc                                        20


<210> SEQ ID NO 20
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 20

cgcgggctat atgcgaaccg                                        20


<210> SEQ ID NO 21
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 21

taatacgact cactataggg aaagccggtt catccggtgg                   40


<210> SEQ ID NO 22
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 22

taatacgact cactataggg tgatcatcgc tcgcgggttg                   40


<210> SEQ ID NO 23
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
```

US 11,098,303 B2

<table>
<tr><td>79</td><td>80</td></tr>
</table>

-continued

<400> SEQUENCE: 23

taatacgact cactataggg cgtggagggc atacaacgc                39


<210> SEQ ID NO 24
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Cytosine is modified by 3' Cy5 Sp

<400> SEQUENCE: 24

cgcaacgctt gggacggttc caatcggatc                          30


<210> SEQ ID NO 25
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Cytosine is modified by 3' Cy5 Sp

<400> SEQUENCE: 25

cgaatgctct ggcctcgaac gaacgatagc                          30


<210> SEQ ID NO 26
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Guanine is modified by 3' Cy5 Sp

<400> SEQUENCE: 26

acaaatccga ccagatcgga cgatcatggg                          30


<210> SEQ ID NO 27
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Thymine is modified by 3' Cy5 Sp

<400> SEQUENCE: 27

caagtatgca gcgcgattga ccgtctcgtt                          30


<210> SEQ ID NO 28
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)

US 11,098,303 B2

81

82

-continued

<223> OTHER INFORMATION: Cytosine is modified by 3' Cy5 Sp

<400> SEQUENCE: 28

gcgggaagca cgtggattag ggcatcgacc                                    30


<210> SEQ ID NO 29
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Thymine is modified by 3' Cy5 Sp
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 29

aagtcgtacg ccgatgcgca gcaattcact                                    30


<210> SEQ ID NO 30
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Thymine is modified by 3' Cy5 Sp

<400> SEQUENCE: 30

cgaaacatcg gccacggtcc cgttgaactt                                    30


<210> SEQ ID NO 31
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Adenine is modified by 3' Cy5 Sp

<400> SEQUENCE: 31

acgaatccac cgtccagcgc gtcaaacaga                                    30


<210> SEQ ID NO 32
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Cytosine is modified by 3' Cy5 Sp

<400> SEQUENCE: 32

cgcgaaatcc ccgtaacgag cgtcccttgc                                    30


<210> SEQ ID NO 33
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature

US 11,098,303 B2

<table>
<tr><td>83</td><td>84</td></tr>
</table>

-continued

```
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Adenine is modified by 3' Cy5 Sp

<400> SEQUENCE: 33

gcatgagttg cctggcgttg cgacgactaa                                30


<210> SEQ ID NO 34
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Cytosine is modified by 3' Cy5 Sp

<400> SEQUENCE: 34

ccgtcgtctc cggtccaccg ttgcgcttac                                30


<210> SEQ ID NO 35
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Thymine is modified by 3' Cy5 Sp

<400> SEQUENCE: 35

ggccaatggc ccaggtccgt cacgcaattt                                30


<210> SEQ ID NO 36
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Cytosine is modified by 3' Cy5 Sp

<400> SEQUENCE: 36

ttgatcgaat cggagcgtag cggaatctgc                                30


<210> SEQ ID NO 37
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Cytosine is modified by 3' Cy5 Sp

<400> SEQUENCE: 37

cgcgcggatc cgcttgtcgg gaacggatac                                30


<210> SEQ ID NO 38
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
```

US 11,098,303 B2

85                                                                          86

-continued

```
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Guanine is modified by 3' Cy5 Sp

<400> SEQUENCE: 38

gcctcgatta cgacggatgt aattcggccg                                    30


<210> SEQ ID NO 39
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Thymine is modified by 3' Cy5 Sp

<400> SEQUENCE: 39

gcccgtattc ccgcttgcga gtagggcaat                                    30


<210> SEQ ID NO 40
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic Polynucleotide

<400> SEQUENCE: 40

cgggtttagc gccggaaatg                                               20
```

The invention claimed is:

1. A method for detecting a plurality of different nucleic acid targets within a sample by in situ hybridization, comprising:

(a) producing a plurality of first hybridized complexes within a sample containing a plurality of different nucleic acid targets by exposing the sample to a plurality of different encoding nucleic acid probes, wherein each of the plurality of encoding nucleic acid probes comprises (i) a target sequence that specifically hybridizes to a different nucleic acid target or a different location of an identical nucleic acid target of the plurality of different nucleic acid targets and (ii) one or more read sequences such that each of the plurality of first hybridized complexes comprises multiple encoding nucleic acid probes of the different encoding nucleic acid probes

(b) producing a plurality of readout probe-hybridized complexes by exposing each of the plurality of first hybridized complexes within the sample to a first readout nucleic acid probe, wherein the first readout nucleic acid probe comprises a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal;

(c) detecting a fluorescent signal from each of the plurality of readout probe-hybridized complexes;

(d) removing the fluorescent signal from each of the plurality of readout probe-hybridized complexes by inactivating the fluorescent signaling entity or removing the fluorescent signaling entity from each of the plurality of readout probe-hybridized complexes;

(e) after step (d), producing a different plurality of readout probe-hybridized complexes by exposing the sample to a different readout nucleic acid probe, wherein the different readout nucleic acid probe comprise a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal;

(f) detecting a fluorescent signal from each of the different plurality of readout probe hybridized complexes;

(g) removing the fluorescent signal from each of the different plurality of readout probe hybridized complexes by inactivating the fluorescent signaling entity or removing the fluorescent signaling entity from each of the different plurality of readout probe hybridized complexes;

(h) repeating steps (e) to (g) for one or more times using a different readout nucleic acid probe, wherein the different readout nucleic acid probe comprises a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal;

(i) producing codewords representing the plurality of different nucleic acid targets at locations within the sample, wherein each of the codeword represents one of the plurality of different nucleic acid targets and comprises multiple binary values 1 and 0, wherein a value of 1 is obtained when the fluorescent signal is detected from one of the plurality of readout probe hybridized complexes or one of the different plurality of readout probe-hybridized complexes at a respective

US 11,098,303 B2

87

88

location within the sample while a value of **0** is obtained when the fluorescent signal is not detected from one of the plurality of readout probe-hybridized complexes or one of the different plurality of readout probe-hybridized complexes at the respective location within the sample;

(j) matching the codewords with valid codewords in a codebook by comparing the codewords to the valid codewords in the codebook, and if one of the codewords is not matched with one of the valid codewords in the codebook, applying an error detection or correction system, matching the one of the codewords with another of the valid codewords in the codebook, or discarding the one of the codewords, wherein the codebook comprises the valid codewords of the plurality of nucleic acid targets; and

(k) determining the plurality of nucleic acid targets in the sample based on results from the matching step.

**2**. The method of claim **1**, wherein the fluorescent signal in step (c) and/or step (f) is detected at a resolution better than 300 nm.

**3**. The method of claim **1**, wherein the sample comprises a cell.

**4**. The method of claim **3**, wherein the cell is fixed on a coverslip.

**5**. The method of claim **1**, comprising determining the fluorescent signal entity by imaging at least a portion of the sample using a light microscope.

**6**. The method of claim **1**, further comprising determining an abundance and/or spatial distribution of the different nucleic acid targets at locations within the sample.

**7**. The method of claim **1**, further comprising removing the readout nucleic acid probes unhybridized to each of the plurality of first hybridized complex prior to step (c).

**8**. The method of claim **1**, wherein the valid codewords form an error-checking or an error-correcting code space.

**9**. The method of claim **1**, wherein in said comparing the codewords to the valid codewords in the codebook in step (j), one of the codewords is not matched with one of the valid codewords in the codebook when the one of the codewords has one or more errors.

**10**. The method of claim **1**, wherein in said comparing the codewords to the valid codewords in the codebook in step (j), one of the codewords is not matched with one of the valid codewords in the codebook when the one of the codewords has one error.

**11**. The method of claim **1**, wherein in said comparing the codewords to the valid codewords in the codebook in step (j), one of the codewords is not matched with one of the valid codewords in the codebook when the one of the codewords has two errors.

**12**. The method of claim **1**, wherein said comparing the codewords to the valid codewords in the codebook in step (j) comprises comparing the values at each of the positions of the codewords.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 11,098,303 B2                                Page 1 of 1
APPLICATION NO.   : 15/329683
DATED                  : August 24, 2021
INVENTOR(S)        : Xiaowei Zhuang et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Item (72) should read:
(72) Inventors: Xiaowei Zhuang, Cambridge, MA (US);
        Kok-Hao Chen, Cambridge, MA (US);
        Alistair Boettiger, Cambridge, MA (US);
        Jeffrey R. Moffitt, Cambridge, MA (US);
        Siyuan Wang, Cambridge, MA (US)

In the Claims

Column 85, Claim 1, Line 50 should read:
ent encoding nucleic acid probes located in its different locations;

Signed and Sealed this
Seventh Day of December, 2021

Drew Hirshfeld
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

# EXHIBIT 3

**Exemplary Infringement of the Zhuang '303 Patent by the Xenium In Situ Analysis Technology,
Either Literally or Under the Doctrine of Equivalents**

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| Claim 1:  A method for detecting a plurality of different nucleic acid targets within a sample by in situ hybridization, comprising: | To the extent the preamble of the Zhuang '303 Patent is limiting, 10x's Xenium In Situ Analysis Technology is used to perform a method for detecting a plurality of different nucleic acid targets within a sample by in situ hybridization.<br><br>The Xenium In Situ platform can be used to identify multiple nucleic acid targets (*e.g.*, expressed genes) in a tissue sample using *in situ* hybridization of probes that recognize targets.  The **Xenium Website**[1] provides, *e.g.*:<br><br>    In situ profiling—just the right scale, in the right place[.]  With most current spatial technologies, researchers can detect many targets at multicellular resolution, or focus on a very small number of known targets at higher resolution.  In situ technology helps close this gap, offering subcellular resolution on key targets and helping generate a more comprehensive understanding of healthy biological processes and disease.  Advances in in situ technologies have exponentially increased how many RNAs can be simultaneously studied within a tissue while retaining high cellular resolution.  In situ profiling can create a full map of healthy and diseased tissue at subcellular resolution, and identify cell and biomarker diversity to help more accurately predict therapeutic outcomes.  In situ is bounding forward the exploration of biology and disease.<br><br>          \*\*\*<br><br>    To define targets for a Xenium In Situ study, researchers can leverage 10x Genomics' powerful Chromium and Visium platforms, allowing for the identification and visualization of cell type markers, cell composition, or regional gene expression.  Researchers can then use Xenium to dive deeper and create gene expression maps at cellular and subcellular resolution, identifying gene expression patterns in the original tissue. |

---

[1]  *Xenium In Situ Analysis Technology*, 10x Genomics, https://www.10xgenomics.com/in-situ-technology.

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | *** |
| | Build spatial transcriptome maps with Xenium In Situ.  The Xenium workflow starts with sectioning tissues onto a microscope slide.  The sections are then treated to access the RNA for labeling with circularizable DNA probes.  Ligation of the probes then generates a circular DNA probe which is enzymatically amplified and bound with fluorescent oligos, creating bright, easy to image signal that has a high signal-to-noise ratio.  The slide is then placed in the Xenium In Situ Analyzer where the sample then undergoes successive rounds of fluorescent probe hybridization, imaging, and removal.  An optical signature specific to each gene is generated, enabling identification of the target gene.  Finally, a spatial map of the transcripts is built across the entire tissue section.<br><br>Embedded in a section of the **Xenium Website** with the header "How it works[:]  Build spatial transcriptome maps with Xenium In Situ," 10x provides the **Xenium Video**[2] to demonstrate the Xenium In Situ Analysis Technology.  The voiceover of the **Xenium Video** provides (at 2:01-2:06), *e.g.*, that "[a]t the end, we can build a spatial map of the transcripts across the tissue section."<br><br>10x's Xenium In Situ Analysis Technology is further evidenced by patent applications assigned to 10x as, on information and belief, 10x Genomics seeks to obtain patent protection on this technology.<br><br>By way of non-limiting example, U.S. Patent Pub. No. 2022/0084628, titled "Methods and Systems for Barcode Error Correction," ("**Shah**"), assigned to 10x Genomics, Inc., also discloses a method for detecting gene target transcripts (*e.g.*, a plurality of nucleic acid targets) in a sample using *in situ* hybridization.  *See, e.g.*, **Shah** Example 1, [0277] (excerpted below) (*all highlighting in **Shah** added for emphasis*): |

---

[2]   The **Xenium Video** is embedded in the **Xenium Website**.

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | Example 1: In Situ Detection of Target Gene Transcripts<br><br>[0277]   Target gene transcripts are assigned a codeword (e.g., a designed barcode described herein) in a sparse decoding process. In some instances, target gene transcripts are assigned a designed barcode based upon differential gene expression levels as described elsewhere herein. Probes (such as padlock probes) comprising a target binding region and a unique nucleic acid barcode sequence (chemical barcode) associated with a particular target are utilized to detect target gene transcripts. In some instances, chemical<br><br>On information and belief, 10x's Xenium In Situ Analysis Technology utilizes, *e.g.*, technology developed at CartaNA and/or by CartaNA employees such as Mats Nilsson.  On information and belief, publications by CartaNA or its employees disclose aspects of the Xenium In Situ Analysis Technology.  For example, **Gyllborg (2020)** provides (at 1-2):[3]<br><br>Multiplexed *in situ* hybridization offers the possibility to explore cellular diversity at subcellular resolution in a upscaled approach.  As an example, our lab has developed *in situ* sequencing (ISS) to be used to detect RNA isoforms, transcriptomic distribution, and cell typing across tissue sections. |
| (a) producing a plurality of first hybridized complexes within a sample containing a plurality of different nucleic acid targets by exposing the sample to a plurality of | The **Xenium Website** and **Xenium Video** describe the production of a plurality of first hybridized complexes within a sample containing a plurality of different nucleic acid targets (*e.g.*, a cell or tissue specimen).  It further describes exposing the sample to a plurality of different encoding nucleic acid probes.<br><br>The **Xenium Website** provides (*emphasis added*): |

---

[3]  Gyllborg et al*., Hybridization-Based In Situ Sequencing (HybISS) for Spatially Resolved Transcriptomics in Human and Mouse Brain Tissue*, 48 Nucleic Acids Res. 1, (2020).

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| different encoding nucleic acid probes, | The Xenium workflow starts with sectioning tissues onto a microscope slide. ***The sections are then treated to access the RNA for labeling with circularizable DNA probes***.<br><br>As further shown in the **Xenium Video** below, to produce said plurality of first hybridized complexes, such circularizable DNA probes—"padlock" nucleic acid probes—bind multiple different nucleic acid targets (*e.g.*, RNAs 1-6).<br><br>*E.g.*, the **Xenium Video** (from 0:15 to 0:29, excerpt below) discloses an encoding nucleic acid probe (a padlock probe) exposed to a nucleic acid target in a sample. The **Xenium Video** voice-over states: "Next, the RNA is labeled with circularizable DNA probes. These probes contain two regions that hybridize to the target RNA, as well as a gene-specific sequence that we refer to as the barcode."<br><br><br><br>The **Xenium Video** (at 0:32, excerpt below) shows the formation of a hybridized complex between portions of the encoding probe and the nucleic acid target.<br><br> |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
|  | The **Xenium Video** (at 1:15, excerpt below) shows multiple encoding nucleic acid probes (padlock probes) within the sample.  These multiple encoding probes form hybridized complexes with multiple nucleic acid targets (*white arrows added for emphasis to indicate hybridization complexes*).<br><br><br><br>Similarly, **Shah** [0277] provides, *e.g.*, that "[p]robes (such as padlock probes) … are utilized to detect target gene transcripts." |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | **Example 1: In Situ Detection of Target Gene Transcripts**<br><br>**[0277]** Target gene transcripts are assigned a codeword (e.g., a designed barcode described herein) in a sparse decoding process. In some instances, target gene transcripts are assigned a designed barcode based upon differential gene expression levels as described elsewhere herein. Probes (such as padlock probes) comprising a target binding region and a unique nucleic acid barcode sequence (chemical barcode) associated with a particular target utilized to detect target gene transcripts. In some instances, chemical barcodes are a designed barcode sequence as described elsewhere herein. Probes are hybridized to a biological |
| wherein each of the plurality of encoding nucleic acid probes comprises (i) a target sequence that specifically hybridizes to a different nucleic acid target or a different location of an identical nucleic acid target of the plurality of different nucleic acid targets and | As shown *supra* and reproduced below, the **Xenium Video** discloses, *e.g.*, that each of the plurality of encoding nucleic acid probes comprises a target sequence that specifically hybridizes to a different nucleic acid target of the plurality of different nucleic acid targets.<br><br>*E.g.*, the **Xenium Video** shows (at 0:32) the formation of a hybridized complex between each of the encoding probe's target sequence(s) and a different nucleic acid target.<br><br> |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | **Gyllborg (2020)** also discloses that each of the plurality of encoding nucleic acid probes comprises a target sequence that specifically hybridizes to a different nucleic acid target (the "gene of interest"). *E.g.*, **Gyllborg (2020)** at 4 and Figure 1(A) (excerpted below) provides (*emphasis added*):<br><br>Similar to previous established ISS methods, **PLPs** [padlock probes] ***are designed to target specific cDNA sequences*** from reversed transcribed mRNA *in situ* (Figure 1A). An in-house padlock design pipeline produces multiple gene unique target sequences ... The customizable backbone of the PLPs contains two parts: a unique ID sequence that is paired to each gene of interest targeted and a general 'anchor' sequence shared by all PLPs. Here we design PLPs to target a ***30 nt gene unique cDNA sequence split into two 15 nt arms***, and a backbone with a 20 nt ID sequence and a 20 nt anchor sequence, resulting in a final 70 nt long PLP ...<br><br><br><br>**Gyllborg (2020)** at 4 further describes hybridization of encoding nucleic acid probes at different locations of an identical nucleic acid target (*emphasis added*):<br><br>The 20 nt ID sequence is a predetermined sequence unique for the transcript target (e.g. ***five PLPs targeting five regions of one gene transcript*** have the same ID sequence). |
| (ii) one or more read sequences such that each of the plurality of first | The **Xenium Website** and **Xenium Video** disclose that each of the plurality of encoding nucleic acid probes comprises one or more read sequences. *E.g.*, the **Xenium Video** voiceover states (at 0:50-1:06): "Following this ligation, the circularized probe [*e.g.*, the encoding probe] is enzymatically |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| hybridized complexes comprises multiple encoding nucleic acid probes of the different encoding nucleic acid probes located in its different locations; | amplified, generating multiple copies of the gene-specific barcode [*e.g.*, one or more read sequences] for each RNA binding event.  Later, fluorescent oligos will bind the amplified barcode sequence." The "multiple copies" of the encoding probe's barcode sequence are indicated in white arrows below, added for emphasis (excerpt at 0:58).<br><br><br><br>The **Xenium Website** and **Xenium Video** and CartaNA publications such as **Gyllborg (2020)** further disclose, *e.g.*, that each of the plurality of first hybridized complexes comprises multiple encoding nucleic acid probes located in its different locations, either literally or under the doctrine of equivalents.  For example, **Gyllborg (2020)** provides (at 4) (*emphasis added*):<br><br>Here, we design PLPs to target a 30 nt gene unique cDNA sequence ... The 20 nt ID sequence is a predetermined sequence unique for the transcript target (e.g. ***five PLPs targeting five regions of one gene transcript*** have the same ID sequence). … The RCP amplicon contains multiple, repetitive ID sequence targets, allowing for the specificity of complimentary hybridization of readout oligonucleotides termed bridge-probes.<br><br>Moreover, by way of non-limiting example, U.S. Patent Publication No. 2021/0198723, titled "Methods of Detecting an Analyte" and assigned to 10x Genomics, Inc. on information and belief, |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | similarly discloses that each of the plurality of first hybridized complexes comprises multiple encoding nucleic acid probes located in its different locations, *e.g.*, at [0147].[4] |
| | [0147]   Firstly, multiple target nucleic acid molecules may be provided for each target analyte. In some embodiments, for example, multiple target nucleic acid molecules may be provided in the form of multiple probes, e.g. hybridization probes, or antibody-based or other probes comprising a nucleic acid molecule, for each target analyte. Each of the multiple probes may represent, or may comprise, or lead to the generation of, a target nucleic acid molecule. By way of representative example, multiple padlock probes, each comprising the same marker sequence, may hybridize to a single nucleic acid target analyte. Thus, for example, if 3 target |
| (b) producing a plurality of readout probe-hybridized complexes by exposing each of the plurality of first hybridized complexes within the sample to a first readout nucleic acid probe, wherein the first readout nucleic acid probe comprises a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second | The **Xenium Website** and **Xenium Video** disclose producing a plurality of readout probe-hybridized complexes by exposing each of the plurality of first hybridized complexes within the sample to a first readout nucleic acid probe.  For example, the **Xenium Website** states:<br><br>The slide is then placed in the Xenium In Situ Analyzer where the sample then undergoes successive rounds of fluorescent probe hybridization, imaging, and removal.  An optical signature specific to each gene is generated, enabling identification of the target gene.<br><br>The **Xenium Video** discloses that readout probes hybridize to hybridized complexes (*e.g.*, in excerpted and enlarged portion below).  The **Xenium Video** voiceover script (at 1:01-1:06): "Later, fluorescent oligos will bind the amplified barcode sequence." |

[4]   U.S. Patent Publication No. 2021/0198723 to Kühnemund & Verheyen ("Methods of Detecting an Analyte").  The applicant of the '723 publication's application is CartaNA AB.

9

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| portion comprising a fluorescent signaling entity capable of producing a fluorescent signal; |  Exemplary portion enlarged (*yellow and white arrows added for emphasis*): |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | As exemplified above, the **Xenium Video** discloses the first readout nucleic acid probe comprises a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal.  Specifically, the readout probe is comprised of a portion that hybridizes to a readout sequence (*indicated by added yellow arrows*) and a portion that comprises a fluorescent signal (*indicated by white arrows*).<br><br>These two portions of the readout probe design can also be seen in the **Xenium Video**, *e.g.*, at 1:40 (*arrows added for emphasis*):<br><br> |
| (c) detecting a fluorescent signal from each of the plurality of readout probe-hybridized complexes; | The **Xenium Website** and **Xenium Video** disclose detecting a fluorescent signal from each of the plurality of readout probe-hybridized complexes.  The **Xenium Website** provides, *e.g.* (*emphasis added*): "[t]he slide is then placed in the Xenium In Situ Analyzer where the sample then undergoes successive rounds of ***fluorescent probe*** hybridization, ***imaging***, and removal." |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | The **Xenium Video** voiceover states (at 1:02-1:05): "[f]luorescent oligos will bind the amplified barcode sequence."  Later, the voiceover provides (at 1:34-1:41):  "The sample then undergoes successive rounds of fluorescent probe hybridization, imaging, and probe removal."  The **Xenium Video** shows that a fluorescent signal can be detected from multiple target complexes (*e.g.*, at 1:43):  **Gyllborg (2020)** Figure 1 (legend) similarly provides that "[e]very cycle consists of hybridizing bridge-probes to RCPs and reading them out with fluorophore conjugated readout detection probes." |
| (d) removing the fluorescent signal from each of the plurality of readout probe-hybridized complexes by inactivating the fluorescent signaling entity or removing | The **Xenium Website** and **Xenium Video** disclose removing the fluorescent signal from each of the plurality of readout probe-hybridized complexes by, *e.g.*, removing the fluorescent signaling entity from each of the plurality of readout probe-hybridized complexes. The **Xenium Website** provides, *e.g.* (*emphasis added*): "[t]he slide is then placed in the Xenium In Situ Analyzer where the sample then undergoes successive rounds of fluorescent probe hybridization, |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| the fluorescent signaling entity from each of the plurality of readout probe-hybridized complexes; | imaging, and **removal**."  Similarly, the **Xenium Video** voiceover provides (at 1:34-1:41):  "The sample then undergoes successive rounds of fluorescent probe hybridization, imaging, and probe removal."<br><br>**Gyllborg (2020)** at 5 (Figure 1 legend) similarly provides, *e.g.*: "For sequential cycles, bridge-probes are then stripped off to allow for rehybridizing next round of bridge-probes." |
| (e) after step (d), producing a different plurality of readout probe-hybridized complexes by exposing the sample to a different readout nucleic acid probe, wherein the different readout nucleic acid probe comprise a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal; | The **Xenium Website** and **Xenium Video** disclose producing a different plurality of readout probe-hybridized complexes by exposing the sample to a different readout nucleic acid probe.  *E.g.*, the **Xenium Website** provides that (*emphasis added*): "[t]he slide is then placed in the Xenium In Situ Analyzer where the sample then undergoes *successive rounds of fluorescent probe hybridization*, imaging, and removal."<br><br>Similarly, the **Xenium Video** voiceover states (at 1:34-2:00):<br><br>    The sample then undergoes successive rounds of fluorescent probe hybridization, imaging, and probe removal.  Each barcode, and therefore each RNA label, is turned on or off in a specific color at each cycle of this process.  This generates an optical signature specific to each gene.  By reading out the signature, we can identify the target gene.<br><br>The **Xenium Video** further discloses the different readout nucleic acid probes comprise a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal.<br><br>As exemplified below (*excerpted and recombined for emphasis*), the **Xenium Video** (at 1:50-2:04) discloses sequential hybridization using different readout probes (associated with different color fluors).  These readout probes have the same structure as disclosed above in step (b). |

13

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| |  **Gyllborg (2020)** similarly provides, at 2-4:<br><br>The unique feature of the ISS method is the probe amplification and the integrated barcoding system that can be decoded across sequential rounds of probing, imaging and stripping.<br><br>\*\*\*<br><br>Sequential rounds of bridge-probe hybridization, readout detection probing, imaging and stripping allows for a highly multiplexed assay without the round limitation of previous SBL-based ISS methods.<br><br>**Gyllborg (2020)**'s Supplementary Figure 1C illustrates this serial readout of fluorescent signals as follows: |

14

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| |  |
| (f) detecting a fluorescent signal from each of the different plurality of readout probe hybridized complexes; | The **Xenium Website** and the **Xenium Video** disclose detecting a fluorescent signal from each of the different plurality of readout probe hybridized complexes. *See, e.g., supra* steps (c) and (e). *E.g.,* the **Xenium Website** provides that "the sample then undergoes ***successive rounds*** of fluorescent probe hybridization, ***imaging,*** and removal." (Emphasis added.) |
| (g) removing the fluorescent signal from each of the different plurality of readout probe hybridized complexes by inactivating the fluorescent signaling entity or removing the fluorescent signaling entity from each of the different plurality of readout probe hybridized complexes; | The **Xenium Website** and the **Xenium Video** disclose removing the fluorescent signal from each of the different plurality of readout probe hybridized complexes by, *e.g.,* removing the fluorescent signaling entity from each of the different plurality of readout probe hybridized complexes. *See, e.g., supra* step (d). *E.g.,* the **Xenium Website** provides that "the sample then undergoes ***successive rounds*** of fluorescent probe hybridization imaging, and ***removal***." (Emphasis added.) |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| (h) repeating steps (e) to (g) for one or more times using a different readout nucleic acid probe, wherein the different readout nucleic acid probe comprises a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal; | The **Xenium Website** and **Xenium Video** disclose repeating steps (e) to (g) for one or more times using a different readout nucleic acid probe. *See supra* steps (e)-(g); *see also supra* steps (b)-(d).<br><br>For example, the **Xenium Video** (at 1:50-2:04, *excerpted and reorganized below for emphasis*) discloses sequential hybridization using different readout probes (associated with different color fluors) up to "N" times.<br><br><br><br>As shown in the **Xenium Video**, the different readout nucleic acid probes comprise a first portion and a second portion, the first portion comprising a sequence that specifically hybridizes to one of the read sequences, and the second portion comprising a fluorescent signaling entity capable of producing a fluorescent signal. *See supra* step (b). |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
|  | Similarly, **Shah** [0277] discloses, *e.g.*, probes bound to the target are detected in a decoding process using fluorescently labeled probes in a plurality of detection cycles (*e.g.*, a series of imaging cycles).<br><br>probes to bind with the target gene transcripts. Any number of optional processing steps can be performed either pre- or post-probe hybridization (e.g., fixation, permeabilization, washes, hydrogel embedding, probe ligation, amplification, such as rolling circle amplification, etc.). Probes that bound to the target (or an amplified or processed product thereof) are then detected in a decoding process using, e.g., fluorescently labeled probes in a plurality of detection cycles (e.g., series of imaging cycles) to detect a plurality of features and generate a decoded barcode. In some instances, the adaptive error correction methodologies described herein are utilized |
| (i) producing codewords representing the plurality of different nucleic acid targets at locations within the sample, wherein each of the codeword represents one of the plurality of different nucleic acid targets and comprises multiple binary values 1 and 0, wherein a value of 1 is obtained when the fluorescent signal is detected from one of the plurality of readout probe hybridized complexes or one of the different plurality of readout probe-hybridized complexes at a respective | The **Xenium Website** and **Xenium Video** disclose producing codewords (*e.g.*, an "optical signature") representing the plurality of different nucleic acid targets at locations within the sample, either literally or under the doctrine of equivalents.  As exemplified below, each codeword comprises multiple binary values 1 and 0, wherein a value of 1 is obtained when the fluorescent signal is detected from one of the plurality of readout probe hybridized complexes or one of the different plurality of readout probe-hybridized complexes at a respective location within the sample, while a value of 0 is obtained when the fluorescent signal is not detected from one of the plurality of readout probe-hybridized complexes or one of the different plurality of readout probe-hybridized complexes at the respective location within the sample.<br><br>The **Xenium Website** provides, *e.g.*, that "[a]n optical signature specific to each gene is generated, enabling identification of the target gene."<br><br>The **Xenium Video** discloses the production of codewords representing the plurality of different nucleic acid targets from the targets' respective locations within the sample.  At 1:54 and 2:02 below (exemplary), the **Xenium Video** describes the production of sequences associated with different |

17

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| location within the sample while a value of 0 is obtained when the fluorescent signal is not detected from one of the plurality of readout probe-hybridized complexes or one of the different plurality of readout probe-hybridized complexes at the respective location within the sample; | nucleic acid targets at their respective location in the sample (*e.g.*, RNA 5 and RNA 2 exemplified below).<br><br>The **Xenium Video** states (at 1:43-1:51) (emphasis added): "Each barcode, and therefore each RNA label, is turned ***on or off*** in a specific color at each cycle of this process."  As indicated by the yellow and white arrows and text (added for emphasis), these sequences are comprised of either a fluorescent signal ("1") or the failure to detect a fluorescent signal ("0").<br><br> |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | <br><br>**Shah** [0100] and [0277] similarly disclose, *e.g.*, that each target gene transcript is assigned a "codeword" (e.g., a barcode).  The barcode comprises, *e.g.*, the detection of fluorescence signals during the decoding cycles (a value of "1").<br><br>Example 1: In Situ Detection of Target Gene Transcripts<br>[0277] Target gene transcripts are assigned a codeword (e.g., a designed barcode described herein) in a sparse decoding process. In some instances, target gene transcripts<br>****** |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | **[0100]**   As used herein, a "decoding process" is a process comprising a plurality of decoding cycles in which different sets of barcode probes are contacted with target analytes (e.g., mRNA sequences) or target barcodes (e.g., barcodes associated with target analytes) present in a sample or on an array, and used to detect the target sequences or associated target barcodes, or segments thereof. In some instances, the decoding process comprises acquiring one or more images (e.g., fluorescence images) for each decoding cycle. Decoded barcode sequences are then inferred based on a set of physical signals (e.g., fluorescence signals) detected in each decoding cycle of a decoding process. In some instances, the set of physical signals (e.g., fluorescence signals) detected in a series of decoding cycles for a given target barcode (or target analyte sequence) may be considered a "signal signature" for the target barcode (or target analyte sequence). In some instances, a decoding process |
| | Paragraph [0011] of **Shah** also provides that, *e.g.*, the fluorescent signal may not be detected from one of the plurality of readout probe-hybridized complexes during at least one decoding cycle (*e.g.*, a value of "0"). |
| | guanine-cytosine (GC) content of about 50%. In some embodiments, the at least one additional characteristic comprises a specified maximum length for homopolymer subsequences of 7 nucleotides. In some embodiments, at least one segment of at least one target barcode sequence of the plurality encodes for an "OFF" state that is not visualized in at least one decoding cycle. In some embodiments, the at least one additional property comprises a specified decoding |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | **Gyllborg (2020)** (at 4) similarly discloses the detection of a fluorescent signal (value of "1") and not detecting a fluorescent signal (value of "0") when decoding the identity of a target using a sequential combinatorial decoding scheme (emphasis added):<br><br>Decoding is performed through sequential combinatorial decoding scheme similar to previous ISS methods, … [W]ith bridge-probes, this now also allows the possibility for further error correction by ***including 'zeroes' in the decoding scheme*** where bridge-probes are simply excluded for a subset of genes in different rounds of probing.  All these new features integrated into HybISS increases its flexibility and adaptability to suit the design of experiments. |
| (j) matching the codewords with valid codewords in a codebook by comparing the codewords to the valid codewords in the codebook, and if one of the codewords is not matched with one of the valid codewords in the codebook, applying an error detection or correction system, matching the one of the codewords with another of the valid codewords in the codebook, or discarding the one of the codewords, wherein the codebook comprises the valid | On information and belief, the Xenium In Situ Analysis Technology involves an error detection or correction system, as, e.g., 10x "expects the Xenium Analyzer will deliver targeted gene expression information at subcellular resolution ***at high sensitivity*** . . ."[5]<br><br>Either literally or under the doctrine of equivalents, **Shah** discloses, *e.g.*, matching the codewords with valid codewords in a codebook by comparing the codewords to the valid codewords in the codebook, and if one of the codewords is not matched with one of the valid codewords in the codebook, applying an error detection or correction system, matching the one of the codewords with another of the valid codewords in the codebook or discarding the one of the codewords, and that the codebook comprises the valid codewords of the plurality of nucleic acid targets.<br><br>**Shah** [0277] discloses that target gene transcripts are assigned a "codeword" (*e.g.*, a barcode) in a sparse decoding process, and that these barcodes can be corrected using the error correction methodologies disclosed in **Shah**. |

[5]   *10x Genomics Showcases Robust Innovation Pipeline at Xperience 2022 Event* (Feb. 22, 2022), https://www.prnewswire.com/news-releases/10x-genomics-showcases-robust-innovation-pipeline-at-xperience-2022-event-301487919.html (emphasis added).

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| codewords of the plurality of nucleic acid targets; and | Example 1: In Situ Detection of Target Gene Transcripts<br><br>[0277] Target gene transcripts are assigned a codeword (e.g., a designed barcode described herein) in a sparse decoding process. In some instances, target gene transcripts<br><br>*****<br><br>series of imaging cycles) to detect a plurality of features and generate a decoded barcode. In some instances, the adaptive error correction methodologies described herein are utilized to generate a corrected barcode. In some instances, the image registration and stitching methodologies described<br><br>**Shah** [0158] further discloses that MERFISH is an example of a sparse decoding process.  It further discloses the use of MERFISH technology to design barcodes.<br><br>[0158]   As a non-limiting example of a sparse decoding process, a MERFISH (multiplexed error-robust fluorescence in situ hybridization) scheme comprising 16 cycles of decoding was performed (see, e.g., Chen, et al. (2015) "Spatially Resolved, Highly Multiplexed RNA Profiling in |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | Single Cells", Science 348(6233):aaa6090; see also, e.g., U.S. Pat. No. 11,098,303; U.S. Pat. Pub. 20190264270; and PCT/US2019/065857 (WO2020123742A1) for an exemplary description of the MERFISH probes, encoding schemes, and methodologies), where each decoding cycle comprised use of a one-color two-state-chemistry (1C2S) for detecting a binary alphabet including the OFF letter $\mathcal{A}_y=\{\omega,\eta\}$. The decoded barcodes can then be interpreted as binary strings where $\omega$ is the letter corresponding to a spatial feature visible in the single color channel. Each designed barcode sequence may be designed to have $4\omega$ and $12\,\eta$ (i.e., 16 barcode segments) with a pairwise Hamming distance $H_D \geq 4$. This set of designed barcodes can be used to encode up to $D=1000$ gene transcripts. To summarize, in this merFISH scheme, designed barcodes may be drawn from starter sequences in $\{\omega,\eta\}\times \ldots \times\{\omega,\eta\}$. The designed barcode sequences $\chi$ satisfy two conditions: they comprise 4 $\omega$s; and exhibit a minimum pairwise Hamming distance $H_D \geq 4$. Algorithm 1, as described above, can be used to construct the designed barcode sequences that satisfy the minimum pairwise Hamming distance $H_D \geq 4$ criterion while enforcing the $4\omega$s criterion using a prefilter during the iteration of sequence selection or with a post-construction filter. |

By way of non-limiting example, exemplary paragraphs [0101], [0132], [0252] and Figure 23 of **Shah** excerpted below disclose matching codewords (*e.g.*, decoded barcodes) with valid codewords in a codebook (*e.g.*, a "list [of] designed barcodes used to barcode . . . nucleic acids" and/or "designed barcode sequence[s]"), which comprises the valid codewords of the plurality of nucleic acid targets, by comparing the codewords to the valid codewords in the codebook.

For example, **Shah** [0252] and Figure 23 disclose that, *e.g.*, if one of the codewords is not matched with one of the valid codewords in the codebook, applying an error detection or correction system,

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
|  | and, *e.g.*, matching the one of the codewords with another of the valid codewords in the codebook. *E.g.*, **Shah** [0252] discloses that its error correction module may detect errors following detection of barcoded sequences of barcoded nucleic acids, and that it may correct such sequences by replacement with one of the designed barcodes in the list.<br><br>[0101]   As used herein, a "decoded barcode" (or "decoded barcode sequence") is a digital barcode sequence generated via a decoding process that ideally matches a designed barcode sequence, but that may include errors arising from noise in the synthesis process used to create chemical barcodes and/or noise in the decoding process itself. As<br>******<br>[0252]   FIG. **23** is a flowchart of an exemplary error correction process **2300** that may be performed by the system **1600** of FIG. **16**. In some instances, the error correction module **1620** retrieves a list designed barcodes used to barcode, e.g., the nucleic acids **1616**, in process step **2320**. Thus, when the decoding module **1618** detects the barcode sequences of barcoded nucleic acids **16166**, in process step **2340**, the error correction module **1620** may detect errors and correct each detected and decoded barcode sequence comprising an error by replacement with one of the designed barcodes in the list that has a closest edit distances (e.g., a Hamming distance) to the detected and decode barcode sequence, in process step **2360**.<br>****** |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| |  |

FIG. 23

By way of non-limiting example, paragraph [0132] of **Shah** discloses correction of decoded barcodes comprising errors (*e.g.*, barcode Y).  Shah's correction algorithm includes a designed barcode set χ (*e.g.*, a codebook) which contains at most one designed barcode within a specified distance (*e.g.*, barcode Y') for a decoded barcode (*e.g.*, barcode Y).  Implementation of this algorithm (*e.g.*, matching error-comprising barcode Y to designed barcode set χ to identify corrected barcode Y') results in a set of corrected barcode sequences (γ').

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | [0132]  Nearest neighbor correction for decoded barcodes comprising errors may be implemented by starting with the designed barcode set χ which satisfies a condition that the minimum pairwise distances are greater than 2k. For the query (decoded) barcode Y, there should be at most one designed barcode **10** within a distance k if the distance is a metric. Then, that designed barcode **10** is assigned as the correction for decoded barcode Y. If the error is more than k, the correction is incorrect, leading to a false positive. If there is no designed barcode **10** from the designed barcode set χ within the distance radius k, then the query (decoded) barcode Y remains uncorrected. This may be performed for every decoded barcode sequence in y to obtain a set of corrected barcode sequences y', exemplarily implemented as follows in Algorithm 2: |

Algorithm 2: Nearest Neighbor Barcode Correction

Result: Set of corrected barcode sequences γ'
Initialize
empty set of final corrected sequences γ';
Initialize
a BKTree storing the available design sequences χ;
foreach barcode Y drawn from γ do
| Find Y' = neighbor of Y within distance k in χ;
| if neighbor found then
| | Insert Y' into γ'
| else
| | Insert Y' into γ';
| end
end

Exemplary claim 1 of **Shah** claims, *inter alia*, correcting one or more of the decoded target oligonucleotide sequences of the plurality by replacement with a known target oligonucleotide sequence (*e.g.*, applying an error detection or correction system and matching the one of the codewords with another of the valid codewords in the codebook).

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | **1**. A computer-implemented method for error correction of decoded target barcode sequences comprising:<br><br>obtaining an image for each decoding cycle of a plurality of decoding cycles to obtain a series of images;<br>detecting, in each image of the series of images, one or more locations of one or more respective barcode probe sequences of a plurality of barcode probe sequences, wherein the one or more respective barcode probe sequences are hybridized or bound to one or more target oligonucleotide sequences or segments thereof;<br>decoding a plurality of target oligonucleotide sequences based on which decoding cycle and for which locations in one or more images of the series of images the one or more respective barcode probe sequences of the plurality are detected to obtain a plurality of decoded target oligonucleotide sequences; and<br>correcting one or more of the decoded target oligonucleotide sequences of the plurality by replacement with a known target oligonucleotide sequence, or proxy thereof, that has a maximum likelihood as computed from a probability distribution that provides probabilities for detecting a given barcode probe sequence at a given location in a given decoding cycle.<br><br>**Gyllborg (2020)** (at 2, 4) also provides that its method(s) utilize an error correction system:<br><br>The decoding scheme for then designing bridge-probes was generated via an in-house MATLAB script that specifies number of positions and minimum base difference between two individual barcodes, hamming distance set to two for five cycles of decoding (https://github.com/Moldia/iss-analysis/tree/master/lib/barcode).<br><div align="center">\*\*\*\*\*</div> |

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | Decoding is performed through sequential combinatorial decoding scheme similar to previous ISS methods, where each barcode has a hamming distance of at least two, allowing for correction and probabilistic assignment of barcodes with better accuracy.<br><br>As described in, *e.g.*, **Qian (2020)**,[6] CartaNA technology involves error correction using a "codebook" defined by probe barcodes.  **Qian (2020)** provides (at 102, Methods Section 107-108) (emphasis added):<br><br>In total ***we designed 755 probes for 99 genes, but used only 161 barcodes out of 1,024 (4^5) possible combinations to allow error correction*** … The barcodes were identified with an epifluorescence microscope with a X20 objective in five rounds of multi-color imaging.<br>*****<br>The second processing step detected spots[7] in all images, performed fine alignment of color channels and sequencing rounds, and computed for each spot a position in global coordinates and an intensity vector summarizing the detected fluorescence of that spot in each round and channel.<br>*****<br>The last step in associating spots to genes consisted of transforming the intensity vectors to gene identities …. Finally, ***we associate each spot with a gene using the codebook defined by the probe barcodes***.<br>*****<br>For each probe *p* with barcode b […], we concatenate the corresponding crosstalk vectors into a 20-dimensional vector [c] […].  Each spot is called as belonging to the probe for which this vector is best matches the 20-dimensional intensity vector, …  Spots whose cosine angles fall below a threshold value are taken to represent misreads … and discarded. |

---

[6]   Xiaoyan Qian et al., Probabilistic Cell Typing Enables Fine Mapping of Closely Related Cell Types In Situ, 17 Nature Methods 101 (2020).

[7]   "Spot" refers to RNA spot; e.g., the location of the target.  **Qian 2020** (at 12) provides: "We will represent the results of an in situ sequencing experiment via the location $x_s$ and decoded gene $g_s$ of each detected RNA spot *s*."

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| (k) determining the plurality of nucleic acid targets in the sample based on results from the matching step. | The **Xenium Website** and the **Xenium Video** disclose determining the plurality of nucleic acid targets in the sample based on results from the matching step.  *See, e.g.*, *supra* step (e).<br><br>The **Xenium Video** voiceover provides (at 2:01-2:06) that, "[a]t the end, we can build a spatial map of the transcripts across the tissue section."  At 2:06, for example, the **Xenium Video** identifies different nucleic acid targets in the sample:<br><br><br><br>**Shah** [0277] similarly discloses using, *e.g.*, decoded and/or corrected barcodes to identify target gene transcripts in the biological sample. |

29

| U.S. Patent 11,098,303 | Exemplary Xenium In Situ Analysis Technology |
|---|---|
| | features to generate a decoded barcode. In some instances, the adaptive error correction and image registration and stitching methodologies described herein are utilized to adjust the registration of one or more images of the series of images and align the locations of the features to generate the corrected barcode. Decoded and/or corrected barcodes are then utilized to identify the target gene transcripts in the biological sample. |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 6, 2022, a copy of the foregoing

document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Karen Jacobs
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
kjacobs@morrisnichols.com
cclark@morrisnichols.com

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
stefani.smith@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

Samantha Jameson
Kiley White
Tensegrity Law Group LLP
8260 Greensboro Dr., Suite 260
McLean, VA 22102
samantha.jameson@tensegritylawgroup.com
kiley.white@tensegritylawgroup.com

/s/ *Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com

*Attorneys for Vizgen, Inc.*