IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. AND PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>           Plaintiffs,<br><br>     v.<br><br>VIZGEN, INC.,<br>           Defendant. | C.A. No. 22-595 (MFK) |
| 10X GENOMICS, INC. AND PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>           Plaintiffs,<br><br>     v.<br><br>NANOSTRING TECHNOLOGIES, INC.,<br>           Defendant. | C.A. No. 22-261 (MFK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the following substitution of Delaware counsel for Plaintiff, President and Fellows of Harvard College.: Karen Jacobs, Cameron P. Clark and the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP hereby withdraws their appearance and Kenneth L. Dorsney, Cortlan S. Hitch and Morris James LLP hereby enters their appearance.

1

Dated: September 22, 2022

| | |
|---|---|
| /s/ *Karen Jacobs* | /s/ *Kenneth L. Dorsney* |
| Karen Jacobs (#2881) | Kenneth L. Dorsney (#3726) |
| Cameron P. Clark (#6647) | Cortlan S. Hitch (#6720) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | Kdorsney@morrisjames.com |
| kjacobs@morrisnichols.com | Chitch@morrisjames.com |
| cclark@morrisnichols.com | |