# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>    Plaintiffs, <br><br>    v. <br><br>VIZGEN, INC., <br><br>    Defendant. | C.A. No. 22-595-MFK <br><br> JURY TRIAL DEMANDED |
| VIZGEN, INC., <br><br>    Counterclaim-Plaintiff, <br>and <br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>    Counterclaim-Plaintiff as to certain claims, <br><br>    v. <br><br>10X GENOMICS, INC., <br><br>    Counterclaim-Defendant as to certain claims, <br>and <br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>    Counterclaim-Defendant as to certain claims. | |

**VIZGEN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**
**RESPONSIVE TO THE COURT'S SEPTEMBER 19, 2022 ORDER (D.I. 46)**

Defendant Vizgen, Inc. ("Vizgen") hereby provides its Answer to the remaining allegations in the First Amended Complaint ("FAC") of 10x Genomics, Inc. ("10x" or "10x Genomics") and President and Fellows of Harvard College ("Harvard") (collectively "Plaintiffs") pursuant to the Court's September 19, 2022 Order (D.I. 46).  Unless expressly admitted, Vizgen denies each and every allegation in Plaintiffs' FAC.  To the extent the allegations in the FAC purport to characterize the nature or contents of the Exhibits to the FAC, Vizgen lacks sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis denies them.  Vizgen denies any allegations that may be implied by or inferred from the headings of the FAC.

## BACKGROUND

**D.     Response to Allegations Regarding the Patents In Suit**

33.     Vizgen admits that it received a letter from 10x on May 2, 2022.  Except as so admitted, Vizgen denies any remaining allegations of paragraph 33.

34.     Vizgen asserts that, to the extent that the allegations in Paragraph 34 purport to summarize one or more documents, those documents are the best source of their full content and context.  Vizgen denies these allegations to the extent they do not accurately represent the documents' full content and context.  Except as so admitted, Vizgen denies any remaining allegations of paragraph 34.

## COUNT I

37.     Denied.

38.     Denied.

39.     Denied.

40.     Denied.

## COUNT II

45.     Denied.

46. Denied.

47. Denied.

48. Denied.

## COUNT III

53. Denied.

54. Denied.

55. Denied.

56. Denied.

## COUNT IV

61. Denied.

62. Denied.

63. Denied.

64. Denied.

## COUNT V

69. Denied.

70. Denied.

71. Denied.

72. Denied.

| | |
|---|---|
| Dated: October 11, 2022 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| OF COUNSEL: | /s/ *Pilar G. Kraman* |
| | James L. Higgins (No. 5021) |
| David Bilsker (*pro hac vice*) | Pilar G. Kraman (No. 5199) |
| Sam Stake (*pro hac vice*) | Rodney Square |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 1000 North King Street |
| 50 California Street, 22nd Floor | Wilmington, DE 19801 |
| San Francisco, California 94111 | (302) 571-6600 |
| (415) 875-6600 | jhiggins@ycst.com |
| | pkraman@ycst.com |
| Kevin Johnson (*pro hac vice*) | |
| Victoria Maroulis (*pro hac vice*) | *Attorneys for Vizgen, Inc.* |
| Andrew Bramhall (*pro hac vice*) | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 555 Twin Dolphin Dr., 5th Floor | |
| Redwood Shores, California 94065 | |
| (650) 801-5000 | |
| | |
| Angus Chen (*pro hac vice*) | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 51 Madison Avenue, 22nd Floor | |
| New York, NY 10010 | |
| (212) 849-7000 | |
| | |
| Patrick D. Curran (*pro hac vice*) | |
| Eric D. Wolkoff (*pro hac vice*) | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 111 Huntington Avenue, Suite 520 | |
| Boston, MA 02199 | |
| (617) 712-7100 | |

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 11, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Geoffrey M. Raux
Ruben J. Rodrigues
Michael J. Tuteur
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199
graux@foley.com
rrodrigues@foley.com
mtuteur@foley.com

*Attorneys for President and Fellows of Harvard College*

Karen Jacobs
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
kjacobs@morrisnichols.com
cclark@morrisnichols.com

Samantha Jameson
Kiley White
Tensegrity Law Group LLP
8260 Greensboro Dr., Suite 260
McLean, VA 22102
samantha.jameson@tensegritylawgroup.com
kiley.white@tensegritylawgroup.com

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
stefani.smith@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

10x_Vizgen_Service@tensegritylawgroup.com

*Attorneys for 10X Genomics, Inc.*

2

*/s/ Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com

*Attorneys for Vizgen, Inc.*