IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>VIZGEN, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-595 (MFK)<br>)<br>)<br>)<br>)<br>) |
| VIZGEN, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>10X GENOMICS, INC.,<br><br>Counterclaim-Defendant as to certain claims<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Counterclaim-Defendant as to certain claims. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**10X GENOMICS, INC.'S MOTION TO DISMISS**
**VIZGEN'S COUNTERCLAIMS IV, V, AND XVI**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff 10x Genomics, Inc. respectfully moves to dismiss Vizgen Inc.'s Counterclaims IV and V and Vizgen Inc. and President and Fellows of Harvard College's Counterclaim XVI. *See* D.I. 29. The bases for 10x's Motion are set forth in its accompanying Opening Brief, filed herewith.

1

|  |  |
|---|---|
| OF COUNSEL:<br><br>Matthew Powers<br>Paul Ehrlich<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>TENSEGRITY LAW GROUP LLP<br>555 Twin Dolphin Drive<br>Suite 650<br>Redwood Shores, CA  94065<br>(650) 802-6000<br><br>Samantha Jameson<br>Ronald J. Pabis<br>Kiley White<br>TENSEGRITY LAW GROUP LLP<br>8260 Greensboro Dr.<br>Suite 260<br>McLean, VA  22102-3848<br>(650) 802-6000<br><br> October 27, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Cameron P. Clark*<br><br>Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Plaintiff 10x Genomics, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 27, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James L. Higgins, Esquire<br>Pilar G. Kraman, Esquire<br>Taylor E. Hallowell, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| David Bilsker, Esquire<br>Sam Stake, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>*Attorneys for Defendant Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Kevin P.B. Johnson, Esquire<br>Victoria F. Maroulis, Esquire<br>Andrew Bramhall, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>*Attorneys for Defendant Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Angus Chen, Ph.D.<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*Attorneys for Defendant Vizgen, Inc.* | VIA ELECTRONIC MAIL |

Patrick D. Curran, Esquire                                              VIA ELECTRONIC MAIL
Eric D. Wolkoff, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
*Attorneys for Defendant Vizgen, Inc.*

Kenneth L. Dorsney, Esquire                                             VIA ELECTRONIC MAIL
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
*Attorneys for Plaintiff*
*President and Fellows of Harvard College*

Geoffrey M. Raux, Esquire                                               VIA ELECTRONIC MAIL
Ruben J. Rodrigues, Esquire
Michael J. Tuteur, Esquire
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
*Attorneys for Plaintiff*
*President and Fellows of Harvard College*


                                                                        */s/ Cameron P. Clark*
                                                                        _____
                                                                        Cameron P. Clark (#6647)