**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. AND PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | C.A. No. 22-595 (MFK) |
| Plaintiffs, | |
| v. | |
| VIZGEN, INC., | |
| Defendant. | |
| VIZGEN, INC. | |
| Counterclaim-Plaintiff | |
| v. | |
| 10X GENOMICS, INC. | |
| and | |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | |
| Counterclaim-Defendants. | |

**PLAINTIFF PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S
NOTICE OF WITHDRAWAL OF MOTION**

In view of Defendant Vizgen, Inc.'s ("Vizgen") filing of the First Amended Answer and Counterclaims (D.I. 71), and without admitting its sufficiency, Plaintiff Presidents and Fellows of Harvard College ("Harvard") hereby withdraws its Motion to Dismiss Vizgen Inc.'s Counterclaims Nos. I-III (D.I. 61). Harvard's withdrawal of this Motion is without prejudice to its right to file a motion to dismiss the First Amended Counterclaims.

Dated: November 23, 2022

                                         */s/ Cortlan S. Hitch*

                                         Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
Chitch@morrisjames.com


*Attorneys for Plaintiff*
*Presidents and Fellows of Harvard College*




**SO ORDERED** this _____ day of _____, 2022.


                                       _____
                                         United States District Court Judge

2