IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>   Plaintiffs,<br> v.<br><br>VIZGEN, INC.,<br><br>   Defendant. | C.A. No. 22-595-MFK |
| VIZGEN, INC.,<br><br>   Counterclaim-Plaintiff,<br><br> v.<br><br>10X GENOMICS, INC.,<br><br>   Counterclaim Defendant as to certain claims.<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Counterclaim Defendant as to certain claims. | |

## SCHEDULING ORDER

Further to this Court's Orders dated September 19, 2022 (D.I. 45) and April 5, 2023 (D.I. 135) the Court enters the following schedule to manage the progress of this case. Accordingly, it is therefore ORDERED that the following events shall take place by the dates provided:

| Event (595 Case) | Deadline |
|---|---|
| Initial Invalidity Contentions (U.S. Patent No. 11,549,136) | April 21, 2023 |
| 10x/Harvard's Identification of 20 or Fewer Claims | May 19, 2023 |

1

| Event (595 Case) | Deadline |
|---|---|
| Vizgen's Identification of 5 or Fewer Claims (U.S. Patent No. 11,098,303) | |
| Exchange of claim terms and proposed constructions | June 2, 2023 |
| Substantial completion of ESI production using a party's own search terms | June 9, 2023 |
| The parties will submit a proposal for coordination of depositions with respect to overlapping witnesses. | June 20, 2023 |
| Parties shall exchange proposed constructions for terms offered by other parties | June 23, 2023 |
| Exchange of ESI search terms for opposing parties' custodians and sources | June 30, 2023 |
| Supplementation of Accused Products and Invalidity References | July 21, 2023 |
| Submit joint claim construction chart | August 4, 2023 |
| Service of opening claim construction brief(s)[1] | August 18, 2023 |
| Substantial Completion of Document Production | August 25, 2023 |
| Service of answering claim construction brief | September 15, 2023 |
| Parties shall make *claim construction* expert witnesses available for deposition (subject to expert availability) | September 19-26, 2023 |
| Service of reply claim construction brief(s) | October 6, 2023 |
| Motions to Amend or Supplement Pleadings | October 13, 2023 |
| Parties shall file a Joint Claim Construction Brief; technology tutorials; and joint letter regarding live testimony and amount of time for the claim construction hearing | October 20, 2023 |
| Claim Construction Hearing | December 15, 2023[2] (10 am CT) |

---

[1] The parties will meet and confer to resolve which parties will address which asserted patents in each of the three rounds of claim construction briefing given than Vizgen and NanoString have each asserted counterclaim patents against 10x. Consistent with the guidance from this Court and this Court's Scheduling Order (D.I. 45), NanoString and Vizgen's combined claim construction briefing will not exceed 40 cumulative pages; Harvard and 10x's combined claim construction briefing will not exceed 40 cumulative pages; and there will be no more than three rounds of claim construction briefs submitted.

[2] Counsel for 10x has a potential conflict on December 15, 2023 due to an evidentiary hearing currently set to be held December 11-December 15, 2023 before the International Trade Commission in Washington, D.C. in Investigation No. 337-TA-1343, *In the matter of certain video*

| Event (595 Case) | Deadline |
|---|---|
| 10x/Harvard's Final Infringement Contentions (20 or Fewer Claims)<br><br>Vizgen's Final Infringement Contentions (U.S. Patent No. 11,098,303) (5 or fewer claims)<br><br>Vizgen's Final Invalidity Contentions<br><br>10x/Harvard's Final Invalidity Contentions (the 303 Patent) | 30 days after Court's claim construction order |
| Final Non-Infringement Contentions;<br><br>Final Validity Contentions | 60 days after Court's claim construction order |
| Last Day to Serve Discovery Requests (ROGs, RFAs, RFPs) | February 14, 2024 |
| Fact Discovery Cut Off | March 15, 2024 |
| Opening Expert Reports | April 5, 2024 |
| Rebuttal expert reports | May 10, 2024 |
| Reply expert reports | June 7, 2024 |
| Completion of expert discovery | June 21, 2024 |
| Opening briefs for dispositive motions and Daubert motions | July 12, 2024 |
| Responsive briefs for dispositive motions and Daubert motions | August 2, 2024 |
| Reply briefs for dispositive motions and Daubert motions | August 9, 2024 |
| The parties shall file with the Court the joint proposed final pretrial order in compliance with Local Rule 16.3(c) and the Court's Preferences and Procedures for Civil Cases not later than seven (7) days before the pretrial conference | 7 days before pretrial conference |
| Pretrial Conference | November 4, 2024 |
| Trial | November 12, 2024 |

All remaining provisions of the Court's previous Scheduling Order (D.I. 45) remain in place.

Dated: April 11, 2023

_____
The Honorable Matthew F. Kennelly
United States District Judge

---

*processing devices and components thereof* (see Order No. 7). Counsel for 10x in this matter are also counsel for Complainant in that ITC investigation. If necessary, 10x will raise this conflict with this Court as the date approaches.

3

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Cameron P. Clark* | */s/ Cortlan S. Hitch* |
| Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for 10x Genomics, Inc.* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for President and Fellows<br>of Harvard College* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*

James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com

*Attorneys for Vizgen, Inc.*

4