# EXHIBIT 1

Form Approved Through 11/30/2010

OMB No. 0925-0001

Department of ...th and Human Services
...alth Services

**12155092**   ...oplication

... not exceed character length restrictions indicated.

PI: **CHURCH, GEORGE M**
1 P50 HG005550-01
Dual: MH
IRG: ZHG1 SRC(99)

Council: 01/2010

Received: 05/21/2009

| 1. TITLE OF PROJECT (Do not exceed 81 characters, including spaces and punctuation.) |
|---|
| "Causal Transcriptional Consequences of Human Genetic Variation" |

2. RESPONSE TO SPECIFIC REQUEST FOR APPLICATIONS OR PROGRAM ANNOUNCEMENT OR SOLICITATION ☐ NO ☒ YES

Number: PAR-08-094   Title: Centers of Excellence in Genomics Science

| 3. PROGRAM DIRECTOR/PRINCIPAL INVESTIGATOR | New Investigator ☒ No ☐ Yes | |
|---|---|---|
| 3a. NAME (Last, first, middle)<br>Church, George M. | 3b. DEGREE(S)<br>PhD. | 3h. eRA Commons User Name<br>eRA Commons User Name |
| 3c. POSITION TITLE<br>Professor | 3d. MAILING ADDRESS (Street, city, state, zip code)<br>Harvard Medical School | |
| 3e. DEPARTMENT, SERVICE, LABORATORY, OR EQUIVALENT<br>Genetics | NRB 238<br>77 Avenue Louis Pasteur<br>Boston, MA 02115 | |
| 3f. MAJOR SUBDIVISION  School of Medicine | | |
| 3g. TELEPHONE AND FAX (Area code, number and extension)<br>TEL: 617-432-7562   FAX: 617-432-6513 | E-MAIL ADDRESS:<br>gmc@harvard.edu | |

| 4. HUMAN SUBJECTS RESEARCH<br>☐ No ☒ Yes | 4a. Research Exempt<br>☒ No ☐ Yes | If "Yes," Exemption No. |
|---|---|---|
| 4b. Federal-Wide Assurance No.<br>FWA00007071 | 4c. Clinical Trial<br>☒ No ☐ Yes | 4d. NIH-defined Phase III Clinical Trial<br>☐ No ☐ Yes |

| 5. VERTEBRATE ANIMALS ☒ No ☐ Yes | 5a. Animal Welfare Assurance No. |
|---|---|

| 6. DATES OF PROPOSED PERIOD OF SUPPORT (month, day, year—MM/DD/YY) | | 7. COSTS REQUESTED FOR INITIAL BUDGET PERIOD | | 8. COSTS REQUESTED FOR PROPOSED PERIOD OF SUPPORT | |
|---|---|---|---|---|---|
| From | Through | 7a. Direct Costs ($) | 7b. Total Costs ($) | 8a. Direct Costs ($) | 8b. Total Costs ($) |
| 4/1/10 | 3/31/15 | 2,800,000 | 4,416,977 | 12,085,320 | 20,062,090 |

| 9. APPLICANT ORGANIZATION | 10. TYPE OF ORGANIZATION |
|---|---|
| Name  President and Fellows of Harvard College | Public: → ☐ Federal ☐ State ☐ Local |
| Address  Harvard Medical School<br>Sponsored Programs Administration<br>25 Shattuck Street<br>Room 509<br>Boston, MA 02115 | Private: → ☒ Private Nonprofit<br>For-profit: → ☐ General ☐ Small Business<br>☐ Woman-owned ☐ Socially and Economically Disadvantaged |
| | 11. ENTITY IDENTIFICATION NUMBER<br>1042103580C5 |
| | DUNS NO.   047006379   Cong. District 8th |

| 12. ADMINISTRATIVE OFFICIAL TO BE NOTIFIED IF AWARD IS MADE | 13. OFFICIAL SIGNING FOR APPLICANT ORGANIZATION |
|---|---|
| Name  Deborah Good | Name  Deborah Good |
| Title  Assoc Dir - Sponsored Programs Admin | Title  Assoc Dir - Sponsored Programs Admin |
| Address  Harvard Medical School<br>25 Shattuck Street<br>Boston, MA 02115 | Address  Harvard Medical School<br>25 Shattuck Street<br>Boston, MA 02115 |
| Tel: 617-432-1596   FAX: 617-432-2651 | Tel: 617-432-1596   FAX: 617-432-2651 |
| E-Mail:  spa_award@hms.harvard.edu | E-Mail:  spa_award@hms.harvard.edu |

| 14. APPLICANT ORGANIZATION CERTIFICATION AND ACCEPTANCE: I certify that the statements herein are true, complete and accurate to the best of my knowledge, and accept the obligation to comply with Public Health Services terms and conditions if a grant is awarded as a result of this application. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. | SIGNATURE OF OFFICIAL NAMED IN 13. (In ink. "Per" signature not acceptable.)<br>Signature | DATE<br>5|19|09 |

PHS 398 (Rev. 11/07)          Face Page          '01          Form Page 1

VIZ00099559

Program Director/Principal Investigator (Last, First, Middle):     Church, George M.

**PROJECT SUMMARY** (See instructions):

The Center for Transcriptional Consequences of Human Genetic Variation (CTCHGV) will develop innovative and powerful genetic engineering methods and use them to identify genetic variations that causally control gene transcription levels.  Genome Wide Association Studies (GWAS) find many variations associated with disease and other phenotypes, but the variations that may actually cause these conditions are hard to identify because nearby variations in the same haplotype blocks consistently co-occur with them in human populations, so that specifically causative ones cannot be distinguished.   About 95% of GWAS variations are not in gene coding regions, and many of these presumably associate with altered gene expression levels.  CTCHGV will identify the variations that directly control gene expression by engineering precise combinations of changes to gene regulatory regions that break down the haplotype blocks, allowing each variations' effect on gene expression to be discerned independently of the others.   To perform this analysis, CTCHGV will extract ~100kbps gene regulatory regions from human cell samples, create precise variations in them in E. coli, and re-introduce the altered regions back into human cells, using zinc finger nucleases (ZFNs) to efficiently induce recombination.  CTCHGV will target 1000 genes for this analysis (Aim 1), and will use human induced Pluripotent Stem cells (iPS) to study the effects of variations in diverse human cell types (Aim 2)  To explore the effects of variations in complex human tissues, CTCHGV will develop methods of measuring gene expression at transcriptome-wide levels in many single cells, including *in situ* in structured tissues (Aim 3).  Finally, CTCHGV will develop novel advanced technologies that integrate DNA sequencing and synthesis to construct thousands of large DNA constructs from oligonucleotides, that enable very precise targeting and highly efficient performance of ZFNs, and that enable cells to be sorted on the basis of morphology as well as fluorescence and labeling (Aim 4).  CTCHGV will also develop direct oligo-mediated engineering of human cells, and create "marked allele" iPS that will enable easy ascertainment of complete exon distributions for many pairs of gene alleles in many cell types.

RELEVANCE (See instructions):

CTCHGV methods will yield precise knowledge of effects of human genetic variations on gene expression that will both refine and go beyond GWAS-derived associations between non-coding variations and disease. Powerful new CTCHGV genetic engineering methods will directly enable gene therapy. CTCHGV iPS and single-cell transcriptome technologies will increase understanding of diverse and complex human tissues.

PROJECT/PERFORMANCE SITE(S) (if additional space is needed, use Project/Performance Site Format Page)

| Project/Performance Site Primary Location:  **PD/ PI: HMS : George M. Church** | | | |
|---|---|---|---|
| Organizational Name:   Harvard Medical School: | | | |
| DUNS:   047006379 | | | |
| Street 1:  77 Avenue Louis Pasteur | | Street 2:  Rm 238 | |
| City:  Boston | County:  Suffolk | | State:  MA |
| Province: | Country:  USA | Zip/Postal Code:  02115 | |
| Project/Performance Site Congressional Districts:    8th | | | |

| Additional Project/Performance Site Location:   **Subcontract: UCSD: Kun Zhang** | | | |
|---|---|---|---|
| Organizational Name:   University of California | | | |
| DUNS:   80-435-5790 | | | |
| Street 1:  9500 Gilman Drive | | Street 2: | |
| City:  La Jolla | County: | | State:  CA |
| Province: | Country:  USA | Zip/Postal Code:  92093 | |
| Project/Performance Site Congressional Districts:     53 | | | |

VIZ00099560

# P. 3- P. 117
# INTENTIONALLY
# OMMITTED FOR SPACE

*(Exhibit available in full at D.I. 138-1
and 138-2)*

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

---

**Management and Organization**

A. **Overview**
B. **Organizational Structure**
C. **Key investigators**
D. **Resources**
E. **Administrative and financial structure**
F. **Monitoring of progress**
G. **Conflict of Interest Policy**
H. **Timeline and milestones**

### A. Overview.

The biological focus of our proposed Center for the Causal Transcriptional Consequences of Human Genetic Variation (CTCHGV) is to identify natural human genetic variations that cause differential transcription in cis genes by directly modifying the DNA at sites of variation in human cells and observing the effects on transcriptional levels. To this end, CTCHGV will develop: (1) innovative and scalable methods for precisely engineering DNA in human cells, (2) new methods for synthesizing thousands of zinc finger nuclease (ZFN) proteins that will enable this engineering, (3) technology for generating and using human induced Pluripotent Stem cells (iPS) to track the impact of the engineered changes in many human cell types, and (4) transcriptome level RNA expression assays that will operate in single human cells. CTCHGV methods will be extremely timely in that they promise to extend beyond and refine the results obtained by Genome Wide Association Studies (GWAS) over the past several years, which are good at identifying variable loci that are associated with phenotypes and disorders, but cannot generally identify which among many correlated variations at these loci are responsible for them. CTCHGV's development of methods that directly identify causality will therefore have broad impact on biomedical research generally and will be enabling for personalized medicine, while the engineering and synthesis components will have very direct impacts on gene therapy and synthetic biology.

CTCHGV will be led by Professor George M. Church of Harvard Medical School, who has already led a prior Molecular and Genomic Imaging CEGS (MGIC) with a solid record of productivity and accomplishment. MGIC generated 44 manuscripts in years 2-5 that were published in peer reviewed journals (see References), and had close collaborative relationships with 23 companies concerning CEGS-supported sequencing technology and applications (see Data and Materials Dissemination Plan). CTCHGV's objectives and orientation are significantly different than MGIC's and CTCHGV is being proposed not as a renewal of MGIC but as a new and independent Center. Accordingly, although CTCHGV and MGIC have some membership in common—namely, Professors Church and Kun Zhang (UCSD)—its other membership has changed: the new co-Investigators are Professors George Q. Daley and J. Keith Joung (both from Harvard Medical School).

*Integration, communication, and impact:* The MGIC CEGS found frequent communication between co-Investigators and director Professor Church to be the most effective method of ensuring integration and alignment of goals, and this will continue in CTCHGV. Except for the Zhang Lab in UCSD, all of CTCHGV will be in the Boston area, making communication easy. The Zhang Lab is remote from Boston, but Dr. Zhang and Professor Church have a close relationship based on the Dr. Zhang's time as a post-doc in the Church Lab and current collaboration in the context of an NHLBI grant (HLB08-004). The Boston focus will allow CTCHGV to interact easily with the region's concentrated cluster of major and influential research institutions (Broad Institute, Whitehead Institute, MIT, Boston University, U. Mass), assuring both access to a rich base of research resources and the ability to broadly disseminate CTCHGV technology development to the wider research community.

As a matter of principle, Professor Church strongly believes in open dissemination of knowledge and technology, and is therefore committed to making CTCHGV innovations available to the larger research community: both directly through tools and methods for immediate use by individual researchers, and by technology transfer to industry, whereby companies incorporate the innovations into their products. Low cost, scalability, open methods and protocols, and quantitative and objective reliability assessments are high

VIZ00099673

priorities for all CTCHGV technology development and are integrated into all Aims. Moreover, all CTCHGV technologies will be packaged with demonstrations of how they can be used to address important biological research questions, thus providing the research community with models they can follow to develop further applications.

*Achievability of CTCHGV goals:* CTCHGV features leading researchers in the relevant science and technology – Professor Church in synthetic biology and high throughput assay development, Professor Daley in stem cell biology, and Professor Joung in ZFN development and optimization. CTCHGV also features many collaborators who will bring in other important resources and areas of expertise, such as Professors David Altschuler, Steven McCarroll, and Robert Plenge for GWAS expertise, Professor Steven Elledge for genome-wide screening in human cells, and Complete Genomics, Inc. for sequencing capability (see Letters of Support). Careful attention has been given in the CTCHGV proposal to setting an achievable but ambitious scope. Formally, CTCHGV's Aims are explicitly identified as the *development and demonstration* of innovative and highly scalable methods and not as large-scale and systematic *applications* of these methods, which would exceed CTCHGV resources and is considered out of scope. However, CTCHGV has set ambitious numerical targets for the demonstration of its methods – e.g., the analysis of 1000 human genes for cis causation (Aim 1) – with the understanding that these targets will be reviewed at the end of the second year of the Center and renegotiated as needed with NIH in the light of both CTCHGV progress and the progress of the field as a whole (see Research Design and Methods, Overview). Among the reasons why we feel ambitious targets are important are: (i) we believe strongly that the technologies under consideration shouldn't be underestimated and (ii) only with ambitious targets can we properly test *scalability*. Finally, Professor Church's many years of experience directing large Centers and research projects is itself a success factor for CTCHGV.

### B. Organizational Structure

Professor Church directs the Center, with assistance from John Aach (Lecturer) and Yveta Masarova (Admin Assistant). The Church Lab will work on all Aims, and all other Labs will work on subsets of the Aims under Professor Church's direction. The Joung Lab specializes in ZFN development and optimization and will work on Aims 1.1 and 4.2, which develop ZFNs for Aim 1's analysis of cis gene regulation, and develop novel technology for ZFN optimization, respectively. The Daley Lab specializes in human stem cells and iPS, and will work on Aim 2, which focuses on tracking of Aim 1-characterized regulation in multiple human cell types derived from genetically engineered human iPS. The Zhang Lab develops high-throughput methods for characterization of allele-specific expression, long range haplotyping, and targeted sequencing, all of which are components of Aim 1. CTCHGV will set up a board of Scientific Advisors to provide ongoing advice and input to Professor Church (see F. Monitoring of Progress below).

### C. Key investigators.

George Church, Ph.D. will direct the proposed center. He is Professor of Genetics at Harvard Medical School and Director of the Lipper Center for Computational Genetics. His Ph.D. work from Harvard in Biochemistry & Molecular Biology with Wally Gilbert and as Scientist at Biogen included the first direct genomic sequencing method in 1984 and the co-initiation of the Human Genome Project. As Life Sciences Research Fellow at UCSF with Gail Martin he was among the first to work on embryonic stem cells (in 1985). He invented the broadly-applied concepts of molecular multiplexing and tags, and applications of array DNA synthesizers. Technology transfer of automated sequencing and software to Genome Therapeutics Corp. resulted in the first commercial genome sequence (the human pathogen, *H. pylori*, 1994). This multiplex solid-phase sequencing evolved into polonies in 1999, ABI-SOLiD in 2005, and open-source Polonator.org in 2007. He has served in advisory roles for 12 journals, 5 granting agencies, and 23 biotech companies (recently founding Knome and LS9). Current research focuses on cost-effective next generation sequencing, targeted sequencing, synthetic biology, and scalable personal genomics. John Aach, Ph.D. is a Lecturer in the Department of Genetics who has been a computational biologist in the Church Lab since 1996. His research has focused on development of computational and statistical methods and applications for multiple high-throughput technologies, including sequence, expression, images, and mathematical models. He will assist Professor Church in overseeing Center activities as well as work on computational aspects of Center research Aims.

George Daley, M.D., Ph.D. is an Associate Professor of Pediatrics in the Division of

VIZ00099674

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

Hematology/Oncology at the Children's Hospital and Dana Farber Cancer Institute, an Associate Professor of Biological Chemistry and Molecular Pharmacology at Harvard Medical School, and an HHMI investigator. Dr. Daley is an internationally recognized stem cell researcher whose laboratory has developed leading methods for generating induced Pluripotent Stem (iPS) cells from fibroblasts from human skin biopsies of healthy and diseased individuals. Dr. Daley received a Ph.D. in biology from MIT (1989) and the M.D. *summa cum laude* from Harvard Medical School (1991). Dr. Daley is Board Certified in Internal Medicine and Hematology and is currently a staff physician in Hematology/Oncology at the Children's Hospital, the Dana Farber Cancer Institute, and the Brigham and Women's Hospital in Boston. He has been elected to the American Society for Clinical Investigation and has received major awards from the American Philosophical Society, the Society for Pediatric Research, the Burroughs Wellcome Fund, and the Leukemia and Lymphoma Society of America. He received the inaugural NIH Director's Pioneer Award, a five-year unrestricted grant to pursue highly innovative research. Dr. Daley's work focuses on functional hematopoietic and germ cell elements from ES cells, and the genetic mechanisms that predispose to malignancy. Dr. Daley's lab was one of the first three world-wide to derive human iPS cells, and the first to produce a repository of patient-specific iPS cells (from 10 different disease conditions.

J. Keith Joung, M.D., Ph.D. is an Associate Professor of Pathology at Harvard Medical School, and Associate Chief of Pathology for Research and Director of the Molecular Pathology Unit at Massachusetts General Hospital (MGH). He is also a member of the Center for Cancer Research and of the Center for Computational and Integrative Biology at MGH. He received his M.D. and Ph.D. (in Genetics) from Harvard Medical School in 1996. His Ph.D. work (with Ann Hochschild) focused on mechanisms of transcriptional regulation in prokaryotes. He completed residency training in Clinical Pathology at Massachusetts General Hospital in 1999 and a post-doctoral research fellowship in Carl Pabo's lab at the Massachusetts Institute of Technology in 2001. Dr. Joung's research interests include understanding how $Cys_2His_2$ zinc fingers, the most common domain encoded in the human genome, mediate specific protein-DNA and protein-protein interactions. In addition, Dr. Joung's lab uses a combination of directed randomization and bacterial cell-based selection methods to engineer artificial "designer" zinc finger domains with desired DNA-binding specificities. Designer zinc fingers hold promise as a tool for altering any genomic locus of interest and have tremendous potential in both research and gene therapy applications. Dr. Joung is the leader and co-founder of the Zinc Finger Consortium (http://www.zincfingers.org/), which was established to ensure and to promote continued research and development of engineered zinc finger technology. The Consortium is committed to developing a zinc finger engineering platform that is robust, user-friendly, and freely available to the academic scientific community.

Kun Zhang, Ph.D. is an Assistant Professor of Bioengineering at the Jacobs School of Engineering at University of California in San Diego. His recent research has focused on developing assays for single DNA molecules and applying these methods to human genetic and environmental genomic studies. Prior to joining UCSD, Professor Zhang was a post-doc in the Church Lab where he developed Multiplex Amplification from Single Molecules (MASMO), an efficient multi-locus haplotyping on human chromosome molecules which has many applications including linkage disequilibrium analyses in large populations and characterization or mapping of recombination/translocation crossovers in mammalian cells. In collaboration with James Gusella's lab at Massachusetts General Hospital, Zhang and his colleagues used MASMO to map breakpoints of balanced chromosome translocation in patients with a variety of developmental disorders. Professor Zhang also developed methods to amplify DNA from single cells or chromosomes for genome sequencing, which can be used to completely sequence unculturable organisms from single cells and is also being applied to sequence individual cancer chromosomes to characterize the genome anatomy of cancer genome at unprecedented resolution.

### D. Resources

The proposed center will include Harvard, Harvard Medical School (and its hospital affiliates), and UCSD. There will be no difficulties for the sharing of equipment between the Harvard sites. As noted above, these CTCHGV labs will also have access to many facilities and resources in the Boston area, including the Broad Institute. Locally, the Harvard Medical School Biopolymers Facility has available an Illumina Genome Analyzer II, while the Broad Institute recently acquired 22 of them. The Church Lab has had access to a 454 FLX sequencer through a [Private Source] grant which is focused on sequencing the repertoire of VDJ elements in

VIZ00099675

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

B cell antibodies and T cell receptors in human subjects. In connection with single molecule sequencing, as described in section 5.3.1, Harvard has recently acquired a Heliscope single molecule sequencing device, and Professor Church is on the Scientific Advisory Board of Helicos where he can obtain access to expertise. Additionally, Complete Genomics, Inc. is offering sequencing support (see Letters of Support). Computational resources are available at Harvard Medical School through the HMS Research Information Technology Group's shared "orchestra" cluster, which at this writing has 179 compute nodes, 810 processor cores, 1.66TB aggregate memory (4-32GB per core), and 23.78 TB of local disk capacity. To ensure dedicated vs. shared access to processing capability, we have budgeted for 10 compute nodes to be added to this cluster for CTCHGV processing (see Budget Justification, yr 1, Specialized Equipment). Through Harvard, MIT, and the Broad Institute, Professor Church has access to other expertise and resources for CTCHGV projects, including access to materials and expertise needed for RNAi and overexpression screens for optimization of homologous recombination in Aims 1 and 4, as well as expertise on GWAS for Aim 1.4 (see Letters of Support from David Altshuler, Steve McCarroll, Robert Plenge, and Steve Elledge, among others). Microfluidics facilities are available locally at the Harvard Medical School (http://microfluidics.hms.harvard.edu/).

### E. Administrative and financial structure.

Professor Church will oversee the administrative and financial aspects of the proposed center. He will be assisted by the administrative and financial officers of the Dept. of Genetics at HMS working in conjunction with their counterparts at Harvard affiliates and UCSD. While each key investigator has submitted a detailed first year budget and a five year plan, it is likely that some adjustments will become necessary in order to keep our priorities in alignment with discoveries and cost-saving technological advancements. Any adjustments will be made by the Director, in close consultation with key investigators and with prior approval from our financial officers and the NIH.

### F. Monitoring of progress.

As noted above, Professor Church will have frequent interactions (at least one per month by email, phone, or in person) with all key investigators in which he will monitor progress and align directions of all teams in CTCHGV. Since most activity of CTCHGV will be in the Boston area, he will encourage teams to send representatives to each other's team meetings, a good way of communicating progress details across the Center. As Dr. Zhang at UCSD is geographically remote from Boston, Professor Church will primarily keep in touch by email and phone on a weekly basis and will commit to meeting personally at least once a year.

The yearly progress report to NIH will set the occasion for yearly consultation with all key investigators on overall progress and direction of the CTCHGV. A yearly meeting of key investigators will be arranged for discussion and reprioritization of CTCHGV directions, with Dr. Zhang participating by conference call if he cannot be physically present. Furthermore, CTCHGV has defined a set of CTCHGV Scientific Advisors with whom Professor Church will consult for input and advice on an on-going basis concerning CTCHGV progress and direction. Additionally, the annual NIH progress report will be circulated to these Scientific Advisors as a way of stimulating discussion and oversight on an annual basis. The Scientific Advisors will include:

- Professor Stephen Elledge (Harvard Medical School, HHMI)
- Professor David Altshuler (Broad Institute, Massachusetts General Hospital)
- Professor Robert Plenge, M.D., Ph. D. (Harvard Medical School, Brigham and Women's Hospital)

### G. Conflict of Interest Policy

All investigators will be expected to adhere to institutional Conflict of Interest policies.

### H. Timeline and milestones.

The timeline below provides our initial estimate of when certain milestones will be achieved. It integrates the long-term and intermediate goals that are described at the end of every Aim described in the Research Design plan (section 5). In on-going and yearly assessments CTCHGV will consider whether the timeline or overall goals need to be adjusted. Additionally, in Research Design section 5 (Overview), we have specifically programmed consultation and possible renegotiation with NIH of CTCHGV targets at the end of

VIZ00099676

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

year 2 of the Center in the light of progress, both at CTCHGV and the field as a whole. The project development schedule below is meant to be flexible rather than constraining.

VIZ00099677

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

## CTCHGV sub-Aim

CTCHGV Year (0–5)

| Sub-Aim | Task |
|---|---|
| 1.1 | ZNF development & set-up |
| 1.1 | MAGE-BAC development & set-up |
| 1.1 | MAGE-human development & set-up |
| 1.1 | genes 1-50: altered cis region populations |
| 1.2 | genes 1-50: identify causative cis variants |
| 1.2 | develop 1-cell ASE/genotyping method |
| 1.3 | assess splicing, CNV, epigenetics, &c in CTCHGV original and altered cell lines |
| 1.4 | develop methods for creating / maintaining iPS with altered cis variations |
| 2.1,2.2 | create iPS "marked allele" cell lines: 5 genes |
| 2.3 | develop and evaluate single cell sequencing approaches |
| 3.1,3.2 | single cell sequencing of 100 transcripts/cell |
| 3.1,3.2 | single cell sequencing of 1000 transcripts/cell |
| | genes 51-1000: altered cis region populations |
| | genes 51-1000: identify causative cis variants |
| | use 1-cell ASE/genotyping method |
| | assess relationship between GWAS and CTCHGV methods |
| | explore ASE, altered cis variants in 50 genes in 3 iPS-derived cell types |
| | create iPS "marked allele" cell lines: 50 genes in 3 subject cell lines |
| | apply single cell sequencing to differentiating iPS, human primary skin+iPS fibroblasts |
| | single cell's sequencing of 1000 transcripts/cell |
| 4.1 | initial demonstration of integrated DNA sequencing/synthesis platform |
| 4.1 | 1000 ZFN created using integrated DNA sequencing/synthesis |
| 4.2 | all zinc finger pools completed |
| 4.2 | 10000 zinc finger triplets optimized via ribosome display |
| 4.3 | develop cell handling for Aims 1,2 |
| 4.3 | demonstrate cell sorting by morphology |

VIZ00099678

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

---

**Training Plan**

**A. Overview**
**B. CTCHGV researcher training in genomics**
**C. CTCHGV education for non-CTCHGV researchers**
**D. CTCHGV genomics education for the public**
**E. CTCHGV consultant for training**

    **A. Overview.** As in our prior MGI CEGS, our primary goal will be to train students at all levels (summer interns and undergraduates, grad students, post-docs) for careers in genomics and related science by having them take part in CTCHGV research under the tutelage of CTCHGV investigators and other experts. We had great success with such training in MGIC: 22 MGIC trainees went on to positions in science and 14 are either still in MGIC labs or are otherwise continuing their education (see Table TP-1). In addition to taking part in CTCHGV, we will also promote cross-training and disseminate information in genomics to scientists outside of CTCHGV, as we did in MGIC (see B below). Second, through talks, seminars, and classroom teaching, we will educate the wider research community about CTCHGV technology, its applications, and implications.

| Table TP-1: Researcher training under MGIC | | |
|---|---|---|
| *MGIC Trainees who went on to careers in genomics, science, medicine* | | |
| *Trainee* | *Position* | *MGIC Lab* |
| Vasudeo Badarinarayana, PhD | Senior Scientist, Sanofi-Aventis | Church |
| Samuel Boutin, PhD | Veterinarian Scientist, Taconic, Germantown, NY | Sherley |
| Joao Pedro de Magalhaes, PhD | Assistant Professor, University of Liverpool | Church |
| Patrik d'Haeseleer, PhD | Scientist, Lawrence Livermore National Lab | Church |
| Aimee Dudley, PhD | Assistant Professor, Institute of Systems Biology | Church |
| Gary Gao, PhD | Assistant Professor, Virginia Commonwealth University | Church |
| Craig Forest, PhD | Assistant Professor, Georgia Institute of Technology, | Church |
| Yonatan Grad, MD/PhD | Resident, Brigham & Womens Hospital, Boston, MA | Church |
| Matt Hotfelder, technician | Technical Sales at Sigma → Applied Biosystems | Mitra |
| Janice A. Lansita, PhD | Toxicologist, Biogen-IDEC, Cambridge, MA | Sherley |
| Debi Mitra, MD (MGIC summer employee) | Resident, Vanderbilt University | Mitra |
| Min Soo Noh, PhD | Scientist, AMOREPACIFIC Corporation, South Korea | Sherley |
| Dana Pe'er, PhD | Assistant Professor, Columbia University | Church |
| Gregory Porreca, PhD | Senior Scientist, Good Start Genetics, Inc. | Church |
| Nick Reppas, PhD | Research Scientist, Joule Biotechnologies, Inc | Church |
| Jay Shendure, PhD | Assistant Professor, University of Washington | Church |
| Martin Steffen, MD/PhD | Assistant Professor, Boston University School of Medicine | Church |
| Chris Varma, PhD | Partner, Flagship Ventures, Cambridge, MA | Church |
| Dennis Vitkup, PhD | Assistant Professor, Columbia University | Church |
| Kun Zhang, PhD | Assistant Professor, University of California at San Diego | Church |
| Jun Zhu, PhD | Assistant Professor, Duke University | Church |
| Zhou Zhu, PhD | Senior Scientist, Pfizer Labs, La Jolla | Church |
| *Current MGIC Trainees or former trainees continuing their education* | | |
| Adnan Derti, PhD | Post-doc, Roth Lab, Harvard Medical School | Church |
| Personal Info    summer intern | Completing PhD, cell migration biological engineering | Sherley |
| summer intern | Completing undergraduate degree, College of St. Scholastica | Sherley |
| Jin Billy Li, PhD | Post-doc, Church Lab | Church |
| German Leparc, PhD | Post-doc, Kreil Lab, Boku University, Vienna | Mitra |

VIZ00099679

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

| Personal Info undergraduate | Medical school matriculant | Mitra |
|---|---|---|
| Katherine Montero, technician | Applying to business school | Church |
| Yasmine Ndassa, grad student | Grad student, Marto Lab, Dana Farber | Church |
| Amy Nichols, grad student | Completing PhD, proteomics | Sherley |
| Personal Info summer intern | Medical school matriculant | Sherley |
| Madeleine Price Ball, grad student | Grad student, Church Lab | Church |
| Abraham Rosenbaum, grad student | Grad student, Church Lab | Church |
| Sarah Vassallo, technician | technician, Church Lab | Church |
| Alexander Zaranek | Post-doc, Church Lab | Church |

**B. CTCHGV researcher training in genomics.** As noted above, CTCHGV will provide in-depth training in genomics and related science by having students at all levels work with CTCHGV PIs and experts in their Labs. We will also promote cross-training by encouraging students to attend lab meetings in other CTCHGV labs and will also encourage them to actually work in these labs where protracted contact is important. Under MGIC, versions of this arrangement were used when Samuel Boutin (Sherley Lab) worked for several months in the Church Lab, and Jeremy Edwards (UNM) came for an intensive week, to learn polony techniques at the bench in order to take them back to their own labs. Within CTCHGV as proposed, most labs are in the Boston area making these arrangements quite feasible; and while it will be more difficult for members of the Zhang Lab (USCD) to spend time on other CTCHGV labs, Zhang's close knowledge of methods in the Church Lab will also make them less necessary.

Because CTCHGV will work with samples from human subjects, CTCHGV will require that all of its researchers working with human subject samples and data to take institutional training on human subjects protection, e.g., for Harvard affiliates, Harvard offers a web-based training and certification program (HETHR) on human subjects protection.

**C. CTCHGV education for non-CTCHGV researchers.** CTCHGV will help educate the research community generally by publishing papers and protocols (for MGIC's high productivity in this regard, see the Management and Organization Plan and also References) and also by giving talks in classes and conferences. CTCHGV's concentrated presence in the Boston area will spread word of CTCHGV developments in the influential Boston biomedical research community. Notably, Professor Church gives talks frequently both in and outside of the Boston area, and is a participant and speaker at many seminars in the Boston area that meet regularly. He also directs and is the sole instructor of the main course on genomics and computational biology at HMS, Harvard College, Harvard Extension School, and MIT, and also has participated in team-taught courses, including MIT, HSPH, JFK School of Government, Harvard Business School, and Boston University College of Engineering. His primary course is also accessible through the Internet and, in this way, he reaches students internationally (http://www.courses.fas.harvard.edu/~bphys101/). The course has also been made available via MIT OpenCourseWare (http://ocw.mit.edu/index.html). Professor Church will commit to giving four talks a year that focus on CTCHGV technology and its implications. In addition, the investigators involved in CTCHGV have regular teaching responsibilities. Professor Church will give investigators his own class notes and presentations that deal with CTCHGV topics to help provide material and focus to their own talks and teaching session on these topics, and he will encourage all investigators to cover these topics and to share their notes and materials with each other.**D. CTCHGV genomics education for the public** Professor Church, the proposed director of CTCHGV, is also the director of the Personal Genome Project (PGP, http://www.personalgenomes.org/), which maintains web-based enrollment and training tools by which the public can obtain information on and improve their knowledge of genetics. CTCHGV will use this connection to establish cross-links between CTCHGV and PGP web sites and will develop web based resources to help the public understand the importance of CTCHGV developments. Professor Church very frequently gives interviews on trends and developments in genetics to reporters for print, radio, and television media, and he will also use these connections and forums to improve public awareness of CTCHGV developments.

**E. CTCHGV consultant for training** As the CTCHGV develops methods that will identify and characterize cause-effect relationships between human genome sequence variation and transcriptional networks, we expect opportunities to arise for outside investigators to utilize these techniques to explore

VIZ00099680

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

human disease associations. The CTCHGV has asked Robert C. Green, MD, MPH to assist the Center with evaluating these opportunities and consult to the Center on any research involving human subjects. Dr. Green is an established researcher in genetic epidemiology, translational genomics and ELSI issues and will serve as a consultant to the Center. In addition to having received continuous NIH funding for 21 years, Dr. Green has recently been awarded a K24 clinical research mentoring award from NIH, and has extensive experience mentoring minority trainees and (in his research studies) recruiting minority participants. With this background, he will also assist in the multi-disciplinary teaching of pre-doctoral and post-doctoral trainees, as well as junior faculty, by providing structured lectures at Center gatherings on clinical research issues and by providing individual mentoring to Center trainees who are interested in, or collaborating with, clinical investigation.

## Minority Action Plan

**A. Summary**
**B. CTCHGV MAP Program Description**
**C. CTCHGV MAP Management**
**D. MGI CEGS MAP Program Progress**

**A. Summary**. We fully recognize the need for a pro-active stance in addressing the under-representation of minorities in science and ELSI research. We will build upon our extensive track record for implementing successful minority recruiting and training programs and leverage existing infrastructures, associated with Harvard Medical School and other institutions affiliated with our center, to increase the intellectual strength of genomic science and provide high impact results for the professional careers of trainees.

The CTCHGV will benefit from our five years of experience with managing successful minority training as part of our previous MGIC CEGS, which has enrolled and mentored 16 under-represented minority trainees since 2005. Historically, our training programs with the most demonstrated success and the highest impact on the professional development of trainees are at the undergraduate and postdoctoral levels (See Program Successes below). We will focus on these programs for CTCHGV, as we believe they will continue to provide the most valuable training opportunities we can offer for the professional development of minorities seeking careers in genomics and ELSI research.

Over five years, CTCHGV MAP aims to recruit, train, and support the activities of 25 undergraduates, 5 post doctoral fellows, and up to 5 postbacs. This program will enable trainees to participate in research activities with multi-investigator, interdisciplinary teams that will develop innovative genomic approaches to address biological problems.

**B. CTCHGV MAP Program Description**. The CTCHGV training program will focus on activities at three career levels: training postdocs for professional advancement, postbacs for placement in graduate programs, and undergraduate students for research experience and preparation for graduate school. This training program will enable trainees to engage in research activities in an unparalleled research environment that combines highly interdisciplinary projects in the genomic sciences with leaders in the field. The center includes investigators from Harvard Medical School and affiliates, and UCSD. We will utilize existing minority programs at these institutions. Additionally, CTCHGV has included as a consultant Dr. Robert Green (see Training Plan) with considerable experience in minority recruitment and training for biomedicine who has access to Boston University programs and resources set up for these goals. By this means, we will significantly broaden our recruitment efforts.

**B.1 Recruitment**. Representatives from the center will attend the two largest annual meetings in the New England region for recruiting minorities for genomic and biomedical science research activities: the New England Science Symposium (NEST) and the Biomedical Sciences Careers Program (BSCP) conference. Both occur in the Spring of every year. In the past, these meetings have attracted over 300 underrepresented minority postdocs, graduate, medical, and undergraduate students. Existing minority training programs (see section B.3 below) will be leveraged for additional recruitment and outreach activities at the undergraduate level.

VIZ00099681

**B.2 Postdoctoral Training Program.** The CTCHGV will engage postdoctoral fellows in a highly interdisciplinary research environment that combines genomic, computational, and technology-development with traditional biological sciences. We will support "bridging" research positions that will permit post-doc trainees to work closely with multiple key investigators of the center. This approach will provide our trainees with the experiences necessary to prepare for leadership in the genomic, computational, and biological sciences.

Milestones: CTCHGV CEGS MAP will support two postdoctoral fellows per year (See Table MAP-1). To facilitate the transition from one educational level to another, postdocs will be encouraged in their second year to participate in academic enhancement activities, such as the submission of applications for young investigator awards F32, K99, and R00.

| Table MAP-1: CTCHGV CEGS MAP Postdoc Training Program | | | | | |
|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 |
| Dr. Adeyemi Adesokan | 2nd year | | | | |
| Postdoc #2 | 1st year | 2nd year | | | |
| Postdoc #3 | | 1st year | 2nd year | | |
| Postdoc #4 | | | 1st year | 2nd year | |
| Postdoc #5 | | | | 1st year | 2nd year |

**B.3. Undergraduate Summer Research Experience.** We firmly believe that the impact of an undergraduate research experience can be a turning point for convincing young investigators that research is a very rewarding and feasible career choice. Interaction between undergraduate students and center mentors will encourage the pursuit of graduate degrees, lead to publications, prepare students for entry into graduate programs, and facilitate the ability of undergraduates to obtain letters of recommendation.

Milestones: We will recruit and provide funding for 6 underrepresented minority undergraduate students every year. To achieve these goals, we will work with the existing programs at Harvard Medical School and other institutions affiliated with the center. We have identified 5 minority programs at 4 institutions to collaborate with for the recruitment and enrollment of undergraduates in our Summer Research Experience program:

*SHURP.* Summer Honors Undergraduate Research Program (SHURP) at Harvard was initiated in 1991 to encourage minority college students to consider research careers in the biomedical sciences. With support by NIH and NSF, this program has grown from 5 members in 1991 to 23-25 annually in recent years. Ninety-seven percent of the SHURP alumni who have finished college have either graduated from, entered, or are planning to enter Ph.D., M.D./Ph.D., or M.D. programs.

*FDSRP.* Four Directions Summer Research Program (FDSRP) at Harvard Medical School was initiated in 1994 with the enrollment of 6 students. Now entering its 15th year, FDSRP has brought nearly 150 students to Harvard Medical School. The program includes: an 8-week research project under Harvard Medical School faculty; weekly lecture seminars covering topics such as applying to medical and graduate schools, Native American health care issues, and careers in medicine and biological research, and a final research project presentation to students, directors, and faculty.

*SURF.* Summer Undergraduate Research Fellowship (SURF) is a 10-week research experience that supports undergraduate students for the summer at Boston University. Participants from institutions across the country are paired with BU faculty members who will serve as their research mentors. As part of the program, participants also attend a series of summer enrichment workshops whose topics range from laboratory safety to research ethics to scientific writing. At the conclusion, SURFers are asked to present a 10-15 minute talk about their research to an audience consisting of their peers, other students, faculty, staff, and invited guests.

*CAMP.* The CAMP Summer Research Program is an eight-week, full-time research experience. Students work as research assistants on projects that are supervised by a faculty mentor. Student activities include: training in how to write and present a research paper; GRE preparation instruction; field trips to local companies, research institutions, or campus labs; skill building workshops; social events; a required oral presentation at the UCSD Summer Research Conference; and a presentation of their research at the CAMP Statewide Symposium (Winter Quarter).

VIZ00099682

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

*BBRI.* As part of its Science Education Outreach Program, Boston Biomedical Research Experience invites Boston-area students into the laboratories for internships each summer. BBRI student interns are given the opportunity to gain hands-on experience using lab equipment and assisting scientists with day-to-day lab activities and to be immersed in real-world, cutting edge research science experiments.

We believe that the participation by the CTCHGV principal investigator and other investigators in the center in existing programs with demonstrated success will strengthen our own program's efforts and the efforts of NHGRI to achieve maximum impact on the professional advancement of underrepresented minorities.

**B.4. Postbac Training Program.** An established path to success for undergraduate students seeking placement in graduate programs is to transition from an undergraduate research program into a one year postbac training program. The CTCHGV MAP postbac training program is designed to enable trainees to build upon their early research experiences and facilitate placement in a graduate program.

Milestones: We will recruit and enroll one trainee per year in the Postbac Training Program. We will recruit exceptional students with a strong track record in undergraduate research, including trainees from the center's Undergraduate Summer Research Experience Program. Postbac trainees will be encouraged to take GRE prep courses, paid for via program funds, immediately upon their entry into the program and to participate in activities that will strengthen their ability for professional advancement, including presentations, publications and making professional contacts.

**C. Management.** George Church, the principal investigator of the center, has extensive experience as a mentor for trainees at all professional levels. He assumed oversight of MGIC MAP training program in 2003 and he will continue oversight of the minority training programs for CTCHGV MAP.

Dr. Church has served on the Advisory Committee (on genomics and bioinformatics) for the Society for Advancement of Chicanos and Native Americans in Science (SACNAS) and his lab participated in NCI CURE (Continuing Umbrella of Research Experience), a program designed to increase the number of underrepresented minorities engaged in biomedical cancer research.

While the principal investigator and other key personnel are committed to actively participating in the CTCHGV MAP training program, we will assign personnel specifically devoted to the day-to-day administration of center initiatives.

**C.1 Administrative Coordinator of Minority Initiatives.** Yveta Masarova is a veteran administrator in the Church lab. She has developed extensive experience in the administration of multi-institution research endeavors and academic environments. She is in continual contact with the principal investigator, investigators and key personnel of the center, program alumni, and administrators on other campuses.

As the Administrative Coordinator of Minority Initiatives, Ms. Masarova will manage day-to-day administration of CTCHGV CEGS MAP activities, including responding by phone, email, and mail communications regarding our program; maintaining and updating center records related to MAP activities and alumni; updating web site information; producing materials for recruitment activities and other program events; and coordinating MAP activities at the institutions of center collaborators. Ms. Masarova also coordinates very closely with the Postdoctoral coordinator in attending Boston area MAP meetings. Ms. Masarova will track center alumni for a minimum of five years following the completion the program via email on an annual basis.

**C.2 Postdoctoral Coordinator of Minority Initiatives.** As postdoctoral coordinator of MAP initiatives, Dr. Adeyemi Adesokan, a fellow in the Church Lab, is involved with other managers of Boston Area MAP initiatives in planning peer-to-peer outreach events for area students. He also will continue to participate in quarterly teleconference calls and spearhead recruitment efforts aimed at identifying undergraduate summer students and postdoctoral fellows with Yveta Masarova. Finally, he will represent the center at the biannual MAP coordinator meetings, as scheduled by the NIH.

Milestones: At the end of year 1, CTCHGV CEGS will recruit and hire a qualified individual to replace Adeyemi Adesokan as he advances his professional career. The transfer of responsibilities between Dr. Adesokan and his replacement will be done in a manner that ensures overlap and continuity for the program and enables Dr. Adesokan to focus his attention activities necessary for his professional advancement.

VIZ00099683

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

### C.3 Ongoing Program Evaluation

In addition to annual reviews of MAP programs, between the second and third years the administrative coordinator of minority initiatives will convene a meeting with the principal investigator and other key staff at the center to evaluate the effectiveness of our programs to enable mid-course corrections, if needed. At this meeting, the following questions will be addressed: (1) Are we meeting our recruitment goals for postdocs, postbacs, and undergraduate students? (2) What percentage of enrolled trainees complete the programs? (3) Have we dedicated sufficient administrative resources to MAP activities? (4) How can we integrate feedback from trainees and mentors to improve our programs? (5) Which investigators are engaged in mentoring trainees, what successes or problems are they having, and can we engage additional investigators in our activities? (6) What has been the impact of collaborating with existing minority programs?

### D. MGI CEGS MAP Progress Report

Our evaluation of the MGIC MAP programs identified the postdoc, postbac, and undergraduate training activities (See D.1-D.3 below) as the highest impact of all proposed activities. Therefore, our continuation request proposes to focus on these three activities.

We have modified significantly our "Post College Opportunities" program based on our experiences with MGI CEGS. Initially, we hoped to support 6 postbacs per year, which we have been unable to achieve. Therefore, we have scaled this program down to one student per year. One concern of the principal investigator with the postbac training program is that unless students arrive with exceptional experience from an undergraduate program, a one-year postbac program may be insufficient for placement in graduate school. Furthermore, postbacs typically begin applying to graduate school immediately upon enrollment in the training program. Unless these students already have extensive research experience and a relationship with the PI, letters of recommendation, publications, and other achievements will only be obtained after they have submitted applications to graduate school. One worry is the postbacs will therefore require at least two years of support, and may put off applications to grad school and career advancement. The postbac program will be monitored closely during the first two years, and will focus on enrolling at most one exceptional student per year.

### D.1 MGI CEGS MAP Postdoc Program

MGIC MAP is actively supporting one postdoctoral fellow, Adeyemi Adesokan Ph.D, who has been pursuing research under the mentorship of George Church at Harvard Medical School since September 2007. His research in the Church lab is in two directions, basic science and science policy. These include the application of Flux Balance Analysis (FBA) methods to predict conditions necessary for the optimization of ethanol production from cellulose in *Clostridium Phytofermentans* and the development of genomics technologies for pathogen detection and disease surveillance. In collaboration with Prof. Calestous Juma at the Harvard University Kennedy School of Government, he is also investigating policy and capacity building questions related to the impact of genomics and biotechnology in innovation and sustained economic development in the developing world. Adeyemi received a prestigious [Private Source] [Private Source] grant in October 2008 to support his work both in basic science research and science policy. In addition, Yemi has given a number of invited lectures both nationally and internationally about his postdoctoral work. Yemi was named a [Private Source] Fellow by the Washington DC based [Private Source] [Private Source] in December 2008.

*MGI CEGS MAP Postdoc Success Story* Notable success from the MGI CEGS MAP training program include the alumnus Janice A. Lansita, Ph.D. She was a postdoctoral trainee in the James Sherley Lab in 2005 and has since advanced to a research position as a toxicologist at Biogen-IDEC (Cambridge, MA). Dr. Adeyemi Adesokan currently a MAP postdoc in the Church lab was a recipient of a [Private Source] [Private Source] grant to develop functional metagenomics technologies to probe drug resistance infectious diseases in the developing world.

### D.2 MGI CEGS MAP Postbac Program

The Church Lab is actively supporting two postbac students, Amanda Chilaka and Gerardo Gonzalez-Guardiola.

VIZ00099684

Program Director/Principal Investigator (Last, First, Middle): **Church, George M.**

_MGI CEGS MAP Postbac Success Story_ Amanda entered the postbac training program in August of 2006 and was accepted to Northeastern University graduate school starting in the Fall 2008. Her training experience has included polony sequencing, proteomics work with absolute quantification and analysis of biofuel production, as well as an introduction into the computational sciences with newly acquired programming skills in Python. She has also been awarded a scholarship through Private Source for volunteer work she did to provide medical supplies to hospitals in the Dominican Republic. As a postbac at the Church Lab, Gerardo Gonzalez-Guardiola, has been working with Dr. Francois Vigneault on improving the "miRNA Capture" protocol, with a goal towards the achievement of higher and more specific RNA yields. Gerardo got accepted to the MD/PhD program at the University of Puerto Rico, Medical Science Campus and will be starting next year.

**D.3 MGI CEGS MAP Undergraduate Program**

Since 2005, MGI CEGS MAP has enrolled 18 summer trainees in the center's Summer Research Experience (see below, Table MAP-2). Three exceptional undergraduate students and their achievements are highlighted below (see below, Success Stories).

| Table MAP-2: MGI CEGS MAP Undergraduate Program | | |
|---|---|---|
| _MGIC Trainees enrolled in MGIC Summer Research Experience_ | | |
| _Trainee_ | _Year_ | _MGIC Lab_ |
| Personal Info | Summer 2008 | Mitra |
| | Summer 2008 | Church |
| | Summer 2008 | Church |
| | Summer 2008 | Church |
| | Summer 2008 | Church |
| | Summer 2007 | Mitra |
| | Summer 2007 | Church |
| | Summer 2007 | Church |
| | Summer 2007 | Church |
| | Summer 2007 | Church |
| | Summer 2007 | Church |
| | Summer 2006 | Mitra |
| | Summer 2006 | Church |
| | Summer 2006 | Church |
| | Summer 2006 | Church |
| | Summer 2006 | Church |
| | Summer 2005 | Mitra |
| | Summer 2005 | Sherley |

_MGI CEGS MAP Undergraduate Success Stories_

Personal Info

VIZ00099685

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

Personal Info

---

**Data and Materials Dissemination Plan**

**Software, protocol, and data sharing.** Following principles also followed in the prior MGI CEGS, CTCHGV will openly share software, protocols and data. Programs and data will be distributed from Church Lab website (http://arep.med.harvard.edu/), with data related to human subjects distributed as described below. Programs will be generally available as documented source code with a Harvard and/or UCSD copyright, distributed freely to academics, and with a Harvard and/or UCSD license for commercial use. In line with long-standing Church Lab commitments, we continue to champion concepts that we helped establish for the genome sequencing community that encourage rapid data deposition and technology transfer, such as "Open Source Biology" (OSB) which determines procedures and technologies to aid the distribution of complex reagents more effectively. The related goal of OSB is to prevent exclusive licenses from potentially interfering with technology transfer. In this regard, we will try to move our technology either into the public domain or non-exclusive licensing mechanisms well before they would be normally publishable. Just as genomics has made laudable the publication of loads of "hypothesis neutral" or "negative" results by way of comprehensiveness and data mining/post-experiment hypotheses, so, too, do we hope OSB will encourage a similar process for technology development and transfer. Our current policy for software sharing is closest to ISCB Level 2: "Source code is available for research use to educational institutions, non-profit research institutes, government research laboratories, and individuals, without the right to redistribute". Examples of software that we have shared at Level 2 are available from the Church lab website (see above). In addition to software, the investigators of the proposed center will make many other resources available with a similar level of access. Indeed, the Church Lab is heavily involved with other research institutions in efforts to actively promote ways to make biological resources more 'shareable', such as the synthetic biology Registry of Standard Biological Parts.

**CTCHGV human subject data and samples:** As described in Research Design (see section 5, Introduction, and section 5.1.2(i)), CTCHGV will use pre-existing, publically available cell lines and tissue samples from HapMap, PGP, Framingham Heart Project, or other sources. Data and derived from these cell lines will be managed and disseminated consistent with NIH policies for restricted access to combinations of phenotype and genomic information that are potentially identifying. To the maximum extent possible, depending on the data source, we will submit information to appropriate publically available data bases such as dbGaP, dbSNP, GEO, the NCBI Trace Archive, etc.

CTCHGV will generate potentially many thousands of altered cell lines from these original samples, including samples for which, for 1000 genes, up to five locations in the cis gene regulatory regions are combinatorially varied within the cells, clonal isolates of these combinatorially altered cells, and similarly altered cell lines that have been generated as or transformed into induced Pluripotent Stem cell (iPS) lines (some differentiated into diverse cell types). While CTCHGV would like to make these thousands of altered cell lines available to the research community, it has not budgeted for their deposition in, maintenance by, and distribution by Coriell or any other repository. CTCHGV will therefore discuss with its Scientific Advisors, with NIH, and with Coriell, the practical prospects and possibilities for maintaining and distributing these altered cell lines. A likely direction will be to deposit an agreed-upon, limited set of key altered cell lines in Coriell, and to seek supplementary funding for maintenance of these altered cell lines and for submission and maintenance of additional sets. The "marked allele" iPS cell lines to be generated in Aim 2 (see Research Design, section 5.2.3) will be high priorities for distribution, as these will comprise an important and potentially unique resource for the research community.

**Zinc Finger pools and Zinc Finger Nucleases (ZFN):** As described in Aims 1.1 and 4.2 (see Research Design sections 5.1.1 and 5.4.2, respectively for details), CTCHGV plans as part of its work to

VIZ00099686

undertake the generation of a large number of zinc finger pools that can be used be used to target proteins to specific locations in genomic DNA, and to create thousands of ZFN proteins whose purpose is to induce double stranded breaks and specific genomic DNA locations. CTCHGV plans to disseminate the zinc finger pools and ZFN proteins through the Zinc Finger Consortium, a group of 16 academic laboratories dedicated to making zinc finger technology available to the academic research community. The Zinc Finger Consortium and Dr. Joung both have a strong track record of making all zinc finger engineering methods, software, and reagents broadly available to academic laboratories (see Pearson, *Nature* 2008 (see References) and http://www.zincfingers.org). In the case of the ZFNs, CTCHGV will consult and agree with the Zinc Finger Consortium on an appropriate method of distributing materials. As has been done previously for other zinc finger-related resources, all software and protocols will be posted on the Zinc Finger Consortium website (http://www.zincfingers.org/software-tools.htm and http://www.zincfingers.org/protocols.htm). Plasmids and/or DNA sequence information will be provided through the non-profit plasmid distribution service Addgene, a group with whom the Zinc Finger Consortium has worked with for years in distributing these types of reagents (see: http://www.addgene.org/zfc).

**Commercialization:** As described above, CTCHGV will pursue open and non-exclusive licensing agreements that encourage innovations to be made widely available to researchers and commercial entities. Professor Church has been on the Harvard-wide Copyright and Patent Committee (CPC) for years, a recipient of numerous successful patents, and is in constant contact with the HMS Office of Technology Licensing (OTL). More generally, we will encourage close relationships with companies who can promote broad usage of innovations by incorporating them with other technology into readily usable packages and applications. Professor Church is currently on Scientific Advisory Boards of fifteen companies and has maintained close relationships with many others. He will use these close relationships to encourage companies to adapt CTCHGV innovations into their products, as he did in the prior MGI CEGS.

Current company Scientific Advisory roles of Professor Church

1. *Alacris Pharmaceuticals*, Berlin 2008 (2008-present; Cancer genomics & systems biology)
2. *Danaher-Polonator*, Salem, NH 2007 (2007-present; sequencing system)
3. *Qteros* (formerly *SunEthanol*), Amherst MA 2007 (2007-present; Biofuels)
4. *LightSpeed Genomics*, (2007-present; high-speed DNA sequencing)
5. *Complete Genomics*, Sunnyvale, CA 2006 (2006-present; sequencing nanoarrays)
6. *Knome, Inc.*, Cambridge, MA (2007-present; Human Genome Sequencing)
7. *LS9*, San Francisco, CA 2005 (2006-present; Biologically engineered fuels)
8. *Enzymatics*, Beverly, MA 2006 (2006-present; Large-scale, high quality enzymes)
9. *IntelligentBioSystems* (*IBS*), Waltham, MA 2006 (2006-present; Sequencing by Extension on beads)
10. *PharmoRx*, Wellesley , MA 2005 (2005-present; secure medication)
11. *Pacific Biosciences*, Menlo Park, CA 2004 (2008-present; real-time single-molecule sequencing)
12. *Helicos Biosciences, Corp.*, Cambridge, MA 2004 (2003-present; Single-molecule DNA sequencing)
13. *23andme*, Mountain View, CA 2006 (2006-present; personal genomics)
14. *DNAdirect*, San Francisco, CA 2004 (2006-present; DNA diagnostics)
15. *Genomatica*, San Diego CA 2001 (2001-present; microbial metabolic models)

Past Companies licensing Church lab patents or software

1. *Affymetrix* (*Affymax*), Palo Alto, CA 1993 (1990-present; Oligonucleotide arrays)
2. *Agencourt* (now *Beckman Coulter*), Beverly, MA 2000 (2003-2006; Polony bead sequencing by ligation)
3. *Applied Biosystems*, Foster City, CA 1981 (2003-2006; via Agencourt, polony bead sequencing by ligation)
4. *Lynx - Solexa Illumina*, Hayward, CA 1992 (2000-2006; multiplex tags)
5. *Pyrosequencing*, (also *Biotage – 454*), Stockholm 2000 (2001-present; modified dNTPs for array sequencing)
6. *Millipore*, Bedford,MA (1989-1990; multiplex sequencing)

VIZ00099687

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

7. *Mosaic Technologies*, Boston, MA 1994 (1993-94 & 2000-2001; DNA diagnostics)
8. *Agilent*, 2000 (2001-present; nucleic acid nanopore sensors)

It should be noted that Professor Church has given up financial incentives from all sequencing and personal genomics companies (see Management and Organization Plan, G. Conflict of Interest Policy).

## Inclusion Enrollment Report

Not applicable.

## Protection of Human Subjects

Evaluative Info

Our proposed research does not involve a Clinical Trial.

Our proposed research also does not involve an NIH-Defined Phase III Clinical Trial.

In accord with regulations regarding all research that falls under Human Subjects Research Exemption 4, NIH policies for inclusion of women, minorities, and children in clinical research, and targeted/planned enrollment tables, do not apply to this proposal, and therefore we are not including the corresponding sections as part of our submission.

## Inclusion of Women and Minorities

Not applicable. (See Protection of Human Subjects.)

## Targeted/Planned Enrollment Table

Not applicable. (See Protection of Human Subjects.)

## Inclusion of Children

Not applicable. (See Protection of Human Subjects.)

## Vertebrate Animals

Not applicable. The research proposed does not involve vertebrate animals.

## Select Agents

Not applicable. The research proposed does not involve Select Agents.

---

VIZ00099688

Program Director/Principal Investigator (Last, First, Middle): Church, George M.

## Multi-PI/PD Leadership Plan

Not applicable.

## Resource Sharing Plan

Our proposed CTCHGV CEGS will generate several resources of potentially great value to the research community which we plan to make available to the community to the extent possible. We have described these plans and resources in our Data and Materials Dissemination Plan (DMDP) and briefly summarize them here.

**Open-source policy:** The Church Lab adheres to open-source standards to the extent possible as a matter of policy, for software, data, materials, and technology generally. Please refer to the DMDP for additional details.

**CTCHGV software and data resources:** Software developed by CTCHGV will be made available from the Church Lab web site in accordance with its open source policy. Data derived from human samples will be placed on appropriate public repositories to the extent possible in a manner consistent with NIH policies for restricted access to information that is potentially identifying. Please refer to the DMDP for additional details.

**CTCHGV human cell lines:** CTCHGV will obtain pre-existing, publically available human samples from a small numbers of subjects but will potentially generate many thousands of cell lines with specific alterations engineered from these original samples, including induced Pluripotent Stem cell (iPS) lines (some differentiated into diverse cell types). CTCHGV will consult with its Scientific Advisors, with NIH, and with Coriell to determine a strategy for distribution of these altered cell lines. A likely direction will be to deposit an agreed-upon, limited set of key altered cell lines in Coriell, and to seek supplementary funding for maintenance of these altered cell lines and for submission and maintenance of additional sets. A high priority for distribution will be the "marked allele" iPS cell lines to be derived in Aim 2 (Research Design, section 5.2.3), which will comprise an important and potentially unique resource for the research community. Please refer to the DMDP for additional details.

**Zinc Finger pools and Zinc Finger Nucleases (ZFN):** As described in Aims 1.1 and 4.2 (see Research Design sections 5.1.1 and 5.4.2, respectively for details), CTCHGV plans as part of its work to undertake the generation of a large number of zinc finger pools that can be used be used to target proteins to specific locations in genomic DNA, and to create thousands of ZFN proteins whose purpose is to induce double stranded breaks and specific genomic DNA locations. CTCHGV plans to disseminate the zinc finger pools and ZFN proteins through the Zinc Finger Consortium, a group of 16 academic laboratories dedicated to making zinc finger technology available to the academic research community. The Zinc Finger Consortium and Dr. Joung both have a strong track record of making all zinc finger engineering methods, software, and reagents broadly available to academic laboratories (see Pearson, *Nature* 2008 (see References) and http://www.zincfingers.org). In the case of the ZFNs, CTCHGV will consult and agree with the Zinc Finger Consortium on an appropriate method of distributing materials. As has been done previously for other zinc finger-related resources, all software and protocols will be posted on the Zinc Finger Consortium website (http://www.zincfingers.org/software-tools.htm and http://www.zincfingers.org/protocols.htm). Plasmids and/or DNA sequence information will be provided through the non-profit plasmid distribution service Addgene, a group with whom the Zinc Finger Consortium has worked with for years in distributing these types of reagents (see: http://www.addgene.org/zfc).

**Commercialization:** To broaden the availability to the research community of innovations developed by CTCHGV, the Church Lab will work with the Harvard Medical School Office of Technology Licensing to obtain open and non-exclusive licenses that will encourage commercialization of these innovations. Please refer to the DMDP for additional details.

## Consortium/Contractual Agreements

VIZ00099689

Program Director/Principal Investigator (Last, First, Middle): **Church, George M.**

The applicant organization will be Harvard Medical School (HMS) as the director and a significant fraction of the center is located there. The contractual investigators and their institutions are in agreement with this arrangement. The actual sub-contracts for individual institutions and investigators are provided elsewhere in this application and briefly described here.

- Dr. George Q. Daley, Children's Hospital, will work with the Church Lab on development of methods for generating, engineering, maintaining, differentiating, and analyzying human induced Pluripotent Stem cells for Aim 2 (see Research Design, section 5.2).

- Dr. Robert Green, Boston University, will be a consultant for the Center for training (see Training and Minority Action Plans) both Center and non-Center researchers on potential uses of Center methods for understanding human disease associations, and on human subjects research issues.

- Dr. J. Keith Joung, Massachusetts General Hospital, will work with the Church Lab on developing and optimizing a very large repository of zinc finger nucleases (ZFNs) for use in engineering human cells for Aims 1.1 and 4.2 (see Research Design, sections 5.1.1 and 5.4.2).

- Professor Kun Zhang, University of California at San Diego, will work with the Church Lab on determination of the causality of cis variations for 1000 genes in Aim 1 (see Research Design, section 5.1).

VIZ00099690