IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Plaintiffs, <br><br> v. <br><br> NANOSTRING TECHNOLOGIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-261 (MFK) |
| NANOSTRING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 10X GENOMICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1375 (MFK) |
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE <br><br> Plaintiffs, <br><br> v. <br><br> VIZGEN, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-595 (MFK) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *10x Genomics, Inc.'s Reply Claim Construction Brief* were caused to be served on October 6, 2023, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                          *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for NanoString Technologies, Inc.*

Edward R. Reines, Esquire                                         *VIA ELECTRONIC MAIL*
Derek C. Walter, Esquire
Karnik F. Hajjar, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1134
*Attorneys for NanoString Technologies, Inc.*

Amanda Branch, Esquire                                            *VIA ELECTRONIC MAIL*
Christopher M. Pepe, Esquire
Kristin Sanford, Esquire
Anne Corbett, Esquire
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC  20036
*Attorneys for NanoString Technologies, Inc.*

Natalie C. Kennedy, Esquire                                       *VIA ELECTRONIC MAIL*
Yi Zhang, Esquire
Eric S. Hochstadt, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0019
*Attorneys for NanoString Technologies, Inc.*

Kenneth L. Dorsney, Esquire                                       *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for President and Fellows of
Harvard College*

| | |
|---|---|
| Geoffrey M. Raux, Esquire<br>Ruben J. Rodrigues, Esquire<br>Michael J. Tuteur, Esquire<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA  02199<br>*Attorneys for President and Fellows of*<br>*Harvard College* | *VIA ELECTRONIC MAIL* |
| Sarah E. Rieger, Esquire<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI  53202<br>*Attorneys for President and Fellows of*<br>*Harvard College* | *VIA ELECTRONIC MAIL* |
| James L. Higgins, Esquire<br>Pilar G. Kraman, Esquire<br>Maliheh Zare, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| David Bilsker, Esquire<br>Adam B. Wolfson, Esquire<br>Sam Stake, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Kevin P.B. Johnson, Esquire<br>Victoria F. Maroulis, Esquire<br>Andrew Bramhall, Esquire<br>Brian C. Cannon, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |

Angus Chen, Ph.D.  VIA ELECTRONIC MAIL
Catherine T. Mattes, Esquire
David LeRay, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, *LLP*
51 Madison Avenue, 22nd Floor
New York, NY  10010
*Attorneys for Vizgen, Inc.*

Patrick D. Curran, Esquire  VIA ELECTRONIC MAIL
Eric D. Wolkoff, Esquire
Kathleen Marini, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA  02199
*Attorneys for Vizgen, Inc.*

Michael J. Songer, Esquire  VIA ELECTRONIC MAIL
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
*Attorneys for Vizgen, Inc.*

Henry Y. Huang, Esquire  VIA ELECTRONIC MAIL
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
*Attorneys for Vizgen, Inc.*

<div style="columns:2">

*Of Counsel*:

TENSEGRITY LAW GROUP LLP

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
(650) 802-6000

Samantha Jameson
Ronald J. Pabis
Kiley White
8260 Greensboro Dr., Suite 260
McLean, VA  22102-3848
(650) 802-6000

10x_Harvard_NSTG_Service@tensegritylawgroup.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for 10x Genomics, Inc.*

</div>

October 6, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 6, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for NanoString Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Karnik F. Hajjar, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065-1134<br>*Attorneys for NanoString Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Amanda Branch, Esquire<br>Christopher M. Pepe, Esquire<br>Kristin Sanford, Esquire<br>Anne Corbett, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC  20036<br>*Attorneys for NanoString Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Natalie C. Kennedy, Esquire<br>Yi Zhang, Esquire<br>Eric S. Hochstadt, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153-0019<br>*Attorneys for NanoString Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |
| Geoffrey M. Raux, Esquire<br>Ruben J. Rodrigues, Esquire<br>Michael J. Tuteur, Esquire<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |
| Sarah E. Rieger, Esquire<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |
| James L. Higgins, Esquire<br>Pilar G. Kraman, Esquire<br>Maliheh Zare, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| David Bilsker, Esquire<br>Adam B. Wolfson, Esquire<br>Sam Stake, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kevin P.B. Johnson, Esquire<br>Victoria F. Maroulis, Esquire<br>Andrew Bramhall, Esquire<br>Brian C. Cannon, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Angus Chen, Ph.D.<br>Catherine T. Mattes, Esquire<br>David LeRay, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, *LLP*<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Patrick D. Curran, Esquire<br>Eric D. Wolkoff, Esquire<br>Kathleen Marini, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA  02199<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Michael J. Songer, Esquire<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005-3807<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Henry Y. Huang, Esquire<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |

/s/ *Cameron P. Clark*
_____
Cameron P. Clark (#6647)