IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br><br>      Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

**VIZGEN, INC.'S MOTION FOR AN ANTI-SUIT INJUNCTION**

Vizgen, Inc. ("Vizgen") respectfully moves this Court to enter a preliminary injunction, under Fed. R. Civ. P. 65, barring 10x Genomics, Inc. and President and Fellows of Harvard College from proceeding with their claims for injunction in the Unified Patent Court related to Vizgen's alleged infringement of European Patent No. EP 4 108 728. An injunction in this Court will

preserve the status quo and allow Vizgen to continue with its counterclaims before this Court. The grounds for this motion are set forth in the Opening Brief, filed contemporaneously with this Motion.

Dated:   October 23, 2023                                      Respectfully submitted,

OF COUNSEL:

David Bilsker (*pro hac vice*)
Adam Wolfson (*pro hac vice*)
Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Kevin Johnson (*pro hac vice*)
Victoria Maroulis (*pro hac vice*)
Andrew Bramhall (*pro hac vice*)
Brian Cannon (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
(650) 801-5000

Angus Chen (*pro hac vice*)
Catherine Mattes (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Patrick D. Curran (*pro hac vice*)
Eric D. Wolkoff (*pro hac vice*)
Kathleen Marini (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100

Michael J. Songer (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

/s/ *Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com

*Attorneys for Vizgen, Inc.*

(202) 626-3600

Henry Y. Huang (*pro hac vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
(650) 213-0300

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Geoffrey M. Raux
Ruben J. Rodrigues
Michael J. Tuteur
Lea Gulotta James
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199

Sarah E. Rieger
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

BOST-F-10Xv.Vizgen@foley.com

*Attorneys for President and Fellows of Harvard College*

Karen Jacobs
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
kjacobs@morrisnichols.com
cclark@morrisnichols.com

Samantha Jameson
Kiley White
Ron Pabis
Tensegrity Law Group LLP
8260 Greensboro Dr., Suite 260
McLean, VA 22102

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

10x_Vizgen_Service@tensegritylawgroup.com

Marguerite M. Sullivan
Molly M. Barron
Jesse Aaron Vella
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
marguerite.sullivan@lw.com
molly.barron@lw.com
jesse.vella@lw.com

*Attorneys for 10X Genomics, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Maliheh Zare (No. 7133)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
mzare@ycst.com

*Attorneys for Vizgen, Inc.*