IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br><br>      Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

**[PROPOSED] ORDER**

The Court, having considered Vizgen, Inc.'s ("Vizgen") Motion for An Anti-Suit Injunction, any response by 10x Genomics, Inc. and President and Fellows of Harvard College (collectively, "Plaintiffs"), and having found sufficient grounds favoring issuance of a preliminary injunction,

HEREBY ORDERS this _____ day of _____, 20__, that:

1. Vizgen's Motion is GRANTED;

2. Plaintiffs and their officers, partners, agents, servants, employees, parents, subsidiaries, divisions, affiliate corporations, other related business entities, and all other persons acting in concert, participation, or in privity with it and/or them, and their successors and assigns, are enjoined from proceeding with their claims for injunction in the Unified Patent Court ("UPC") related to Vizgen's alleged infringement of European Patent No. EP 4 108 728.

3. Plaintiffs shall take all steps necessary to maintain the status quo, including, but not limited to refraining from initiating any new lawsuit or claims for injunctive relief in the UPC alleging infringement of European Patent No. EP 4 108 728.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Vizgen must post a bond in the amount of $_____ within _____ days of this Order.

 

_____
The Honorable Matthew F. Kennelly