IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br><br>      Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

## ORDER

At Wilmington, this 23rd day of October, 2023, upon consideration of Vizgen, Inc.'s ("Vizgen") *Ex Parte* Emergency Motion for A Temporary Restraining Order against 10x Genomics, Inc. and President and Fellows of Harvard College (collectively, "Plaintiffs"),

IT IS HEREBY ORDERED that Vizgen's Motion for An *Ex Parte* Temporary Restraining Order is GRANTED. Plaintiffs are enjoined from seeking an anti-anti-suit injunction in the UPC

Action while Vizgen's Motion for An Anti-Suit Injunction remains pending and undecided by this Court.

                                                                               _____
                                                                               The Honorable Matthew F. Kennelly