**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>           v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED |
| VIZGEN, INC.,<br><br>           Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>           Counterclaim-Plaintiff as to certain claims,<br><br>           v.<br><br>10X GENOMICS, INC.,<br><br>           Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>           Counterclaim-Defendant as to certain claims. | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on November 20, 2023, the following was served on the counsel listed below in the manner indicated:

1) Vizgen, Inc.'s Objections and Responses to Harvard's First Set of Interrogatories (Nos. 1-2).

**<u>BY EMAIL</u>**

| | |
|---|---|
| Kenneth L. Dorsney | Karen Jacobs |
| Cortlan S. Hitch | Cameron P. Clark |
| Morris James LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 500 Delaware Avenue, Suite 1500 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| kdorsney@morrisjames.com | Wilmington, DE 19899 |
| chitch@morrisjames.com | kjacobs@morrisnichols.com |
| | cclark@morrisnichols.com |
| | |
| Geoffrey M. Raux | |
| Ruben J. Rodrigues | Samantha Jameson |
| Michael J. Tuteur | Kiley White |
| Lea Gulotta James | Ron Pabis |
| Foley & Lardner LLP | Joanna R. Schacter |
| 111 Huntington Avenue | Tensegrity Law Group LLP |
| Suite 2500 | 8260 Greensboro Dr., Suite 260 |
| Boston, MA 02199 | McLean, VA 22102 |
| | |
| Sarah E. Rieger | Matthew Powers |
| Foley & Lardner LLP | Paul Ehrlich |
| 777 East Wisconsin Avenue | Stefani Smith |
| Milwaukee, WI 53202 | Robert Gerrity |
| | Li Shen |
| BOST-F-10Xv.Vizgen@foley.com | Tensegrity Law Group LLP |
| | 555 Twin Dolphin Drive, Suite 650 |
| *Attorneys for President and Fellows of* | Redwood Shores, CA 94065 |
| *Harvard College* | |
| | 10x_Vizgen_Service@tensegritylawgroup.com |
| | |
| | Marguerite M. Sullivan |
| | Molly M. Barron |
| | Jesse Aaron Vella |
| | Latham & Watkins LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004 |
| | marguerite.sullivan@lw.com |
| | molly.barron@lw.com |
| | jesse.vella@lw.com |
| | *Attorneys for 10X Genomics, Inc.* |

PLEASE TAKE FURTHER NOTICE that on November 20, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Dated: November 20, 2023

OF COUNSEL:

David Bilsker
Adam B. Wolfson
Sam Stake
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com
samstake@quinnemanuel.com
adamwolfson@quinnemanuel.com

Kevin Johnson
Victoria Maroulis
Andrew Bramhall
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
andrewbramhall@quinnemanuel.com

Angus Chen
David LeRay
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anguschen@quinnemanuel.com
davidleray@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Pilar G. Kraman
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

Attorneys for Vizgen, Inc.

(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com

Michael J. Songer
Henry Y. Huang
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com
henry.huang@whitecase.com