**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>VIZGEN, INC.,<br><br>　　　　　Defendant. | C.A. No. 22-595-MFK<br><br><br>**JURY TRIAL DEMANDED** |
| VIZGEN, INC.,<br><br>　　　　　　Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　　Counterclaim-Plaintiff as to certain claims,<br><br>　　　　　　　v.<br><br>10X GENOMICS, INC.,<br><br>　　　　　　Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　　Counterclaim-Defendant as to certain claims. | |

**JOINT STATUS REPORT REGARDING
PARTIES' PROPOSAL TO ACCELERATE TRIAL**

Pursuant to the Court's November 28, 2023, Oral Order following argument on Vizgen, Inc.'s ("Vizgen") pending Motion for an Antisuit Injunction (D.I. 252) against Plaintiffs 10x Genomics, Inc. and President and Fellows of Harvard College (collectively, "10x and Harvard"), the parties conferred regarding a proposal to accelerate the trial date in this case and whether such acceleration should involve one or both of C.A. No. 22-261-MFK (the "261 case") and C.A. No.

22-1375-MFK (the "1375 case").  Pursuant to the Order, Vizgen also conferred with NanoString Technologies, Inc. ("NanoString").  The parties to this case (the "595 case"), hereby make the following proposal, subject to the Court's approval:

1.      The pretrial conference and trial in the 595 case should proceed on the dates currently reserved for the pretrial conference and trial in the 261 case—September 23 and September 30, respectively (*see* D.I. 105 in the 261 case).  This will move the trial date in the 595 case to around the anticipated time of hearing and decision in 10x and Harvard's litigation before the Unified Patent Court ("UPC") against Vizgen, as discussed with the Court at the November 28, 2023 hearing.

2.      The pretrial conference and trial in the 261 case, involving 10x, Harvard, and Nanostring, should proceed on the dates currently reserved for the pretrial conference and trial in the 595 case—November 4 and November 12, respectively (*see* D.I. 137).    The 1375 case between NanoString and 10x Genomics, Inc. is not impacted.

3.      In sum, the 595 case and the 261 case should exchange trial dates, with no other changes to the case schedules.

4.      In addition, to ensure that the UPC hearing occurs after trial in this matter, if necessary, Vizgen will seek to postpone the UPC hearing by one to three months as necessary to ensure that it takes place after the trial in the 595 case.

5.      Vizgen, 10x, and Harvard believe the schedule set forth above is the least disruptive to all parties in these matters as all dates would remain in place except for an exchange of trial dates in two of the cases.

6.      As of the filing date of this joint status report, Nanostring does not agree to the switching of trial dates between the 261 and 595 cases.

Dated:  December 4, 2023

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (No. 2881)
Cameron P. Clark (No. 6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for 10x Genomics, Inc.*


MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard
College*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*