IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br><br>      Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

Pursuant to the Court's December 13, 2023 Oral Order resetting the trial date in the above-captioned case (D.I. 291), the parties respectfully submit the following stipulation and proposed order to amend the scheduling order:

| Event | Deadline |
|---|---|
| Claim Construction Hearing | January 10, 2024 at 11:00 a.m. ET |
| 10x/Harvard's Final Infringement Contentions (20 or Fewer Claims)<br><br>Vizgen's Final Infringement Contentions (U.S. Patent No. 11,098,303 (the "'303 Patent")) (5 or fewer claims)<br><br>Vizgen's Final Invalidity Contentions<br><br>10x/Harvard's Final Invalidity Contentions ('303 Patent) | 30 days after Court's claim construction order |
| Final Non-Infringement Contentions<br><br>Final Validity Contentions | 60 days after Court's claim construction order |
| Last Day to Serve Discovery Requests (ROGs, RFAs, RFPs) | February 14, 2024 |
| Fact Discovery Cut Off | March 15, 2024 |
| Opening Expert Reports | March 29, 2024 |
| Rebuttal Expert Reports | May 3, 2024 |
| Reply Expert Reports | May 17, 2024 |
| Completion of Expert Discovery | May 31, 2024 |
| Opening briefs for dispositive motions and Daubert motions | June 21, 2024 |
| Responsive briefs for dispositive motions and Daubert motions | July 12, 2024 |
| Reply briefs for dispositive motions and Daubert motions | July 19, 2024 |
| Dispositive motions Hearing | TBD |
| The parties shall file with the Court the joint proposed final pretrial order in compliance with Local Rule 16.3(c) and the Court's Preferences and | 7 days before pretrial conference |

| Event | Deadline |
|---|---|
| Procedures for Civil Cases not later than seven (7) days before the pretrial conference | |
| Pretrial Conference | October 2, 2024 at 2:00 pm Central time (by video conference) |
| Trial | October 7, 2024 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for 10x Genomics, Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard College*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com

*Attorneys for Vizgen, Inc.*

SO ORDERED this 20th day of December, 2023.

                                                                            _____
The Honorable Matthew F. Kennelly
United States District Court Judge