IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595 (MFK) |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br>      Counterclaim-Defendant as to certain claims,<br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

**NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that, Pursuant to Federal Rule of Civil Procedure 45, the subpoenas attached as Exhibits 1-2 will be served on BGI Genomics and MGI Americas Inc.

| | |
|---|---|
| OF COUNSEL:<br><br>Matthew Powers<br>Paul Ehrlich<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>TENSEGRITY LAW GROUP LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA  94065<br>(650) 802-6000<br><br>Ronald J. Pabis<br>Samantha Jameson<br>Kiley White<br>TENSEGRITY LAW GROUP LLP<br>8260 Greensboro Drive, Suite 260<br>McLean, VA  22102-3848<br>(650) 802-6000<br><br>10x_NanoString_Service@tensegritylawgroup.com<br><br>Marguerite M. Sullivan<br>Molly M. Barron<br>Jesse Aaron Vella<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004<br>(202) 637-2200<br><br>December 28, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Cameron P. Clark*<br><br>Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for 10x Genomics, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 28, 2023, upon the following in the manner indicated:

| | |
|---|---|
| James L. Higgins, Esquire<br>Pilar G. Kraman, Esquire<br>Maliheh Zare, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| David Bilsker, Esquire<br>Adam B. Wolfson, Esquire<br>Sam Stake, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Kevin P.B. Johnson, Esquire<br>Victoria F. Maroulis, Esquire<br>Andrew Bramhall, Esquire<br>Brian C. Cannon, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Angus Chen, Ph.D.<br>Catherine T. Mattes, Esquire<br>David LeRay, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |

Patrick D. Curran, Esquire  *VIA ELECTRONIC MAIL*
Eric D. Wolkoff, Esquire
Kathleen Marini, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA  02199
*Attorneys for Vizgen, Inc.*

Michael J. Songer, Esquire  *VIA ELECTRONIC MAIL*
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
*Attorneys for Vizgen, Inc.*

Henry Y. Huang, Esquire  *VIA ELECTRONIC MAIL*
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
*Attorneys for Vizgen, Inc.*

Kenneth L. Dorsney, Esquire  *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
*Attorneys for President and Fellows of Harvard College*

Geoffrey M. Raux, Esquire  *VIA ELECTRONIC MAIL*
Ruben J. Rodrigues, Esquire
Michael J. Tuteur, Esquire
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA  02199
*Attorneys for President and Fellows of Harvard College*

Sarah E. Rieger, Esquire  VIA ELECTRONIC MAIL
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
*Attorneys for President and Fellows of*
*Harvard College*

                                                     */s/ Cameron P. Clark*

                                                   Cameron P. Clark (#6647)

3