# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                Plaintiffs,<br><br>    v.<br><br>VIZGEN, INC.,<br><br>                Defendant. | Civil Action No. 1:22-cv-00595-MFK |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Joseph B. Cicero of Chipman Brown Cicero & Cole, LLP hereby enters his appearance in the above-captioned action as counsel to Defendant Vizgen, Inc.

Dated: January 5, 2024

**CHIPMAN BROWN CICERO & COLE, LLP**

 /s/ Joseph B. Cicero
Joseph B. Cicero (#4388)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0191
cicero@chipmanbrown.com

*Attorneys for Defendant*

4860-3364-7514, v. 1