

January 11, 2024

**VIA E-FILING**
The Honorable Matthew F. Kennelly
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

    Re:   *10X Genomics, Inc., et al. v. Nanostring Technologies, Inc.*
             C.A. No. 22-cv-261-MFK
             *10X Genomics, Inc., et al. v. Vizgen, Inc.*
             C.A. No. 22-cv-595-MFK
             *Nanostring Technologies, Inc. v. 10X Genomics, Inc.*
             <u>C.A. No. 22-cv-1375-MFK</u>

Dear Judge Kennelly,

    Pursuant to Your Honor's January 10, 2024 Oral Order, the parties submit the following list of patents and asserted claims covered by Disputed Term 1:

<u>C.A. No. 22-cv-261</u>

- 10,227,639 Patent: Claim 20
- 11,021,737 Patent: Claims 16, 18, 21, 47
- 11,293,051 Patent: Claims 3, 26, 48, 53, 66, 77, 85, 96
- 11,293,052 Patent: Claims 26, 35, 65, 73, 75
- 11,293,054 Patent: Claim 18

<u>C.A. No. 22-cv-595</u>

- 11,021,737 Patent: Claims 18, 21, 23, 47, and 48
- 11,293,051 Patent: Claims 3, 26, 38, 67, 77, 85, and 96
- 11,293,052 Patent: Claims 26, 35, 60, and 73
- 11,549,136 Patent: Claims 7 and 28

    We are available at the Court's convenience should Your Honor have any questions.

                                    Respectfully submitted,

                                    /s/ Brian E. Farnan

                                    Brian E. Farnan

cc: Counsel of Record (Via E-Filing)