## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br><br>      Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 16, 2024, the following was served on the counsel listed below in the manner indicated:

1) Defendant and Counterclaim-Plaintiff Vizgen, Inc.'s Eighth Set of Requests for Production (Nos. 198-204); and

2) Defendant and Counterclaim-Plaintiff Vizgen Inc.'s Seventh Set of Interrogatories (Nos. 25-28).

**BY EMAIL**

| | |
|---|---|
| Kenneth L. Dorsney<br>Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com | Karen Jacobs<br>Cameron P. Clark<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com |
| Geoffrey M. Raux<br>Ruben J. Rodrigues<br>Michael J. Tuteur<br>Lea Gulotta James<br>John W. Custer<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2500<br>Boston, MA 02199 | Samantha Jameson<br>Kiley White<br>Ron Pabis<br>Joanna R. Schacter<br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Tensegrity Law Group LLP<br>1676 International Drive, Suite 910<br>McLean, VA 22102 |
| Sarah E. Rieger<br>Kate E. Gehl<br>Ian T. Hampton<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Matthew Powers<br>Paul Ehrlich<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>William P. Nelson |
| Jarren N. Ginsburg<br>Alan D. Rutenberg<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007 | Tensegrity Law Group LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>10x_Vizgen_Service@tensegritylawgroup.com |
| BOST-F-10Xv.Vizgen@foley.com | Marguerite M. Sullivan<br>Molly M. Barron<br>Jesse Aaron Vella<br>Christopher John Brown |

| | |
|---|---|
| *Attorneys for President and Fellows of Harvard College* | Brian Barrows Goodell<br>Sahdia Khan<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>marguerite.sullivan@lw.com<br>molly.barron@lw.com<br>jesse.vella@lw.com<br>chris.brown@lw.com<br>brian.goodell@lw.com<br>sahdia.khan@lw.com<br><br>Kelly Fayne<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>kelly.fayne@lw.com<br><br>*Attorneys for 10X Genomics, Inc.* |

PLEASE TAKE FURTHER NOTICE that on February 16, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: February 16, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL:<br><br>David Bilsker<br>Adam B. Wolfson<br>Sam Stake<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>davidbilsker@quinnemanuel.com<br>samstake@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br><br>Kevin Johnson<br>Victoria Maroulis<br>Andrew Bramhall<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065 | */s/ Jennifer P. Siew*<br>James L. Higgins (No. 5021)<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>jhiggins@ycst.com<br>pkraman@ycst.com<br>jsiew@ycst.com<br><br>*Attorneys for Vizgen, Inc.* |

3

(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
andrewbramhall@quinnemanuel.com

Angus Chen
David LeRay
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anguschen@quinnemanuel.com
davidleray@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com
angelanelson@quinnemanuel.com

Michael J. Songer
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com

Henry Y. Huang
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
(650) 213-0300
henry.huang@whitecase.com