IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>    v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-595 (MFK)<br>)<br>)<br>)<br>)<br>) |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>    v.<br><br>10X GENOMICS, INC.,<br>      Counterclaim-Defendant as to certain claims,<br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *10x Genomics, Inc.'s First Supplemental Objections and* Responses t*o Vizgen, Inc.'s Fourth Set of Interrogatories (Nos. 15-20)*; (2) *10x Genomics, Inc.'s First Supplemental and Amended Objections and Responses to*

*Vizgen, Inc.'s Sixth Set of Interrogatories (Nos. 22-24)*; and (3) *10x Genomics, Inc.'s Second Supplemental Objections and* Responses t*o Defendant/Counterclaim Plaintiff Vizgen, Inc.'s First Set of Interrogatories (Nos. 1-11)* were caused to be served on February 21, 2024, upon the following in the manner indicated:

| | |
|---|---|
| James L. Higgins, Esquire<br>Pilar G. Kraman, Esquire<br>Jennifer P. Siew, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| David Bilsker, Esquire<br>Adam B. Wolfson, Esquire<br>Sam Stake, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Kevin P.B. Johnson, Esquire<br>Victoria F. Maroulis, Esquire<br>Andrew Bramhall, Esquire<br>Brian C. Cannon, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |
| Angus Chen, Ph.D.<br>Catherine T. Mattes, Esquire<br>David LeRay, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Vizgen, Inc.* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Patrick D. Curran, Esquire<br>Eric D. Wolkoff, Esquire<br>Kathleen Marini, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA  02199<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael J. Songer, Esquire<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005-3807<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Henry Y. Huang, Esquire<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Joseph B. Cicero, Esquire<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Ave., Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |

Geoffrey M. Raux, Esquire  *VIA ELECTRONIC MAIL*
Ruben J. Rodrigues, Esquire
Michael J. Tuteur, Esquire
Lea Gulotta James, Esquire
John W. Custer, Esquire
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA  02199
*Attorneys for President and Fellows of Harvard College*

Sarah E. Rieger, Esquire  *VIA ELECTRONIC MAIL*
Kate E. Gehl, Esquire
Ian T. Hampton, Esquire
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
*Attorneys for President and Fellows of Harvard College*

Jarren N. Ginsburg, Esquire  *VIA ELECTRONIC MAIL*
Alan D. Rutenberg, Esquire
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC  20007
*Attorneys for President and Fellows of Harvard College*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Matthew Powers<br>Paul Ehrlich<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>TENSEGRITY LAW GROUP LLP<br>555 Twin Dolphin Drive, Suite 650 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Cameron P. Clark*<br><br>Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for 10x Genomics, Inc.* |

4

Redwood Shores, CA  94065
(650) 802-6000

Ronald J. Pabis
Samantha Jameson
Kiley White
Joanna R. Schacter
TENSEGRITY LAW GROUP LLP
1676 International Drive, Suite 910
McLean, VA  22102
(650) 802-6000

Marguerite M. Sullivan
Molly M. Barron
Jesse Aaron Vella
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200

Kelly Fayne
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

February 21, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 21, 2024, upon the following in the manner indicated:

| | |
|---|---|
| James L. Higgins, Esquire<br>Pilar G. Kraman, Esquire<br>Jennifer P. Siew, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| David Bilsker, Esquire<br>Adam B. Wolfson, Esquire<br>Sam Stake, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Kevin P.B. Johnson, Esquire<br>Victoria F. Maroulis, Esquire<br>Andrew Bramhall, Esquire<br>Brian C. Cannon, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Angus Chen, Ph.D.<br>Catherine T. Mattes, Esquire<br>David LeRay, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Patrick D. Curran, Esquire<br>Eric D. Wolkoff, Esquire<br>Kathleen Marini, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA  02199<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael J. Songer, Esquire<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005-3807<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Henry Y. Huang, Esquire<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Joseph B. Cicero, Esquire<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Ave., Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |
| Geoffrey M. Raux, Esquire<br>Ruben J. Rodrigues, Esquire<br>Michael J. Tuteur, Esquire<br>Lea Gulotta James, Esquire<br>John W. Custer, Esquire<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA  02199<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |

Sarah E. Rieger, Esquire *VIA ELECTRONIC MAIL*
Kate E. Gehl, Esquire
Ian T. Hampton, Esquire
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
*Attorneys for President and Fellows of*
*Harvard College*

Jarren N. Ginsburg, Esquire *VIA ELECTRONIC MAIL*
Alan D. Rutenberg, Esquire
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC  20007
*Attorneys for President and Fellows of*
*Harvard College*

 /s/ Cameron P. Clark
 _____
 Cameron P. Clark (#6647)