IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>VIZGEN, INC.,<br><br>　　　　Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED |
| VIZGEN, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Counterclaim-Plaintiff as to certain claims,<br><br>　　　　v.<br><br>10X GENOMICS, INC.,<br><br>　　　　Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Counterclaim-Defendant as to certain claims. | |

## NOTICE OF DEPOSITION OF JOHN AACH

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Vizgen, Inc. will take the deposition upon oral examination of John Aach.  The deposition will begin at 10:00 a.m. ET on March 22, 2024, or at such a date and time to be agreed upon by the parties.  The deposition will take place via Zoom videoconferencing, or at such location to be agreed to by the parties.  Testimony shall be recorded by stenographic, audio, and/or videographic means before an officer appointed or designated under Rule 28 to administer oaths, and shall continue until its completion as permitted pursuant to Rule 30(d)(1).

Dated: March 18, 2024

OF COUNSEL:

David Bilsker
Adam B. Wolfson
Sam Stake
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com
samstake@quinnemanuel.com
adamwolfson@quinnemanuel.com

Kevin Johnson
Victoria Maroulis
Andrew Bramhall
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
andrewbramhall@quinnemanuel.com

Angus Chen
David LeRay
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anguschen@quinnemanuel.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*

davidleray@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com
angelanelson@quinnemanuel.com

Michael J. Songer
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com

Henry Y. Huang
Tiffany Huynh
WHITE & CASE LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 213-0300
henry.huang@whitecase.com
tiffany.huynh@whitecase.com

Alexa Cho
Samantha Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
alexa.cho@whitecase.com
samantha.kokonis@whitecase.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Kenneth L. Dorsney<br>Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com | Karen Jacobs<br>Cameron P. Clark<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com |
| Geoffrey M. Raux<br>Ruben J. Rodrigues<br>Michael J. Tuteur<br>Lea Gulotta James<br>John W. Custer<br>Lucas I. Silva<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2500<br>Boston, MA 02199 | Samantha Jameson<br>Kiley White<br>Ron Pabis<br>Joanna R. Schacter<br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Tensegrity Law Group LLP<br>1676 International Drive, Suite 910<br>McLean, VA 22102 |
| Sarah E. Rieger<br>Kate E. Gehl<br>Ian T. Hampton<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Matthew Powers<br>Paul Ehrlich<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>William P. Nelson<br>Tensegrity Law Group LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065 |
| Jarren N. Ginsburg<br>Alan D. Rutenberg<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br><br>BOST-F-10Xv.Vizgen@foley.com<br><br>*Attorneys for President and Fellows of Harvard College* | 10x_Vizgen_Service@tensegritylawgroup.com<br><br>Marguerite M. Sullivan<br>Molly M. Barron<br>Jesse Aaron Vella<br>Christopher John Brown<br>Brian Barrows Goodell<br>Sahdia Khan<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000 |

        Washington, D.C. 20004
        marguerite.sullivan@lw.com
        molly.barron@lw.com
        jesse.vella@lw.com
        chris.brown@lw.com
        brian.goodell@lw.com
        sahdia.khan@lw.com

        Kelly Fayne
        Latham & Watkins LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        kelly.fayne@lw.com

        *Attorneys for 10X Genomics, Inc*


        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Jennifer P. Siew*
        James L. Higgins (No. 5021)
        Pilar G. Kraman (No. 5199)
        Jennifer P. Siew (No. 7114)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6600
        jhiggins@ycst.com
        pkraman@ycst.com
        jsiew@ycst.com

        *Attorneys for Vizgen, Inc.*