IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595 (MFK) |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br>      Counterclaim-Defendant as to certain claims,<br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

**10X GENOMICS, INC.'S NOTICE OF DEPOSITIONS OF SETH BENSON; LONG CAI; DAVID WALT; ALISTAIR BOETTIGER; JEFFREY MOFFITT; TERRY LO; MARK BONYHADI; SINGULAR GENOMICS; AND BIO-TECHNE CORP. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(1) AND 30(b)(6)**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1), counsel for Plaintiff 10x Genomics, Inc. will take the depositions listed below upon oral

examination commencing at the date, time and locations agreed upon by the parties; or according to alternative location, dates, and arrangements upon which counsel jointly agree.

The depositions will be taken live or by remote means before an officer or other person authorized to administer oaths in the state in which the witness appears, and they will be recorded by videotape, audiotape, and stenographic means, including LiveNote or other real-time recording, for all purposes permissible under the Federal Rules of Civil Procedure and the Local Rules of this Court.

| Witness | Date | Start Time | Location |
|---|---|---|---|
| Seth Benson | April 23, 2024 | 10:00 a.m. Eastern | remotely via zoom |
| Long Cai | April 24, 2024 | 10:00 a.m. Pacific | remotely via zoom |
| David Walt | April 24, 2024 | 10:00 a.m. Eastern | remotely via zoom |
| Alistair Boettiger | April 25, 2024 | 9:00 a.m. Pacific | remotely via zoom |
| Jeffrey Moffitt | April 29, 2024 | 9:00 a.m. Eastern | Latham & Watkins, LLP 200 Clarendon Street, Boston, MA 02116 |
| Terry Lo | April 30, 2024 | 9:00 a.m. Eastern | Latham & Watkins, LLP 200 Clarendon Street, Boston, MA 02116 |
| Mark Bonyhadi | April 30, 2024 | 10:30 a.m. Eastern | remotely via Zoom |
| corporate representative of Singular Genomics 30(b)(6) only) | May 1, 2024 | 9:00 a.m. Pacific | remotely via zoom |
| corporate representative of Bio-Techne Corp. (30(b)(6) only) | May 8, 2024 | 1:00 p.m. Pacific | (tbd) Greenberg Traurig 101 Second Street, Suite 2200, San Francisco, CA 94105; **or** Greenberg Traurig, 1900 University Avenue, 5th Floor, East Palo Alto, CA 94303 |

OF COUNSEL:

Matthew Powers
Paul Ehrlich
William P. Nelson
Stefani Smith
Robert Gerrity
Li Shen
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA  94065
(650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha Jameson
Ronald J. Pabis
Kiley White
Joanna R. Schacter
TENSEGRITY LAW GROUP LLP
1676 International Drive, Suite 910
McLean, VA  22102
(650) 802-6000

Marguerite M. Sullivan
Molly M. Barron
Jesse Aaron Vella
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200

Kelly Fayne
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

April 23, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for 10x Genomics, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| James L. Higgins, Esquire<br>Pilar G. Kraman, Esquire<br>Jennifer P. Siew, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| David Bilsker, Esquire<br>Adam B. Wolfson, Esquire<br>Sam Stake, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Kevin P.B. Johnson, Esquire<br>Victoria F. Maroulis, Esquire<br>Andrew Bramhall, Esquire<br>Brian C. Cannon, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Angus Chen, Ph.D.<br>Catherine T. Mattes, Esquire<br>David LeRay, Esquire<br>Andrew Tigchelaar, Esquire<br>Neil Bhargav Setlur, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Patrick D. Curran, Esquire<br>Eric D. Wolkoff, Esquire<br>Kathleen Marini, Esquire<br>Angela Nelson, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA  02199<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael J. Songer, Esquire<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005-3807<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Henry Y. Huang, Esquire<br>Tiffany Huynh, Esquire<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Alexa Cho, Esquire<br>Samantha Kokonis, Esquire<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Joseph B. Cicero, Esquire<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE  19801<br>*Attorneys for Vizgen, Inc.* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Ave., Suite 1500<br>Wilmington, DE 19801-1494<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |
| Geoffrey M. Raux, Esquire<br>Ruben J. Rodrigues, Esquire<br>Michael J. Tuteur, Esquire<br>Lea Gulotta James, Esquire<br>John W. Custer, Esquire<br>Amani S. Kmeid, Esquire<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA  02199<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |
| Sarah E. Rieger, Esquire<br>Kate E. Gehl, Esquire<br>Ian T. Hampton, Esquire<br>Sydney K. Hecimovich, Esquire<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI  53202<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |
| Jarren N. Ginsburg, Esquire<br>Alan D. Rutenberg, Esquire<br>FOLEY & LARDNER LLP<br>Washington Harbour<br>3000 K Street, N.W., Suite 600<br>Washington, DC  20007<br>*Attorneys for President and Fellows of Harvard College* | *VIA ELECTRONIC MAIL* |

Jared J. Braithwaite, Esquire  VIA ELECTRONIC MAIL
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
*Attorneys for President and Fellows of
Harvard College*

/s/ *Cameron P. Clark*

Cameron P. Clark (#6647)

4