# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>           Plaintiffs,<br><br>           v.<br><br>VIZGEN, INC.,<br><br>           Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED |
| VIZGEN, INC.,<br><br>           Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>           Counterclaim-Plaintiff as to certain claims,<br><br>           v.<br><br>10X GENOMICS, INC.,<br><br>           Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>           Counterclaim-Defendant as to certain claims. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 25, 2024, the following was served on the counsel listed below in the manner indicated:

1) Vizgen, Inc.'s Objections and Responses to 10x's Fourth Set of Requests for Production (Nos. 202-217).

**BY EMAIL**

| | |
|---|---|
| Kenneth L. Dorsney<br>Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com | Karen Jacobs<br>Cameron P. Clark<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com |
| Geoffrey M. Raux<br>Ruben J. Rodrigues<br>Michael J. Tuteur<br>Lea Gulotta James<br>John W. Custer<br>Lucas I. Silva<br>Amani S. Kmeid<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2500<br>Boston, MA 02199 | Samantha Jameson<br>Kiley White<br>Ron Pabis<br>Joanna R. Schacter<br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Tensegrity Law Group LLP<br>1676 International Drive, Suite 910<br>McLean, VA 22102 |
| Sarah E. Rieger<br>Kate E. Gehl<br>Ian T. Hampton<br>Sydney K. Hecimovich<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Matthew Powers<br>Paul Ehrlich<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>William P. Nelson<br>Tensegrity Law Group LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065 |
| Jarren N. Ginsburg<br>Alan D. Rutenberg<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007 | 10x_Vizgen_Service@tensegritylawgroup.com<br><br>Marguerite M. Sullivan<br>Molly M. Barron<br>Jesse Aaron Vella<br>Christopher John Brown |
| Jared J. Braithwaite<br>Maren Laurence<br>Foley & Lardner LLP | Brian Barrows Goodell<br>Sahdia Khan<br>Latham & Watkins LLP |

95 S. State Street, Suite 2500
Salt Lake City, UT 84111

BOST-F-10Xv.Vizgen@foley.com

*Attorneys for President and Fellows of Harvard College*

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
marguerite.sullivan@lw.com
molly.barron@lw.com
jesse.vella@lw.com
chris.brown@lw.com
brian.goodell@lw.com
sahdia.khan@lw.com

Kelly Fayne
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
kelly.fayne@lw.com

*Attorneys for 10X Genomics, Inc.*

PLEASE TAKE FURTHER NOTICE that on April 25, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Dated: April 25, 2024

OF COUNSEL:

David Bilsker
Adam B. Wolfson
Sam Stake
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com
samstake@quinnemanuel.com
adamwolfson@quinnemanuel.com

Kevin Johnson
Victoria Maroulis
Andrew Bramhall
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*

andrewbramhall@quinnemanuel.com

Angus Chen
David LeRay
Andrew Tigchelaar
Neil Bhargav Setlur
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anguschen@quinnemanuel.com
davidleray@quinnemanuel.com
andrewtigchelaar@quinnemanuel.com
bhargavsetlur@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com
angelanelson@quinnemanuel.com

Michael J. Songer
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com

Henry Y. Huang
Tiffany T. Huynh
WHITE & CASE LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 213-0300
henry.huang@whitecase.com
tiffany.huynh@whitecase.com

Alexandra J. Cho
Samantha J. Kokonis

WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
alexa.cho@whitecase.com
samantha.kokonis@whitecase.com