# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br><br>      Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties in the above-captioned case, through their undersigned counsel and subject to the approval of the Court, the following:

1) The time for Vizgen to file the redacted version of the Letter to Judge Kennelly from Pilar G. Kraman regarding Request for Additional Deposition Hours Due to Misconduct to be Heard at the April 26, 2024 Hearing (D.I. 422), Letter to Judge Kennelly from Pilar G. Kraman regarding Vizgen's Request to Amend its Answer and Counterclaims (D.I. 423), and Declaration of Adam B. Wolfson in support of Counterclaim Plaintiff Vizgen's Motion to Amend the Counterclaims (D.I. 424) is extended to and including **May 6, 2024**;

2) The time for Harvard to file the redacted version of the Letter to The Honorable Matthew F. Kennelly from Kenneth L. Dorsney regarding Plaintiffs' Responsive Discovery Dispute Letter (D.I. 432) is extended to and including **May 8, 2024**; and

3) The time for 10x and Harvard to file the redacted version of the Letter to The Honorable Matthew F. Kennelly from Karen Jacobs regarding Plaintiffs' Opposition to Vizgen's Request to Amend Its Answer and Counterclaims (D.I. 436) and Declaration of Kiley White in Support of its Letter (D.I. 437) is extended to and including **May 9, 2024**.

All other deadlines, events, and provisions in the Scheduling Order shall remain the same.

Dated: April 29, 2024

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Cameron P. Clark* | */s/ Jennifer P. Siew* |
| Karen Jacobs (No. 2881) | James L. Higgins (No. 5021) |
| Cameron P. Clark (No. 6647) | Pilar G. Kraman (No. 5199) |
| 1201 North Market Street | Jennifer P. Siew (No. 7114) |
| P.O. Box 1347 | Rodney Square |
| Wilmington, DE 19899 | 1000 North King Street |

(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for 10x Genomics, Inc.*

Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (No. 3726)
Cortlan S. Hitch (No. 6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard College*

       SO ORDERED this _____ day of _____, 2024.

                                                 UNITED STATES DISTRICT JUDGE