IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>VIZGEN, INC.,<br><br>Defendant. | C.A. No. 22-cv-595-MFK |

**STIPULATION AND [PROPOSED] ORDER**
**AMENDING SCHEDULING ORDER AND DISCOVERY LIMITS**

Pursuant to the Court's April 26, 2024 Oral Order (D.I. 366) following the case management conference, the parties respectfully submit the following stipulation and proposed order.

## I. AGREED DISCOVERY LIMITS

The parties agree to the following discovery limits (per side) relating to the new allegations in Vizgen's Amended Answer and Counterclaims:

- Eight (8) Interrogatories
- Fifteen (15) Requests for Admission
- Five (5) Requests for Production
- Five (5) hours of party deposition
- Thirty (30) hours of non-party deposition

**II.     AGREED PROPOSED SCHEDULE**

| Event | Deadline |
|---|---|
| Last Day to Serve Discovery Requests (ROGs, RFAs, RFPs) relating to new allegations | May 28, 2024 |
| 10x and Harvard's Deadline to Answer or Otherwise Respond to Vizgen's Amended Counterclaims | May 28, 2024 |
| Pre-Amendment Fact Discovery Cut Off | May 31, 2024 |
| Post-Amendment Fact Discovery Cut Off | August 2, 2024 |
| Opening Expert Reports | August 14, 2024 |
| Rebuttal Expert Reports | September 25, 2024 |
| Reply Expert Reports | October 16, 2024 |
| Completion of expert discovery | October 25, 2024 |
| Opening briefs for dispositive motions and Daubert motions | November 5, 2024 |
| Responsive briefs for dispositive motions and Daubert motions | November 26, 2024 |
| Reply briefs for dispositive motions and Daubert motions | December 10, 2024 |
| Dispositive Motions Hearing | TBD (at the Court's convenience) |
| Motions *in Limine* | January 7, 2025 |
| Responses to Motions *in Limine* | January 14, 2025 |
| The parties shall file with the Court the joint proposed final pretrial order in compliance with Local Rule 16.3(c) and the Court's Preferences and Procedures for Civil Cases not later than seven (7) days before the pretrial conference | January 14, 2025 |

| Event | Deadline |
|---|---|
| Pretrial Conference | January 21, 2025 |
| Trial | February 3, 2025<br><br>(as set by the Court) |

<table>
<tr><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

---

Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

**Counsel for 10x Genomics, Inc.**

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*

---

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

**Counsel for President and Fellows of Harvard College**

May 3, 2024

</td><td>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jennifer P. Siew*

---

James L. Higgins (#5021)
Pilar G. Kraman (#5199)
Jennifer P. Siew (#7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

**Counsel for Vizgen, Inc.**

</td></tr>
</table>

SO ORDERED this \_\_\_\_ day of May, 2024.

_____
The Honorable Matthew F. Kennelly
United States District Judge
