# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>      Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED |
| VIZGEN, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Plaintiff as to certain claims,<br><br>      v.<br><br>10X GENOMICS, INC.,<br><br>      Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Counterclaim-Defendant as to certain claims. | |

**VIZGEN'S NOTICE OF DEPOSITION OF JE-HYUK LEE**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Vizgen, Inc. will take the deposition upon oral examination of Je-Hyuk Lee. The deposition will begin at 10:00 a.m. ET on May 17, 2024, or at such a date and time to be agreed upon by the parties. The deposition will take place at the office of White & Case LLP, 75 State Street, Boston, MA 02109. Testimony shall be recorded by stenographic, audio, and/or videographic means before an officer appointed or designated under Rule 28 to administer oaths, and shall continue until its completion as permitted pursuant to Rule 30(d)(1).

| | |
|---|---|
| Dated: May 16, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | /s/ Jennifer P. Siew |
| | James L. Higgins (No. 5021) |
| David Bilsker | Pilar G. Kraman (No. 5199) |
| Adam B. Wolfson | Jennifer P. Siew (No. 7114) |
| Sam Stake | Rodney Square |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 1000 North King Street |
| 50 California Street, 22nd Floor | Wilmington, DE 19801 |
| San Francisco, CA 94111 | (302) 571-6600 |
| (415) 875-6600 | jhiggins@ycst.com |
| davidbilsker@quinnemanuel.com | pkraman@ycst.com |
| samstake@quinnemanuel.com | jsiew@ycst.com |
| adamwolfson@quinnemanuel.com | |
| | *Attorneys for Vizgen, Inc.* |
| Kevin Johnson | |
| Victoria Maroulis | |
| Andrew Bramhall | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 555 Twin Dolphin Dr., 5th Floor | |
| Redwood Shores, CA 94065 | |
| (650) 801-5000 | |
| kevinjohnson@quinnemanuel.com | |
| victoriamaroulis@quinnemanuel.com | |
| andrewbramhall@quinnemanuel.com | |
| | |
| Angus Chen | |
| David LeRay | |
| Andrew Tigchelaar | |
| Neil Bhargav Setlur | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 51 Madison Avenue, 22nd Floor | |
| New York, NY 10010 | |

(212) 849-7000
anguschen@quinnemanuel.com
davidleray@quinnemanuel.com
andrewtigchelaar@quinnemanuel.com
bhargavsetlur@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com
angelanelson@quinnemanuel.com

Michael J. Songer
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com

Henry Y. Huang
Tiffany T. Huynh
WHITE & CASE LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 213-0300
henry.huang@whitecase.com
tiffany.huynh@whitecase.com

Alexandra J. Cho
Samantha J. Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
alexa.cho@whitecase.com
samantha.kokonis@whitecase.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Geoffrey M. Raux
Ruben J. Rodrigues
Michael J. Tuteur
Lea Gulotta James
John W. Custer
Lucas I. Silva
Amani S. Kmeid
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199

Sarah E. Rieger
Kate E. Gehl
Ian T. Hampton
Sydney K. Hecimovich
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Jarren N. Ginsburg
Alan D. Rutenberg
Foley & Lardner LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007

Jared J. Braithwaite
Maren Laurence
Foley & Lardner LLP
95 S. State Street, Suite 2500

Frederick L. Cottrell, III
Jason J. Rawnsley
Alexandra M. Ewing
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

Samantha Jameson
Kiley White
Ron Pabis
Joanna R. Schacter
Azra M. Hadzimehmedovic
Aaron M. Nathan
Tensegrity Law Group LLP
1676 International Drive, Suite 910
McLean, VA 22102

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
William P. Nelson
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

10x_Vizgen_Service@tensegritylawgroup.com

Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000

Salt Lake City, UT 84111

BOST-F-10Xv.Vizgen@foley.com

*Attorneys for President and Fellows of Harvard College*

Washington, D.C. 20004
marguerite.sullivan@lw.com
molly.barron@lw.com
chris.brown@lw.com
brian.goodell@lw.com
sahdia.khan@lw.com

Kelly Fayne
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
kelly.fayne@lw.com

*Attorneys for 10X Genomics, Inc*

Young Conaway Stargatt & Taylor, LLP

*/s/ Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*