**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiffs,<br><br>      v.<br><br>VIZGEN, INC.,<br><br>   Defendant. | C.A. No. 22-595-MFK |

VIZGEN, INC.,

    Counterclaim-Plaintiff,

and

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

    Counterclaim-Plaintiff as to certain claims,

      v.

10X GENOMICS, INC.,

    Counterclaim-Defendant as to certain claims,

and

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

    Counterclaim-Defendant as to certain claims.

**STIPULATION AND [PROPOSED] ORDER REGARDING IDENTIFYING
DOCUMENTS IN A REQUEST FOR PRODUCTION IN THE UPC PROCEEDING**

Pursuant to the Court's June 11, 2024 Oral Order, the parties respectfully submit the

following agreed-upon proposal for making requests to the Court to allow the parties to seek

permission to identify documents and make requests in the Unified Patent Court ("UPC") proceeding:

| Event | Deadline |
|---|---|
| Vizgen will provide 10x and Harvard a list of documents that Vizgen would like to seek permission from the Court to identify in a request for production in the UPC proceeding.<br><br>*To the extent Vizgen intends to identify such documents in a request to the UPC using anything other than the document production number (e.g., any description of the document or its contents), such proposed descriptions must be included in the document list.* | June 14, 2024 |
| 10x and Harvard will provide, if any, objections in writing, including the specific grounds for the objections. | June 20, 2024 |
| Parties will meet and confer (if there are disputes). | June 21, 2024 |
| Vizgen will submit the list of agreed-upon documents to the Court and/or seek relief from the Court via the discovery procedures set forth in paragraph 8(g)(iii) of the Scheduling Order (D.I. 45). | June 21, 2024 |
| 10x and Harvard will provide Vizgen a list of documents that 10x and Harvard would like to seek permission from the Delaware Court to identify in a request for production in the UPC proceeding.<br><br>*To the extent 10x and/or Harvard intend to identify such documents in a request to the UPC using anything other than the document production number (e.g., any description of the document or its contents), such proposed descriptions must be included in the document list.* | By no later than June 28, 2024 |
| Vizgen will provide, if any, objections in writing, including the specific grounds for the objections. | within 4 business days of receipt of 10x or Harvard's list(s) |
| Parties will meet and confer (if there are disputes). | within 5 business days of receipt of 10x or Harvard's list(s) |
| 10x and Harvard will submit the list of agreed-upon documents to the Court and/or seek relief from the Court via the discovery procedures set forth in paragraph 8(g)(iii) of the Scheduling Order. | within 6 business days of receipt of 10x or Harvard's list(s) |
| Follow-on requests for the identification of documents for production in the UPC proceeding. | *Disputed* (see below) |

1

The parties, however, dispute whether additional requests for permission to identify documents in a request for production in the UPC Proceeding should be permitted, at least until the close of fact discovery in the above-captioned action—August 2, 2024.

**10x and Harvard's Position:** 10x and Harvard understand the Court's instructions from the June 11 hearing and the Court's subsequent Oral Order to request a procedure and deadline that will avoid iterative, repeated requests for documents to be identified in a request for production in the UPC Proceeding. For that reason, 10x and Harvard do not agree that a procedure for such iterative follow-on requests is appropriate here.

**Vizgen's Position:** Vizgen requests that the parties be permitted to identify additional documents to be produced in the UPC proceeding after the June 21st and June 28th dates in the above agreed-upon schedule. Fact discovery in this action is ongoing until August 2, 2024. Vizgen contends that it should be permitted to continue to identify additional documents that become relevant as a result of further discovery, including discovery requests and depositions. There is no reason the parties should not be allowed to identify additional documents for production at the UPC given that fact discovery is still ongoing. As noted in Vizgen's letter briefing in support of its request to amend the protective order (D.I. 473) and during argument before the Court during the June 11, 2024 Hearing, allowing an avenue for additional documents to be identified and produced in the UPC ensures transparency and consistency across the tribunals. Vizgen proposes the following for any follow-on request of documents:

- Requesting Party will provide a list of documents that it would like to seek permission from the Court for production in the UPC proceeding;

- Receiving Party must provide its objections in writing, including the specific grounds for the objections, within 3 business days; and

- The parties shall meet and confer within 48 hours of the written objections to attempt to resolve any objections. Requesting Party will submit the list of agreed-upon documents

to the Court and/or seek Court relief in accordance with the Court's discovery procedures set forth in paragraph 8(g)(iii) of the Scheduling Order.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for 10x Genomics, Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
(302) 888-6800
Kdorsney@morrisjames.com
Chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard College*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jennifer P. Siew*
James L. Higgins (#5021)
Pilar G. Kraman (#5199)
Jennifer P. Siew (#7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*

SO ORDERED this _____ day of June, 2024.

_____
The Honorable Matthew F. Kennelly
United States District Judge

4