**Attachment B – Vizgen's Proposed Schedule for the 303 Patent Counterclaims in the 595 Case**

| Date | 10x/H v. V (595) Church Patents / Antitrust (set by D.I. 447) | 10x/H v. B (261) Church Patents / Antitrust | V/H v. 10x (595) 303 Patent | B v. 10x (1375) NSTG Patents |
|---|---|---|---|---|
| 08/02/2024 | Post-Amendment Fact Cutoff | | | |
| 08/14/2024 | Opening Expert Reports | | Opening Expert Reports | |
| 09/25/2024 | Rebuttal Expert Reports | Fact Cutoff | Rebuttal Expert Reports | |
| 10/16/2024 | Reply Expert Reports | | Reply Expert Reports | |
| 10/25/2024 | Expert Discovery Cutoff | Opening Expert Reports | Expert Discovery Cutoff | |
| 11/5/2024 | Opening SJ +Daubert | | Opening SJ +Daubert | |
| 11/26/2024 | Resp Briefs SJ + Daubert | | Resp Briefs SJ + Daubert | |
| 12/06/2024 | | Rebuttal Expert Reports | | |
| 12/10/2024 | Reply Briefs SJ + Daubert | | Reply Briefs SJ + Daubert | |
| 12/20/2024 | | Reply Expert Reports | | |
| 01/07/2025 | MILs (14 days prior to PTC) | | | |
| 01/14/2025 | MIL Opps (7 days prior to PTC) | Expert Discovery Cutoff | | |
| 01/21/2025 | PTC | | | |
| 02/03/2025 – 02/12/2025 | Trial (8 days) | | | |
| 02/26/2025 | | Opening SJ + Daubert | | |
| 02/28/2025 | | | MILs (14 days prior to PTC) | |
| 03/7/2025 | | | MIL Opps (7 days prior to PTC) | |
| 03/14/2025 | | | PTC | |
| 03/19/2025 | | Opp Briefs SJ + Daubert | | |
| 03/25/2025 | | | Trial (3-5 days) | |
| 03/26/2025 | | Reply Briefs SJ + Daubert | | |
| 04/02/2025 | | | | Fact Discovery Cutoff |

| Date | 10x/H v. V (595) Church Patents / Antitrust (set by D.I. 447) | 10x/H v. B (261) Church Patents / Antitrust | V/H v. 10x (595) 303 Patent | B v. 10x (1375) NSTG Patents |
|---|---|---|---|---|
| 04/23/2025 | | MILs (14 days prior to PTC) | | |
| 04/30/2025 | | MIL Opps (7 days prior to PTC) | | |
| 05/07/2025 | | Pretrial Conference (at the Court's convenience) | | |
| 05/19/2025 – 05/29/2025 | | Trial (as proposed by the Court at the July 8 hearing) | | |
| 05/23/2025 | | 10x's proposed alternative Pretrial Conference date (if agreeable to the Court | | |
| 06/02/25 – 06/13/25 | | 10x's proposed alternative trial dates (if agreeable to the Court) | | |
| 06/20/2025 | | | | Opening Expert Reports |
| 07/11/2025 | | | | Expert Rebuttal Reports |
| 07/16/2025 | | | | |
| 07/25/2025 | | | | Expert Reply Reports |
| 08/06/2025 | | | | Expert Discovery Cutoff |
| Mid-August 2025 | | | | |
| Early Sept 2025 | | | | |
| Sept 2025 | | | | |

| Date | 10x/H v. V (595) Church Patents / Antitrust (set by D.I. 447) | 10x/H v. B (261) Church Patents / Antitrust | V/H v. 10x (595) 303 Patent | B v. 10x (1375) NSTG Patents |
|---|---|---|---|---|
| Mid Oct 2025 | | | | Opening SJ + Daubert (10 weeks before PTC) |
| Late Oct 2025 | | | | |
| Early Nov 2025 | | | | Opps SJ + Daubert (7 weeks before PTC) |
| Late Nov 2025 | | | | Reply SJ + Daubert (6 weeks before PTC) |
| Jan-Feb 2026 | | | | Trial (at the Delaware Court's convenience) |