**Attachment C – Bruker's Proposed Schedules**

| Event | 1375 | 261 |
|---|---|---|
| Last Day to Serve Discovery Requests (ROGs, RFAs, RFPs) | November 13, 2024 | October 23, 2024 |
| Close of Fact Discovery | December 13, 2024 | November 22, 2024 |
| Opening Expert Reports | February 28, 2025 | December 20, 2025 |
| Rebuttal Expert Reports | April 11, 2025 | January 10, 2025 |
| Reply Expert Reports | April 25, 2025 | January 17, 2025 |
| Completion of expert discovery | May 9, 2025 | January 31, 2025 |
| Opening briefs for dispositive motions and Daubert motions | May 23, 2025 | March 12, 2025 |
| Responsive briefs for dispositive motions and Daubert motions | June 13, 2025 | March 26, 2025 |
| Reply briefs for dispositive motions and Daubert motions | June 20, 2025 | April 2, 2025 |
| Dispositive Motions Hearing | TBD (at the Court's convenience) | TBD (at the Court's convenience) |
| Motions *in Limine* | 14 days before PTC | April 23, 2025 |
| Responses to Motions *in Limine* | 7 days before PTC | April 30, 2025 |

| Event | 1375 | 261 |
|---|---|---|
| The parties shall file with the Court the joint proposed final pretrial order in compliance with Local Rule 16.3(c) and the Court's Preferences and Procedures for Civil Cases not later than seven (7) days before the pretrial conference | 7 days before PTC | |
| Pretrial Conference | TBD (at the Court's convenience) | May 7, 2025 |
| Trial | August 2025 (at the Court's convenience) | May 19-29, 2025 |