# ATTACHMENT D

**Monday, July 15, 2024 at 14:35:38 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: 10x/Harvard/Vizgen/Bruker: proposed schedules |
| **Date:** | Monday, July 15, 2024 at 2:01:06 PM Pacific Daylight Time |
| **From:** | Robert Gerrity |
| **To:** | Sanford, Kristin, Huang, Henry, Reines, Edward |
| **CC:** | Rodrigues, Ruben J., Songer, Michael, Stefani Smith, Vizgen, W&C Vizgen-10X Service, YCST_Vizgen@ycst.com, BOST - F - 10X v. Vizgen, Kenneth L. Dorsney, Cortlan S. Hitch, cicero@chipmanbrown.com, Nanostring 10X, Brian Farnan, Michael Farnan, RJ_Bruker-10x, 10x_Vizgen_Service |
| **Attachments:** | image001.jpg |

Kristin, there has never been any discussion about any adjustment to 10x and Harvard's deposition hours limit in the 261 case. The discussion has always been about how to account for the overlapping deposition discovery that the NanoString (now Bruker) side has effectively gained through the depositions Vizgen already took. The Court ordered Bruker to consider that issue and put together a proposal for reducing its hours limit (not 10x's or Harvard's). That is what we understood your proposal to be.

It is improper to raise a new issue for the first time four minutes before the deadline for filing this joint status report and we will not agree to any changes to the 10x and Harvard side deposition hours in the 261 case or to including that late raised issue in this submission.

**ROBERT GERRITY**
**TENSEGRITY LAW GROUP LLP**
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
650-802-6040 (phone)
503-704-6825 (mobile)
650-802-6001 (fax)

---

**From:** Sanford, Kristin <Kristin.Sanford@weil.com>
**Date:** Monday, July 15, 2024 at 1:56 PM
**To:** Robert Gerrity <robert.gerrity@tensegritylawgroup.com>, Huang, Henry <henry.huang@whitecase.com>, Reines, Edward <edward.reines@weil.com>
**Cc:** Rodrigues, Ruben J. <RRodrigues@foley.com>, Songer, Michael <michael.songer@whitecase.com>, Stefani Smith <stefani.smith@tensegritylawgroup.com>, Vizgen <vizgen@quinnemanuel.com>, W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>, YCST_Vizgen@ycst.com <YCST_Vizgen@ycst.com>, BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>, Kenneth L. Dorsney <kdorsney@morrisjames.com>, Cortlan S. Hitch <CHitch@morrisjames.com>, cicero@chipmanbrown.com <cicero@chipmanbrown.com>, Nanostring 10X <Nanostring.10X@weil.com>, Brian Farnan <bfarnan@farnanlaw.com>, Michael Farnan <MFarnan@farnanlaw.com>, RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>, 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>

**Subject:** RE: 10x/Harvard/Vizgen/Bruker: proposed schedules

Counsel: We are working on this.  Please note that we agreed to 45 hours for each side.  Bruker does not agree to 85 hours for 10x and Havard.  This will be reflected in the report.

In addition, as previewed during the meet and confer, we agreed to compress our initial discovery proposal.  Please see what we propose to submit as Attachment, which proposed close of fact discovery on November 22, 2024.  We will come back to you shortly with our inserts.



**Kristin H. Sanford**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Kristin.Sanford@weil.com
+1 202 682 7115 Direct
+1 214 470 6369 Mobile

---

**From:** Robert Gerrity <robert.gerrity@tensegritylawgroup.com>
**Sent:** Monday, July 15, 2024 4:32 PM
**To:** Huang, Henry <henry.huang@whitecase.com>; Sanford, Kristin <Kristin.Sanford@weil.com>; Reines, Edward <edward.reines@weil.com>
**Cc:** Rodrigues, Ruben J. <RRodrigues@foley.com>; Songer, Michael <michael.songer@whitecase.com>; Stefani Smith <stefani.smith@tensegritylawgroup.com>; Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <CHitch@morrisjames.com>; cicero@chipmanbrown.com; Nanostring 10X <Nanostring.10X@weil.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com; RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>; 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** Re: 10x/Harvard/Vizgen/Bruker: proposed schedules

Thank you Henry, these are now implemented and 10x has no further edits on the Vizgen-related sections. I do note that your change to Vizgen's statement on 303 patent scheduling includes a representation about Harvard's position so I defer to Sarah and the Foley team about whether that is accurate.

Kristin and Bruker team, what is the ETA for Bruker's inserts?

**ROBERT GERRITY**
**TENSEGRITY LAW GROUP LLP**
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
650-802-6040 (phone)

503-704-6825 (mobile)
650-802-6001 (fax)

---

**From:** Huang, Henry <henry.huang@whitecase.com>
**Date:** Monday, July 15, 2024 at 1:23 PM
**To:** Robert Gerrity <robert.gerrity@tensegritylawgroup.com>, Sanford, Kristin <Kristin.Sanford@weil.com>, Reines, Edward <edward.reines@weil.com>
**Cc:** Rodrigues, Ruben J. <RRodrigues@foley.com>, Songer, Michael <michael.songer@whitecase.com>, Stefani Smith <stefani.smith@tensegritylawgroup.com>, Vizgen <vizgen@quinnemanuel.com>, W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>, YCST_Vizgen@ycst.com <YCST_Vizgen@ycst.com>, BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>, Kenneth L. Dorsney <kdorsney@morrisjames.com>, Cortlan S. Hitch <CHitch@morrisjames.com>, cicero@chipmanbrown.com <cicero@chipmanbrown.com>, Nanostring 10X <Nanostring.10X@weil.com>, Brian Farnan <bfarnan@farnanlaw.com>, Michael Farnan <MFarnan@farnanlaw.com>, RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>, 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** RE: 10x/Harvard/Vizgen/Bruker: proposed schedules

The attached copy includes signature blocks for Vizgen and updates to 1(b), since we did not receive other parties' positions at the agreed exchange time.

---

**From:** Robert Gerrity <robert.gerrity@tensegritylawgroup.com>
**Sent:** Monday, July 15, 2024 12:31 PM
**To:** Huang, Henry <henry.huang@whitecase.com>; Sanford, Kristin <Kristin.Sanford@weil.com>; Reines, Edward <edward.reines@weil.com>
**Cc:** Rodrigues, Ruben J. <RRodrigues@foley.com>; Songer, Michael <michael.songer@whitecase.com>; Stefani Smith <stefani.smith@tensegritylawgroup.com>; Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <CHitch@morrisjames.com>; cicero@chipmanbrown.com; Nanostring 10X <Nanostring.10X@weil.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <MFarnan@farnanlaw.com>; RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>; 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** [EXT] Re: 10x/Harvard/Vizgen/Bruker: proposed schedules

Attached is a joint status report document that adds 10x position statements on the disputed issues (and includes proposed language on the various agreed issues).

Counsel for Bruker, when do you expect to have your inserts ready?

Counsel for Vizgen, please let me know if you have any further edits to the Vizgen portions or if those portions are now finished.

Thank you,

**ROBERT GERRITY**
**TENSEGRITY LAW GROUP LLP**
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
650-802-6040 (phone)
503-704-6825 (mobile)
650-802-6001 (fax)

---

**From:** Huang, Henry <henry.huang@whitecase.com>
**Date:** Monday, July 15, 2024 at 10:18 AM
**To:** Sanford, Kristin <Kristin.Sanford@weil.com>, Reines, Edward <edward.reines@weil.com>, Robert Gerrity <robert.gerrity@tensegritylawgroup.com>
**Cc:** Rodrigues, Ruben J. <RRodrigues@foley.com>, Songer, Michael <michael.songer@whitecase.com>, Stefani Smith <stefani.smith@tensegritylawgroup.com>, Vizgen <vizgen@quinnemanuel.com>, W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>, YCST_Vizgen@ycst.com <YCST_Vizgen@ycst.com>, BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>, Kenneth L. Dorsney <kdorsney@morrisjames.com>, Cortlan S. Hitch <CHitch@morrisjames.com>, cicero@chipmanbrown.com <cicero@chipmanbrown.com>, Nanostring 10X <Nanostring.10X@weil.com>, Brian Farnan <bfarnan@farnanlaw.com>, Michael Farnan <MFarnan@farnanlaw.com>, RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>, 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** RE: 10x/Harvard/Vizgen/Bruker: proposed schedules

Regarding the '303 patent schedule, attached are Vizgen's proposed calendar and insert for the joint status report. We are available to discuss any outstanding issues before the filing deadline.

---

**From:** Sanford, Kristin <Kristin.Sanford@weil.com>
**Sent:** Monday, July 15, 2024 7:33 AM
**To:** Reines, Edward <edward.reines@weil.com>; Robert.Gerrity@tensegritylawgroup.com
**Cc:** Rodrigues, Ruben J. <RRodrigues@foley.com>; Songer, Michael <michael.songer@whitecase.com>; Stefani Smith <stefani.smith@tensegritylawgroup.com>; Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <CHitch@morrisjames.com>; cicero@chipmanbrown.com; Nanostring 10X <Nanostring.10X@weil.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com; RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>; 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** RE: 10x/Harvard/Vizgen/Bruker: proposed schedules

Robert,

For 261, Bruker can agree to 45 hours (subject to good cause) for each side. We are not ready to identify witnesses we will not re-depose but will do so with more time and after we receive an updated list of

who Plaintiffs will present at trail.  We have not identified any conflicts with your alternate trial date.

For 1375, we agree to your proposal for written discovery limits.

I will follow up on Stefani's email about the protective order shortly.

Thanks,
Kristin



**Kristin H. Sanford**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Kristin.Sanford@weil.com
+1 202 682 7115 Direct
+1 214 470 6369 Mobile

---

**From:** Reines, Edward <edward.reines@weil.com>
**Sent:** Sunday, July 14, 2024 10:55 PM
**To:** Robert.Gerrity@tensegritylawgroup.com
**Cc:** Sanford, Kristin <Kristin.Sanford@weil.com>; Rodrigues, Ruben J. <RRodrigues@foley.com>; Songer, Michael <michael.songer@whitecase.com>; Stefani Smith <stefani.smith@tensegritylawgroup.com>; Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <CHitch@morrisjames.com>; cicero@chipmanbrown.com; Nanostring 10X <Nanostring.10X@weil.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com; RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>; 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** Re: 10x/Harvard/Vizgen/Bruker: proposed schedules

Robert I'm pretty confident we'll be very close or in agreement on all that.   We'll circle back in the morning.

> On Jul 14, 2024, at 8:58 PM, Robert Gerrity <robert.gerrity@tensegritylawgroup.com> wrote:
>
> Counsel for Bruker, can you please respond tonight so that we know which aspects of the below are agreed vs disputed ahead of preparing tomorrow's filing?
>
> Thank you,
>
> Robert Gerrity

On Jul 13, 2024, at 6:30 PM, Robert Gerrity <robert.gerrity@tensegritylawgroup.com> wrote:

Kristin and other counsel for Bruker,

In the 261 case, by our calculations, the more appropriate adjustment to the Bruker side deposition hours limit would be to set it to 40 hours. In the interest of compromise and reducing the number of disputes, 10x is willing to agree to a Bruker side deposition hours limit of 45 hours provided Bruker will provide us with a reasonable list of 10x/Harvard/third party witnesses that Bruker agrees it will not re-depose in view of the depositions already completed in the 595 case. Please let us know if that is agreeable to Bruker and whether there are witnesses that you are willing to agree not to re-depose.

In the 1375 case, we can agree to your proposal for deposition hours. Your proposal does not address any limits on interrogatories or requests for admissions. Because the parties have already been budgeting their interrogatory requests and requests for admissions under the existing caps of 30 rogs and 75 RFAs per side combined across the 261 and 1375 cases, we suggest continuing under those combined limits. Given the change to the schedule for both cases, Bruker's new co-counsel, and NanoString's bankruptcy proceedings, we propose to increase the combined per-side interrogatory limit to 35 interrogatories. Please let us know if Bruker agrees to this approach.

As we discussed yesterday, please also let us know whether Bruker has any conflicts during 10x's proposed alternative trial date for the 261 case of June 2-13, 2025 (and, if so, what those conflicts are).

Thank you,

**ROBERT GERRITY**
**TENSEGRITY LAW GROUP LLP**
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
650-802-6040 (phone)
503-704-6825 (mobile)
650-802-6001 (fax)

---

**From:** Sanford, Kristin <Kristin.Sanford@weil.com>
**Date:** Friday, July 12, 2024 at 3:24 PM
**To:** Rodrigues, Ruben J. <RRodrigues@foley.com>, Robert Gerrity <robert.gerrity@tensegritylawgroup.com>, Songer, Michael <michael.songer@whitecase.com>, Stefani Smith <stefani.smith@tensegritylawgroup.com>, Vizgen

&lt;vizgen@quinnemanuel.com&gt;, W&C Vizgen-10X Service &lt;WCVizgen-10XService@whitecase.com&gt;, YCST_Vizgen@ycst.com &lt;YCST_Vizgen@ycst.com&gt;, BOST - F - 10X v. Vizgen &lt;BOST-F-10Xv.Vizgen@foley.com&gt;, Kenneth L. Dorsney &lt;kdorsney@morrisjames.com&gt;, Cortlan S. Hitch &lt;chitch@morrisjames.com&gt;, cicero@chipmanbrown.com &lt;cicero@chipmanbrown.com&gt;, Nanostring 10X &lt;Nanostring.10X@weil.com&gt;, Brian Farnan &lt;bfarnan@farnanlaw.com&gt;, Michael Farnan &lt;MFarnan@farnanlaw.com&gt;, RJ_Bruker-10x &lt;RJ_Bruker-10X@reichmanjorgensen.com&gt;
**Cc:** 10x_Vizgen_Service &lt;10x_Vizgen_Service@tensegritylawgroup.com&gt;
**Subject:** RE: 10x/Harvard/Vizgen/Bruker: proposed schedules

Counsel:

As a follow-up to today's discussion about discovery limits, Bruker's positions are:

- 1365: 70 hours of deposition time for each side, with no limit as to the number of witnesses that may be deposed

- 261: 50 hours of deposition time

Thanks and have a nice weekend, everyone.

Kristin


&lt;image001.jpg&gt;

**Kristin H. Sanford**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Kristin.Sanford@weil.com
+1 202 682 7115 Direct
+1 214 470 6369 Mobile

---

**From:** Rodrigues, Ruben J. &lt;RRodrigues@foley.com&gt;
**Sent:** Friday, July 12, 2024 12:33 PM
**To:** Robert.Gerrity@tensegritylawgroup.com; Sanford, Kristin &lt;Kristin.Sanford@weil.com&gt;; Songer, Michael &lt;michael.songer@whitecase.com&gt;; Stefani Smith

<stefani.smith@tensegritylawgroup.com>; Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <chitch@morrisjames.com>; cicero@chipmanbrown.com; Nanostring 10X <Nanostring.10X@weil.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com; RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>
**Cc:** 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** Re: 10x/Harvard/Vizgen/Bruker: proposed schedules

That works for Harvard

---

**From:** Robert Gerrity <robert.gerrity@tensegritylawgroup.com>
**Sent:** Friday, July 12, 2024 12:23:15 PM
**To:** Sanford, Kristin <Kristin.Sanford@weil.com>; Songer, Michael <michael.songer@whitecase.com>; Stefani Smith <stefani.smith@tensegritylawgroup.com>; Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com <YCST_Vizgen@ycst.com>; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <chitch@morrisjames.com>; cicero@chipmanbrown.com <cicero@chipmanbrown.com>; Nanostring 10X <Nanostring.10X@weil.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael Farnan <MFarnan@farnanlaw.com>; RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>
**Cc:** 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** Re: 10x/Harvard/Vizgen/Bruker: proposed schedules

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Kristin, does 1:45 pm eastern / 10:45 am pacific work for your side for a meet and confer?

Counsel for Harvard, would that timing also work for you?

**ROBERT GERRITY
TENSEGRITY LAW GROUP LLP**
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
650-802-6040 (phone)
503-704-6825 (mobile)
650-802-6001 (fax)

---

**From:** Sanford, Kristin <Kristin.Sanford@weil.com>
**Date:** Friday, July 12, 2024 at 9:15 AM
**To:** Robert Gerrity <robert.gerrity@tensegritylawgroup.com>,

Songer, Michael <michael.songer@whitecase.com>, Stefani Smith <stefani.smith@tensegritylawgroup.com>, Vizgen <vizgen@quinnemanuel.com>, W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>, YCST_Vizgen@ycst.com <YCST_Vizgen@ycst.com>, BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>, Kenneth L. Dorsney <kdorsney@morrisjames.com>, Cortlan S. Hitch <chitch@morrisjames.com>, cicero@chipmanbrown.com <cicero@chipmanbrown.com>, Nanostring 10X <Nanostring.10X@weil.com>, Brian Farnan <bfarnan@farnanlaw.com>, Michael Farnan <MFarnan@farnanlaw.com>, RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>
**Cc:** 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** RE: 10x/Harvard/Vizgen/Bruker: proposed schedules

Robert,

Bruker does not agree to your proposed schedules.  Please see our proposal attached.  We are available to meet and confer this afternoon.  We can discuss schedules and deposition time.

Thanks,
Kristin

<image001.jpg>

**Kristin H. Sanford**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Kristin.Sanford@weil.com
+1 202 682 7115 Direct
+1 214 470 6369 Mobile

---

**From:** Robert Gerrity <robert.gerrity@tensegritylawgroup.com>
**Sent:** Friday, July 12, 2024 12:07 PM
**To:** Songer, Michael <michael.songer@whitecase.com>; Stefani Smith <stefani.smith@tensegritylawgroup.com>; Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <chitch@morrisjames.com>;

cicero@chipmanbrown.com; Nanostring 10X <Nanostring.10X@weil.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com; RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>
**Cc:** 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** Re: 10x/Harvard/Vizgen/Bruker: proposed schedules

Counsel for Vizgen and for Bruker,

Counsel for Vizgen, your proposed schedule for the trial of the 303 patent claims is not consistent with the Court's instructions at the July 8 hearing and 10x cannot agree to it. I am available to meet and confer at 1:30 eastern / 10:30 pacific if that still works for you.

Counsel for Bruker, we have not yet received any response from you regarding the proposed schedules for the actions involving Bruker. Can Bruker provide its position regarding scheduling of the Bruker actions by 3 pm eastern today (or confirm agreement to our proposed schedules by that time)? Please also let us know by then if Bruker intends to raise any other issues in the Monday joint statement and provide your availability for a meet and confer.

Thank you,

**ROBERT GERRITY
TENSEGRITY LAW GROUP LLP**
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
650-802-6040 (phone)
503-704-6825 (mobile)
650-802-6001 (fax)

---

**From:** Songer, Michael <michael.songer@whitecase.com>
**Date:** Thursday, July 11, 2024 at 6:42 AM
**To:** Stefani Smith <stefani.smith@tensegritylawgroup.com>, Vizgen <vizgen@quinnemanuel.com>, W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>, YCST_Vizgen@ycst.com <YCST_Vizgen@ycst.com>, BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>, Kenneth L. Dorsney <kdorsney@morrisjames.com>, Cortlan S. Hitch <chitch@morrisjames.com>, cicero@chipmanbrown.com <cicero@chipmanbrown.com>, Nanostring 10X <Nanostring.10X@weil.com>, Brian Farnan <bfarnan@farnanlaw.com>, Michael Farnan <MFarnan@farnanlaw.com>, RJ_Bruker-10x <RJ_Bruker-10X@reichmanjorgensen.com>
**Cc:** 10x_Vizgen_Service

<10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** RE: 10x/Harvard/Vizgen/Bruker: proposed schedules

All:

(I've confess to losing track to the email dist lists, so if I'm missing anyone apologies in advance and please let me know).

Vizgen's edits to 10x's proposed schedule attached.

Two changes related to the 303 patent case.
First, we moved the expert and motion deadlines back to their original dates.
Second, we added a trial date in March. I think it can be a short trial (3 days) but let us know if you disagree. Given the uncertainty the Judge expressed as to his availability for the post-February trials, we'll need to work with his schedule.

We are generally available for a meet and confer after 1 pm EST or tomorrow between 11:30 am – 2 pm EST.

Regards,

Mike Songer

---

**From:** Stefani Smith <stefani.smith@tensegritylawgroup.com>
**Sent:** Wednesday, July 10, 2024 2:24 PM
**To:** Vizgen <vizgen@quinnemanuel.com>; W&C Vizgen-10X Service <WCVizgen-10XService@whitecase.com>; YCST_Vizgen@ycst.com; BOST - F - 10X v. Vizgen <BOST-F-10Xv.Vizgen@foley.com>; Kenneth L. Dorsney <kdorsney@morrisjames.com>; Cortlan S. Hitch <chitch@morrisjames.com>; cicero@chipmanbrown.com
**Cc:** 10x_Vizgen_Service <10x_Vizgen_Service@tensegritylawgroup.com>
**Subject:** [EXT] 10x/Harvard/Vizgen/Bruker: proposed schedules

Counsel –

A set of proposed schedules is attached for your review.

Note that 10x expects to ask Judge Kennelly if there is any flexibility to move his proposed window (5/19/25-5/29/25) for the 261 trial back two weeks. Tensegrity's lead trial counsel has a mid-May arbitration, 10x's damages expert has a trial conflict the week of May 19, and 10x's technical expert has immovable work conflicts the week of May 26.

================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.


The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

<image001.jpg>

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

=================================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


=================================================================

=================================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===================================================================

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.