# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiffs, Counterclaim Defendant as to certain claims,*<br><br>v.<br><br>VIZGEN, INC.,<br><br>*Defendant, Counterclaim Plaintiff.* | C.A. No. 22-595-MFK |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 25, 2024, a copy of the following were served on the counsel listed below in the manner indicated:

1) Rebuttal Expert Report of Michael L. Metzker, Ph.D. Regarding Noninfringement of U.S. Patent Nos. 11,021,737, 11,293,051, 11,293,052 and 11,549,136;

2) Rebuttal Expert Report of Milan Mrksich, Ph.D. Regarding Noninfringement of U.S. Patent No. 11,299,767; and

3) Rebuttal Expert Report of Robert L. Vigil, Ph.D.

**BY EMAIL**

| | |
|---|---|
| Kenneth L. Dorsney | Jason J. Rawnsley |
| Cortlan S. Hitch | Alexandra M. Ewing |
| Morris James LLP | Gabriela Z. Monasterio |
| 500 Delaware Avenue, Suite 1500 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | 920 North King Street |
| kdorsney@morrisjames.com | Wilmington, DE 19801 |
| chitch@morrisjames.com | rawnsley@rlf.com |
| | ewing@rlf.com |
| | monasterio@rlf.com |
| Geoffrey M. Raux | |
| Ruben J. Rodrigues | |
| Michael J. Tuteur | Samantha Jameson |
| Lea Gulotta James | Kiley White |
| Amani S. Kmeid | Ron Pabis |
| Foley & Lardner LLP | Joanna R. Schacter |

| | |
|---|---|
| 111 Huntington Avenue<br>Suite 2500<br>Boston, MA 02199 | Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Tensegrity Law Group LLP<br>1676 International Drive, Suite 910<br>McLean, VA 22102 |
| Sarah E. Rieger<br>Kate E. Gehl<br>Ian T. Hampton<br>Sydney K. Hecimovich<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Matthew Powers<br>Paul Ehrlich<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>William P. Nelson<br>Tensegrity Law Group LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065 |
| Jarren N. Ginsburg<br>Alan D. Rutenberg<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007 | 10x_Vizgen_Service@tensegritylawgroup.com |
| Jared J. Braithwaite<br>Maren Laurence<br>Foley & Lardner LLP<br>95 S. State Street, Suite 2500<br>Salt Lake City, UT 84111 | |
| BOST-F-10Xv.Vizgen@foley.com | |

PLEASE TAKE FURTHER NOTICE that on September 26, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: September 26, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL:<br><br>David Bilsker<br>Adam B. Wolfson<br>Sam Stake<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>davidbilsker@quinnemanuel.com<br>samstake@quinnemanuel.com | */s/ Jennifer P. Siew*<br>James L. Higgins (No. 5021)<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>jhiggins@ycst.com<br>pkraman@ycst.com |

adamwolfson@quinnemanuel.com

Kevin Johnson
Victoria Maroulis
Brian C. Cannon
Andrew Bramhall
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
briancannon@quinnemanuel.com
andrewbramhall@quinnemanuel.com

Angus Chen
Catherine T. Mattes
David D. LeRay
Andrew Tigchelaar
Neil Bhargav Setlur
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anguschen@quinnemanuel.com
catherinemattes@quinnemanuel.com
davidleray@quinnemanuel.com
andrewtigchelaar@quinnemanuel.com
bhargavsetlur@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com
angelanelson@quinnemanuel.com

Michael J. Songer
WHITE & CASE LLP
701 Thirteenth Street, NW

jsiew@ycst.com

*Attorneys for Vizgen, Inc.*

Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com

Henry Y. Huang
Tiffany Huynh
WHITE & CASE LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 213-0300
henry.huang@whitecase.com
tiffany.huynh@whitecase.com

Alexandra J. Cho
Samantha J. Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
alexa.cho@whitecase.com
samantha.kokonis@whitecase.com