# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>VIZGEN, INC.,<br><br>Defendant. | C.A. No. 22-cv-595-MFK |

## PLAINTIFF 10X GENOMICS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and this Court's Orders, Plaintiff 10x Genomics, Inc. hereby moves this Court for an order granting Summary Judgment in 10x's favor on Vizgen's Counterclaims 4, 5, and 17-21, as explained in the accompanying opening brief in support of this Motion and the accompanying Statement of Undisputed Material Facts in support of this Motion.

Respectfully submitted,

*Of Counsel*:

TENSEGRITY LAW GROUP LLP
Matthew D. Powers
Paul Ehrlich
William P. Nelson
Stefani Smith
Robert Gerrity
Li Shen
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
(650) 802-6000

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
Gabriela Z. Monasterio (#7240)
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

Azra M. Hadzimehmedovic  
Aaron M. Nathan  
Samantha Jameson  
Ronald J. Pabis  
Kiley White  
Joanna R. Schacter  
1676 International Drive, Suite 910  
McLean, VA 22102-3848  
(650) 802-6000  
10x_Vizgen_Service@tensegritylawgroup.com  

Latham & Watkins LLP  
Marguerite M. Sullivan  
Molly M. Barron  
Christopher John Brown  
Brian Barrows Goodell  
Sahdia Khan  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 20004  
(202) 637-2200  
marguerite.sullivan@lw.com  
molly.barron@lw.com  
chris.brown@lw.com  
brian.goodell@lw.com  
sahdia.khan@lw.com  

Kelly Fayne  
505 Montgomery Street, Suite 2000  
San Francisco, CA 94111  
(415) 391-0600  
kelly.fayne@lw.com  

Dated: November 5, 2024

monasterio@rlf.com

*Attorneys for Plaintiff*