IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiffs,<br><br>   v.<br><br>VIZGEN, INC.,<br><br>   Defendant<br><br>VIZGEN, INC.,<br><br>   Counterclaim-Plaintiff,<br><br>   v.<br><br>10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Counterclaim-Defendants | C.A. NO. 22-595-MFK |

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S MOTION FOR SUMMARY JUDGMENT AS TO AMENDED COUNTERCLAIMS NOS. I, V, XVII, XIX, XX, AND XXI, AND SIXTH, EIGHTH, AND NINTH AFFIRMATIVE DEFENSES**

  Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff and Counterclaim-Defendant President and Fellows of Harvard College ("Harvard") hereby moves for summary judgment for certain findings of law and for dismissal of certain of Defendant and Counterclaim-Plaintiff Vizgen, Inc.'s ("Vizgen's") counterclaims and affirmative defenses. More specifically, Harvard moves the Court to enter judgment for Harvard on the following counterclaims and affirmative defenses pleaded by Vizgen:

  (1) Counterclaim I, Breach of the Implied Covenant of Good Faith and Fair Dealing;

1

(2) Counterclaim V, Mass. Gen. Law. Ch. 93A §§ 2 and 11 (Related to Ongoing Prosecution);

(3) Counterclaim XVII, Conspiracy to Monopolize in Violation of 15 U.S.C. § 2;

(4) Counterclaim XIX, Violation of the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720 *et seq.*;

(5) Counterclaim XX, Violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*;

(6) Counterclaim XXI, Mass. Gen. Law. Ch. 93A §§ 2 and 11 (Related to Misrepresentations);

(7) Sixth Affirmative Defense – Equitable Defenses;

(8) Eighth Affirmative Defense – Patent Misuse; and

(9) Ninth Affirmative Defense – Unclean Hands.

The grounds for this Motion are set forth in the accompanying brief, declarations, exhibits, and citations to the Court file.

Wherefore, Harvard respectfully requests that the Court grant its Motion for Summary Judgment.

Dated: November 5, 2024

*Of Counsel*:

Michael J. Tuteur (*pro hac vice*)
Ruben J. Rodrigues (*pro hac vice*)
Geoffrey M. Raux (*pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 502-3284
mtuteur@foley.com
rrodrigues@foley.com
graux@foley.com

Sarah E. Rieger (*pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400
srieger@foley.com

Jarren N. Ginsburg (*pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300
jginsburg@foley.com

Respectfully submitted,

  /s/ *Kenneth L. Dorsney*  
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiff and Counterclaim-Defendant President and Fellows of Harvard College*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIZGEN, INC.,<br><br>    Defendant<br><br>VIZGEN, INC.,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Counterclaim-Defendants | C.A. NO. 22-595-MFK |

**[PROPOSED] ORDER**

    Before the Court is Plaintiff President and Fellows of Harvard College's ("Harvard's") Motion for Summary Judgment as to Amended Counterclaims Nos. I, V, XVII, XIX, XX, and XXI, and Sixth, Eighth, and Ninth Affirmative Defenses. Having considered the parties' submissions and arguments in relation thereto, the Court GRANTS the Motion.

    Judgment is awarded in favor of Harvard and against Vizgen on Vizgen's Counterclaim I, Breach of the Implied Covenant of Good Faith and Fair Dealing; Vizgen's Counterclaim V, Mass. Gen. Law. Ch. 93A §§ 2 and 11 (Related to Ongoing Prosecution); Vizgen's Counterclaim XVII, Conspiracy to Monopolize in Violation of 15 U.S.C. § 2; Vizgen's Counterclaim XIX,

1

Violation of the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720 *et seq.*; Vizgen's Counterclaim XX, Violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*; Vizgen's Counterclaim XXI, Mass. Gen. Law. Ch. 93A §§ 2 and 11 (Related to Misrepresentations); Vizgen's Sixth Affirmative Defense – Equitable Defenses; Vizgen's Eighth Affirmative Defense – Patent Misuse; and Vizgen's Ninth Affirmative Defense – Unclean Hands.

   IT IS SO ORDERED this _____ day of _____, 202__.

                    _____
                    The Honorable Matthew F. Kennelly
                    United States District Judge