# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>VIZGEN, INC.,<br><br>　　　　Defendant. | C.A. No. 22-595-MFK<br><br>JURY TRIAL DEMANDED |
| VIZGEN, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Counterclaim-Plaintiff as to certain claims,<br><br>　　　　v.<br><br>10X GENOMICS, INC.,<br><br>　　　　Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Counterclaim-Defendant as to certain claims. | |

**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties in the above-captioned case, through their undersigned counsel and subject to the approval of the Court, that the schedule below will govern deadlines through and including the first day of trial, currently set for February 3, 2025.  The following pretrial exchange schedule incorporates the operative dates set by the Court in its April 26, 2024 Oral Order and as set forth by the Parties in D.I. 498-1:

| Event | Proposed Date |
| --- | --- |
| **Opening briefs for dispositive motions and Daubert motions** | Tuesday, November 5, 2024 (COMPLETED) |
| **Responsive briefs for dispositive motions and Daubert motions** | Tuesday, November 26, 2024 |
| Parties to exchange initial exhibit lists, including unmarked copies of exhibits that are not already production documents | Friday, December 6, 2024 |
| Parties to exchange the names of all witnesses the party will call and whether the witness will testify in person or by deposition | Friday, December 6, 2024 |
| Vizgen to provide a shell document for the joint pretrial order and drafts of the following joint sections (*see* L.R. 16.3(c), 16.3(d)(1)), following N.D. Ill. Format, and including:<br><br>• a statement of the case<br>• the basis for jurisdiction for the case<br>• a statement on length of trial<br>• a statement of the claims and defenses to be presented at trial and issues remaining to be tried<br>• stipulations regarding trial procedures | Friday, December 6, 2024 |
| **Reply briefs for dispositive motions and Daubert motions** | Tuesday, December 10, 2024 |
| Parties to exchange proposed deposition designations. The parties agree that each party's proposed deposition designations will amount to no more than 10 hours of total runtime, and that the parties will work in good faith to designate substantially less than 10 hours of total runtime. | Friday, December 13, 2024 |
| Parties to exchange: | Friday, December 20, 2024 |

|  |  |
|---|---|
| <ul><li>objections to the other party's exhibits including citations to the Federal Rules of Evidence to note any objections thereto</li><li>objections to the other party's deposition designations, including citations to the Federal Rules of Evidence to note any objections thereto, and counter-designations</li><li>Parties to exchange rebuttal exhibit lists, including unmarked copies of rebuttal exhibits that are not already production documents</li><li>The parties agree that each party's proposed counter designations will amount to no more than 10 hours of total runtime, and that the parties will work in good faith to designate substantially less than 10 hours of total runtime</li><li>objections to the other parties' witness lists</li></ul> |  |
| 10x and Harvard to provide any comments (in the form of a redline) on the draft of the joint sections of the JPTO provided by Vizgen on December 6, 2024 | Friday, December 20, 2024 |
| Vizgen to provide proposed *voir dire* questions, jury instructions, special verdict forms and jury interrogatories | Friday, December 20, 2024 |
| Parties to exchange initial lists of expected motions *in limine*. | Thursday, January 2, 2024 |
| Parties to meet and confer re: expected motions *in limine*. | Friday, January 3, 2024 |
| 282 Notice (Vizgen action) by any party asserting invalidity or noninfringement [30 days before trial] | Friday, January 3, 2025 |
| 10x and Harvard to provide their proposed *voir dire* questions, jury instructions, special verdict forms and jury interrogatories (as redlines to Vizgen's proposals where appropriate) | Friday, January 3, 2025 |
| **Motions *in limine* – opening** (max. 20 pages in aggregate) | Tuesday, January 7, 2025 |
| Parties to exchange objections to the other party's counter deposition designations, including citations to the Federal Rules of Evidence to note any objections thereto | Friday, January 10, 2025 |
| Parties to meet and confer re Joint Proposed Pretrial Order and narrowing scope of dispute re motions *in limine* | Friday, January 10, 2025 |
| Parties to exchange marked copies of exhibits | Monday, January 13, 2025 |

3

| | |
|---|---|
| **Responses to Motions in Limine** (max. 20 pages in aggregate) | Tuesday, January 14, 2025 |
| **Parties to file executed copy of joint Proposed Final Pretrial Order consistent with Local Rule 16.3(c) and the Court's Preferences and Procedures for Civil Cases not later than seven (7) days before the pretrial conference:**<br><br>• a list of pre-marked exhibits which each party intends to use at trial, and copies of same<br>• a list of witnesses each party intends to call at trial<br>• marked deposition transcripts<br>• an initial version of the short statement of the case to be read to the jury panel<br>• proposed jury instructions, and<br>• any verdict forms that a party wishes to utilize. | Tuesday, January 14, 2025 |
| **Final Pretrial Conference (Vizgen action) 10:00 am CST (in person or by video conference)** | Tuesday, January 21, 2025 |
| **Start of Jury Trial** | Monday, February 3, 2025 |

Dated: November 6, 2024

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Jason J. Rawnsley* | /s/ *Jennifer P. Siew* |
| Frederick L. Cottrell (No. 2555) | James L. Higgins (No. 5021) |
| Jason J. Rawnsley (No. 5379) | Pilar G. Kraman (No. 5199) |
| Alexandra M. Ewing (No. 6407) | Jennifer P. Siew (No. 7114) |
| Gabriela Z. Monasterio (No. 7240) | Rodney Square |
| 920 North King Street | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 571-6600 |
| cottrell@rlf.com | jhiggins@ycst.com |
| rawnsley@rlf.com | pkraman@ycst.com |
| ewing@rlf.com | jsiew@ycst.com |
| monasterio@rlf.com | |
| | *Attorneys for Vizgen, Inc.* |
| *Attorneys for 10x Genomics, Inc.* | |

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (No. 3726)
Cortlan S. Hitch (No. 6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard College*

SO ORDERED this 6th day of November, 2024.

*Matthew F. Kennelly*
United States District Judge