# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiffs,<br><br>  v.<br><br>VIZGEN, INC.,<br><br>    Defendant. | C.A. No. 22-595-MFK<br><br>**REDACTED - PUBLIC VERSION**<br><br>(Filed November 12, 2024) |
| VIZGEN, INC.,<br><br>    Counterclaim-Plaintiff,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Counterclaim-Plaintiff as to certain claims,<br><br>  v.<br><br>10X GENOMICS, INC.,<br><br>    Counterclaim-Defendant as to certain claims,<br><br>and<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Counterclaim-Defendant as to certain claims. | |

**VIZGEN, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF SUMMARY JUDGMENT**

Pursuant to D.I. 45 § 15(b), Defendant Vizgen, Inc. submits this Statement of Undisputed Material Facts in Support of Summary Judgment.

1. 10x contends that ▮▮▮ are included in the royalty base because ▮▮▮ Ex. 1 (10x's Resp. to Vizgen Interrog. No. 28) at 112.

2. Ms. Davis stated that ▮▮▮. *See* Ex. 3 (Davis Tr.) at 90:9-19, 93:22-94:5, 95:3-15; 99:17-101:11; Ex. 2 (Davis Op. Rep.) at 24-25.



5. 10x contends that Vizgen's customers, users, and service providers directly infringe the asserted claims by using MERSCOPE® as instructed, and that Vizgen is liable for induced or contributory infringement under 35 U.S.C. §§ 271(b) and 271(c). Ex. 6 (10x Final Infringement Contentions) at 5, 14.

6. 10x obtained rights to the Asserted Patents by purchasing ReadCoor, who licensed the patents from Harvard. *See* D.I. 129 ¶ 16.



1

████

████████████████████████████████████████

████████████████████████████████████████

███████

████ ████████████████████████████████████

████████████████████████████████

████ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████

████ ████████████████████████████████████

█████████████████████████████

████ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█

████ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████

2

██ ████████████████████████████████████████████████████████████████

████████████████████████████████████

15. 10x asserts that Vizgen infringes claims 18, 21, 23, 47 and 48 of U.S. Patent No. 11,021,737 (the "'737 Patent"), claims 3, 26, 38, 67, 77, 85 and 96 of U.S. Patent No. 11,293,051 (the "'051 Patent"), claims 26, 35, 60, and 73 of U.S. Patent No. 11,293,052 (the "'052 Patent"), and claims 7 and 28 of U.S. Patent No. 11,549,136 (the "'136 Patent") (collectively, the "TOSS Patents Asserted Claims"). *E.g.*, Ex. 22 (Quackenbush Op. Rep.) at 7-8.

16. The TOSS Patents Asserted Claims recite identifying an "analyte" in a "cell or tissue sample." *E.g.*, Ex. 12 ('737 Patent) cl. 18; Ex. 13 ('051 Patent) cl. 3; *see also* Ex. 14 ('052 Patent); Ex. 15 ('136 Patent).

17. The Common Specification states that an "analyte" can be a "nucleic acid, peptide, a polypeptide/protein . . . a lipid, a carbohydrate, a glycoprotein, a glycolipid, a small molecule, or organic monomer, sugar, peptidoglycan, a cell, a virus or a drug." *E.g.*, Ex. 13 ('051 Patent) at 59:44-52.

18. 10x's expert Dr. Satija opined that ██████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████ Ex. 16 (Satija Rep.) at p.138, ¶ 345.

19. Dr. Satija also opined that ████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████ *Id.* at p.145, ¶ 361.

3

20. Dr. Satija also opined that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████ *Id.* at p. 409, ¶ 921.

21. Dr. Satija also opined that ████████████████████████████████████████████████████████████████████████████████████████████████ *Id.* at p. 106, ¶ 267.

22. Dr. Satija defines multiplexing as ████████████████████████████████████████████████████████████████ *Id.* ¶ 101.

23. Dr. Satija testified that ██████████████████████████████████████████████: *Id.* ¶ 134.

24. The shared specification across the TOSS Patents ("Common Specification") contains only one example corresponding to an actual experiment: "Example 1: Exemplary Hybridization-Based Detection Methods of Detection Reagents." Ex. 12 ('737 Patent) at 80:47.

25. Example 1 of the Common Specification involves analyzing "a sample comprising *C. albicans*" (a species of yeast) in a solution. *Id.* at 81:20-36, 66:4-10.

26. Dr. Satija opined that ███████████████████████████████████████████████████████████████████ Ex. 16 (Satija Rep.) at p. 90, ¶ 224.

27. Dr. Satija stated that the number ████████████████████████████████████████████████████████████████████████████████████████████████████ Ex. 16 (Satija Rep.) at p. 92, ¶ 230.

28. The Common Specification states "the nucleic acid label or nucleic acid tag can comprise any number of pre-determined subsequences," and "the nucleic acid label or nucleic acid

4

tag can comprise 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 30, 40, 50, 60, 70, or more pre-determined nucleic acid subsequences." Ex. 13 ('051 Patent) at 37:23-25, 37:34-36.

Dated: November 5, 2024

*Of Counsel:*

David Bilsker
Adam B. Wolfson
Sam Stake
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com
samstake@quinnemanuel.com
adamwolfson@quinnemanuel.com

Kevin Johnson
Victoria Maroulis
Brian C. Cannon
Andrew Bramhall
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
briancannon@quinnemanuel.com
andrewbramhall@quinnemanuel.com

Angus Chen
Catherine T. Mattes
David D. LeRay
Andrew Tigchelaar
Neil Bhargav Setlur
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anguschen@quinnemanuel.com
catherinemattes@quinnemanuel.com
davidleray@quinnemanuel.com
andrewtigchelaar@quinnemanuel.com
bhargavsetlur@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-Plaintiff Vizgen, Inc.*

6

QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com
angelanelson@quinnemanuel.com

Michael J. Songer
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com

Henry Y. Huang
Tiffany Huynh
WHITE & CASE LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 213-0300
henry.huang@whitecase.com
tiffany.huynh@whitecase.com

Hallie Kiernan
Alexandra J. Cho
Samantha J. Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
hallie.kiernan@whitecase.com
alexa.cho@whitecase.com
samantha.kokonis@whitecase.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Geoffrey M. Raux
Ruben J. Rodrigues
Michael J. Tuteur
Lea Gulotta James
Lucas I. Silva
Amani S. Kmeid
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199

Sarah E. Rieger
Kate E. Gehl
Ian T. Hampton
Sydney K. Hecimovich
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Jarren N. Ginsburg
Alan D. Rutenberg
Foley & Lardner LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007

Jared J. Braithwaite
Maren Laurence
Foley & Lardner LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111

Frederick L. Cottrell, III
Jason J. Rawnsley
Alexandra M. Ewing
Gabriela Z. Monasterio
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

Samantha Jameson
Kiley White
Ron Pabis
Joanna R. Schacter
Azra M. Hadzimehmedovic
Aaron M. Nathan
Parshad K. Brahmbhatt
Tensegrity Law Group LLP
1676 International Drive, Suite 910
McLean, VA 22102

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
William P. Nelson
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

10x_Vizgen_Service@tensegritylawgroup.com

Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown
Brian Barrows Goodell

| | |
|---|---|
| Andrew M. Gross<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br><br>BOST-F-10Xv.Vizgen@foley.com<br><br>*Attorneys for President and Fellows of Harvard College* | Sahdia Khan<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>marguerite.sullivan@lw.com<br>molly.barron@lw.com<br>chris.brown@lw.com<br>brian.goodell@lw.com<br>sahdia.khan@lw.com<br><br>Kelly Fayne<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>kelly.fayne@lw.com<br><br>*Attorneys for 10X Genomics, Inc* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*