IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                Plaintiffs,<br><br>        v.<br><br>VIZGEN, INC.,<br><br>                Defendant. | C.A. No. 22-595-MFK |

**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTIONS *IN LIMINE***

On this _____ day of _____, 2025, having considered Plaintiffs 10X Genomics, Inc.'s and President and Fellows of Harvard College's Motions *in Limine*, and all papers and arguments submitted therewith,

IT IS HEREBY ORDERED that Plaintiffs' Motions *in Limine* Nos. 1-10 are GRANTED.

_____
The Honorable Matthew F. Kennelly
United States District Judge

1