IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                Plaintiffs,<br><br>    v.<br><br>VIZGEN, INC.,<br><br>                Defendant. | C.A. No. 22-595 (MFK) |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S May 17, 2024 STANDING ORDER ON PERSONAL DEVICES FOR COURTROOM TECHNOLOGY SETUP, PRETRIAL CONFERENCE AND TRIAL**

Plaintiff President and Fellows of Harvard College ("Harvard") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this motion the Parties state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which requires *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshalls. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A Video Pretrial Conference is currently scheduled for January 27, 2025 and the trial is currently scheduled for February 3rd through February 13th, in Courtroom 6A before Judge Matthew F. Kennelly, with courtroom technology set up scheduled for January 31st.

1

3. Some members of Harvard's teams do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

4. The following persons that intend to appear at the pretrial conference and trial require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Ruben J. Rodrigues, attorney for Harvard
- James W. Matthews, attorney for Harvard
- Geoffrey M. Raux, attorney for Harvard
- Sarah E. Rieger, attorney for Harvard
- Jarren N. Ginsburg, attorney for Harvard
- Amani S. Kmeid, attorney for Harvard
- Sydney K. Hecimovich, attorney for Harvard
- Laura Shine, paralegal for Harvard
- Bridget Gorman, assistant for Harvard
- Christina, Ellig, Trial Technician for Harvard
- Andrew Tarver, Trial Technician for Harvard
- Jason Sabol, Trial Technician for Harvard
- Bradley Abruzzi, client representative for Harvard
- Bess, Franzosa, client representative for Harvard
- Rebecca Eisenberg, witness for Harvard
- John Puziss, witness for Harvard
- Robert Stoll, witness for Harvard
- George Church, witness for Harvard

- James Culverwell, witness for Harvard

- Jordan Grant, witness for Harvard

- Issac Kohlberg, witness for Harvard

- Melissa Korf, witness for Harvard

- Sam Liss, witness for Harvard

- Grant Zimmermann, witness for Harvard

5. WHEREFORE, Harvard respectfully requests that the Court issue an order in the form of an executed version of this Motion, to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order.

Dated: January, 16, 2025

                                                 */s/ Kenneth L. Dorsney*
                                       Kenneth L. Dorsney (#3726)
                                       Cortlan S. Hitch (#6720)
                                       MORRIS JAMES LLP
                                       500 Delaware Ave., Suite 1500
                                       Wilmington, DE 19801-1494
                                       (302) 888-6800
                                       kdorsney@morrisjames.com
                                       chitch@morrisjames.com

                                       *Attorneys for Plaintiff*
                                       *President and Fellows of Harvard College*

**SO ORDERED** this 16 day of Jan., 2025.

                                       [signature]
                                       United States District Court Judge