## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>VIZGEN, INC.,<br><br>Defendant. | C.A. No. 22-595-MFK |

### ORDER GRANTING PLAINTIFF 10X GENOMICS, INC.'S
### MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
### MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES
### FOR COURTROOM TECHNOLOGY SETUP AND TRIAL

The Court having considered Plaintiff 10x Genomics, Inc.'s Motion for Exemption of Persons From The District Of Delaware's May 17, 2024 Standing Order On Personal Devices For Courtroom Technology Setup and Trial (the "Motion"),

IT IS SO ORDERED this _____ day of ___Jan.___, 2025 that:

1. The Motion is GRANTED;

2. For purposes of trial in the above-captioned case, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

   2. Matthew Powers, attorney for 10x
   3. Parshad Brahmbhatt, attorney for 10x
   4. Kelly Fayne, attorney for 10x
   5. Marguerite Sullivan, attorney for 10x
   6. Sahdia Khan, attorney for 10x
   7. Tara Dillon, paralegal for 10x
   8. Ashley Nelson, paralegal for 10x
   9. Megan Nelson, paralegal for 10x
   10. Jessica Rauh, paralegal for 10x

11. Maxwell Schaller, paralegal for 10x
12. Vanessa Turner, trial services manager for 10x
13. Joseph Grochowski, paralegal for 10x
14. Jose Hood, paralegal for 10x
15. Daniel White, trial services manager for 10x
16. Scott Perloff, trial vendor for 10x
17. Ouliana Nikolaeva-Hir, trial vendor for 10x
18. Nelly Lin, trial vendor for 10x
19. Artem Rozhkov, trial vendor for 10x
20. Nicole Williams, client representative for 10x
21. Randy Wu, client representative for 10x
22. Jason Schultz, client representative for 10x
23. Michael Schnall-Levin, client representative and witness for 10x
24. Eric Whitaker, witness for 10x
25. Nikhil Rao, witness for 10x
26. John Quackenbush, expert witness for 10x
27. Rahul Satija, expert witness for 10x
28. Julie Davis, expert witness for 10x
29. Mark Israel, expert witness for 10x
30. Quinn Johnson, support staff to Mark Israel
31. Jeremy Sandford, support staff to Mark Israel
32. David Meyer, support staff to Mark Israel

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
The Honorable Matthew F. Kennelly
United States District Judge