IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIZGEN, INC.,<br><br>    Defendant. | | C.A. No. 22-595-MFK |

### JOINT SUBMISSION REGARDING ELAPSED DEPOSITION TIME

Pursuant to the Court's direction at the January 21, 2025, Status Hearing concerning the Pre-Trial Order and the Court's January 22, 2025 Oral Order, the parties jointly submit an accounting of the parties' elapsed use of allotted deposition time. For the Court's convenience, the chart in Exhibit A provides the support for this accounting.

| Side | Allotted Time | Remaining Time (Plaintiffs' position) | Remaining Time (Vizgen's position) |
|---|---|---|---|
| Vizgen | **93 hours:**<br>85 hours (D.I. 45)<br>3 hours (Oral Order 4/26/24)<br>5 hours (D.I. 447) | None: -4.17 hours | 2 hours |
| 10x/Harvard | **90 hours:**<br>85 hours (D.I. 45)<br>5 hours (D.I. 447) | 15.35 hours | 15.35 hours |

**Plaintiffs' Position:** The Court's Scheduling Order (D.I. 45) limited each *side* in each of the Vizgen and NanoString cases to 85 hours of fact deposition and further held that deposition time of fact witnesses (specifically including depositions of inventors) on overlapping issues "will be counted against the total deposition time for NanoString and Vizgen." D.I. 45 at 5-6. In ruling

1

upon a motion to compel, the Court's Minute Order of April 26, 2024, granted Vizgen an additional 3 hours of deposition time. And the May 6, 2024 Stipulation and Order Amending Scheduling Order and Discovery Limits provided each side an additional 5 hours of party deposition time in connection with Vizgen's new predatory pricing and discounting allegations. D.I. 447. The parties conducted themselves throughout these proceedings pursuant to those rules and Vizgen and NanoString were required to coordinate their questionsing of those overlapping witnesses.

The time disputed by Vizgen relates to the 12 hours and 21 minutes Vizgen and NanoString spent deposing Dr. George Church (on issues common to both cases) on August 1 (6.1 hrs) and August 2 (6.25 hrs). That fact deposition was postponed so that both Bruker and Vizgen would participate together after the NanoString bankruptcy but according to the original deposition plan, including shared limits. *See* D.I. 155. Vizgen participated in both days of Dr. Church's deposition and the topics covered by Dr. Church on August 2 were both in his individual capacity and as a corporate representative of Harvard on common issues including inventorship, his knowledge of in situ spatial analysis tools, first disclosure of the invention and was asked questions on overlapping issues including patent prosecution, the NIH grant application.

Vizgen's claim that Plaintiffs' calculation includes "a portion of the 45 deposition hours the Court granted to Bruker following the NanoString bankruptcy" wrongly interprets and applies the Court's ruling on how the deposition hours taken by Vizgen during the bankruptcy proceedings should be counted against NanoString's limits. The Court did not grant NanoString an extra 45 deposition hours. Instead, the Court found that 40 hours (of Bruker's 85 allotted hours) of deposition time used by Vizgen on common issues should be counted against Bruker such that Bruker would have 45 additional hours left beyond what had already been taken. D.I. 312. Nothing about that order or the issue before the Court was directed at expanding Vizgen's deposition time

or at derogating the Court's prior orders on Vizgen's deposition time. Second, importantly, the list attached as Exhibit A that supports Plaintiffs' calculation of hours does not include any depositions of Bruker witnesses.

Regarding Gabriella Behm, if Vizgen believed Ms. Behm would be unavailable for trial and wanted to secure her testimony, it was required to do so under Federal Rule of Civil Procedure 32 and to do so during the discovery period and not wait until the pre-trial order to raise it. Vizgen's complaint that accommodating a witness from Sweden is irrelevant where both parties performed remote depositions in this case without objection where witness availability was a concern. Vizgen's statement that it "did not need to depose its own witness during discovery" misses the point: Vizgen seeks to *avoid* bringing a live witness to trial by using deposition testimony that it does not have but could have had if it had timely taken a deposition during fact discovery and in line with Vizgen's deposition limits.

**Vizgen's Position:**

Vizgen has used 91 deposition hours of its 93-hour allotment. Plaintiffs reach their position that Vizgen has used more than its full hours allotment by including a portion of the 45 deposition hours the Court granted to Bruker following the NanoString bankruptcy, specifically the 6 hours spent by Bruker's counsel deposing George Church on August 2, 2024. *See* Ex. A at Row 45. Whether the parties can use portions of that additional testimony pursuant to the cross-use and cross-designation agreement Plaintiffs demanded is the subject of a pending motion *in limine*. Vizgen, however, did not use up its full deposition allocation and would not have but for Bruker emerging from bankruptcy when it did. Moreover, Bruker's attorney spent deposition time asking George Church about issues specific to the Bruker case, which Plaintiffs do not appear to have accounted for in their calculations. Regarding Gabriella Behm, Vizgen timely disclosed her at least

3

by its April 5, 2024 Rule 26(a)(1) disclosures, and did not need to depose its own witness during discovery, so deposition hours are not implicated. The issue is one of trial management in accommodating a witness traveling from Sweden to Delaware for a short amount of undisputed testimony.

Respectfully Submitted:

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jason J. Rawnsley* | /s/ *Jennifer P. Siew* |
| Frederick L. Cottrell, III (#2555) | James L. Higgins (No. 5021) |
| Jason J. Rawnsley (#5379) | Pilar G. Kraman (No. 5199) |
| Alexandra M. Ewing (#6407) | Jennifer P. Siew (No. 7114) |
| Gabriela Z. Monasterio (#7240) | Rodney Square |
| 920 North King Street | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 571-6600 |
| cottrell@rlf.com | jhiggins@ycst.com |
| rawnsley@rlf.com | pkraman@ycst.com |
| ewing@rlf.com | jsiew@ycst.com |
| monasterio@rlf.com | ycst_vizgen@ycst.com |
| *Of Counsel:* | *Of Counsel*: |
| TENSEGRITY LAW GROUP, LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| Matthew D. Powers | David Bilsker |
| Paul T. Ehrlich | Sam Stake |
| William P. Nelson | Adam B. Wolfson |
| Stefani C. Smith | 50 California Street, 22nd Floor |
| Robert Gerrity | San Francisco, CA 94111 |
| Li Shen | (415) 875-6600 |
| 555 Twin Dolphin Drive, Suite 650 | |
| Redwood Shores, CA 94065 | Kevin Johnson |
| | Victoria Maroulis |

4

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Ronald J. Pabis
Kiley White
Joanna R. Schacter
Parshad K. Brahmbhatt
Grace Gretes
1676 International Drive, Suite 910
McLean, VA 22102

10x_Vizgen_Service@tensegritylawgroup.com

LATHAM & WATKINS LLP
Marguerite M. Sullivan
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
marguerite.sullivan@lw.com
chris.brown@lw.com
brian.goodell@lw.com
sahdia.khan@lw.com


Kelly Fayne
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

*Attorneys for 10x Genomics, Inc.*

Brian C. Cannon
Andrew Bramhall
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

Angus Chen
Catherine T. Mattes
David D. LeRay
Andrew Tigchelaar
Neil Bhargav Setlur
51 Madison Avenue, 22nd Floor
New York, NY 10010

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100

vizgen@quinnemanuel.com

WHITE & CASE LLP

Michael J. Songer
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3647

Henry Y. Huang
Tiffany Huynh
3000 El Camino Real
Palo Alto, CA 94306
(650) 213-0383

Alexandra J. Cho
Samantha J. Kokonis
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

wcvizgen-10xservice@whitecase.com

*Attorneys for Vizgen, Inc.*

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (No. 3726)
Cortlan S. Hitch (No. 6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
Kdorsney@morrisjames.com
Chitch@morrisjames.com

*Of Counsel:*

Michael J. Tuteur
Ruben J. Rodrigues
Geoffrey M. Raux
Lea Gulotta James
Lucas I. Silva
Amani S. Kmeid
James W. Matthews
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 502-3284

Sarah E. Rieger
Kate E. Gehl
Ian T. Hampton
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

Jarren N. Ginsburg
Alan D. Rutenberg
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4071

Jared J. Braithwaite, Esq.
Maren Laurence, Esq.
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111

(801) 401-8920

Andrew M. Gross, Esq.
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4532

BOST-F-10Xv.Vizgen@foley.com
*__Attorneys for President and Fellows of Harvard College__*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2025, copies of the foregoing were served upon the following parties as indicated below:

| | |
|---|---|
| James L. Higgins (No. 5021)<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>YCST_vizgen@ycst.com<br><br>David Bilsker<br>Adam B. Wolfson<br>Sam Stake<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br><br>Brian C. Cannon<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Andrew Bramhall<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>(650) 801-5000<br><br>Angus Chen, Ph.D.<br>Catherine T. Mattes<br>David D. LeRay<br>Andrew Tigchelaar<br>Neil Bhargav Setlur<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>(212) 849-7000<br><br>Patrick D. Curran<br>Eric D. Wolkoff<br>Kathleen Marini<br>Angela Nelson | **Via E-mail**<br>vizgen@quinnemanuel.com<br>YCST_vizgen@ycst.com<br>wcvizgen-10xservice@whitecase.com<br>cicero@chipmanbrown.com |

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>(617) 712-7100<br><br>vizgen@quinnemanuel.com<br><br>Michael J. Songer<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>(202) 626-3647<br>wcvizgen-10xservice@whitecase.com<br><br>Henry Y. Huang<br>Tiffany T. Huynh<br>Hallie Kiernan<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 213-0383<br>wcvizgen-10xservice@whitecase.com<br><br>Alexandra J. Cho<br>Samantha J. Kokonis<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>wcvizgen-10xservice@whitecase.com<br><br>Joseph B. Cicero<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>(302) 295-0191<br>cicero@chipmanbrown.com<br><br>***Attorneys for Defendant Vizgen, Inc.*** | |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | **Via E-mail**<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br>BOST-F-10Xv.Vizgen@foley.com |

| | |
|---|---|
| (302) 888-6800<br>Kdorsney@morrisjames.com<br>Chitch@morrisjames.com<br><br>Geoffrey M. Raux, Esq.<br>Ruben J. Rodrigues, Esq.<br>Michael J. Tuteur, Esq.<br>Lea Gulotta James, Esq.<br>Lucas I. Silva, Esq.<br>Amani S. Kmeid, Esq.<br>**FOLEY & LARDNER LLP**<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199<br>(617) 502-3284<br>(617) 502-3228<br><br>Sarah E. Rieger, Esq.<br>Kate E. Gehl, Esq.<br>Ian T. Hampton, Esq.<br>**FOLEY & LARDNER LLP**<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>(414) 271-2400<br><br>Jarren N. Ginsburg, Esq.<br>Alan D. Rutenberg, Esq.<br>**FOLEY & LARDNER LLP**<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br>(202) 295-4071<br><br>Jared J. Braithwaite, Esq.<br>Sydney K. Hecimovich, Esq.<br>Maren Laurence, Esq.<br>**FOLEY & LARDNER LLP**<br>95 S. State Street, Suite 2500<br>Salt Lake City, Utah 84111<br>(801) 401-8920<br><br>Andrew M. Gross, Esq.<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>(312) 832-4532 | |

| | |
|---|---|
| BOST-F-10Xv.Vizgen@foley.com<br><br>***Attorneys for President and Fellows of Harvard College*** | |

                                      */s/ Gabriela Z. Monasterio*
                                      Gabriela Z. Monasterio (#7240)