# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VIZGEN, INC.,<br><br>　　　　Defendant.<br><br>VIZGEN, INC.,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Counterclaim-Defendants | C.A. No. 22-595-MFK |

**VIZGEN'S [PROPOSED] JURY INTERROGATORIES FOR IMPLIED LICENSE
(IN RESPONSE TO ITEM NO. 5, ORAL ORDER, JANUARY 22, 2025)**

## VIZGEN'S PROPOSAL

**Vizgen's Position:** In ordering the parties to make this submission, the Court did not ask for argument and Vizgen therefore did not include any with its proposal to Plaintiffs. Vizgen provided its proposed interrogatories to Plaintiffs on January 23, 2025. An hour before this submission was due, Plaintiffs sent a draft of their portion with extensive argument included. Vizgen believes that is inappropriate; however, if the Court would like for it to respond to any of Plaintiffs' arguments, Vizgen is happy to do so.

**1.** In 2019, did Harvard know that Vizgen intended to commercialize a product using Professor Xiaowei Zhuang's MERFISH technology?

Yes: _____        No: _____

**2.** In the 2019 license agreement between Harvard and Vizgen, did Harvard require Vizgen to commercialize MERFISH?

Yes: _____        No: _____

**3.** Did Harvard accept money from Vizgen regarding the product Vizgen designed using MERFISH technology?

Yes: _____        No: _____

**4.** Did Harvard receive any royalty payments from Vizgen for sales of products using MERFISH technology?

Yes: _____        No: _____

**5.** Did Vizgen inform Harvard that it had placed its product in an external lab in 2020?

Yes: _____        No: _____

**6.** Before filing this lawsuit, did Harvard tell Vizgen that it could not commercialize the MERFISH technology Harvard licensed to Vizgen because of the asserted Church patents?

Yes: _____     No: _____

## **FINAL PAGE OF THE JURY INTERROGATORIES**

You have now reached the end of the Interrogatories and should review the answers to ensure they accurately reflect your unanimous determinations. The presiding juror should then sign and date this document in the spaces below.

The presiding juror should retain possession of both the Interrogatories and the Verdict Form and bring these documents when the jury is brought back into the courtroom.

**Signature of Presiding Juror:**                                        **Date: February ___, 2025**

_____