# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIZGEN, INC.,<br><br>　　　　　Defendant<br><br>VIZGEN, INC.,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Counterclaim-Defendants | C.A. No. 22-595-MFK |

## VIZGEN'S MOTION FOR EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Vizgen, Inc. ("Vizgen") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Vizgen states as follows:

　　1.　　The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place

personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A jury trial is scheduled in this case from February 3, 2025, to February 13, 2025, in Courtroom 6A.

3. Courtroom setup for the trial is scheduled for January 31, 2025, in Courtroom 6A.

4. The following persons intend to appear at courtroom setup and/or the trial on behalf of Vizgen and request access to their electronic devices for purposes of the trial, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Adam Wolfson (Counsel)
- Alexa Cho (Counsel)
- Andrew Bramhall (Counsel)
- Andrew Tigchelaar (Counsel)
- Bhargav Setlur (Counsel)
- Brian Cannon (Counsel)
- Chris Grant (Paralegal)
- Dale Levitzke (Witness)
- David LeRay (Counsel)
- Dominic Fanelli (Paralegal)
- Emma Barton (Counsel)
- Eric Wolkoff (Counsel)
- Gavin Frisch (Counsel)
- George Emanuel (Witness)
- Henry Nwatu (IT Support Staff)
- Iyah Chen (Counsel)

- James Kearl (Expert Witness)
- Johanna Hillard (Trial Consultant)
- John Silva (Paralegal)
- Liz Tenrai (Counsel)
- Michael Metzker (Expert Witness)
- Michael Songer (Counsel)
- Milan Mrksich (Expert Witness)
- Paul Rasmussen (Witness)
- Robert Vigil (Expert Witness)
- Russell Slifer (Expert Witness)
- Sayaka Ri (Counsel)
- Sha Londa Balderama (Legal Support Staff)
- Simona Levi (Chief Legal Officer for Vizgen, Inc.)
- Terry Lo (Witness)
- Xioawei Zhuang (Witness)

WHEREFORE, Vizgen respectfully requests that the Court issue an order to exempt the foregoing individuals from the May 17, 2024 Standing Order for the upcoming trial and courtroom setup.

Dated: January 25, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and Counterclaim-Plaintiff Vizgen, Inc.*

IT IS SO ORDERED this 27th day of January, 2025.

_____
The Honorable Matthew F. Kennelly
U.S. District Judge