IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIZGEN, INC.,<br><br>　　　　　Defendant. | C.A. No. 22-595-MFK<br><br>**PUBLIC VERSION** |

**PLAINTIFFS' NOTICE OF FILING: RULE 26(a)(1) DISCLOSURES**

Pursuant to the Court's direction at the January 21, 2025, Status Hearing regarding Pre-Trial Order, Plaintiffs 10x Genomics, Inc. and President and Fellows of Harvard College hereby file their supplemental Rule 26(a)(1) disclosures.

10x's August 2, 2024 Third Supplemental Initial Disclosures (Exhibit A) identifies Michael Schnall-Levin (p. 20), Eric Whitaker (pp. 20-21), Jordan Grant (p. 15), Grant Zimmermann (p. 16), Sam Liss (pp. 15-16), Xiaowei Zhuang (pp. 12-13), and Sean Kendall (pp. 17-18) and their respective areas of knowledge relevant to Plaintiffs' patent claims and Vizgen's defenses thereto, highlighted for the Court's convenience.

Harvard's July 17, 2024 First Supplemental Rule 26(a) Initial Disclosures (Exhibit B) identifies Jordan Grant (p. 6), Grant Zimmermann (p. 7), Sam Liss (p. 7), Xiaowei Zhuang (p. 4),[1]

---

[1] These 26(a)(1) disclosures also include Plaintiffs' disclosures with regard to the issues surrounding Vizgen and Harvard's assertion of U.S. Patent No. 11,098,303, which have been severed for trial. As explained in Plaintiffs' Response to Vizgen's Motion *in Limine* No. 5, Plaintiffs do not intend to examine Vizgen or Harvard witnesses on Vizgen's assertion of the 303 Patent unless Vizgen opens the door to that evidence.

1

Melissa Korf (p. 7),[2] Arch Ventures and its representatives, employees, agents, and former representatives, employees, and agents with knowledge of the License Agreement between Vizgen and Harvard (p. 6) and Harvard and its representatives, employees, agents, and former representatives, employees, and agents with knowledge of Harvard's Office of Technology Development (p. 6) and their respective areas of knowledge relevant to Plaintiffs' claims and Vizgen's defenses thereto, highlighted for the Court's convenience.

Respectfully Submitted:

*Of Counsel:*
TENSEGRITY LAW GROUP LLP

Matthew D. Powers
Paul Ehrlich
William P. Nelson
Stefani Smith
Robert Gerrity
Li Shen
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
Ronald J. Pabis
Kiley White
Joanna R. Schacter
Parshad K. Brahmbhatt
Grace Gretes
1676 International Drive
Suite 910
McLean, VA 22102-3848
Tel: (650) 802-6000

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Alexandra M. Ewing*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
Gabriela Z. Monasterio (#7240)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

*Attorneys for 10x Genomics*

---

[2] Plaintiffs do not intend to call Melissa Korf in plaintiffs' case-in-chief but may call her in rebuttal.

2

10x_Vizgen_Service@tensegritylawgroup.com

LATHAM & WATKINS LLP
Marguerite M. Sullivan
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
marguerite.sullivan@lw.com
chris.brown@lw.com
brian.goodell@lw.com
sahdia.khan@lw.com

Kelly Fayne
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
kelly.fayne@lw.com

Dated: January 23, 2025

| *Of Counsel*: | MORRIS JAMES LLP |
|---|---|
| Michael J. Tuteur | */s/ Kenneth L. Dorsney* |
| Ruben J. Rodrigues | Kenneth L. Dorsney (#3726) |
| Geoffrey M. Raux | Cortlan S. Hitch (#6720) |
| Lea Gulotta James | 500 Delaware Ave., Suite 1500 |
| Lucas I. Silva | Wilmington, DE 19801-1494 |
| Amani S. Kmeid | (302) 888-6800 |
| James W. Matthews | kdorsney@morrisjames.com |
| FOLEY & LARDNER LLP | chitch@morrisjames.com |
| 111 Huntington Avenue | |
| Boston, MA 02199 | *Attorneys for President and Fellows of* |
| (617) 502-3284 | *Harvard College* |

Sarah E. Rieger
Kate E. Gehl
Ian T. Hampton
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

3

Jarren N. Ginsburg
Alan D. Rutenberg
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4071

Jared J. Braithwaite, Esq.
Maren Laurence, Esq.
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
(801) 401-8920

Andrew M. Gross, Esq.
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4532

BOST-F-10Xv.Vizgen@foley.com

Dated: January 23, 2025

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2025, copies of the foregoing were served upon the following parties as indicated below:

| | |
|---|---|
| James L. Higgins (No. 5021)<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>YCST_vizgen@ycst.com<br><br>David Bilsker<br>Adam B. Wolfson<br>Sam Stake<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br><br>Brian C. Cannon<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Andrew Bramhall<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>(650) 801-5000<br><br>Angus Chen, Ph.D.<br>Catherine T. Mattes<br>David D. LeRay<br>Andrew Tigchelaar<br>Neil Bhargav Setlur<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>(212) 849-7000<br><br>Patrick D. Curran<br>Eric D. Wolkoff<br>Kathleen Marini<br>Angela Nelson | **Via E-mail**<br>vizgen@quinnemanuel.com<br>YCST_vizgen@ycst.com<br>wcvizgen-10xservice@whitecase.com<br>cicero@chipmanbrown.com |

| | |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>(617) 712-7100<br><br>vizgen@quinnemanuel.com<br><br>Michael J. Songer<br>White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>(202) 626-3647<br>wcvizgen-10xservice@whitecase.com<br><br>Henry Y. Huang<br>Tiffany T. Huynh<br>Hallie Kiernan<br>White & Case LLP<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 213-0383<br>wcvizgen-10xservice@whitecase.com<br><br>Alexandra J. Cho<br>Samantha J. Kokonis<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>wcvizgen-10xservice@whitecase.com<br><br>Joseph B. Cicero<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>(302) 295-0191<br>cicero@chipmanbrown.com<br><br>***Attorneys for Defendant Vizgen, Inc.*** | |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>**Morris James LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | **Via E-mail**<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br>BOST-F-10Xv.Vizgen@foley.com |

|  |  |
|---|---|
| (302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>Geoffrey M. Raux, Esq.<br>Ruben J. Rodrigues, Esq.<br>Michael J. Tuteur, Esq.<br>Lea Gulotta James, Esq.<br>Lucas I. Silva, Esq.<br>Amani S. Kmeid, Esq.<br>**FOLEY & LARDNER LLP**<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199<br>(617) 502-3284<br>(617) 502-3228<br><br>Sarah E. Rieger, Esq.<br>Kate E. Gehl, Esq.<br>Ian T. Hampton, Esq.<br>**FOLEY & LARDNER LLP**<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>(414) 271-2400<br><br>Jarren N. Ginsburg, Esq.<br>Alan D. Rutenberg, Esq.<br>**FOLEY & LARDNER LLP**<br>Washington Harbour<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br>(202) 295-4071<br><br>Jared J. Braithwaite, Esq.<br>Sydney K. Hecimovich, Esq.<br>Maren Laurence, Esq.<br>**FOLEY & LARDNER LLP**<br>95 S. State Street, Suite 2500<br>Salt Lake City, Utah 84111<br>(801) 401-8920<br><br>Andrew M. Gross, Esq.<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>(312) 832-4532 |  |

| | |
|---|---|
| BOST-F-10Xv.Vizgen@foley.com<br><br>***Attorneys for President and Fellows of Harvard College*** | |

*/s/ Alexandra M. Ewing*
Alexandra M. Ewing (#6407)
