IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VIZGEN, INC.,<br><br>　　　　Defendant. | C.A. No. 22-595-MFK |

**PLAINTIFFS' NOTICE OF OBJECTION
RE: VIZGEN'S INVALIDITY GROUNDS FOR TRIAL (D.I. 691)**

　　Vizgen submitted yesterday its "narrowed invalidity grounds for trial" (D.I. 691). Instead of narrowing its contentions, Vizgen's disclosure contains a new invalidity ground related to "priority" that was not timely disclosed as one of its invalidity grounds in accordance with the Scheduling Order (D.I. 45), was not disclosed in its January 24 disclosure of reduced invalidity grounds for trial, and would exceed Vizgen's maximum number of prior art grounds for trial. Plaintiffs object to the untimely disclosure.

1

| | |
|---|---|
| Respectfully Submitted,<br><br>*Of Counsel*:<br><br>TENSEGRITY LAW GROUP LLP<br>Matthew Powers<br>Paul Ehrlich<br>William P. Nelson<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>555 Twin Dolphin Drive<br>Suite 650<br>Redwood Shores, CA 94065<br>Tel: (650) 802-6000<br><br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Samantha Jameson<br>Ronald J. Pabis<br>Kiley White<br>Joanna R. Schacter<br>Parshad K. Brahmbhatt<br>Grace Gretes<br>8260 Greensboro Dr.<br>Suite 260<br>McLean, VA 22102-3848<br>Tel: (650) 802-6000<br><br>10x_Vizgen_Service@tensegritylawgroup.com<br><br>LATHAM & WATKINS LLP<br>Marguerite M. Sullivan<br>Molly M. Barron<br>Christopher John Brown<br>Brian Barrows Goodell<br>Sahdia Khan<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br>marguerite.sullivan@lw.com<br>molly.barron@lw.com<br>chris.brown@lw.com<br>brian.goodell@lw.com<br><br>Kelly Fayne<br>505 Montgomery Street, Suite 2000 | **RICHARDS, LAYTON & FINGER, P.A.**<br><br> */s/ Jason J. Rawnsley*<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Alexandra M. Ewing (#6407)<br>Gabriela Z. Monasterio (#7240)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>ewing@rlf.com<br>monasterio@rlf.com<br><br>*Attorneys for 10x Genomics* |

San Francisco, CA 94111
(415) 391-0600
kelly.fayne@lw.com

*Of Counsel*:

FOLEY & LARDNER LLP
Michael J. Tuteur
Ruben J. Rodrigues
Geoffrey M. Raux
Lea Gulotta James
Lucas I. Silva
Amani S. Kmeid
James W. Matthews
111 Huntington Avenue
Boston, MA 02199
(617) 502-3284

Sarah E. Rieger, Esq.
Kate E. Gehl, Esq.
Ian T. Hampton, Esq.
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

Jarren N. Ginsburg, Esq.
Alan D. Rutenberg, Esq.
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4071

Jared J. Braithwaite, Esq.
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
(801) 401-8920

BOST-F-10Xv.Vizgen@foley.com


Dated: January 31, 2025

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard College*

3