# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | |
| Plaintiffs, | C.A. No. 22-595-MFK |
| v. | JURY TRIAL DEMANDED |
| VIZGEN, INC., | **OUTSIDE ATTORNEYS' EYES ONLY** |
| Defendant. | |

VIZGEN, INC.,

      Counterclaim-Plaintiff,

and

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

      Counterclaim-Plaintiff as to
      certain claims,

          v.

10X GENOMICS, INC.,

      Counterclaim-Defendant as to
      certain claims,

and

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

      Counterclaim-Defendant as to
      certain claims.

**DEFENDANT VIZGEN'S FINAL INVALIDITY CONTENTIONS**

signatures) and in an array format, Gunderson (2004) having demonstrated the feasibility of the

algorithm in an *in vitro* setting discloses and teaches the method for use *in situ* (i.e., in a cell or

tissue sample). Specifically, Gunderson (2004) teaches:

> Finally, the decoding algorithm is general and can, in principle, ***be applied to any spatially fixed collection of objects or molecules that are associated with specific DNA sequences***. In genomics, the classification and characterization of large collections of sequences is often a key step in the analysis of complex biological systems. For example, a library of DNA clones is traditionally searched for a single gene of interest by hybridization to a labeled DNA probe (Sambrook 1989). ***The approach described here would allow a search for 1000s of genes at a time, while distinguishing closely related members of gene families and perhaps alternative splice forms.*** Similarly, electrophoretic separations of complex mixtures of nucleic acids are often probed to characterize a gene or its mRNA (Southern 1975; Alwine et al. 1979; Liang and Pardee 1992); this can also be parallelized. ***Finally, fluorescence in situ hybridization (FISH), a powerful class of methods with many applications, could be applied to 1000s of genes simultaneously. To illustrate, FISH with combinatorially labeled oligonucleotide probes has been used to measure transcription from 10 genes in a single cell (Levsky et al. 2002). The decoding strategy we describe could potentially allow transcription to be measured for all genes in a single cell***. *Id*. 874-75 (emphases added).

Accordingly, Gunderson (2004) identifies with detailed particularity the fluorescence *in

situ* hybridization (FISH) protocols of Levsky. *Husky*, 838 F.3d 1236. In particular, Gunderson

(2004) incorporates the teaching of Levsky including: 1) the concept that it is possible to identify

multiple analytes (mRNA transcripts) in a single cell; and, 2) that the decoding scheme of

Gunderson (2004) can be applied to FISH probes using the same bipartite detection probe

(described in more detail below). Gunderson (2004) discloses and enables the use of an

oligonucleotide comprising: (1) a probe that is able to bind to an analyte ("gene-specific probe")

and (2) one more pre-determined sequences ("identifier") *in a cell or tissue sample* to identify one

or more analytes using only a few labels and several sequential hybridizations to identify thousands

of different nucleic acid sequences.

As to the bipartite detection reagent, Gunderson (2004) states:

more pre-determined sequences ("bead identifier").  Gunderson (2004), 875 (describing methods for preparing "oligonucleotide-linked beads and bead pools").  Gunderson (2004), having demonstrated the feasibility of the algorithm in an *in vitro* setting, discloses and teaches the method for use *in situ* (i.e., in a cell or tissue sample).  *See supra* Section III.C.2.c.

Gunderson (2004) discloses and teaches each element of Claim 1 of the '737 Patent (by way of example only) including: "contacting a cell or tissue sample comprising said analyte with a detection reagent", "detecting a temporal order of signal signatures in said cell or tissue sample, wherein said temporal order of signal signatures is associated with said one or more pre-determined subsequences" and "using said temporal order of signal signatures to identify said analyte."  Moreover, Gunderson (2004) provides disclosure and teaching as to fluorescence in situ hybridization (FISH) and multiplexed identification of mRNA in a cell.  *See id.* at 874-875.  Sood supplements the teaching and disclosure of Gunderson (2004) as to detection reagents and provides additional teaching for their use *in situ* for nucleic acid analyte identification including specific teaching for "removing a signal signature" from the detection reagent – decoder probe hybridized complex in a cell or tissue sample.

Sood provides "[m]ethods for detecting a plurality of targets in a biological sample" comprising "contacting the biological sample with a plurality of target-binding probes simultaneously to form a plurality of target-bound probes and observing the signals from the target-bound probes sequentially."  Sood, Abstract.  Sood defines biological sample to include cells or tissue sample "[t]he biological sample may comprise a whole cell", "[t]he biological sample may comprise a tissue sample."  *Id*. at [0038] and [0039].  Sood further defines target to include cellular nucleic acid, wherein a target  ***"may be buried inside (e.g., RNA or DNA targets in a cell for in situ detection)"*** *Id*. at [0044].

Dated: March 11, 2024

*Of Counsel*:

David Bilsker (*pro hac vice*)
Adam Wolfson (*pro hac vice)*
Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor San
Francisco, California 94111
(415) 875-6600

Kevin Johnson (*pro hac vice*)
Victoria Maroulis (*pro hac vice*)
Andrew Bramhall (*pro hac vice*)
Brian Cannon (*pro hac vice)*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
(650) 801-5000

Angus Chen (*pro hac vice*)
Catherine Mattes (*pro hac vice)*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor New
York, NY 10010
(212) 849-7000

Patrick D. Curran (*pro hac vice*)
Eric D. Wolkoff (*pro hac vice*)
Kathleen Marini (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100

Michael J. Songer (*pro hac vice)*
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Henry Y. Huang (*pro hac vice)*
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*

144

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2024, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Geoffrey M. Raux
Ruben J. Rodrigues
Michael J. Tuteur
Lea Gulotta James
John W. Custer
Lucas I. Silva
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199

Sarah E. Rieger
Kate E. Gehl
Ian T. Hampton
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Jarren N. Ginsburg
Alan D. Rutenberg
Foley & Lardner LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007

BOST-F-10Xv.Vizgen@foley.com

*Attorneys for President and Fellows of Harvard College*

Karen Jacobs
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
kjacobs@morrisnichols.com
cclark@morrisnichols.com

Samantha Jameson
Kiley White
Ron Pabis
Joanna R. Schacter
Azra M. Hadzimehmedovic
Aaron M. Nathan
Tensegrity Law Group LLP
1676 International Drive, Suite 910
McLean, VA 22102

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
William P. Nelson
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

10x_Vizgen_Service@tensegritylawgroup.com

Marguerite M. Sullivan
Molly M. Barron
Jesse Aaron Vella
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000

Washington, D.C. 20004
marguerite.sullivan@lw.com
molly.barron@lw.com
jesse.vella@lw.com
chris.brown@lw.com
brian.goodell@lw.com
sahdia.khan@lw.com

Kelly Fayne
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
kelly.fayne@lw.com

*Attorneys for 10X Genomics, Inc*


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*