IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>VIZGEN, INC.,<br><br>Defendant | C.A. No. 22-595-MFK |
| VIZGEN, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Counterclaim-Defendants | |

**VIZGEN, INC.'S RESPONSE TO PLAINTIFFS' NOTICE OF OBJECTION REGARDING VIZGEN'S INVALIDITY GROUNDS FOR TRIAL (D.I. 694)**

Vizgen's January 30 narrowed invalidity disclosure does not include a new ground, i.e., that Plaintiffs filed a CIP application in July 2020 that fails to establish priority to earlier filed applications.

Plaintiffs' objection to Vizgen's inclusion of the CIP priority issue is an attempt to exclude opinions and evidence that this Court has already ruled upon. Specifically, Plaintiffs are asking this Court to reconsider three prior orders.

First, Plaintiffs are seeking to undo the order denying Plaintiffs' motion to strike Russ Slifer's report about the CIP application in which the Court made clear that the CIP issue is "rebuttal." **Ex. 1**, Hearing Tr. at 12:1-7 (Oct. 18, 2024). As a practical matter of patent law, as

explained at the October 18 hearing, the issue of priority is not one of proving prior art like a third party reference. *See id* at 5:2–6:13; 7:16–8:11. Because Plaintiffs filed applications for the patents-in-suit in July 2020 and June 2021, yet accuse a product of infringement that was first put into commerce in June 2020, they have the burden of proving entitlement to an earlier filing date. Plaintiffs have always had that burden because Plaintiffs' sweeping infringement contentions are directed to Vizgen's MERSCOPE products that predate the filing of the patent application. Thus, Plaintiffs' own allegations invalidate their own claims—unless they can prove they are entitled to an earlier priority date.

Second, Plaintiffs are seeking to undo the order denying Plaintiffs' MIL 3 to exclude CIP evidence in which the Court made clear that the CIP application is "part of the chain of events." D.I. 683, Order at 8 (Jan. 27, 2025).

Third, Plaintiffs are seeking to undo the order denying Plaintiffs' MIL 8 to exclude Russ Slifer. **Ex. 2**, Pretrial Conf. Tr. 90:11-23 (Jan. 27, 2025).

The fact is, Vizgen's reliance on the CIP application as "part of the chain of events" and a ground for invalidity separate from the assertion of specific pieces of prior art has always been part of this case. Vizgen only made the priority issue clear.

At the January 27, 2025 pretrial conference, Plaintiffs' counsel argued in connection with Plaintiffs' MIL 8 (seeking to exclude patent expert Russ Slifer) that there were no invalidity issues remaining in the case related to the CIP application. *Id.* at 89:3-22. This was news to Vizgen. Vizgen's January 30 disclosure made clear that the CIP priority issue was still an issue for trial. Plaintiffs cannot be prejudiced by Vizgen's clarification when the issue of CIP priority was created by Plaintiffs' allegations and has been consistently part of this case as evidenced above.

Dated: January 31, 2025

                                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                  */s/ Jennifer P. Siew*
                                                  James L. Higgins (No. 5021)
                                                  Pilar G. Kraman (No. 5199)
                                                  Jennifer P. Siew (No. 7114)
                                                  Rodney Square
                                                  1000 North King Street
                                                  Wilmington, DE 19801
                                                  (302) 571-6600
                                                  jhiggins@ycst.com
                                                  pkraman@ycst.com
                                                  jsiew@ycst.com

                                                  *Attorneys for Vizgen, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Geoffrey M. Raux
Ruben J. Rodrigues
Michael J. Tuteur
Lea Gulotta James
Lucas I. Silva
Amani S. Kmeid
James W. Matthews
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199

Sarah E. Rieger
Kate E. Gehl
Ian T. Hampton
Sydney K. Hecimovich
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Jarren N. Ginsburg
Alan D. Rutenberg
Foley & Lardner LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007

Jared J. Braithwaite
Maren Laurence
Foley & Lardner LLP
95 S. State Street, Suite 2500

Frederick L. Cottrell, III
Jason J. Rawnsley
Alexandra M. Ewing
Gabriela Z. Monasterio
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

Samantha Jameson
Kiley White
Ron Pabis
Joanna R. Schacter
Azra M. Hadzimehmedovic
Aaron M. Nathan
Parshad K. Brahmbhatt
Grace Getes
Tensegrity Law Group LLP
1676 International Drive, Suite 910
McLean, VA 22102

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
William P. Nelson
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

10x_Vizgen_Service@tensegritylawgroup.com

Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown

Salt Lake City, UT 84111
Andrew M. Gross
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654

BOST-F-10Xv.Vizgen@foley.com

*Attorneys for President and Fellows of Harvard College*

Brian Barrows Goodell
Sahdia Khan
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
marguerite.sullivan@lw.com
molly.barron@lw.com
chris.brown@lw.com
brian.goodell@lw.com
sahdia.khan@lw.com

Kelly Fayne
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
kelly.fayne@lw.com

*Attorneys for 10X Genomics, Inc*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*