IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIZGEN, INC.,<br><br>    Defendant. | C.A. No. 22-595-MFK |

### 10X'S BENCH MEMORANDUM REGARDING PRICING AND TORTIOUS INTERFERENCE

Plaintiff 10x Genomics, Inc. respectfully submits this memorandum to address objectionable evidence and argument that Vizgen intends to introduce this week.

During yesterday's opening statement, Vizgen made clear that it will attempt to shoehorn its dismissed predatory pricing theory into its tortious interference claim when it stated that 10x "used . . . its massive resources to sell its products under its cost." Hr'g Tr. 195:8-9 (Feb. 3, 2025). That statement is improper. This Court already decided that 10x's "expected return rationally includes both the initial purchase and the sales of consumables that will follow." D.I. 641 at 28. Given that ruling, the only way Vizgen could even attempt to prove that 10x sells below its costs is by focusing solely on 10x's instrument sales without considering consumable sales. But this Court held that there is no legal basis for the jury to consider instrument sales without also considering consumables. Thus, allowing Vizgen to present evidence that 10x prices its instruments below their costs and that such pricing is tortious would violate Rule 402 because it is irrelevant and Rule 403 because any potential relevance it would be substantially outweighed by prejudice.

1

Respectfully Submitted:

| | |
|---|---|
| *Of Counsel:*<br>TENSEGRITY LAW GROUP LLP<br><br>Matthew D. Powers<br>Paul Ehrlich<br>William P. Nelson<br>Stefani Smith<br>Robert Gerrity<br>Li Shen<br>555 Twin Dolphin Drive<br>Suite 650<br>Redwood Shores, CA 94065<br>Tel: (650) 802-6000<br><br>Azra M. Hadzimehmedovic<br>Aaron M. Nathan<br>Samantha A. Jameson<br>Ronald J. Pabis<br>Kiley White<br>Joanna R. Schacter<br>Parshad K. Brahmbhatt<br>Grace Gretes<br>1676 International Drive<br>Suite 910<br>McLean, VA 22102-3848<br>Tel: (650) 802-6000<br><br>10x_Vizgen_Service@tensegritylawgroup.com<br><br>LATHAM & WATKINS LLP<br>Marguerite M. Sullivan<br>Christopher John Brown<br>Brian Barrows Goodell<br>Sahdia Khan<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br>marguerite.sullivan@lw.com<br>chris.brown@lw.com<br>brian.goodell@lw.com<br>sahdia.khan@lw.com | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Jason J. Rawnsley*<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Alexandra M. Ewing (#6407)<br>Gabriela Z. Monasterio (#7240)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>ewing@rlf.com<br>monasterio@rlf.com<br><br>*Attorneys for 10x Genomics* |

Kelly Fayne
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
kelly.fayne@lw.com

Dated: February 4, 2025