IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiffs,<br><br>     v.<br><br>VIZGEN, INC.,<br><br>   Defendant.<br><br>VIZGEN, INC.,<br><br>   Counterclaim-Plaintiff,<br>and<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Counterclaim-Plaintiff as to certain claims,<br><br>     v.<br><br>10X GENOMICS, INC.,<br><br>   Counterclaim-Defendant as to certain claims,<br>and<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Counterclaim-Defendant as to certain claims. | C.A. No. 22-595-MFK |

## VIZGEN CAN ESTABLISH THE IMPROPER MOTIVE OR MEANS ELEMENT OF TORTIOUS INTERFERENCE BY DEMONSTRATING 10X ENGAGED IN EXCESSIVE AND UNFAIR PRICE-CUTTING

For a tortious interference with advantageous business relationships claim, Vizgen must prove that: (1) Vizgen reasonably expected to benefit from a business relationship with a customer or customers; (2) 10x knew about the expected business relationship or relationships; (3) 10x intentionally persuaded or caused the customer or customers not to enter into that relationship or those relationships; (4) 10x had an improper motive or used an improper method; and (5) Vizgen

was harmed as a result of 10x's actions. *See* Massachusetts Model Jury Instructions, Tortious Interference with Contractual or Advantageous Relationship at 9 (Nov. 14, 2024). The fourth element, **improper motive or means,** requires either a showing of an **intent specifically to harm the plaintiff** unrelated to any legitimate business purpose (motive) or a violation of a statute, common law rule, or industry standards, threats, misrepresentation, defamation, or any other improper means (means). *See, e.g.*, *Williamson v. Barlam*, 103 Mass. App. Ct. 727, 733 (2024) (noting improper motive or means may include "economic coercion" and finding plaintiffs pled sufficient facts for tortious interference claim where defendants "[made] it difficult for [plaintiff] to sell his unit" such that "he would agree to sell it … at an artificially lower price" and defendants acted "outside the ordinary course of bargaining."); *Ary Jewelers, LLC. v. IBJTC Bus. Credit Corp.*, 414 F. Supp. 2d 90, 94-95 (D. Mass. 2006) (violation of industry standards satisfies improper means element of tortious interference with advantageous business relations claim).

Here, to establish that 10x had an improper motive or used improper means, Vizgen does not have to show an antitrust violation to prove its tortious interference claim. Although the Court held 10x was not engaged in an antitrust predatory pricing scheme, D.I. 641 at 28, "tort and antitrust causes of action require widely divergent proofs." *Fineman v. Armstrong World Indus., Inc.*, 980 F.2d 171, 186–87 (3d Cir. 1992). Tortious interference does not require "appreciable market power" and it focuses on protecting "competitors" like Vizgen not "competition." *Brokerage Concepts, Inc. v. U.S. Healthcare, Inc.*, 140 F.3d 494, 533 (3d Cir. 1998). 10x's excessive and unmatchable price-cutting aimed to destroy Vizgen's business opportunities shows 10x acted with improper motive or means. *See, e.g.*, *NYNEX Corp. v. Discon, Inc.*, 525 U.S. 128, 137 (1998) (recognizing "'unfair competition' laws, business tort laws, or regulatory laws, provide remedies for various 'competitive practices thought to be offensive to proper standards of business

morality.'"). Moreover, at a minimum, Vizgen's bundling theory—which the Court evaluated as a "much closer call"—would satisfy the "improper motive or means" element. D.I. 641 at 30 (rejecting bundling theory because Vizgen failed to show a "dangerous probability" of monopolization but "agree[ing] with Vizgen" on the legal standards for anticompetitive bundling).

Dated: February 4, 2025

*Of Counsel*:
David Bilsker
Adam B. Wolfson
Sam Stake
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com
samstake@quinnemanuel.com
adamwolfson@quinnemanuel.com

Kevin Johnson
Victoria Maroulis
Brian C. Cannon
Andrew Bramhall
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
briancannon@quinnemanuel.com
andrewbramhall@quinnemanuel.com

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Gavin S. Frisch
Angela Nelson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*

Boston, MA 02199
(617) 712-7100
patrickcurran@quinnemanuel.com
ericwolkoff@quinnemanuel.com
kathleenmarini@quinnemanuel.com
gavinfrisch@quinnemanuel.com
angelanelson@quinnemanuel.com

Angus Chen
Catherine T. Mattes
David D. LeRay
Andrew Tigchelaar
Neil Bhargav Setlur
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anguschen@quinnemanuel.com
catherinemattes@quinnemanuel.com
davidleray@quinnemanuel.com
andrewtigchelaar@quinnemanuel.com
bhargavsetlur@quinnemanuel.com

Michael J. Songer
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
michael.songer@whitecase.com

Henry Y. Huang
Tiffany Huynh
WHITE & CASE LLP
3000 El Camino Real
2 Palo Square, Suite 900
Palo Alto, CA 94306
(650) 213-0300
henry.huang@whitecase.com
tiffany.huynh@whitecase.com

Alexandra J. Cho
Samantha J. Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

alexa.cho@whitecase.com
samantha.kokonis@whitecase.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Geoffrey M. Raux
Ruben J. Rodrigues
Michael J. Tuteur
Lea Gulotta James
Lucas I. Silva
Amani S. Kmeid
James W. Matthews
Foley & Lardner LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199

Sarah E. Rieger
Kate E. Gehl
Ian T. Hampton
Sydney K. Hecimovich
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Jarren N. Ginsburg
Alan D. Rutenberg
Foley & Lardner LLP
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007

Jared J. Braithwaite
Maren Laurence
Foley & Lardner LLP
95 S. State Street, Suite 2500

Frederick L. Cottrell, III
Jason J. Rawnsley
Alexandra M. Ewing
Gabriela Z. Monasterio
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

Samantha Jameson
Kiley White
Ron Pabis
Joanna R. Schacter
Azra M. Hadzimehmedovic
Aaron M. Nathan
Parshad K. Brahmbhatt
Grace Getes
Tensegrity Law Group LLP
1676 International Drive, Suite 910
McLean, VA 22102

Matthew Powers
Paul Ehrlich
Stefani Smith
Robert Gerrity
Li Shen
William P. Nelson
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

10x_Vizgen_Service@tensegritylawgroup.com

Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown

Salt Lake City, UT 84111
Andrew M. Gross
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654

BOST-F-10Xv.Vizgen@foley.com

*Attorneys for President and Fellows of Harvard College*

Brian Barrows Goodell
Sahdia Khan
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
marguerite.sullivan@lw.com
molly.barron@lw.com
chris.brown@lw.com
brian.goodell@lw.com
sahdia.khan@lw.com

Kelly Fayne
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
kelly.fayne@lw.com

*Attorneys for 10X Genomics, Inc*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Vizgen, Inc.*