IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>  Plaintiffs,<br><br>  v.<br><br>VIZGEN, INC.,<br><br>  Defendant. | C.A. No. 22-595-MFK |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that on February 5, 2025, Plaintiffs 10x Genomics, Inc. and President and Fellows of Harvard College caused the attached transcripts of the portions of the video depositions of Peidong Wang, George Emanuel, Jiang He, and Jeffrey Moffitt that were played in Court on February 4, 2025 (Trial Day 2) to be lodged with the Court.

*Of Counsel*:

TENSEGRITY LAW GROUP LLP
Matthew Powers
Paul Ehrlich
William P. Nelson
Stefani Smith
Robert Gerrity
Li Shen
555 Twin Dolphin Drive
Suite 650
Redwood Shores, CA 94065
Tel: (650) 802-6000

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha Jameson
Ronald J. Pabis

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Alexandra M. Ewing*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
Gabriela Z. Monasterio (#7240)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com
monasterio@rlf.com

*Attorneys for 10x Genomics*

1

Kiley White
Joanna R. Schacter
Parshad K. Brahmbhatt
Grace Gretes
8260 Greensboro Dr.
Suite 260
McLean, VA 22102-3848
Tel: (650) 802-6000

10x_Vizgen_Service@tensegritylawgroup.com

LATHAM & WATKINS LLP
Marguerite M. Sullivan
Molly M. Barron
Christopher John Brown
Brian Barrows Goodell
Sahdia Khan
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
marguerite.sullivan@lw.com
molly.barron@lw.com
chris.brown@lw.com
brian.goodell@lw.com

Kelly Fayne
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
kelly.fayne@lw.com

*Of Counsel*:

FOLEY & LARDNER LLP
Michael J. Tuteur
Ruben J. Rodrigues
Geoffrey M. Raux
Lea Gulotta James
Lucas I. Silva
Amani S. Kmeid
James W. Matthews
111 Huntington Avenue
Boston, MA 02199
(617) 502-3284

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard College*

Sarah E. Rieger, Esq.
Kate E. Gehl, Esq.
Ian T. Hampton, Esq.
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

Jarren N. Ginsburg, Esq.
Alan D. Rutenberg, Esq.
Washington Harbour
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4071

Jared J. Braithwaite, Esq.
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
(801) 401-8920

BOST-F-10Xv.Vizgen@foley.com

*Of Counsel*:

QUINN EMANUEL URQUHART & SULLIVAN LLP

David Bilsker
Adam B. Wolfson
Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Brian C. Cannon
Kevin Johnson
Victoria Maroulis
Andrew Bramhall
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Angus Chen, Ph.D.
Catherine T. Mattes
David D. LeRay
Andrew Tigchelaar
51 Madison Avenue, 22nd Floor
New York, NY 10010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jennifer P. Siew*
James L. Higgins (No. 5021)
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
YCST_vizgen@ycst.com

*Attorneys for Defendant Vizgen, Inc.*

3

(212) 849-7000

Patrick D. Curran
Eric D. Wolkoff
Kathleen Marini
Angela Nelson
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100

vizgen@quinnemanuel.com

WHITE & CASE LLP
Michael J. Songer
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3647
wcvizgen-10xservice@whitecase.com

Henry Y. Huang
Tiffany T. Huynh
Hallie Kiernan
3000 El Camino Real
Palo Alto, CA 94306
(650) 213-0383
wcvizgen-10xservice@whitecase.com

Alexandra J. Cho
Samantha J. Kokonis
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
wcvizgen-10xservice@whitecase.com

CHIPMAN BROWN CICERO & COLE, LLP
Joseph B. Cicero
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0191
cicero@chipmanbrown.com

Dated: February 5, 2025