Attachment A

# Wang_v5_DOCS

Designation List Report

Wang, Peidong                              2024-03-01

| | |
|---|---|
| 10x Genomics Affirmatives | 00:11:05 |
| Vizgen Counters | 00:03:28 |
| **TOTAL RUN TIME** | **00:14:33** |

Documents linked to video:

J19

P480

P481

P484

P488



**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:19 - 7:20 | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.1** |
| | 7:19   Q.   Please state your name. | | |
| | 7:20   A.   Peidong Wang. | | |
| 8:16 - 8:21 | **Wang, Peidong 2024-03-01** | 00:00:12 | **Wang_v5_DOCS.2** |
| | 8:16   Q.   Is it correct that you started with Vizgen | | |
| | 8:17      in 2019? | | |
| | 8:18   A.   That's correct. | | |
| | 8:19   Q.   And you were hired as the president and | | |
| | 8:20      chief executive officer; is that right? | | |
| | 8:21   A.   That's correct. | | |
| 10:07 - 10:08 | **Wang, Peidong 2024-03-01** | 00:00:06 | **Wang_v5_DOCS.3** |
| | 10:07   Q.   When you started at Vizgen in 2019, how many | | |
| | 10:08      employees were there? | | |
| 10:11 - 10:11 | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.4** |
| | 10:11   A.   Zero. I'm the first employee. | | |
| 11:13 - 11:14 | **Wang, Peidong 2024-03-01** | 00:00:04 | **Wang_v5_DOCS.5** |
| | 11:13   Q.   What about patent prosecution. Did you have | | |
| | 11:14      responsibilities for patent prosecution? | | |
| 11:16 - 11:21 | **Wang, Peidong 2024-03-01** | 00:00:28 | **Wang_v5_DOCS.6** |
| | 11:16   A.   No. No. In -- um, maybe later on in the | | |
| | 11:17      second half of my first year but not initially that | | |
| | 11:18      is not my responsibility at all. | | |
| | 11:19   Q.   At what point in time, to the best of your | | |
| | 11:20      recollection, did you have responsibilities over | | |
| | 11:21      patent prosecution? | | |
| 11:23 - 12:01 | **Wang, Peidong 2024-03-01** | 00:00:11 | **Wang_v5_DOCS.7** |
| | 11:23   A.   So I wouldn't say the responsibility. I | | |
| | 11:24      think we start -- Vizgen started being involved | | |
| | 12:01      somewhere in the June, July timeframe of 2020. | | |
| 12:02 - 12:04 | **Wang, Peidong 2024-03-01** | 00:00:08 | **Wang_v5_DOCS.7 0** |
| | 12:02   Q.   So you had no responsibilities for patent | | |
| | 12:03      prosecution prior to June of 2020? Is that fair? | | |
| | 12:04   A.   Yes, sir. | | |
| 12:06 - 12:07 | **Wang, Peidong 2024-03-01** | 00:00:09 | **Wang_v5_DOCS.8** |
| | 12:06   Q.   Were you also responsible for competitive | | |
| | 12:07      analysis in 2019? | | |
| 12:09 - 12:09 | **Wang, Peidong 2024-03-01** | 00:00:01 | **Wang_v5_DOCS.9** |

**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 12:09    A.  No.  I -- no. | | **Wang_v5_DOCS.9** |
| 12:10 - 12:12 | **Wang, Peidong 2024-03-01** | 00:00:08 | **Wang_v5_DOCS.10** |
| | 12:10    Q.  Did you ever become responsible for | | |
| | 12:11         competitive analysis while you were president and | | |
| | 12:12         CEO of Vizgen? | | |
| 12:14 - 12:14 | **Wang, Peidong 2024-03-01** | 00:00:02 | **Wang_v5_DOCS.11** |
| | 12:14    A.  No. | | |
| 12:21 - 12:23 | **Wang, Peidong 2024-03-01** | 00:00:09 | **Wang_v5_DOCS.12** |
| | 12:21    Q.  Were you responsible when you started at | | |
| | 12:22         Vizgen in 2019 for conducting any or overseeing any | | |
| | 12:23         FTO analysis? | | |
| 13:01 - 13:04 | **Wang, Peidong 2024-03-01** | 00:00:10 | **Wang_v5_DOCS.13** |
| | 13:01    A.  What is FTO? | | |
| | 13:02    Q.  Okay.  Do you have -- do you know what a | | |
| | 13:03         "freedom-to-operate analysis" is? | | |
| | 13:04    A.  No, I do not do that -- no. | | |
| 13:16 - 13:19 | **Wang, Peidong 2024-03-01** | 00:00:08 | **Wang_v5_DOCS.14** |
| | 13:16    Q.  Okay.  Do you recall any involvement in any | | |
| | 13:17         freedom-to-operate analysis while you were the | | |
| | 13:18         president and CEO of Vizgen? | | |
| | 13:19    A.  No. | | |
| 14:11 - 14:12 | **Wang, Peidong 2024-03-01** | 00:00:01 | **Wang_v5_DOCS.15** |
| | 14:11         (Exhibit 1 marked | | |
| | 14:12         for identification.) | | |
| 15:16 - 15:19 | **Wang, Peidong 2024-03-01** | 00:00:05 | **Wang_v5_DOCS.16** |
| 🔗 J19.37.2 | 15:16    Q.  And is that your signature on -- | | |
| | 15:17    A.  Yep, that is -- that is my signature. | | |
| | 15:18    Q.  -- the license agreement? | | |
| | 15:19    A.  Yes. | | |
| 16:05 - 16:07 | **Wang, Peidong 2024-03-01** | 00:00:08 | **Wang_v5_DOCS.17** |
| | 16:05    Q.  What involvement, if any, did you have in | | |
| | 16:06         negotiating the terms of the license agreement? | | |
| | 16:07    A.  I do not have any involvement. | | |
| 16:15 - 16:17 | **Wang, Peidong 2024-03-01** | 00:00:10 | **Wang_v5_DOCS.18** |
| | 16:15    Q.  So Sean Kendall was the person primarily | | |
| | 16:16         responsible for the negotiations between Vizgen and | | |
| | 16:17         Harvard on the Vizgen side; is that right? | | |

Wang_v5_DOCS

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:19 - 16:23 | **Wang, Peidong 2024-03-01** | 00:00:17 | **Wang_v5_DOCS.1 9** |
| | 16:19   A.  I actually do not know that.  Sean and I are | | |
| | 16:20       the communication -- I always communicate with Sean | | |
| | 16:21       in related to Vizgen licensing agreement.  Within | | |
| | 16:22       ARCH Venture or what I do not know who is -- who is | | |
| | 16:23       responsible for. | | |
| 21:13 - 21:15 | **Wang, Peidong 2024-03-01** | 00:00:11 | **Wang_v5_DOCS.2 0** |
| | 21:13   Q.  Did you have discussions with anyone other | | |
| | 21:14       than ARCH Ventures regarding any of the terms of the | | |
| | 21:15       2019 Harvard/Vizgen license agreement? | | |
| 21:18 - 21:19 | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.2 1** |
| | 21:18   Q.  Before you signed it. | | |
| | 21:19   A.  No. | | |
| 24:14 - 24:14 | **Wang, Peidong 2024-03-01** | 00:00:04 | **Wang_v5_DOCS.2 2** |
| 🔗 J19.13.1 | 24:14   Q.  2.7 is on page 13 of 45. | | |
| 24:14 - 25:08 | **Wang, Peidong 2024-03-01** | 00:00:52 | **Wang_v5_DOCS.2 3** |
| | 24:14   Q.  Paragraph 2.7 is | | |
| | 24:15       titled no other grants or rights. | | |
| | 24:16       Do you see that? | | |
| | 24:17   A.  (Nods head.) | | |
| | 24:18   Q.  And it says, "Except as expressly provided | | |
| | 24:19       herein, nothing in this agreement will be construed | | |
| | 24:20       to confer any ownership interest, license or other | | |
| | 24:21       rights upon licensee by implication, estoppel or | | |
| | 24:22       otherwise as to any technology, intellectual | | |
| | 24:23       property rights, products or biological materials of | | |
| | 24:24       Harvard or any other entity regardless of whether | | |
| | 25:01       such technology, intellectual property rights, | | |
| | 25:02       products or biological materials are dominant, | | |
| | 25:03       subordinate or otherwise related to any patent | | |
| | 25:04       rights or copyrights." | | |
| | 25:05       Do you see that? | | |
| | 25:06   A.  Yes. | | |
| | 25:07   Q.  Did you read that when you signed the | | |
| | 25:08       agreement? | | |
| 25:10 - 25:18 | **Wang, Peidong 2024-03-01** | 00:00:31 | **Wang_v5_DOCS.2 4** |
| | 25:10   A.  Again, I read this document but everything | | |
| | 25:11       rely on the negotiations between ARCH Ventures and | | |
| | 25:12       Harvard.  So I just read them through without any -- | | |

**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 25:13    I just read them through. | | |
| | 25:14  Q.  Did you have any discussions with anyone at | | |
| | 25:15    ARCH Ventures about that language? | | |
| | 25:16  A.  No, I do not.  Again, everything's rely on | | |
| | 25:17    their agreement between Harvard and, um -- Harvard | | |
| | 25:18    and ARCH Ventures. | | |
| 26:11 - 26:13 | **Wang, Peidong 2024-03-01** | 00:00:07 | **Wang_v5_DOCS.2** |
| 🔗 J19.26.4 | 26:11  Q.  Okay.  Did you have any conversations with | | **5** |
| | 26:12    anyone at ARCH Ventures about paragraph 8.3.1? | | |
| | 26:13  A.  I did not have any. | | |
| 26:18 - 26:21 | **Wang, Peidong 2024-03-01** | 00:00:14 | **Wang_v5_DOCS.2** |
| 🔗 J19.26.3 | 26:18  Q.  Same questions for Section 8.3.2. | | **6** |
| | 26:19    Did you have any conversations with | | |
| | 26:20    anyone at ARCH at the time you signed the license | | |
| | 26:21    agreement with regard to Section 8.3.2? | | |
| 26:22 - 26:22 | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.2** |
| | 26:22  A.  I do not have any. | | **7** |
| 27:03 - 27:04 | **Wang, Peidong 2024-03-01** | 00:00:14 | **Wang_v5_DOCS.2** |
| | 27:03  Q.  Did anyone at ARCH Ventures tell you that | | **8** |
| | 27:04    Harvard promised Vizgen freedom to operate? | | |
| 27:06 - 27:10 | **Wang, Peidong 2024-03-01** | 00:00:20 | **Wang_v5_DOCS.2** |
| | 27:06  A.  No, I do not have any conversation on that. | | **9** |
| | 27:07  Q.  At any time? | | |
| | 27:08  A.  Any time. | | |
| | 27:09  Q.  Did anyone at Vizgen ever tell you that | | |
| | 27:10    Harvard promised Vizgen freedom to operate? | | |
| 27:12 - 27:22 | **Wang, Peidong 2024-03-01** | 00:00:28 | **Wang_v5_DOCS.3** |
| | 27:12  A.  No, not specifically.  No discussion at all. | | **0** |
| | 27:13  Q.  Were there general discussions? | | |
| | 27:14    A.  (Shakes head.) | | |
| | 27:15  Q.  When you say "not specifically," what do you | | |
| | 27:16    mean? | | |
| | 27:17  A.  As I said before, we don't have any | | |
| | 27:18    conversations with Harvard directly on that front. | | |
| | 27:19    Once the company started, we don't have any | | |
| | 27:20    discussions with ARCH Ventures either. | | |
| | 27:21    My job is very clear.  The company is | | |
| | 27:22    very clear for the first year mission we accomplish. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 28:01 - 28:03 | **Wang, Peidong 2024-03-01** | 00:00:10 | **Wang_v5_DOCS.3** |
| | 28:01 Q. As president and CEO from 2019 to 2020, no | | **1** |
| | 28:02 one told you that Harvard had promised Vizgen | | |
| | 28:03 freedom to operate, correct? | | |
| 28:05 - 28:07 | **Wang, Peidong 2024-03-01** | 00:00:02 | **Wang_v5_DOCS.3** |
| | 28:05 A. Correct. | | **2** |
| | 28:06 Q. Correct? | | |
| ⌧ Clear | 28:07 A. Correct. | | |
| 33:07 - 33:09 | **Wang, Peidong 2024-03-01** | 00:00:07 | **Wang_v5_DOCS.3** |
| | 33:07 Q. Did you provide any of the technical details | | **3** |
| | 33:08 relating to the chemistry that you were developing | | |
| | 33:09 to Harvard? | | |
| 33:11 - 33:14 | **Wang, Peidong 2024-03-01** | 00:00:18 | **Wang_v5_DOCS.3** |
| | 33:11 A. No. | | **4** |
| | 33:12 Q. Did you provide any of the technical details | | |
| | 33:13 of the decoding processes that you were going to use | | |
| | 33:14 in the commercial product to Harvard? | | |
| 33:16 - 33:19 | **Wang, Peidong 2024-03-01** | 00:00:11 | **Wang_v5_DOCS.3** |
| | 33:16 A. No. | | **5** |
| | 33:17 Q. Did you provide any of the technical details | | |
| | 33:18 relating to the instrument that you were developing | | |
| | 33:19 to Harvard? | | |
| 33:21 - 33:21 | **Wang, Peidong 2024-03-01** | 00:00:02 | **Wang_v5_DOCS.3** |
| | 33:21 A. No. | | **6** |
| 33:22 - 34:09 | **Wang, Peidong 2024-03-01** | 00:00:47 | **Wang_v5_DOCS.3** |
| | 33:22 Q. On the first page of Exhibit 2 it talks | | **7** |
| | 33:23 about placement of two alpha units. Do you see | | |
| | 33:24 that? | | |
| | 34:01 A. Correct. Yep. | | |
| | 34:02 Q. And is it correct that in the 2019, 2020 | | |
| | 34:03 timeframe Vizgen placed an alpha unit with the Broad | | |
| | 34:04 Institute and with Rockefeller? | | |
| | 34:05 A. Correct. | | |
| | 34:06 Q. Were there any other alpha units placed? | | |
| | 34:07 A. I do not recall. | | |
| | 34:08 Q. When you started at Vizgen in 2019, were the | | |
| | 34:09 alpha units already functional? | | |
| 34:11 - 34:11 | **Wang, Peidong 2024-03-01** | 00:00:01 | **Wang_v5_DOCS.3** |

**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 34:11   A.   Yes. | | **8** |
| 34:17 - 34:21 | **Wang, Peidong 2024-03-01** | 00:00:23 | **Wang_v5_DOCS.39** |
| | 34:17   Q.   Who built the alpha units? | | |
| | 34:18   A.   George Emanuel. | | |
| | 34:19   Q.   Do you recall how long it took him to build | | |
| | 34:20          those alpha units? | | |
| | 34:21   A.   A couple months. | | |
| 34:22 - 35:06 | **Wang, Peidong 2024-03-01** | 00:00:25 | **Wang_v5_DOCS.69** |
| | 34:22   Q.   And then you were tasked with finding | | |
| | 34:23          someone to build beta units, right? | | |
| | 34:24   A.   Correct. | | |
| | 35:01   Q.   You selected Generate to do that work? | | |
| | 35:02   A.   Correct. | | |
| | 35:03   Q.   Why did you select Generate? | | |
| | 35:04   A.   Because it fits the specification of the | | |
| | 35:05          unit -- of the alpha units that was developed in | | |
| | 35:06          Xiaowei's lab. | | |
| 54:01 - 54:04 | **Wang, Peidong 2024-03-01** | 00:00:26 | **Wang_v5_DOCS.40** |
| | 54:01   Q.   At this time, February of 2020, what did you | | |
| | 54:02          do, if anything, as president and CEO of Vizgen to | | |
| | 54:03          ensure that ReadCoor did not have any IP rights that | | |
| | 54:04          might impact the product that you were developing? | | |
| 54:06 - 54:07 | **Wang, Peidong 2024-03-01** | 00:00:08 | **Wang_v5_DOCS.41** |
| | 54:06   A.   We did not discuss those at all.  I did not | | |
| | 54:07          take any actions whatsoever. | | |
| 54:08 - 54:11 | **Wang, Peidong 2024-03-01** | 00:00:14 | **Wang_v5_DOCS.42** |
| | 54:08   Q.   At this point in February of 2020, did you | | |
| | 54:09          understand that ReadCoor had licensed patents from | | |
| | 54:10          Harvard? | | |
| | 54:11   A.   I don't think so at that time. | | |
| 54:16 - 54:17 | **Wang, Peidong 2024-03-01** | 00:00:01 | **Wang_v5_DOCS.43** |
| | 54:16          (Exhibit 6 marked | | |
| | 54:17          for identification.) | | |
| 54:23 - 55:13 | **Wang, Peidong 2024-03-01** | 00:00:53 | **Wang_v5_DOCS.44** |
| 🔗 P480.1 | 54:23   Q.   Who is Thien-An Nguyen? | | |
| 🔗 P480.1.1 | 54:24   A.   Thien-An is -- yes, sorry.  Thien-An is a | | |
| | 55:01          optical designer at Generate that help us to build | | |
| | 55:02          our instrument. | | |

**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 55:03  Q.  Okay.  So at this point you had retained | | |
| | 55:04       Generate to help build the beta instruments, right? | | |
| | 55:05  A.  Yes. | | |
| 🔗 P480.1.3 | 55:06  Q.  And the folks at Generate have created a | | |
| | 55:07       literature and patent folder? | | |
| 🔗 P480.1.4 | 55:08  A.  Yes. | | |
| | 55:09  Q.  And in that patent folder they've added | | |
| | 55:10       ReadCoor NanoString patents.  Do you see that? | | |
| | 55:11  A.  Yes. | | |
| | 55:12  Q.  So at least by this time you understood that | | |
| | 55:13       ReadCoor had patents in the space, right? | | |
| 55:15 - 55:15 | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.45** |
| | 55:15  A.  For this one, yes. | | |
| 56:08 - 56:10 | **Wang, Peidong 2024-03-01** | 00:00:08 | **Wang_v5_DOCS.46** |
| | 56:08       What did you do, if anything, to ensure | | |
| | 56:09       that Vizgen's development did not infringe on | | |
| | 56:10       ReadCoor's patents? | | |
| 56:12 - 57:01 | **Wang, Peidong 2024-03-01** | 00:00:33 | **Wang_v5_DOCS.47** |
| | 56:12  A.  My answer's that I don't even recall that I | | |
| | 56:13       read those patents.  And then there is folder | | |
| | 56:14       existing that I paid attention to it, I do not | | |
| | 56:15       recall at all. | | |
| | 56:16  Q.  Do you know if sitting here today whether | | |
| | 56:17       you've read any of the patents that were licensed | | |
| | 56:18       from Harvard to ReadCoor? | | |
| | 56:19  A.  No, I do not. | | |
| | 56:20  Q.  Do you understand that there are patents | | |
| | 56:21       being asserted by 10X Genomics against Vizgen in | | |
| | 56:22       this case? | | |
| | 56:23  A.  At this time, yes. | | |
| 🗙 Clear | 56:24  Q.  And have you read any of those patents? | | |
| | 57:01  A.  No. | | |
| 58:05 - 58:06 | **Wang, Peidong 2024-03-01** | 00:00:01 | **Wang_v5_DOCS.48** |
| | 58:05       (Exhibit 7 marked | | |
| | 58:06       for identification.) | | |
| 58:15 - 58:19 | **Wang, Peidong 2024-03-01** | 00:00:21 | **Wang_v5_DOCS.49** |
| 🔗 P481.1 | 58:15  Q.  This is -- the bottom e-mail is an e-mail | | |
| 🔗 P481.1.2 | | | |
| | 58:16       from Sean Kendall at ARCH Ventures to you and others | | |

**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 58:17 | at Vizgen providing a report from the AGBT meeting | | |
| | 58:18 | in 2020, right? | | |
| | 58:19 | A. Correct. | | |
| 58:22 - 58:24 | **Wang, Peidong 2024-03-01** | | 00:00:08 | **Wang_v5_DOCS.5** |
| | 58:22 | Q. And what was your understanding of the | | **0** |
| | 58:23 | purpose of Mr. Kendall's reporting on the AGBT | | |
| | 58:24 | meeting? | | |
| 59:02 - 59:06 | **Wang, Peidong 2024-03-01** | | 00:00:21 | **Wang_v5_DOCS.5** |
| | 59:02 | A. It's a report to the competitive landscape | | **1** |
| | 59:03 | there were at that time. | | |
| | 59:04 | Q. So at that time in 2020 the competitive | | |
| | 59:05 | landscape included ReadCoor, right? | | |
| Clear | 59:06 | A. Correct. | | |
| 66:13 - 66:20 | **Wang, Peidong 2024-03-01** | | 00:00:35 | **Wang_v5_DOCS.5** |
| P484 | 66:13 | Q. What is Exhibit 10, please? | | **2** |
| P484.1.1 | 66:14 | A. So this is related to the Acuity from | | |
| | 66:15 | broker. | | |
| | 66:16 | Q. And you were forwarding a product | | |
| P484.1.2 | 66:17 | announcement from Acuity -- I'm sorry -- Terry Lo is | | |
| | 66:18 | forwarding a product announcement from Acuity, | | |
| | 66:19 | right? | | |
| | 66:20 | A. Yes. | | |
| 67:01 - 67:10 | **Wang, Peidong 2024-03-01** | | 00:00:30 | **Wang_v5_DOCS.5** |
| P484.1.3 | 67:01 | Q. Okay. And your response is in April of 2021 | | **3** |
| | 67:02 | was "shouldn't ReadCoor (10X) own the foundational | | |
| | 67:03 | IP." | | |
| | 67:04 | Do you see that? | | |
| | 67:05 | A. Yes. | | |
| | 67:06 | Q. And why did you write that? | | |
| | 67:07 | A. I don't remember. | | |
| | 67:08 | Q. At this point did you have an understanding | | |
| | 67:09 | that 10X had foundational intellectual property in | | |
| | 67:10 | the spatial field? | | |
| 67:12 - 67:16 | **Wang, Peidong 2024-03-01** | | 00:00:20 | **Wang_v5_DOCS.5** |
| | 67:12 | A. I don't even know if I remember what | | **4** |
| | 67:13 | foundational IP for this context is. | | |
| | 67:14 | Q. Do you know whether prior to April of 2021 | | |
| | 67:15 | you've read any of the Readcoor/10X patents in the | | |
| | 67:16 | space? | | |

**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 67:18 - 67:24 | **Wang, Peidong 2024-03-01** | 00:00:24 | **Wang_v5_DOCS.55** |
| | 67:18  A.  No, I do not recall reading any of the | | |
| | 67:19      patents. | | |
| | 67:20  Q.  At this point in April of 2021, what did you | | |
| | 67:21      do, if anything, to ensure that the products that | | |
| | 67:22      Vizgen was developing didn't infringe the | | |
| | 67:23      Readcoor/10X foundational IP that's referenced in | | |
| | 67:24      Exhibit 10? | | |
| 68:02 - 68:02<br>🗙 Clear | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.56** |
| | 68:02  A.  That never come across my mind. | | |
| 84:11 - 84:14 | **Wang, Peidong 2024-03-01** | 00:00:06 | **Wang_v5_DOCS.57** |
| | 84:11  Q.  Okay.  But did anyone tell you that you had | | |
| | 84:12      all the patent rights you needed to commercialize | | |
| | 84:13      the system? | | |
| | 84:14  A.  That was not -- | | |
| 84:16 - 84:16 | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.58** |
| | 84:16  A.  Again, that was not my responsibility. | | |
| 84:17 - 84:20 | **Wang, Peidong 2024-03-01** | 00:00:12 | **Wang_v5_DOCS.59** |
| | 84:17  Q.  And I believe you testified earlier -- | | |
| | 84:18      correct me if I'm wrong -- that you didn't have any | | |
| | 84:19      discussions about the scope of patent rights at the | | |
| | 84:20      time you signed the license agreement, right? | | |
| 84:22 - 84:22 | **Wang, Peidong 2024-03-01** | 00:00:02 | **Wang_v5_DOCS.60** |
| | 84:22  A.  That's correct. | | |
| 93:13 - 93:14 | **Wang, Peidong 2024-03-01** | 00:00:01 | **Wang_v5_DOCS.61** |
| | 93:13      (Exhibit 14 marked | | |
| | 93:14      for identification.) | | |
| 94:16 - 94:20<br>🔗 P488.2.1<br>🔗 P488.2.2 | **Wang, Peidong 2024-03-01** | 00:00:10 | **Wang_v5_DOCS.62** |
| | 94:16  Q.  Okay.  The first -- your e-mail says, "We | | |
| | 94:17      are starting to look into other adjacent patents in | | |
| | 94:18      our freedom of operations." | | |
| | 94:19      Do you see that? | | |
| | 94:20  A.  Right. | | |
| 95:15 - 95:17 | **Wang, Peidong 2024-03-01** | 00:00:06 | **Wang_v5_DOCS.63** |
| | 95:15  Q.  Okay.  Did you want to hire Tani Chen to | | |
| | 95:16      look at patents and do a freedom-to-operate | | |
| | 95:17      analysis? | | |

**Wang_v5_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:19 - 95:19 | **Wang, Peidong 2024-03-01** | 00:00:02 | **Wang_v5_DOCS.64** |
|  | 95:19    A.   I have this intention. |  |  |
| 95:20 - 95:22 | **Wang, Peidong 2024-03-01** | 00:00:15 | **Wang_v5_DOCS.65** |
| 🔗 P488.1.1 | 95:20    Q.   And the top e-mail, Mr. Sollins writes back |  |  |
| 🔗 P488.1.2 | 95:21        to you suggesting that Vizgen might need to hire |  |  |
|  | 95:22        someone else, right? |  |  |
| 96:05 - 96:08 | **Wang, Peidong 2024-03-01** | 00:00:10 | **Wang_v5_DOCS.66** |
|  | 96:05    A.   Yes. |  |  |
|  | 96:06    Q.   Harvard is suggesting to you that there may |  |  |
|  | 96:07        be a conflict of interest, right? |  |  |
|  | 96:08    A.   Correct. |  |  |
| 96:10 - 96:11 | **Wang, Peidong 2024-03-01** | 00:00:04 | **Wang_v5_DOCS.67** |
|  | 96:10    Q.   And that Vizgen would need to hire someone |  |  |
|  | 96:11        else to do the analysis, right? |  |  |
| 96:13 - 96:13 | **Wang, Peidong 2024-03-01** | 00:00:03 | **Wang_v5_DOCS.68** |
| ✖ Clear | 96:13    A.   Correct. |  |  |

| | | |
|---|---|---|
| 10x Genomics Affirmatives | 00:11:05 | |
| Vizgen Counters | 00:03:28 | |
| **TOTAL RUN TIME** | **00:14:33** | |

📄 Documents linked to video:

J19

P480

P481

P484

P488