# Attachment B

# Emanuel_v6_DOCS

Designation List Report

**Emanuel, George**  2024-03-15

| | |
|---|---|
| 10x Genomics Affirmatives | 00:14:03 |
| Vizgen Counters | 00:02:10 |
| **TOTAL RUN TIME** | **00:16:13** |

Documents linked to video:
P308
P310
P321
P488



ID: Emanuel_v6_DOCS

Emanuel_v6_DOCS

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:12 - 7:13 | **Emanuel, George 2024-03-15** | 00:00:03 | **Emanuel_v6_DOCS.1** |
| | 7:12   Q.  Good morning, Dr. Emanuel. | | |
| | 7:13   A.  Good morning. | | |
| 13:23 - 13:24 | **Emanuel, George 2024-03-15** | 00:00:07 | **Emanuel_v6_DOCS.2** |
| | 13:23  Q.  What was your start date at Vizgen? | | |
| | 13:24  A.  End of 2019. | | |
| 14:04 - 14:10 | **Emanuel, George 2024-03-15** | 00:00:21 | **Emanuel_v6_DOCS.3** |
| | 14:04  Q.  What was your title when you started at | | |
| | 14:05       Vizgen? | | |
| | 14:06  A.  I believe it was founding scientist. | | |
| | 14:07  Q.  What were your responsibilities as founding | | |
| | 14:08       scientist to Vizgen in 2019? | | |
| | 14:09  A.  To help bring MERFISH technology to market | | |
| | 14:10       through the MERSCOPE platform. | | |
| 14:17 - 14:22 | **Emanuel, George 2024-03-15** | 00:00:16 | **Emanuel_v6_DOCS.4** |
| | 14:17  Q.  At that point there were three employees at | | |
| | 14:18       Vizgen? | | |
| | 14:19  A.  Three full-time employees, yes. | | |
| | 14:20  Q.  And those three full-time employees were | | |
| | 14:21       yourself, Dr. He and Peidong Wang? | | |
| | 14:22  A.  Yes. | | |
| 16:21 - 17:01 | **Emanuel, George 2024-03-15** | 00:00:17 | **Emanuel_v6_DOCS.5** |
| | 16:21  Q.  At what point in time did Vizgen become a | | |
| | 16:22       commercial company in your view? | | |
| | 16:23  A.  When we launched the MERSCOPE platform. | | |
| | 16:24  Q.  When was that? | | |
| | 17:01  A.  Soft launch I believe was summer of 2021. | | |
| 17:02 - 17:12 | **Emanuel, George 2024-03-15** | 00:00:40 | **Emanuel_v6_DOCS.6** |
| | 17:02  Q.  Was there any type of launch before summer | | |
| | 17:03       of 2021? | | |
| | 17:04  A.  We had external placements of what we call | | |
| | 17:05       alpha instruments. | | |
| | 17:06  Q.  When was the first placement of an alpha | | |
| | 17:07       instrument? | | |
| | 17:08  A.  I don't recall the exact date, but that was | | |
| | 17:09       around 2020. | | |
| | 17:10  Q.  Do you recall when in 2020? | | |
| | 17:11  A.  Around the summer, but that's a -- could be | | |
| | 17:12       plus or minus a few months. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 20:01 - 20:06 | **Emanuel, George 2024-03-15** | | 00:00:33 | Emanuel_v6_DOCS.7 |
| | 20:01 | Q. When did you begin work on a commercial | | |
| | 20:02 | implementation of MERFISH? | | |
| | 20:03 | A. The commercial implementation in terms of | | |
| | 20:04 | work focused on building a commercial product was | | |
| | 20:05 | started within Vizgen immediately after Vizgen was | | |
| | 20:06 | funded, and I started working there. | | |
| 23:17 - 24:08 | **Emanuel, George 2024-03-15** | | 00:00:58 | Emanuel_v6_DOCS.8 |
| | 23:17 | Q. What was your earliest awareness of the | | |
| | 23:18 | company Readcoor? | | |
| | 23:19 | A. I don't recall an exact date, but I think I | | |
| | 23:20 | was familiar with them when their launch was | | |
| | 23:21 | announced. | | |
| | 23:22 | Q. And when do you recall the launch was | | |
| | 23:23 | announced generally? | | |
| | 23:24 | A. Roughly possibly 2016 or so. | | |
| | 24:01 | Q. Were you aware at the time that Readcoor was | | |
| | 24:02 | affiliated with Dr. Church? | | |
| | 24:03 | A. Yes. | | |
| | 24:04 | Q. Have you met Dr. Church? | | |
| | 24:05 | A. Not extensively. | | |
| | 24:06 | Q. But you have met? | | |
| | 24:07 | A. He's a professor affiliated with my Ph.D. | | |
| | 24:08 | program. | | |
| 24:21 - 25:01 | **Emanuel, George 2024-03-15** | | 00:00:23 | Emanuel_v6_DOCS.9 |
| | 24:21 | Q. You were generally aware that Dr. Church has | | |
| | 24:22 | a large number of patents in his name, correct? | | |
| | 24:23 | A. Yes. | | |
| | 24:24 | Q. Were you generally aware that Readcoor had | | |
| | 25:01 | access to at least some patents from Dr. Church? | | |
| 25:02 - 25:06 | **Emanuel, George 2024-03-15** | | 00:00:19 | Emanuel_v6_DOCS.10 |
| | 25:02 | A. I wasn't aware of any -- any direct | | |
| | 25:03 | licensing of specific patents by Readcoor, but it | | |
| | 25:04 | would seem to make sense if they're spinning out of | | |
| | 25:05 | George Church's lab that they'd have access to the | | |
| | 25:06 | corresponding IP. | | |
| 25:07 - 25:11 | **Emanuel, George 2024-03-15** | | 00:00:29 | Emanuel_v6_DOCS.11 |
| | 25:07 | Q. Did you attempt to investigate before Vizgen | | |
| | 25:08 | was founded what patents Readcoor had access to from | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 25:09 | Harvard or Dr. Church? | | |
| | 25:10 | A. At the time I had no way of having a way to | | |
| | 25:11 | know which patents Readcoor might have access to. | | |
| 25:12 - 25:19 | **Emanuel, George 2024-03-15** | | 00:00:44 | Emanuel_v6_DOCS.12 |
| | 25:12 | Q. Did you attempt at the time to investigate | | |
| | 25:13 | whether Dr. Church had patents that might be germane | | |
| | 25:14 | to what Readcoor was doing? | | |
| | 25:15 | A. At the time I was curious about patents. | | |
| | 25:16 | Q. And what did your curiosity lead you to do? | | |
| | 25:17 | A. I believe at the time I looked up patents | | |
| | 25:18 | coming from certain adjacent groups to -- in terms | | |
| | 25:19 | of | | |
| 25:19 - 25:20 | **Emanuel, George 2024-03-15** | | 00:00:07 | Emanuel_v6_DOCS.13 |
| | 25:19 | in terms of understanding what George Church's | | |
| | 25:20 | lab did. | | |
| 26:04 - 26:06 | **Emanuel, George 2024-03-15** | | 00:00:10 | Emanuel_v6_DOCS.14 |
| | 26:04 | Q. You did searches more generally for patents | | |
| | 26:05 | from George Church's lab that might be relevant to | | |
| | 26:06 | the space that you all were working in? | | |
| 26:08 - 26:09 | **Emanuel, George 2024-03-15** | | 00:00:08 | Emanuel_v6_DOCS.15 |
| | 26:08 | A. From what I recall, he has everything listed | | |
| | 26:09 | on his website in terms of patents and publications. | | |
| 27:10 - 27:21 | **Emanuel, George 2024-03-15** | | 00:00:48 | Emanuel_v6_DOCS.16 |
| | 27:10 | Q. When you founded Vizgen, did you discuss | | |
| | 27:11 | whether the company should have a policy about | | |
| | 27:12 | determining whether something Vizgen was doing | | |
| | 27:13 | infringed the patent rights of others? | | |
| | 27:14 | A. I don't recall discussing a policy. | | |
| | 27:15 | Q. Was there any kind of policy in 2019 about | | |
| | 27:16 | how Vizgen would handle knowledge of the | | |
| | 27:17 | intellectual property of others? | | |
| | 27:18 | A. Not that I recall. | | |
| | 27:19 | Q. Vizgen did not have an in-house legal | | |
| | 27:20 | function when the company was founded, correct? | | |
| | 27:21 | A. That's correct. | | |
| 29:08 - 29:16 | **Emanuel, George 2024-03-15** | | 00:00:21 | Emanuel_v6_DOCS.17 |
| 🔗 P308.1 | 29:08 | Q. Do you see Emanuel Exhibit 1? | | |
| | 29:09 | A. Yes. | | |
| 🔗 P308.1.1 | 29:10 | Q. And this is an e-mail that you drafted to | | |

|  |  |  |  |
| --- | --- | --- | --- |
|  | 29:11    yourself May 18, 2020. |  |  |
|  | 29:12    Do you see that? |  |  |
|  | 29:13    A.  Yes. |  |  |
|  | 29:14    Q.  And this is sent from your Gmail account to |  |  |
|  | 29:15    your Vizgen e-mail account, correct? |  |  |
|  | 29:16    A.  Yes. |  |  |
| 31:03 - 31:04 | **Emanuel, George 2024-03-15** | 00:00:09 | **Emanuel_v6_DOCS.18** |
|  | 31:03    Q.  Why were you maintaining a list of patents |  |  |
|  | 31:04    that you associated as from Church/Readcoor? |  |  |
| 31:06 - 31:16 | **Emanuel, George 2024-03-15** | 00:00:34 | **Emanuel_v6_DOCS.19** |
|  | 31:06    A.  Mainly out of curiosity. |  |  |
| 🔗 P308.1.2 | 31:07    Q.  The third patent in your list under |  |  |
|  | 31:08    Church/Readcoor is a patent application with the |  |  |
|  | 31:09    number U.S. 2016 0024555, method for generating a |  |  |
|  | 31:10    three-dimensional nucleic acid-containing matrix. |  |  |
|  | 31:11    Do you see that? |  |  |
|  | 31:12    A.  Yes. |  |  |
|  | 31:13    Q.  And you have added a bullet that said this |  |  |
|  | 31:14    patent could cause problems. |  |  |
|  | 31:15    Do you see that? |  |  |
|  | 31:16    A.  Yes. |  |  |
| 31:17 - 31:21 | **Emanuel, George 2024-03-15** | 00:00:15 | **Emanuel_v6_DOCS.20** |
|  | 31:17    Q.  Why did you single out this patent |  |  |
|  | 31:18    application as one that could cause problems? |  |  |
|  | 31:19    A.  I don't recall exactly. |  |  |
|  | 31:20    Q.  Why were you looking for patents that might |  |  |
|  | 31:21    cause problems? |  |  |
| 31:23 - 32:02 | **Emanuel, George 2024-03-15** | 00:00:11 | **Emanuel_v6_DOCS.21** |
|  | 31:23    A.  I'm not sure I was looking for patents that |  |  |
|  | 31:24    might cause problems. |  |  |
|  | 32:01    Q.  You just happened to find one that might |  |  |
|  | 32:02    cause problems for Vizgen? |  |  |
| 32:01 - 32:02 | **Emanuel, George 2024-03-15** | 00:00:06 | **Emanuel_v6_DOCS.22** |
|  | 32:01    Q.  You just happened to find one that might |  |  |
|  | 32:02    cause problems for Vizgen? |  |  |
| 32:04 - 32:04 | **Emanuel, George 2024-03-15** | 00:00:02 | **Emanuel_v6_DOCS.23** |
|  | 32:04    Q.  Is that correct? |  |  |
| 32:06 - 32:14 | **Emanuel, George 2024-03-15** | 00:00:32 | **Emanuel_v6_DOC** |

Emanuel_v6_DOCS

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:06   A.   I'm not sure the intent of the bullet that | | S.24 |
| | 32:07         you pointed to is that it would cause problems for | | |
| | 32:08         Vizgen. | | |
| | 32:09   Q.   Do you remember who you thought this might | | |
| | 32:10         cause problems for? | | |
| | 32:11   A.   No, I don't recall. | | |
| | 32:12   Q.   Do you remember thinking this could cause | | |
| | 32:13         problems for someone other than Vizgen? | | |
| | 32:14   A.   I don't recall. | | |
| 32:06 - 32:17 | **Emanuel, George 2024-03-15** | 00:00:44 | Emanuel_v6_DOCS.25 |
| | 32:06   A.   I'm not sure the intent of the bullet that | | |
| | 32:07         you pointed to is that it would cause problems for | | |
| | 32:08         Vizgen. | | |
| | 32:09   Q.   Do you remember who you thought this might | | |
| | 32:10         cause problems for? | | |
| | 32:11   A.   No, I don't recall. | | |
| | 32:12   Q.   Do you remember thinking this could cause | | |
| | 32:13         problems for someone other than Vizgen? | | |
| | 32:14   A.   I don't recall. | | |
| | 32:15   Q.   Did you share this find with others at | | |
| | 32:16         Vizgen? | | |
| | 32:17   A.   I still don't remember. | | |
| 32:18 - 32:23 | **Emanuel, George 2024-03-15** | 00:00:27 | Emanuel_v6_DOCS.26 |
| | 32:18   Q.   Were you aware when 10X acquired Readcoor? | | |
| | 32:19   A.   Yes. | | |
| | 32:20   Q.   Approximately when did you become aware that | | |
| | 32:21         10X had acquired Readcoor? | | |
| | 32:22   A.   When it was announced publicly.  I don't | | |
| ✗ Clear | 32:23         recall the date. | | |
| 36:21 - 36:22 | **Emanuel, George 2024-03-15** | 00:00:13 | Emanuel_v6_DOCS.29 |
| 🔗 P310.1 | 36:21   Q.   I'm marking another exhibit.  This is | | |
| | 36:22         Emanuel 3.  Production number begins VIZ 00073620. | | |
| 37:05 - 37:05 | **Emanuel, George 2024-03-15** | 00:00:04 | Emanuel_v6_DOCS.30 |
| | 37:05         Do you recognize this exhibit? | | |
| 37:07 - 37:10 | **Emanuel, George 2024-03-15** | 00:00:17 | Emanuel_v6_DOCS.31 |
| | 37:07   A.   Yes, I'm familiar with it. | | |
| 🔗 P310.1.1 | 37:08   Q.   Who is Gener8? | | |
| | 37:09   A.   Gener8's the contract engineering firm that | | |
| | 37:10         we worked with to develop the MERSCOPE instrument. | | |

## Emanuel_v6_DOCS

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:16 - 38:03 | **Emanuel, George 2024-03-15** | 00:00:51 | **Emanuel_v6_DOCS.32** |
| 🔗 P310.14 | 37:16  Q.  If you look at slide 14, the slide that | | |
| 🔗 P310.14.1 | 37:17       starts Readcoor R2 yes from their patent. | | |
| | 37:18       Do you see that slide? | | |
| | 37:19  A.  Yes. | | |
| | 37:20  Q.  Do you know why Gener8 was looking at | | |
| | 37:21       Readcoor patents during development of MERSCOPE? | | |
| | 37:22  A.  The topic of this slide deck seems to be | | |
| | 37:23       trying to evaluate options for how the imaging | | |
| | 37:24       system within MERSCOPE is designed. | | |
| | 38:01       So to help inform that, they wanted to | | |
| | 38:02       look at other imaging systems to understand the pros | | |
| | 38:03       and cons of different design choices. | | |
| 38:22 - 38:24 | **Emanuel, George 2024-03-15** | 00:00:10 | **Emanuel_v6_DOCS.33** |
| | 38:22  Q.  Did you do anything to ensure that Gener8 | | |
| | 38:23       wasn't copying another company's intellectual | | |
| | 38:24       property in designing MERSCOPE? | | |
| 39:01 - 39:01 | **Emanuel, George 2024-03-15** | 00:00:03 | **Emanuel_v6_DOCS.34** |
| | 39:01  A.  I don't recall. | | |
| 39:02 - 39:03 | **Emanuel, George 2024-03-15** | 00:00:08 | **Emanuel_v6_DOCS.35** |
| 🔗 P488.1 | 39:02  Q.  I've put another document on your screen. | | |
| | 39:03       This was marked in a prior deposition as Wang 14. | | |
| 39:09 - 39:18 | **Emanuel, George 2024-03-15** | 00:00:42 | **Emanuel_v6_DOCS.36** |
| | 39:09  Q.  You understand you've been designated on | | |
| | 39:10       behalf of Vizgen to testify on subjects related to | | |
| | 39:11       freedom of operation investigations, correct? | | |
| | 39:12  A.  Yes. | | |
| 🔗 P488.2.3 | 39:13  Q.  On the second page of this e-mail, the | | |
| | 39:14       e-mail dated July 6th from Peidong Wang, the author | | |
| | 39:15       states that "we are starting to look into other | | |
| | 39:16       adjacent patents and our freedom of operations." | | |
| | 39:17       Do you see that? | | |
| | 39:18  A.  Yes. | | |
| 40:15 - 40:16 | **Emanuel, George 2024-03-15** | 00:00:05 | **Emanuel_v6_DOCS.37** |
| | 40:15  Q.  Did ARCH ever share something with Vizgen on | | |
| | 40:16       FTO analysis? | | |
| 40:19 - 40:19 | **Emanuel, George 2024-03-15** | 00:00:02 | **Emanuel_v6_DOCS.38** |
| | 40:19  A.  Not that I've seen. | | |

**Emanuel_v6_DOCS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 41:04 - 41:07 | **Emanuel, George 2024-03-15** | 00:00:18 | **Emanuel_v6_DOCS.39** |
| | 41:04  Q.  So is it correct that at this time in July | | |
| | 41:05      2020 is the first time that Vizgen was starting to | | |
| | 41:06      look into whether it had freedom to operate around | | |
| | 41:07      patents that it hadn't licensed from Harvard? | | |
| 41:09 - 41:11 | **Emanuel, George 2024-03-15** | 00:00:13 | **Emanuel_v6_DOCS.40** |
| | 41:09  A.  With that there are individual | | |
| | 41:10      conversations, but even this I wouldn't call a large | | |
| ✗ Clear | 41:11      FTO effort at this date. | | |
| 48:12 - 48:13 | **Emanuel, George 2024-03-15** | 00:00:09 | **Emanuel_v6_DOCS.48** |
| | 48:12  Q.  Did Vizgen have anyone advising it at this | | |
| | 48:13      point on whether it should do FTO analysis? | | |
| 48:14 - 48:14 | **Emanuel, George 2024-03-15** | 00:00:03 | **Emanuel_v6_DOCS.49** |
| ✗ Clear | 48:14  A.  Not to my knowledge. | | |
| 104:12 - 104:16 | **Emanuel, George 2024-03-15** | 00:00:22 | **Emanuel_v6_DOCS.50** |
| | 104:12  Q.  You understand that Vizgen has asserted in | | |
| | 104:13       this litigation a number of prior art references and | | |
| | 104:14       prior art grounds against the Church patents, | | |
| | 104:15       correct? | | |
| | 104:16  A.  Yes, as described in our contention. | | |
| 105:19 - 105:21 | **Emanuel, George 2024-03-15** | 00:00:03 | **Emanuel_v6_DOCS.51** |
| 🔗 P321.1 | 105:19       Here is Exhibit 14. | | |
| | 105:20       (Exhibit 14 marked | | |
| | 105:21       for identification.) | | |
| 105:23 - 106:05 | **Emanuel, George 2024-03-15** | 00:00:36 | **Emanuel_v6_DOCS.52** |
| 🔗 P321.1.1 | 105:23  Q.  This is an article by Goransson.  Production | | |
| | 105:24       number is VIZ0004934. | | |
| | 106:01       Are you familiar with this article? | | |
| | 106:02  A.  As an individual or from Vizgen as a | | |
| | 106:03       company? | | |
| | 106:04  Q.  As an individual. | | |
| | 106:05  A.  Yes, I've seen it before. | | |
| 107:08 - 107:08 | **Emanuel, George 2024-03-15** | 00:00:03 | **Emanuel_v6_DOCS.53** |
| | 107:08  Q.  Let's talk about the readout component. | | |
| 107:09 - 107:13 | **Emanuel, George 2024-03-15** | 00:00:25 | **Emanuel_v6_DOCS.54** |
| | 107:09       You were familiar before you joined | | |
| | 107:10       Vizgen about people like Mats Nilsson's group doing | | |
| | 107:11       combinatory barcode readouts in certain assays, | | |

Emanuel_v6_DOCS

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 107:12 | | correct? | | |
| | 107:13 | A. | Yes, that's correct. | | |
| 113:05 - 114:05 | **Emanuel, George 2024-03-15** | | | 00:01:44 | Emanuel_v6_DOCS.55 |
| | 113:05 | Q. | One of the technologies that existed before | | |
| | 113:06 | | MERFISH was single-molecule FISH, correct? | | |
| | 113:07 | A. | By single-molecule FISH, are you referring | | |
| | 113:08 | | to tiling fluorescent probes along the length of the | | |
| | 113:09 | | transcript?  Yes, that was demonstrated prior to | | |
| | 113:10 | | MERFISH. | | |
| | 113:11 | Q. | Another technology that existed before | | |
| | 113:12 | | MERFISH was rolling circle amplification probes done | | |
| | 113:13 | | in situ, correct? | | |
| | 113:14 | A. | Yes. | | |
| | 113:15 | Q. | Another technology that existed before | | |
| | 113:16 | | MERFISH was the Nilsson/Goransson combinatorial | | |
| | 113:17 | | barcoding scheme that we looked at, correct? | | |
| | 113:18 | A. | Based on the date for that, I think 2009 | | |
| | 113:19 | | versus when MERFISH was published, I agree 2009 is | | |
| | 113:20 | | less than two thousand, I believe, fourteen. | | |
| | 113:21 | Q. | So is it correct that as of the time MERFISH | | |
| | 113:22 | | was first demonstrated, your testimony is that it | | |
| | 113:23 | | would not have been obvious for someone to combine | | |
| | 113:24 | | the Goransson combinatorial barcoding technique with | | |
| | 114:01 | | preexisting in situ techniques like single-molecule | | |
| | 114:02 | | FISH or rolling circle amplification with an | | |
| | 114:03 | | expectation of success? | | |
| | 114:04 | A. | I would say that's what Long Cai tried, and | | |
| | 114:05 | | he failed. | | |

| | | |
|---|---|---|
| 10x Genomics Affirmatives | | 00:14:03 |
| Vizgen Counters | | 00:02:10 |
| **TOTAL RUN TIME** | | **00:16:13** |

Documents linked to video:

P308

P310

P321

Emanuel_v6_DOCS

📄 P488