# Attachment C

# He_v4_DOCS

Designation List Report

**He, Jiang**  2024-03-14

| | |
|---|---|
| 10x Genomics Affirmatives | 00:10:43 |
| Vizgen Counters | 00:01:43 |
| **TOTAL RUN TIME** | **00:12:26** |

Documents linked to video:
P325
P326
P327



ID: He_v4_DOCS

He_v4_DOCS

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:15 - 6:17 | **He, Jiang 2024-03-14** | 00:00:04 | **He_v4_DOCS.1** |
| | 6:15 Q. Could you please give your full name for the<br>6:16 record?<br>6:17 A. Jiang He. | | |
| 9:04 - 9:05 | **He, Jiang 2024-03-14** | 00:00:05 | **He_v4_DOCS.2** |
| | 9:04 Q. What is your current title at Vizgen?<br>9:05 A. Senior director of scientific affairs. | | |
| 9:13 - 9:19 | **He, Jiang 2024-03-14** | 00:00:20 | **He_v4_DOCS.3** |
| | 9:13 Could you briefly describe your duties<br>9:14 and obligations in your current role at Vizgen?<br>9:15 A. Sure, yeah.<br>9:16 I oversee our reagent and as the<br>9:17 development in R&D, so for reagent and consumables.<br>9:18 At the same time I also oversee our lab service<br>9:19 program. | | |
| 10:15 - 10:21 | **He, Jiang 2024-03-14** | 00:00:17 | **He_v4_DOCS.4** |
| | 10:15 Q. How small was the team when you started at<br>10:16 Vizgen in 2019?<br>10:17 A. Three.<br>10:18 Q. Three employees?<br>10:19 A. Yes.<br>10:20 Q. And the three employees included you and?<br>10:21 A. George Emanuel and Peidong Wang. | | |
| 36:15 - 36:21 | **He, Jiang 2024-03-14** | 00:00:10 | **He_v4_DOCS.5** |
| | 36:15 Q. Well, when you started at Vizgen, there were<br>36:16 only three employees, correct?<br>36:17 A. Yes.<br>36:18 Q. At that point did you have a process in<br>36:19 place for reviewing third-party intellectual<br>36:20 property?<br>36:21 A. No. | | |
| 51:03 - 51:04 | **He, Jiang 2024-03-14** | 00:00:01 | **He_v4_DOCS.6** |
| | 51:03 (Exhibit 4 marked<br>51:04 for identification.) | | |
| 51:12 - 51:13<br>🔗 P325.1 | **He, Jiang 2024-03-14** | 00:00:04 | **He_v4_DOCS.7** |
| | 51:12 Q. You recognize this user guide, correct?<br>51:13 A. Yes. | | |
| 52:20 - 53:05 | **He, Jiang 2024-03-14** | 00:00:25 | **He_v4_DOCS.8** |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 P325.26.1 | 52:20 | Q. | So still on page 26.  This protocol refers | | He_v4_DOCS.8 |
| 🔗 P325.26.2 | 52:21 | | to a clearing premix and the proteinase K. | | |
| | 52:22 | | Do you see that? | | |
| | 52:23 | A. | Yes. | | |
| | 52:24 | Q. | Is the clearing premix for clearing lipids | | |
| | 53:01 | | from the tissue? | | |
| | 53:02 | A. | Yes. | | |
| | 53:03 | Q. | And the proteinase K is for clearing | | |
| | 53:04 | | proteins specifically? | | |
| | 53:05 | A. | Yes. | | |
| 53:14 - 53:21 | **He, Jiang 2024-03-14** | | | 00:00:28 | **He_v4_DOCS.9** |
| 🔗 P325.26.3 | 53:14 | Q. | What does it mean for the tissue section to | | |
| | 53:15 | | become transparent? | | |
| | 53:16 | A. | So visibly by eye in the petri dish there's | | |
| | 53:17 | | -- nothing can be seen in the gel. | | |
| | 53:18 | Q. | When nothing can be seen, that's when the | | |
| | 53:19 | | tissue is transparent, because the proteins and | | |
| | 53:20 | | lipids have been cleared? | | |
| | 53:21 | A. | Yes. | | |
| 55:06 - 55:20 | **He, Jiang 2024-03-14** | | | 00:00:46 | **He_v4_DOCS.10** |
| | 55:06 | Q. | This is after a gel imbedding technique has | | |
| | 55:07 | | already occurred, right? | | |
| | 55:08 | A. | Yes. | | |
| | 55:09 | Q. | So after gel imbedding it's correct that | | |
| | 55:10 | | Vizgen refers to this as tissue, correct? | | |
| | 55:11 | A. | After gel imbedding, yes. | | |
| | 55:12 | Q. | And after gel imbedding and application of | | |
| | 55:13 | | the clearing premix and the proteinase K reagents, | | |
| | 55:14 | | at that point Vizgen refers to it as a tissue | | |
| | 55:15 | | section that has become transparent, correct? | | |
| | 55:16 | A. | This is what's been written in the user | | |
| | 55:17 | | guide the tissue section becomes transparent, yes. | | |
| | 55:18 | Q. | And you personally reviewed that language | | |
| | 55:19 | | for scientific accuracy, correct? | | |
| ❌ Clear | 55:20 | A. | Yes. | | |
| 57:22 - 57:23 | **He, Jiang 2024-03-14** | | | 00:00:01 | **He_v4_DOCS.11** |
| | 57:22 | | (Exhibit 5 marked | | |
| | 57:23 | | for identification.) | | |
| 58:05 - 58:09 | **He, Jiang 2024-03-14** | | | 00:00:21 | **He_v4_DOCS.12** |
| DESIGNATION | SOURCE | | | DURATION | ID |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 P326.1<br>🔗 P326.1.1 | 58:05 | Q. | This is an e-mail thread between you and | | He_v4_DOCS.12 |
| | 58:06 | | Xinmin Li at UCLA in 2022. Do you see that? | | |
| | 58:07 | A. | Yes. | | |
| | 58:08 | Q. | Who is Dr. Li at UCLA? | | |
| | 58:09 | A. | He's a professor in UCLA. | | |
| 59:14 - 60:02 | **He, Jiang 2024-03-14** | | | 00:00:53 | **He_v4_DOCS.13** |
| 🔗 P326.1.2 | 59:14 | Q. | So what is an oligo pool in your description | | |
| | 59:15 | | to Dr. Li? | | |
| | 59:16 | A. | Oligo pool is a set of oligos that contains | | |
| | 59:17 | | sort of different probes for targeting the same | | |
| | 59:18 | | genes of interest. | | |
| | 59:19 | | Then depending on the number of genes of | | |
| | 59:20 | | interest to be imaged, then it's a combination of | | |
| | 59:21 | | all oligos. | | |
| | 59:22 | Q. | So when you have a particular target RNA, | | |
| | 59:23 | | the reagents that includes what you call an oligo | | |
| | 59:24 | | pool which is the tile of probes that have sequences | | |
| | 60:01 | | targeting that specific transcript, correct? | | |
| | 60:02 | A. | Yes. | | |
| 60:09 - 60:11 | **He, Jiang 2024-03-14** | | | 00:00:08 | **He_v4_DOCS.14** |
| | 60:09 | Q. | So you've referred to say all of the | | |
| | 60:10 | | detection reagents put together -- all of the probes | | |
| | 60:11 | | as one big oligo pool? | | |
| 60:13 - 60:22 | **He, Jiang 2024-03-14** | | | 00:00:33 | **He_v4_DOCS.15** |
| | 60:13 | A. | So in this specific setting, yes, it's oligo | | |
| | 60:14 | | pool for all the target genes considering all probes | | |
| | 60:15 | | for that gene panel. | | |
| | 60:16 | Q. | And it would also be accurate to call just | | |
| | 60:17 | | the subset of probes targeting one RNA as an oligo | | |
| | 60:18 | | pool, correct? | | |
| | 60:19 | A. | That's correct. | | |
| | 60:20 | Q. | Would it also be accurate to call the set of | | |
| | 60:21 | | those detection probes for one RNA as a, quote, | | |
| | 60:22 | | probeset? | | |
| 60:24 - 60:24 | **He, Jiang 2024-03-14** | | | 00:00:03 | **He_v4_DOCS.16** |
| | 60:24 | A. | So I think yes. | | |
| 61:06 - 61:17 | **He, Jiang 2024-03-14** | | | 00:00:38 | **He_v4_DOCS.17** |
| | 61:06 | Q. | Let's back up. So in MERSCOPE for a given | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 61:07 | | RNA target you have a set of these encoding | | |
| | 61:08 | | probes -- | | |
| | 61:09 | A. | Yes. | | |
| | 61:10 | Q. | -- that would form a tile -- | | |
| | 61:11 | A. | Yes. | | |
| | 61:12 | Q. | -- on the transcript of interest, correct? | | |
| | 61:13 | A. | Yes. | | |
| | 61:14 | Q. | And the whole set, the whole probeset is | | |
| 🔗 P326.1.3 | 61:15 | | assigned an error-robust barcode as you tell Dr. Li, | | |
| | 61:16 | | correct? | | |
| | 61:17 | A. | Yes. | | |
| 62:02 - 62:13 | **He, Jiang 2024-03-14** | | | 00:00:42 | **He_v4_DOCS.18** |
| | 62:02 | Q. | And that barcode is defined by four | | |
| | 62:03 | | subsequences, correct? | | |
| | 62:04 | A. | Yes. | | |
| | 62:05 | Q. | But those four subsequences are spread | | |
| | 62:06 | | across the tile of encoding probes in the oligo | | |
| | 62:07 | | pool, correct? | | |
| | 62:08 | A. | Yes. | | |
| | 62:09 | Q. | So within that oligo pool there are | | |
| | 62:10 | | different sets of reagents that are all targeting | | |
| | 62:11 | | the same RNA but have different combinations from | | |
| | 62:12 | | within the four sequences that are defining the | | |
| | 62:13 | | barcode? | | |
| 62:15 - 62:15 | **He, Jiang 2024-03-14** | | | 00:00:02 | **He_v4_DOCS.19** |
| | 62:15 | A. | Yes. | | |
| 63:07 - 63:10 | **He, Jiang 2024-03-14** | | | 00:00:16 | **He_v4_DOCS.20** |
| | 63:07 | Q. | There are these subsets of reagents that | | |
| | 63:08 | | have a portion of the barcode; they have some subset | | |
| | 63:09 | | of these predetermined sequences that correspond to | | |
| | 63:10 | | the barcode? | | |
| 63:12 - 63:17 | **He, Jiang 2024-03-14** | | | 00:00:18 | **He_v4_DOCS.21** |
| | 63:12 | A. | That is correct. | | |
| | 63:13 | Q. | So the oligo pool actually has several oligo | | |
| | 63:14 | | pools within it that have to work together to create | | |
| | 63:15 | | the full barcode when it's detected on the MERSCOPE | | |
| | 63:16 | | instrument? | | |
| ❎ Clear | 63:17 | A. | Yes. | | |
| 68:18 - 68:19 | **He, Jiang 2024-03-14** | | | 00:00:00 | **He_v4_DOCS.22** |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 68:18 | | (Exhibit 6 marked | | He_v4_DOCS.22 |
| | 68:19 | | for identification.) | | |
| 70:02 - 70:16 | **He, Jiang 2024-03-14** | | | 00:01:01 | **He_v4_DOCS.23** |
| 🔗 P327.1.1 | 70:02 | Q. | Your description to Dr. Li describes rounds | | |
| | 70:03 | | of hybridization and fluorescent detection, correct? | | |
| | 70:04 | A. | Correct. | | |
| | 70:05 | Q. | It says in any round of hybridization | | |
| | 70:06 | | detecting fluorescence will decode as one and no | | |
| | 70:07 | | fluorescence as zero, correct? | | |
| | 70:08 | A. | Correct. | | |
| | 70:09 | Q. | After imaging, the fluorescent signal is | | |
| | 70:10 | | stripped, and then new readout probes are introduced | | |
| | 70:11 | | to read out the remainder of the barcode, correct? | | |
| | 70:12 | A. | Correct. | | |
| | 70:13 | Q. | And ultimately you read out a barcode that | | |
| | 70:14 | | has four ones in some detected order across a number | | |
| | 70:15 | | of rounds, correct? | | |
| | 70:16 | A. | Yes. | | |
| 71:14 - 71:22 | **He, Jiang 2024-03-14** | | | 00:00:23 | **He_v4_DOCS.24** |
| | 71:14 | Q. | In any given round many of the RNA | | |
| | 71:15 | | transcripts will show no fluorescence, correct? | | |
| | 71:16 | | They'll be dark? | | |
| | 71:17 | A. | Yes. | | |
| | 71:18 | Q. | And it's your understanding that this | | |
| | 71:19 | | labeling strategy, as you say to Dr. Li, effectively | | |
| | 71:20 | | mitigates optical crowding. | | |
| | 71:21 | | Do you see that? | | |
| | 71:22 | A. | Yes. | | |
| 72:20 - 73:01 | **He, Jiang 2024-03-14** | | | 00:00:26 | **He_v4_DOCS.25** |
| | 72:20 | Q. | Based on your experience of fluorescent | | |
| | 72:21 | | imaging of tissue, you agree that it is important | | |
| | 72:22 | | that in MERSCOPE you have spaced out over time the | | |
| | 72:23 | | fluorescent detection such that you are not seeing | | |
| | 72:24 | | all of the transcripts in any one round as a way to | | |
| | 73:01 | | avoid optical crowding, correct? | | |
| 73:03 - 73:03 | **He, Jiang 2024-03-14** | | | 00:00:02 | **He_v4_DOCS.26** |
| ❌ Clear | 73:03 | A. | That is correct. | | |
| 103:13 - 103:20 | **He, Jiang 2024-03-14** | | | 00:00:29 | **He_v4_DOCS.27** |
| | 103:13 | Q. | Did Vizgen announce a changed or enhanced | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 103:14    chemistry this year at AGBT? | | |
| | 103:15 A. Yes. | | |
| | 103:16 Q. What is the new chemistry that was the basis | | |
| | 103:17    for Vizgen's announcement this year? | | |
| | 103:18 A. So the enhanced chemistry is a way for us to | | |
| | 103:19    detect more fragmented RNA in those poor quality | | |
| | 103:20    samples. | | |
| 107:02 - 107:11 | **He, Jiang 2024-03-14** | 00:00:38 | **He_v4_DOCS.28** |
| | 107:02 Q. So in the enhanced chemistry you have | | |
| | 107:03    adapter probes that are targeting the oligo pool for | | |
| | 107:04    an RNA that's already present on the sample, | | |
| | 107:05    correct? | | |
| | 107:06 A. Yes. | | |
| | 107:07 Q. And then the detection comes in when you | | |
| | 107:08    have readout probes that are targeting the | | |
| | 107:09    subsequences that correspond to the barcode for | | |
| | 107:10    those RNA-specific adapters? | | |
| | 107:11 A. Yes. | | |
| 110:01 - 110:03 | **He, Jiang 2024-03-14** | 00:00:11 | **He_v4_DOCS.29** |
| | 110:01 Q. Do you know whether the project on enhanced | | |
| | 110:02    chemistry was motivated in any part by the patent | | |
| | 110:03    litigation? | | |
| 110:08 - 110:08 | **He, Jiang 2024-03-14** | 00:00:02 | **He_v4_DOCS.30** |
| | 110:08 A. No. | | |
| 110:13 - 110:13 | **He, Jiang 2024-03-14** | 00:00:04 | **He_v4_DOCS.31** |
| | 110:13 Q. And why is that your personal belief? | | |
| 110:17 - 110:21 | **He, Jiang 2024-03-14** | 00:00:18 | **He_v4_DOCS.32** |
| | 110:17 A. Because the fundamental chemistry-wise, it's | | |
| | 110:18    still very familiar to our previous version of | | |
| | 110:19    MERFISH.  It's just the enhanced version of it. | | |
| | 110:20    We're not changing fundamentally | | |
| | 110:21    something in terms of how the chemistry's performed. | | |
| 122:21 - 122:23 | **He, Jiang 2024-03-14** | 00:00:13 | **He_v4_DOCS.33** |
| | 122:21 Q. And you were aware at that time, 2018, 2019, | | |
| | 122:22    that George Church had patents on the technology | | |
| | 122:23    that was being developed at Readcoor, correct? | | |
| 123:01 - 123:01 | **He, Jiang 2024-03-14** | 00:00:04 | **He_v4_DOCS.34** |
| | 123:01 A. I did not check the patent on that front. | | |

| DESIGNATION | SOURCE | DURATION | ID |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 123:02 - 123:11 | **He, Jiang 2024-03-14** | 00:00:41 | **He_v4_DOCS.35** |
| | 123:02  Q.  Why not? <br> 123:03  A.  I was not familiarized with the patent space <br> 123:04       at all as a scientist. <br> 123:05  Q.  When did you become familiar with patents? <br> 123:06  A.  It was more of when we were building the <br> 123:07       company.  Later.  So when I was working on it, it <br> 123:08       was -- the company hasn't been founded and all that. <br> 123:09       So early stage definitely not so <br> 123:10       familiar with all the patents and things associated <br> 123:11       with it. | | |
| 123:12 - 123:14 | **He, Jiang 2024-03-14** | 00:00:09 | **He_v4_DOCS.36** |
| | 123:12  Q.  Is it your testimony that you had no <br> 123:13       familiarity with who had patented what at the time <br> 123:14       you started Vizgen? | | |
| 123:16 - 123:18 | **He, Jiang 2024-03-14** | 00:00:09 | **He_v4_DOCS.37** |
| | 123:16  A.  Specifically to Church's patent because he <br> 123:17       patented a lot, I can testify that indeed I didn't <br> 123:18       know 'cause there was too many. | | |
| 125:01 - 125:04 | **He, Jiang 2024-03-14** | 00:00:12 | **He_v4_DOCS.38** |
| | 125:01  Q.  Why didn't you personally investigate <br> 125:02       whether Dr. Church's lab had patents or that <br> 125:03       Readcoor had access to patents that related to <br> 125:04       spatial transcriptomics? | | |
| 125:08 - 125:20 | **He, Jiang 2024-03-14** | 00:00:41 | **He_v4_DOCS.39** |
| | 125:08  A.  Basically it's more of a scientific <br> 125:09       evaluation here because, as far as I was aware of, <br> 125:10       FISSEQ simply didn't work. <br> 125:11       So scientists who used the technology <br> 125:12       said that FISSEQ can never give anything that is <br> 125:13       sensitive or specific enough for tissue imaging <br> 125:14       while MERFISH clearly worked. <br> 125:15       So, thereby, for that reason we didn't <br> 125:16       even treat Readcoor as a competitor because no -- so <br> 125:17       far as I was aware at the time, nobody claims they <br> 125:18       can get FISSEQ working in the hands for RNA imaging. <br> 125:19  Q.  When did you begin to treat Readcoor as a <br> 125:20       competitor? | | |
| 125:22 - 125:24 | **He, Jiang 2024-03-14** | 00:00:08 | **He_v4_DOCS.40** |

He_v4_DOCS

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 125:22 | A. With -- personally I -- I never thought of | | He_v4_DOCS.40 |
| 125:23 | actually treating Readcoor because of the technology | | |
| 125:24 | disadvantage though. | | |

| | |
|---|---|
| 10x Genomics Affirmatives | 00:10:43 |
| Vizgen Counters | 00:01:43 |
| **TOTAL RUN TIME** | **00:12:26** |

Documents linked to video:

P325

P326

P327