# Attachment D

# Moffitt_v3

Designation List Report

**Moffitt, Jeffrey**  2024-05-28

| | |
|---|---|
| 10x Genomics Affirmatives | 00:04:41 |
| Vizgen Counters | 00:02:25 |
| **TOTAL RUN TIME** | **00:07:06** |



ID: Moffitt_v3

Moffitt_v3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:12 - 9:14 | **Moffitt, Jeffrey 2024-05-28** | 00:00:07 | **Moffitt_v3.1** |
| | 9:12   Q.  Good morning again, Dr. Moffitt.  Could | | |
| | 9:13         you please state your full name. | | |
| | 9:14   A.  Jeffrey Moffitt. | | |
| 12:03 - 12:04 | **Moffitt, Jeffrey 2024-05-28** | 00:00:05 | **Moffitt_v3.2** |
| | 12:03  Q.  Who is your current employer? | | |
| | 12:04  A.  Boston Children's Hospital. | | |
| 12:08 - 12:11 | **Moffitt, Jeffrey 2024-05-28** | 00:00:06 | **Moffitt_v3.3** |
| | 12:08  Q.  And prior to that, how were you | | |
| | 12:09        employed? | | |
| | 12:10  A.  I was a postdoctorate fellow at Harvard | | |
| | 12:11        University. | | |
| 14:03 - 14:09 | **Moffitt, Jeffrey 2024-05-28** | 00:00:12 | **Moffitt_v3.4** |
| | 14:03  Q.  And what is your current role at | | |
| | 14:04        Vizgen, if any? | | |
| | 14:05  A.  I'm a member of the scientific advisory | | |
| | 14:06        board. | | |
| | 14:07  Q.  Do you have any other roles? | | |
| | 14:08  A.  I serve as a consultant for them as | | |
| | 14:09        well. | | |
| 21:07 - 21:09 | **Moffitt, Jeffrey 2024-05-28** | 00:00:10 | **Moffitt_v3.5** |
| | 21:07  Q.  Were there problems to be solved in the | | |
| | 21:08        prior art that you were aware that led to the | | |
| | 21:09        work that became MERFISH? | | |
| 21:12 - 21:18 | **Moffitt, Jeffrey 2024-05-28** | 00:00:16 | **Moffitt_v3.25** |
| | 21:12  A.  I'm not sure what you mean by "prior | | |
| | 21:13        art" in this context. | | |
| | 21:14  Q.  The existing technologies at the time. | | |
| | 21:15  A.  To my knowledge, there was no | | |
| | 21:16        technology that could identify the number and | | |
| | 21:17        scale of RNAs that we intended to do with | | |
| | 21:18        MERFISH. | | |
| 62:04 - 62:10 | **Moffitt, Jeffrey 2024-05-28** | 00:00:26 | **Moffitt_v3.6** |
| | 62:04  Q.  At this time, in 2015, were you | | |
| | 62:05        familiar with the work of Dr. Church? | | |
| | 62:06  A.  Yes.  I believe that his FISSEQ paper | | |
| | 62:07        had been published. | | |
| | 62:08  Q.  And what competitive technologies did | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 62:09 | you understand Dr. Church and his lab to be | | |
| | 62:10 | working on at the time? | | |
| 62:12 - 62:21 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:27 | **Moffitt_v3.27** |
| | 62:12 | A. The only technology we were aware of -- | | |
| | 62:13 | or I was aware of at the time is the FISSEQ | | |
| | 62:14 | technology that he had published. | | |
| | 62:15 | Q. At this time, in 2015, had you reviewed | | |
| | 62:16 | any of Dr. Church's patents relating to FISSEQ? | | |
| | 62:17 | A. No. | | |
| | 62:18 | Q. Had you reviewed any of Dr. Church's | | |
| | 62:19 | patents relating to any of the work that was | | |
| | 62:20 | being done in the Church lab? | | |
| | 62:21 | A. No. | | |
| 67:17 - 67:18 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:04 | **Moffitt_v3.7** |
| | 67:17 | Q. Was your review of those patents in the | | |
| | 67:18 | context of MERSCOPE? | | |
| 67:20 - 67:22 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:13 | **Moffitt_v3.8** |
| | 67:20 | A. No. | | |
| | 67:21 | Q. When you say you weren't concerned, | | |
| | 67:22 | what weren't you concerned about? | | |
| 68:05 - 68:08 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:17 | **Moffitt_v3.9** |
| | 68:05 | A. My understanding of the field is that | | |
| | 68:06 | those patents were intended to cover the FISSEQ | | |
| | 68:07 | technology, which I felt is distinct from what we | | |
| | 68:08 | introduced with MERFISH. | | |
| 70:11 - 70:15 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:16 | **Moffitt_v3.10** |
| | 70:11 | Q. And what involvement did you have in | | |
| | 70:12 | negotiations of the license agreement between | | |
| | 70:13 | Vizgen and Harvard? | | |
| | 70:14 | A. Very little. My understanding was that | | |
| | 70:15 | this was conducted primarily by ARCH. | | |
| 70:21 - 70:24 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:16 | **Moffitt_v3.11** |
| | 70:21 | Q. Were you involved in the initial | | |
| | 70:22 | decision to form a startup for the possible | | |
| | 70:23 | commercialization of MERFISH technology? | | |
| | 70:24 | A. I was. | | |
| 82:11 - 82:18 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:36 | **Moffitt_v3.12** |
| | 82:11 | Q. Did you participate in any due | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 82:12     diligence with ARCH on IP questions? | | |
| | 82:13    A. ARCH asked about -- about patents, Long | | |
| | 82:14       Cai's patents. | | |
| | 82:15    Q. Other than ARCH's asking about Long | | |
| | 82:16       Cai's patents, did you participate in any other | | |
| | 82:17       due diligence with ARCH relating to intellectual | | |
| | 82:18       property that you recall? | | |
| 82:22 - 83:10 | **Moffitt, Jeffrey 2024-05-28** | 00:00:41 | **Moffitt_v3.13** |
| | 82:22    A. I don't recall any other conversations | | |
| | 82:23       associated with IP. | | |
| | 82:24    Q. What was -- what was the purpose in | | |
| | 83:01       your review of the Long Cai patents. | | |
| | 83:02    A. I recall that ARCH was interested in | | |
| | 83:03       kind of an academic opinion on the distinctions | | |
| | 83:04       of the technologies. | | |
| | 83:05    Q. Do you know why? | | |
| | 83:06    A. I don't know the details why, but my | | |
| | 83:07       understanding is some sense of judging kind of | | |
| | 83:08       the field, what is out there. | | |
| | 83:09    Q. Okay. Were they performing a Freedom | | |
| | 83:10       to Operate analysis? | | |
| 83:12 - 83:13 | **Moffitt, Jeffrey 2024-05-28** | 00:00:09 | **Moffitt_v3.14** |
| | 83:12    A. So that term was used, but I don't know | | |
| | 83:13       if this was a formal Freedom to Operate analysis. | | |
| 83:14 - 83:17 | **Moffitt, Jeffrey 2024-05-28** | 00:00:23 | **Moffitt_v3.15** |
| | 83:14    Q. Did you understand that ARCH conducted | | |
| | 83:15       a Freedom to Operate analysis with regard to IP | | |
| | 83:16       rights in its -- while it was negotiating the | | |
| | 83:17       license agreement with Harvard? | | |
| 83:21 - 83:23 | **Moffitt, Jeffrey 2024-05-28** | 00:00:10 | **Moffitt_v3.16** |
| | 83:21    A. I don't know of anything that -- I | | |
| | 83:22       don't recall anything that ARCH did independent | | |
| | 83:23       of the things that they asked for my opinions on. | | |
| 83:24 - 84:03 | **Moffitt, Jeffrey 2024-05-28** | 00:00:11 | **Moffitt_v3.17** |
| | 83:24    Q. Was it your understanding that ARCH was | | |
| | 84:01       responsible for performing a Freedom to Operate | | |
| | 84:02       analysis prior to the Vizgen-Harvard license | | |
| | 84:03       agreement? | | |
| 84:05 - 84:07 | **Moffitt, Jeffrey 2024-05-28** | 00:00:08 | **Moffitt_v3.18** |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 84:05 | A. | I don't recall an FTO analysis being an | | **Moffitt_v3.18** |
| | 84:06 | | important component of that license agreement | | |
| | 84:07 | | from the conversations I had. | | |
| 84:08 - 84:15 | **Moffitt, Jeffrey 2024-05-28** | | | 00:00:18 | **Moffitt_v3.19** |
| | 84:08 | Q. | So other than Long Cai patents, you | | |
| | 84:09 | | didn't do a Freedom to Operate analysis, right? | | |
| | 84:10 | A. | No. I don't think that we did a formal | | |
| | 84:11 | | Freedom to Operate analysis. | | |
| | 84:12 | Q. | Okay. And you don't know whether ARCH | | |
| | 84:13 | | did a Freedom to Operate -- a full Freedom to | | |
| | 84:14 | | Operate analysis, right? | | |
| | 84:15 | A. | That, I don't know. | | |
| 88:18 - 89:03 | **Moffitt, Jeffrey 2024-05-28** | | | 00:00:32 | **Moffitt_v3.20** |
| | 88:18 | Q. | And at the time of the Vizgen-Harvard | | |
| | 88:19 | | license agreement, the details of how the MERFISH | | |
| | 88:20 | | would actually be implemented were not set, | | |
| | 88:21 | | right? | | |
| | 88:22 | A. | No. I don't believe they were set. | | |
| | 88:23 | | No. | | |
| | 88:24 | Q. | And in terms of that | | |
| | 89:01 | | implementation-level detail, those details then | | |
| | 89:02 | | wouldn't have been shared with Harvard during the | | |
| | 89:03 | | negotiations of the license agreement, right? | | |
| 89:05 - 89:06 | **Moffitt, Jeffrey 2024-05-28** | | | 00:00:03 | **Moffitt_v3.21** |
| | 89:05 | A. | No. I believe that they could not have | | |
| | 89:06 | | been. | | |
| 89:07 - 89:10 | **Moffitt, Jeffrey 2024-05-28** | | | 00:00:13 | **Moffitt_v3.22** |
| | 89:07 | Q. | Was it your understanding at the time | | |
| | 89:08 | | of the Vizgen-Harvard license agreement that | | |
| | 89:09 | | Vizgen might need to add further intellectual | | |
| | 89:10 | | property in the future to commercialize MERSCOPE? | | |
| 89:15 - 89:24 | **Moffitt, Jeffrey 2024-05-28** | | | 00:00:34 | **Moffitt_v3.23** |
| | 89:15 | A. | My understanding of what was included | | |
| | 89:16 | | in the license would be sufficient to -- to | | |
| | 89:17 | | implement a product that enabled MERFISH | | |
| | 89:18 | | measurements, though there are, you know, always | | |
| | 89:19 | | continual advances in academic work. And so it | | |
| | 89:20 | | would be possible that Vizgen would want to | | |
| | 89:21 | | continue to license additional ideas to expand | | |

Moffitt_v3

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 89:22 | their offerings. | | |
| | 89:23 | Q. Okay. When you say "implement" -- I'm | | |
| | 89:24 | sorry. | | |
| 90:01 - 90:08 | **Moffitt, Jeffrey 2024-05-28** | | 00:00:15 | **Moffitt_v3.24** |
| | 90:01 | When you say "sufficient to implement a | | |
| | 90:02 | product that enabled MERFISH," you're referring | | |
| | 90:03 | to the IP that was coming out of the Zhuang lab, | | |
| | 90:04 | right? | | |
| | 90:05 | A. Yes. | | |
| | 90:06 | Q. Not other IP that might be potentially | | |
| | 90:07 | blocking? | | |
| | 90:08 | A. No. | | |

| | | |
|---|---|---|
| 10x Genomics Affirmatives | | 00:04:41 |
| Vizgen Counters | | 00:02:25 |
| **TOTAL RUN TIME** | | **00:07:06** |