IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VIZGEN, INC.,<br><br>　　　　Defendant | C.A. No. 22-595-MFK |
| VIZGEN, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>10X GENOMICS, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Counterclaim-Defendants | |

**JOINT STIPULATION OF DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

THE PARTIES HEREBY STIPULATE, through their respective undersigned counsel, to dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of any and all of the parties' claims and counterclaims in this action WITH PREJUDICE. The parties agree to bear their own costs, expenses, and attorneys' fees.

Dated: February 6, 2025

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (No. 2555)<br>Jason J. Rawnsley (No. 5379)<br>Alexandra M. Ewing (No. 6407)<br>Gabriela Z. Monasterio (No. 7240) | */s/ Pilar G. Kraman*<br>James L. Higgins (No. 5021)<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square |

<div style="display: flex;">

<div>
920 North King Street  
Wilmington, DE 19801  
(302) 651-7700  
cottrell@rlf.com  
rawnsley@rlf.com  
ewing@rlf.com  
monasterio@rlf.com  

*Attorneys for 10x Genomics, Inc.*
</div>

<div>
1000 North King Street  
Wilmington, DE 19801  
(302) 571-6600  
jhiggins@ycst.com  
pkraman@ycst.com  
jsiew@ycst.com  

*Attorneys for Vizgen, Inc.*
</div>

</div>

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (No. 3726)
Cortlan S. Hitch (No. 6720)
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
(302) 888-6800
Kdorsney@morrisjames.com
Chitch@morrisjames.com

*Attorneys for President and Fellows of Harvard College*